Case 11-40155    Filed 09/19/11    Doc 46

FILED
September 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003777440

Timothy M. Ryan, Bar No. 178059
Austin T. Beardsley, Bar No. 270046
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership,

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO.: 11-40155 |
| Dwight Bennett | DCN: TRF-2 |
| Debtor, | Chapter: 11 |
| | Assigned for All Purposes to Hon. Michael S. McManus |
| | **CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S MOTION FOR RELIEF FROM STAY AND TO EXCUSE TURNOVER BY RECEIVER (11 U.S.C. §§ 362 (D) 543 (D))** |
| | Date: October 17, 2011<br>Time: 10:00 a.m.<br>Courtroom: 28 |
| | Trial Date: None set. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership, (hereafter referred to as "Creditors") hereby move the court for relief from the automatic stay, pursuant to 11 U.S.C. § 362 (d) as it pertains to the

1

bankruptcy petition filed by debtor Dwight Bennett ("Debtor" or "Bennett"). Creditors also hereby move for an order nunc pro tunc, excusing the receiver appointed over the subject property from the turnover requirement of 11 U.S.C. § 543:

This motion is based on the memorandum of points and authorities, the request for judicial notice and the declarations of Timothy M. Ryan and Vicki Lozano filed concurrently herewith.

DATED: September 19, 2011        THE RYAN FIRM
                                 A Professional Corporation


                                 By: /S/ AUSTIN T. BEARDSLEY
                                     TIMOTHY M. RYAN
                                     AUSTIN T. BEARDSLEY
                                     Attorneys for Creditors WELLS
                                     FARGO BANK, N.A., as Trustee for
                                     MLMI Trust Series 2005-HE3; and
                                     BAC HOME LOANS SERVICING,
                                     LP