Case 11-40155    Filed 09/19/11    Doc 49

FILED
September 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003777442

Timothy M. Ryan, Bar No. 178059
tryan@theryanfirmm.com
Austin T. Beardsley, Bar No. 270046
Abeardsley@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership,

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>Dwight Bennett<br><br>       Debtor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 11-40155<br>Chapter: 11<br>Dated Filed: August 18, 2011<br><br>Assigned for All Purposes to<br>Hon. Michael S. McManus<br>Courtroom: 28<br><br>**DECLARATION OF TIMOTHY M RYAN IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362 (D)**<br><br>Date:       October 17, 2011<br>Time:       10:00 a.m.<br>Courtroom:  28<br><br>Trial Date:   None set. |

     I, Timothy M. Ryan, declare:

     1.    I am over the age of eighteen and I am competent to make this declaration. I am an attorney admitted to practice law before all of the courts of the State of California, including this court.

2.  I am the principal of The Ryan Firm, counsel for Creditors Wells Fargo Bank, N.A. and BAC Home Loans Servicing, LP (collectively "Creditors") herein. I oversee and monitor all work done in this matter, in addition to contributing my own work product. I have personal knowledge of the facts stated herein, and if called upon to do so I could and would competently testify thereto.

3.  I am the custodian of records for The Ryan Firm. The records maintained by The Ryan Firm were created at or about the time of the events of which they are a record, are maintained by employees of The Ryan Firm who have a duty to ensure that the records are accurate as to the facts or matters of which they are a record, and the employees have been trained in the preparation and/or maintenance of these records. The Ryan Firm relies on these records in its conduct of business. I make this declaration in part on my review of these records. I am familiar with The Ryan Firm's customs and practices, procedures and policies for conducting business.

4.  The Ryan Firm has represented Creditors in a state court matter between Creditors, Dwight Bennett ("Bennett") and a host of other parties regarding various claimed interests in the real property commonly known as Lassen County Assessor's parcel number 099-260-69 (the "Subject Property").

5.  On or about July 21, 2011, the Lassen County Superior Court granted a motion for summary adjudication by Creditors, seeking an equitable mortgage and equitable lien over the Subject Party.

6.  Furthermore, at the same hearing, the court instituted a receivership over the Subject Property in order to preserve the Subject Property's assets.

7.  As part of The Ryan Firm's representation of Creditors, The Ryan Firm received a copy of the transcript of the hearing on Creditor's motion for summary adjudication and motion for the appointment of a receiver. A true and correct copy of this transcript is attached as Exhibit 5 to the List of Exhibits filed concurrently herewith and incorporated by reference.

8. As a result of Bennett's bankruptcy filing, the Lassen County Superior Court has refused to sign the order granting Creditor's motion for summary adjudication, and all proceedings involving the determination of rights in the Subject Property have ceased.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on September 19, 2011, at Anaheim, California.

_/S/ TIMOTHY M. RYAN_
TIMOTHY M. RYAN—DECLARANT

Declaration of Timothy M. Ryan