FILED
September 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003777446

Timothy M. Ryan, Bar No. 178059
Austin T. Beardsley, Bar No. 270046
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership,

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Dwight Bennett<br><br>        Debtor, | CASE NO.: 11-40155<br><br>DCN: TRF-2<br><br>Assigned for All Purposes to<br>Hon. Michael S. McManus<br>Courtroom: 28<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S MOTION TO EXCUSE TURNOVER BY RECEIVER PURSUANT TO 11 U.S.C. §543 (D)**<br><br>Date:         October 17, 2011<br>Time:        10:00 a.m.<br>Courtroom:  28<br><br>Trial Date:  None set. |

///
///
///
///
///

1

Request for Judicial Notice

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership., request pursuant to Fed, Rules of Evid., Rule 201, that the Court take judicial notice of the following state court documents, copies of which are attached to the List of Exhibits filed concurrently herewith:

    a. **Exhibit 1:**  The Grant Deed dated May 19, 2005, and recorded in the Official Records for Lassen County, California, as Instrument Number 2005-04693 on May 26, 2005;

    b. **Exhibit 2:**  The Deed of Trust dated May 18, 2005, and recorded in the Official Records for Lassen County, California on as Instrument Number 2005-04695 on May 26, 2005;

    c. **Exhibit 3:**  The Corporation Assignment of Deed of Trust dated June 1, 2005, and recorded in the Official Records for Lassen County, California as Instrument Number 2009-06308 on November 3, 2009;

    d. **Exhibit 4:**  The Pooling and Servicing Agreement dated December 1, 2005, filed with the Securities and Exchange Commission for the Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-HE3;

    e. **Exhibit 7:**  The bankruptcy petition filed by Dwight A. Bennett on August 18, 2011 in this court;

    f. **Exhibit 8:**  The Notice of Trustee's sale dated January 26, 2010, and recorded in the Official Records for Lassen County, California on as Instrument Number 10-385 on January 6, 2010;

    g. **Exhibit 9**:  Order signed by Judge Mason of the Lassen County Superior Court on July 29, 2011, granting the Receiver power to surrender all horses on the property commonly known as 695-725 Highway 36, Susanville, California  96130 to the County of Lassen.

      **h. Exhibit 10:** The Quitclaim Deed dated March 18, 2003, and recorded in the Official Records for Lassen County, California as Instrument Number 2003-02660 on March 27, 2003;

      **i. Exhibit 11:** The bankruptcy schedules filed by Dwight A. Bennett on September 16, 2011 in this court;

      **j. Exhibit 12:** Order signed by Judge Mason of the Lassen County Superior Court on July 29, 2011, granting the Receiver power to surrender all horses on the property commonly known as 695-725 Highway 36, Susanville, California 96130 to the County of Lassen.

DATED:     September 19, 2011         THE RYAN FIRM
                                                               A Professional Corporation

                                                                By:  /S/ AUSTIN T. BEARDSLEY
                                                                     TIMOTHY M. RYAN
                                                                     AUSTIN T. BEARDSLEY
                                                                     Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP