

Dwight A. Bennett

P.O. Box 540

Susanville, CA 96130

530-260-3366

In pro se

FILED

OCT - 3 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>**DWIGHT ALAN BENNETT**<br>          Debtor. | Case No. 11-40155-A-11<br><br>DECLARATION OF DANIELLE B. HARRIS IN OPPOSITION TO WELLS FARGO BANK AND BAC HOME LOANS MOTION TO EXCUSE TURNOVER BY RECEIVER<br><br>Date:       September 2, 2011<br>Time:      1:30 p.m.<br>Courtroom:  28 |

I, _Danielle B. Harris_, declare:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I make this Declaration in support of my _Father Dwight Bennett_

- 1 -
DECLARATION OF DANIELLE B. HARRIS IN OPPOSITION TO EXCUSE OF TURNOVER

3.

4.

5.

6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on  9/1/11 , 2011 at Elk Grove California.

_____
NAME OF PERSON SIGNING DECLARATION

- 2 -
DECLARATION OF DANIELLE B. HARRIS IN OPPOSITION TO EXCUSE OF TURNOVER

On July 29 2011, I went to Whispering Pines Stables with titles to several of my animals and a horse trailer. I had recently become aware that horses of mine and my father, Dwight Bennett's had been taken under control of a receiver. When I arrived at Whispering Pines, my horses were comfortable and fenced inside the 54 acre property. I had been visiting the ranch every 4-6 weeks since April when some horses were surrendered to Lassen County Animal Control. Every visit I made, horses had feed on the ground or were about to be fed. They were fed 2-3 1200lb bales spread along the property so they could graze naturally for an average of 24 hours per feeding at one feeding per day. At an average of 10-15% of their body weight per day and free choice hay the horses steadily gained weight and became healthier over those 3 months under my father's care. I am aware that he was solely financially supporting all of the horses with the exception of monies I sent with the intention of providing care for my animals at the ranch and with the personal help of some friends. This had been the case since 2005. By the end of July, 2011 80% of the horses were in ideal body condition 5% were overweight, 15% were slightly underweight and two horses were still thin. They were on a property with almost 1 horse per 2 acres, they had free access to shelter in the barn or trees, room to exercise and had a firm social group.

I, along with my husband, Jay Harris met with the receiver, Vikki Lazano who stated that she would not release my animals to me, nor any of my personal possessions. Notably, a very special coffee table which is a family piece of my husband, Jay Harris'. I stated I could unequivocally provide proof that these animals/items were mine. She refused to release them. The receiver stated that the horses had been in poor health until she took over care, I asked her which veterinarian had assessed them. She stated that no veterinarian had assessed them. She and her teenage daughter had taken over their care 10 days previous to our conversation and that all she had done was feed once a day and provide them with water but they looked subjectively better to her.

I visited the stables 5 times over 36 hours to check on my animals while they were under Vikki Lazano's care: PJ a white Arabian mare, had been separated from the rest of the horses and kept in a stall because she was of the thinnest two horses on the ranch. At no time on any visit did I see food in that mares stall or paddock, at no time did I see her eating. I informed her that the condition of the horses had been improving for months and that they had been dewormed a few weeks prior with Ivermectin. She said she could have a veterinarian assess the horses, that the bank could pay for that.

Vikki Lazano stated that the horses had been released to Animal Control to be donated to a rescue foundation, and I would have to contact them to ensure I could pick them up. She stated that she would remain the primary caretaker until they were surrendered to a rescue. I told her I wanted to identify and pick up my animals as soon as possible, to please keep in contact with me. I also told her that I had financial and emotional investment in many of the animals at Whispering Pines. I told her that particularly the two dogs who were not contested. She stated that there was no issue with the dogs, and that they were not going to be taken.

I was concerned that Vikki Lazano, the receiver, mentioned she had not owned horses in the last 16 years and was not trained to provide care to a large group of horses. I informed her that my mustang mare "Coyote Rose" hereafter known as "Kai" and my two registered goats were on the property. My mustang mare was pregnant and I would like to move her now to reduce the risk of injury to her or her coming foal. I told her that since I could not monitor the end of her pregnancy and foaling; Kai was about 2 weeks from having her foal and that I wanted to know when she foaled and if there were complications to contact a veterinarian and/or myself immediately.

The foal was born 13 days later as I was informed by my father. To this day, I have received no communication from Vikki Lazano or anyone associated with the bank about the conditions of my mare, her foal or my two goats. The Grace foundation informed me on 8/30/11 that a veterinarian has finally seen them and that the foal has a problem with his hocks.

During the last week of August, Pete Heimberger of Lassen County Animal Control contacted me- he stated that I could only have access to animals I could prove through title that I had ownership of. I told him that there simply existed no title to several of my animals and it would take some time to procure most of the titles I do have. Pete told me to email or fax what I did have and that he would arrange the transfer of those animals into my name.

DECLARATION OF DANIELLE B. HARRIS IN OPPOSITION TO EXCUSE OF TURNOVER

I repeatedly asked after the welfare of the dogs, as they had been forcibly taken from the ranch by animal control. He told me since nobody had "title" to the dogs, they were to be adopted out. Those dogs are my father's dogs, if they could for some reason no longer be his, I would take them as my dogs as I have helped to raise them. We have bred horse ranching dogs for generations, and the grandsire of the female dog was imported from Spain. Mr. Heimberger stated that the dogs were to be moved out of county. I asked Mr. Heimberger if I could take control of horses that my father had clear title to and he signed them over to me. He said that would not be possible. Once I emailed my information to Mr. Heimberger which contained my contract with BLM for the care of "Kai" he was to let me know when I could pick her and her foal up. BLM inspected my mare, confirmed my title and she was sent to the Grace Foundation which is about a 40 minute drive from my house for me to pick her up.

My father and I have been breeding beautiful, healthy Missouri Foxtrotters together for 10 years. We have been adopting very special Spanish Mustangs. In the summers between 2001 and 2007 we taught hundreds of local children to ride on the trails of Northern California. Over the years we won awards in the Lassen County Parade and Fairs. Some of these very horses I have had in my family for 15 years; and some I raised and trained. Most belong to my father, Dwight Bennett, who until this lawsuit, had the reputation of a great local horseman, able to tame the wildest of horses and teach children with learning disabilities on his gentle horses. Mandan, the breeding stallion is the last of two lines and one of the nicest MFT stallions standing. I have informed every authority who has handled this case all along the way. These are not Unwanted Horses. I will provide a list of horses, descriptions and ownership and my knowledge of their training and worth if requested. Thank you for your time and consideration.

Danielle Harris

DECLARATION OF DANIELLE B. HARRIS IN OPPOSITION TO EXCUSE OF TURNOVER