Case 11-40155   Filed 10/05/11   Doc 79

FILED
October 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003814042

Allen C. Massey - 172024
Antonia G. Darling - 76190
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100; fax (916) 930-2099

Attorneys for August B. Landis,
   Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.  11-40155-A-11 |
| Dwight Alan Bennett, | DC No.  UST-1 |
| | Date:  October 31, 2011 |
| Debtor. | Time:  10:00 a.m. |
| | Judge:  Hon. Michael S. McManus |
| | Place:  Courtroom 28 |
| | 501 I Street, 7th Floor |
| _____/ | Sacramento, CA 95814 |

### DECLARATION OF ALISON MANNING

I, Alison Manning, declare:

I am a Legal Clerk employed in the Sacramento office of the United States Trustee.

On August 24, 2011, I signed and mailed out the letter addressed to captioned Debtor that is included in the EXHIBITS TO MOTION OF THE UNITED STATES TRUSTEE FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE, OR FOR ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 5, 2011

*/s/ Alison Manning*
Alison Manning

Efiler:  Allen C. Massey
Attorney for August B. Landis,
Acting United States Trustee
al.c.massey@usdoj.gov

1