FILED
October 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003814043

4

Allen C. Massey - 172024
Antonia G. Darling - 76190
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA  95814-2322
(916) 930-2100; fax (916) 930-2099

Attorneys for August B. Landis,
   Acting United States Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No.   11-40155-A-11 |
| Dwight Alan Bennett, | DC No.    UST-1 |
|                Debtor. | Date:      October 31, 2011 |
| | Time:      10:00 a.m. |
| | Judge:    Hon. Michael S. McManus |
| | Place:     Courtroom 28 |
| _____/ | 501 I Street, 7th Floor |
| | Sacramento, CA 95814 |

**EXHIBITS
TO MOTION OF THE UNITED STATES TRUSTEE
FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE, OR FOR ORDER
DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

| Pages | Description |
|---|---|
| 2-4 | August 24, 2011, letter from the Office of the United States Trustee to Dwight Alan Bennett |

Dated:  October 5, 2011                    /s/ Allen C. Massey
                                           Attorney for August B. Landis,
                                           Acting United States Trustee
                                           al.c.massey@usdoj.gov



**U. S. Department of Justice**
Office of the United States Trustee
*Eastern Districts of California*

*501 "I" Street, Suite 7-500*      916/930-2100
*Sacramento, CA 95814-2322*        *fax 916/930-2099*

August 24, 2011

Dwight Bennett
PO Box 540
Susanville, CA 96130

Debtor Name: Dwight Alan Bennett
Case # 2011-40155

Dear Dwight Bennett :

    We are in receipt of a copy of the above-captioned debtor(s) bankruptcy petition. This letter is to inform you that a debtors' conference has been set for **9/13/2011 2:30:00 PM** in our offices located at 501 "I" Street, Suite 7-500, Sacramento, CA 95814. Please plan on attending with the debtor(s).

    At the Initial Debtor Interview ("IDI"), a bankruptcy analyst from the United States Trustee's office will seek to become familiar with the debtor's case as well as with the debtor's business plan and operations, assets, liabilities and accounting methods. Accordingly, the debtor's representative(s) at the IDI should have personal knowledge and information regarding the debtor's pre-petition and post-petition operations, accounting records, tax returns and financial statements. The analyst will also discuss the role of the United States Trustee, explain the Operating Guidelines and Reporting Requirements, and discuss scheduling matters. Failure by the debtor to attend meetings reasonably requested by the United States Trustee is cause for conversion or dismissal of the bankruptcy case. 11 U.S.C. § 1112(b)(4)(H).

    Prior to the IDI, the debtor must ensure that the United States Trustee has a copy of the items listed below. Please provide the requested documents no later than the close of business on **9/6/2011.** Electronic submission of the documents to Carla.K.Cordero@usdoj.gov is preferred; however paper documents are also acceptable. Please do not submit documents via fax.

The following should be provided for all Chapter 11 cases:

1. Schedules and Statement of Financial Affairs if not already filed with the court.

2. Authorization for Direct Contact with the Debtor. (Only applicable to Debtors represented by an attorney)

3. Information concerning debtor in possession account(s). The Debtor must submit a copy of a bank prepared document that shows each debtor in possession account number, the name on the account, the type of account, the signatories on the accounts, and indication that the accounts are debtor in possession.

4. Proof of insurance coverage. The debtor must provide a certificate(s) of insurance, signed by an authorized representative of the carrier or agent, with the United States Trustee named as a party to be notified in the event of cancellation. All documents provided as evidence of insurance must clearly

indicate the policy expiration date, the types and amounts of coverage, the location(s) covered, the deductible, the named insured, the insurer, and the name, address, and telephone number of the local agent. Generally this information is provided on the declaration pages of the insurance policies.

5. Copies of bank statements and check registers for all accounts open in the 90 days preceding the filing of the petition.

6. Tax returns for the two years preceding the filing of the bankruptcy case.

7. Projections. The debtor must submit a projected statement of monthly revenue, expenses, and cash flow that covers the first 180 days of post-petition operations. Where income and expenses are anticipated to be different each month, the Debtor should break this information out in a monthly format. Significant assumptions used in the projections must be described. The statement must provide sufficient detail to support a review of reasonableness when compared with other financial statements provided with the report.

8. Completed and signed "Real Property Questionnaire" for each piece of real property owned or leased by the debtor in possession.

If the debtor operates (or operated) a business directly as an entity (partnership / corporation) or as a sole proprietor, the following should be provided:

9. Complete sets of financial statements (balance sheet(s), profit and loss statement(s), and cash flow statement(s)) for the two previous fiscal years and as of the date of the bankruptcy filing. If audited statements are available, these should be provided.

10. Completed and signed "Employee Benefit Plan Questionnaire."

If the debtor is an entity, please provide the following:

Corporation:
- ✓ Copy of the Board of Directors' resolution authorizing the filing of the petition
- ✓ Articles of Incorporation and By-Laws

Partnership:
- ✓ Statement from each general partner consenting to the filing of the petition.
- ✓ Partnership Agreement

Limited Liability Corporation:
- ✓ Statement from the members consenting to the filing of the petition.
- ✓ LLC Agreement

If the Debtor is an Individual, please bring the following to the IDI:

11. Picture Identification: Original of a valid state driver's license, government issued picture ID card, US passport, government employee photo ID, military photo ID or legal resident alien card. (Any other form must be approved by the UST).

12. Proof of SSN: Original of one: Social Security Card; recent payroll stub, health card or other documentation issued by your employer which indicates your full name and SSN. (Any other form of proof must be approved by the UST).

To comply with the above request, the following forms and information can be found on our website at http://www.justice.gov/ust/r17/reg_info.htm#eca. Please ensure that you are using the forms applicable to the Eastern District of California and/ or Sacramento.

- ✓ Listing of Authorized Depositories: Upon filing for relief, debtors are required to close all financial accounts and establish new debtor in possession accounts. This is a listing of financial institutions authorized by the Office of the US Trustee to establish debtor in possession accounts.

- ✓ Real Property Questionnaire: Debtor must complete a separate form for each piece of leased or owned property.

- ✓ Form 26 (Periodic Report): Though not specifically requested in connection with the IDI, you should be aware that, pursuant to Bankruptcy Rule 2015.3, debtors who hold a substantial or controlling interest in an entity are required to file Form 26 – *Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Estate Holds a Substantial or Controlling Interest*. The first of these forms is required to be **filed 5 days in advance of the 341 meeting**.

Typically, the IDI lasts approximately 90 minutes. The debtor(s) should be prepared to answer questions regarding the above documents and the circumstances surrounding the filing.

If you are unable to keep the above scheduled appointment, please inform this office immediately.

Very truly yours,

*Alisan Manning*

for Carla K. Cordero, Bankruptcy Analyst
(916) 930-2084
Carla.K.Cordero@usdoj.gov