Case 11-40155    Filed 10/07/11    Doc 83

FILED
October 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003821149

Timothy M. Ryan, Bar No. 178059
tryan@theryanfirmm.com
Austin T. Beardsley, Bar No. 270046
Abeardsley@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership,

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO.: 11-40155 |
| | Chapter: 11 |
| Dwight Bennett | Dated Filed: August 18, 2011 |
| | |
| Debtor, | Assigned for All Purposes to |
| | Hon. Michael S. McManus |
| | Courtroom: 28 |
| | |
| | **SUPPLEMENTAL DECLARATION OF TIMOTHY M RYAN IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S REPLY TO THE U.S. TRUSTEE'S OPPOSITION TO CREDITORS' MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362 (D)** |
| | |
| | Date:          October 17, 2011 |
| | Time:          10:00 a.m. |
| | Courtroom:     28 |
| | |
| | Trial Date:    None set. |

I, Timothy M. Ryan, declare:

1.    I am over the age of eighteen and I am competent to make this declaration. I am an attorney admitted to practice law before all of the courts of the State of California, including this court.

1

2. I am the principal of The Ryan Firm, counsel for Creditors Wells Fargo Bank, N.A. and BAC Home Loans Servicing, LP (collectively "Creditors") herein. I oversee and monitor all work done in this matter, in addition to contributing my own work product. I have personal knowledge of the facts stated herein, and if called upon to do so I could and would competently testify thereto.

3. The Ryan Firm has represented Creditors in a state court matter (Lassen County Superior Court case number 45679) between Creditors, Dwight Bennett ("Bennett") and a host of other parties regarding various claimed interests in the real property commonly known as Lassen County Assessor's parcel number 099-260-69 (the "Subject Property").

4. On or about August 30, 2010, Lassen County Superior Court case number 45679 was ordered consolidated with Lassen County Superior Court case number 46190.

5. On or about October 12, 2010, Creditors filed a cross-complaint in case no. 45679 while it was consolidated with case no. 46190.

6. On or about December 16, 2010, the cases were ordered un-consolidated.

7. On or about February 10, 2011, the two cases were set to be tried concurrently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 7, 2011, at Anaheim, California.

       /S/ TIMOTHY M. RYAN
TIMOTHY M. RYAN—DECLARANT