Case 11-40155    Filed 10/07/11    Doc 84

FILED
October 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003821150

Timothy M. Ryan, Bar No. 178059
tryan@theryanfirmm.com
Austin T. Beardsley, Bar No. 270046
Abeardsley@theryanfirm.com
THE RYAN FIRMA Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership,

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Dwight Bennett<br><br>       Debtor, | CASE NO.: 11-40155<br>Chapter: 11<br>Dated Filed: August 18, 2011<br><br>Assigned for All Purposes to<br>Hon. Michael S. McManus<br>Courtroom: 28<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S REPLY TO THE U.S. TRUSTEE'S OPPOSITION TO CREDITORS' MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362 (D)**<br><br>Date:        October 17, 2011<br>Time:       10:00 a.m.<br>Courtroom:  28<br><br>Trial Date:  None set. |

///
///
///

1

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership., ("Creditors") request pursuant to Fed, Rules of Evid., Rule 201, that the Court take judicial notice of the following state court documents, copies of which are attached to the List of Exhibits filed concurrently herewith:

**a. Exhibit 1:** The Lis Pendens dated December 13, 2007, and recorded in the Official Records for Lassen County, California, as Instrument Number 2007-09127 on December 14, 2001;[1]

**b. Exhibit 2:** The Notice of entry of order consolidating Lassen County Superior Court case 45679 and 46190, dated September 9, 2010, and filed in case number 45679 and 46190;

**c. Exhibit 3:** The cross-complaint filed by Creditors in Lassen County Superior Court case number 45679, consolidated with case number 46190 on October 12, 2011.

DATED:   October 7, 2011        THE RYAN FIRM
                                A Professional Corporation


                                By:  /S/ AUSTIN T. BEARDSLEY
                                     TIMOTHY M. RYAN
                                     AUSTIN T. BEARDSLEY
                                     Attorneys for Creditors WELLS
                                     FARGO BANK, N.A., as Trustee for
                                     MLMI Trust Series 2005-HE3; and
                                     BAC HOME LOANS SERVICING, LP

---

[1] A certified copy of this lis pendens will be available at the hearing on this motion.

2

Supplemental Request for Judicial Notice in Support of Reply to U.S. Trustee's Opposition to Motion for Relief From Stay