Case 11-40155    Filed 10/07/11    Doc 88

FILED
October 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003821881

| | |
|---|---|
| 1 | Timothy M. Ryan, Bar No. 178059 |
| | tryan@theryanfirm.com |
| 2 | Austin T. Beardsley, Bar No. 270046 |
| | abeardsley@theryanfirm.com |
| 3 | THE RYAN FIRM |
| | A Professional Corporation |
| 4 | 1100 N. Tustin Avenue, Suite 200 |
| | Anaheim, California 92807 |
| 5 | Telephone (714) 666-1362; Fax (714) 666-1443 |
| 6 | Attorneys for Creditors Wells Fargo Bank, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC Home Loans Servicing, LP, a Texas limited partnership |

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

In re:

Dwight Bennett

      Debtor,

CASE NO.: 11-40155
Chapter: 11
Date Filed:    August 18, 2011

Assigned for All Purposes to
Hon. Michael S. McManus, Judge
Courtroom: 28

**CERTIFICATE OF SERVICE RE CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S REPLY TO DWIGHT BENNETT'S OPPOSITION TO MOTION FOR RELIEF FROM STAY AND TO EXCUSE TURNOVER BY RECEIVER**

DATE:            October 17, 2011
TIME:            10:00 a.m.
CTRM:           28

Trial Date:     None set.

Certificate of Service

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 1100 North Tustin Avenue, Suite 200, Anaheim, California 92807.

On October 7, 2011, I served the within document(s) described as:

**CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S REPLY TO DWIGHT BENNETT'S OPPOSITION TO MOTION FOR RELIEF FROM STAY AND TO EXCUSE TURNOVER BY RECEIVER**

on the interested parties in this action:

☒    by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
☒    addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Dwight Bennett<br>P.O. Box 540<br>Susanville, CA 96130 | Tel: 530-257-2555<br>Fax: 530-257-0340<br>whisperingpines@frontiernet.net | Debtor |
| Office of The United States Trustee<br>Allen Massey<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814 | Tel: 916-930-2081<br>Fax: 916-930-2099<br>al.c.massey@usdoj.gov | United States Trustee |
| Mark Wolff<br>8861 Williamson Drive, Suite 30<br>Elk Grove, CA 95624 | Tel: 916-714-5050<br>Fax: 916-714-5054 | |
| Bird Flat Ranch<br>Highway 395<br>Doyle, CA 96109 | Tel: *<br>Fax: * | |
| Deborah Sue McNeal<br>6138 Parkside Drive<br>Anacortes, WA 98221-4092 | Tel: *<br>Fax: * | |
| Ellen Hamlyn<br>Court Reporter<br>P.O. Box 87<br>Chester, CA 96020-0087 | Tel: *<br>Fax: * | |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Tel: *<br>Fax: * | |

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Tel: *<br>Fax: * | |
| Judith A. St. John<br>478-740 Eagle Lake Road<br>Susanville, CA 96130-9521 | Tel: *<br>Fax: * | |
| Julius Allen<br>464-775 Main Street<br>Janesville, CA 96114 | Tel: *<br>Fax: * | |
| Lassen County Assessor's Office<br>220 S Lassen St., Suite 3<br>Susanville, CA 96130-4357 | Tel: *<br>Fax: * | |
| Lassen County Times<br>105 Grand Avenue<br>Susanville, CA 96130-4788 | Tel: *<br>Fax: * | |
| Sherman Reed<br>741-42 Cappezzoli Lane<br>Standish, Ca 96128 | Tel: *<br>Fax: * | |
| U.S. Bank<br>901 Main Street<br>Susanville, CA 96130-4406 | Tel: *<br>Fax: * | |
| Vernon Reese<br>P.O. Box 221<br>Standish, CA 96128-0221 | Tel: *<br>Fax: * | |

☒ **BY MAIL** (F.R.Civ.P, rule 5(b)(1); F.R.Civ.P., rule 5(b)(2)(C))—I deposited such envelope(s) for processing in the mailroom in our offices, having been address to each party's attorney(s) of record at their last known address. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California, in the ordinary course of business.

☒ **CM/ECF** (U.S. District Court, Eastern District of California, Local Civil Rule 5-135)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 7, 2011, at Anaheim, California.


JODY MCLAIN

Certificate of Service