# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Dwight Alan Bennett | **Case No :** | **11−40155 − A − 11** |
| | | **Date :** | 10/17/11 |
| | | **Time :** | 10:00 |

**Matter :**      [41] − Order to Show Cause − Failure to File            OPPOSED
Documents as Transmitted to BNC for
Service Re: Statistical Summary Chapter 11
Means Test; Hearing to be held on
10/17/2011 at 10:00 AM at Sacramento
Courtroom 28, Department A. (msts)

**Judge :**                Michael S. McManus
**Courtroom Deputy :**     Sarah Head
**Reporter :**             Diamond Reporters
**Department :**           A

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
        Debtor(s) Attorney − Carolyn Chan
        Debtor − Dwight Alan Bennett
        Creditor's Attorney − Timothy Ryan
        U.S. Trustee's Attorney − Allen Massey

ORDER TO SHOW CAUSE was :
Discharged
Findings of fact/conclusions of law stated orally on record

The court will issue a minute order.