FILED
October 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D93

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Dwight Alan Bennett | **Case No :** | 11-40155 - A - 11 |
| | | **Date :** | 10/17/11 |
| | | **Time :** | 10:00 |

**Matter :** [41] - Order to Show Cause - Failure to File Documents as Transmitted to BNC for Service Re: Statistical Summary Chapter 11 Means Test; Hearing to be held on 10/17/2011 at 10:00 AM at Sacramento Courtroom 28, Department A. (msts)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
    Debtor(s) Attorney - Carolyn Chan
    Debtor - Dwight Alan Bennett
    Creditor's Attorney - Timonthy Ryan
    U.S. Trustee's Attorney - Allen Massey

## CIVIL MINUTE ORDER

The petition shall remain pending and the order to show cause is ORDERED DISCHARGED.

Dated: October 21, 2011

By the Court

Michael S. McManus
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

Allen Massey
501 I St #7-500
Sacramento, CA 95814


Timothy Ryan
1100 N Tustin Ave #200
Anaheim, CA 92807


Dwight Bennett
PO Box 540
Susanville, CA 96130


Carolyn Chan
2485 Notre Dame Blvd Ste 370
Chico, CA 95928