## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Dwight Alan Bennett | **Case No :** | 11−40155 − A − 11 |
| | | **Date :** | 10/17/10 |
| | | **Time :** | 10:00 |
| **Matter :** | [57] − Order to Show Cause − Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 10/17/2011 at 10:00 AM at Sacramento Courtroom 28, Department A. (jris) | | OPPOSED |
| **Judge :** | Michael S. McManus | | |
| **Courtroom Deputy :** | Sarah Head | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
    Debtor(s) Attorney − Carolyn Chan
    Debtor − Dwight Alan Bennett
    Creditor's Attorney − Timothy Ryan
    U.S. Trustee's Attorney − Allen Massey

ORDER TO SHOW CAUSE was :

Conditionally discharged
See final ruling below
The court will issue a minute order.

Final Ruling: The case will remain pending but the court will modify the terms of its order permitting the debtor to pay the filing fee in installments.

The court granted the debtor permission to pay the installment filing fee in installments. The debtor failed to pay the $250 installment due on September 19, 2011. While the delinquent installment was paid on September 22, the fact remains the court was required to issue an order to show cause to compel the payment. Therefore, as a sanction for the late payment, the court will modify its prior order allowing installment payments to provide that if a future installment is not received by its due date, the case will be dismissed without further notice or hearing.