UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| Case Title : | Dwight Alan Bennett | Case No : | 11-40155 - A - 11 |
| | | Date : | 10/17/11 |
| | | Time : | 10:00 |

Matter : Status Conference - [1] - Chapter 11 Voluntary Petition. Missing Document(s): Verification and Master Address List due by 8/25/2011; Statement of Financial Affairs; Summary of schedules; Statistical Summary; Schedule A - Real Property; Schedule B - Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors; Schedule E - Unsecured Priority Creditor; Schedule F - Unsecured Nonpriority Creditors; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule J - Current Expenditures; Means Test - Form 22B; Document(s) due by 9/1/2011. (jgis)

Judge : Michael S. McManus
Courtroom Deputy : Sarah Head
Reporter : Diamond Reporters
Department : A

APPEARANCES for :
Movant(s) :
    Debtor(s) Attorney - Carolyn Chan
    Debtor - Dwight Alan Bennett
Respondent(s) :
    Creditor's Attorney - Timothy Ryan
    U.S. Trustee's Attorney - Allen Massey


STATUS CONFERENCE was :
Concluded