Case 11-40155 Filed 10/19/11 Doc 99

FILED
October 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003846402

Timothy M. Ryan, Bar No. 178059
Austin T. Beardsley, Bar No. 270046
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership,

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Dwight Bennett<br><br>Debtor, | CASE NO.: 11-40155<br>Chapter: 11<br>Dated Filed: August 18, 2011<br><br>Assigned for All Purposes to<br>Hon. Michael S. McManus<br>Courtroom: 28<br><br>**DECLARATION OF BETH DICAPRIO IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S OPPOSITION TO TRUSTEE'S MOTION TO CONVERT**<br><br>Date: October 31, 2011<br>Time: 10:00 a.m.<br>Courtroom: 28<br><br>Trial Date: None set. |

I, Beth DiCaprio, declare:

1. I am over the age of eighteen and I am competent to make this declaration.

2. I am the executive director of the Grace Foundation of Northern California, a non-profit organization that specializes in the rescue and care of abused and neglected animals.

3. I have personally participated in the rescue, rehabilitation and re-homing of hundreds of horses and am exceedingly familiar with the current market for the sale and

THE RYAN FIRM
A Professional Corporation

adoption of horses of a variety of breeds. I have personal knowledge of all of the facts recited below.

4. On or about April 12, 2011, the Grace foundation rescued approximately twenty (20) horses from the real property commonly referred to as 695-725 Highway 36, Susanville, CA 96130 (the "Subject Property").

5. These twenty horses were surrendered by debtor Dwight Bennett, ("Bennett") who had no ability to care for the horses financially or otherwise.

6. On or about August 26, 2011, the Grace Foundation rescued an additional thirty six (36) horses from the Subject Property pursuant to an order by the Lassen County Superior Court surrendering the horses to the County of Lassen.

7. I have reviewed Bennett's bankruptcy schedules, including his valuation of the thirty-six (36) horses that are currently being cared for and rehabilitated by the Grace Foundation. Accordingly, please find below a true and accurate analysis of the value of these horses:

a. As an initial matter, the market for sale of horses is currently dismal at best. The Grace Foundation currently receives approximately 30 calls and emails per week, requesting that the Foundation take possession of the owner's horses free of charge. Additionally, there are over 100,000 unwanted horses in the United States, many of which are being sold to slaughterhouses in Canada and Mexico. Horses are considered "luxury" items in the US and with the economy what it is today the purchase of horses has ground to a halt.

b. "Pure Fox Trotter": Bennett alleges that his "pure fox trotters" have a market value of approximately $94,000.00. First, for a foxtrotter to have any high value, it must be accompanied by registration papers. Even if a horse is "pure," without registration papers, its value is greatly diminished for breeding purposes because a foal born to unregistered parents can never be registered.

Second, there is no such breed as a "pure" foxtrotter, as listed by Bennett. If Mr. Bennett is referring to Missouri Foxtrotters, a high end sale price in this

THE RYAN FIRM
A Professional Corporation

region for a *registered* Missouri Foxtrotter would be approximately $10,000.00. However, an unregistered Missouri Foxtrotter, whose foals could never be registered, would have a severely diminished value. In this region, the market price for an *unregistered* Missouri Foxtrotter is, at best, $2,500.00, depending on the condition and health of the horse. Also, these values are also conditioned upon the horse being trained. If the horse is untrained and in a feral state, one can expect the sale price to be much lower than market value.

In this instance, the Grace Foundation has no indication whatsoever that any of the horses are registered. The value of a high end asking price is based upon its registration papers or if the horse was a show horse and was a champion in its class, the horse value would be higher. Without registration papers or champion awards, there is no real high value in these horses. The Grace Foundation regularly adopts unregistered horses of the same condition and quality as the Bennett horses. Normally, the Grace Foundation receives a suggested "donation" for every adoption totaling between $250.00 and $500.00. It is unlikely, if sold on the open market, that any of the Bennett horses, including the unregistered Missouri Foxtrotters, would have a purchase price any higher than the market adoption price.

c. "Pure Mtn.": In the equine world, the term "pure" is not associated with the mountain breed. Absent registration papers, a Mountain horse would not be any more valuable than an unregistered Missouri Foxtrotter. Therefore, Bennett's estimate of $27,000.00 for "pure mountain" horses is greatly overstated.

d. "Pure Arab": Without the requisite registration papers to prove the horse's bloodlines, the maximum value of an Arabian horse in excellent health and condition would be $2,500.00 maximum. Again, none of the horses surrendered by Bennett were in proper condition or accompanied by registration papers. Therefore, considering the condition the horses were in when surrendered, and the costs of deferred care, the $9,000.00 value listed by Bennett is patently erroneous.

THE RYAN FIRM
A Professional Corporation

e. "Xs and Mustangs": In today's market, mustangs are readily available from the Bureau of Land Management (BLM) at a price of under $500.00. On the open market, the higher end price for a trained BLM mustang would average $1,000.00. Many BLM mustangs are feral and cannot be properly trained, rendering the market price for such a horse at below $500.00, if that horse is healthy and in good condition. Therefore, there is no possibility that Bennett's group of mustangs is worth $37,500.00.

f. "Specialty": This is a vague term not used in the equine world. Regardless of the meaning Bennett attaches to this word, there is no likelihood that any portion of Bennett's horses would be worth $16,400.00.

g. "Chico": Chico is a mustang horse from the group of 36. Although he is a nice horse, it is all but impossible that anyone would pay $7,500.00 for him. Furthermore, we have received BLM ownership papers for him indicating that he is owned by someone else. Therefore, Chico is not a $7,500.00 asset owned by Bennett.

h. "Foals": Without proper training and handling an unregistered foal has an approximate value of $250.00 to $500.00. In this instance, all foals received by The Grace Foundation were in need of care. It would cost an buyer a significant amount of money to continue the training of these foals. Therefore, their market value is greatly diminished. $3,000.00 is simply wishful thinking.

i. Last, the Grace Foundation has incurred a considerable amount of costs in providing care for the horses. Upon intake, the Grace Foundation provided deferred care to make up for primary care that had been denied to the horses for many months. This care included all necessary medical care, teeth floating and de-worming, vaccinations etc., at a cost of approximately $18,000.00. Additionally, the Grace Foundation incurs costs totaling, at a minimum, $10,800.00 per month for the care, feed and boarding of the horses. Any total sale

THE RYAN FIRM
A Professional Corporation

price for these horses will also be offset by the recovery of these costs. Therefore, there is no possibility that a sale of all of the horses would bring $185,400.00.

8. Bennett also claims that the "other animals and livestock" surrendered to the County of Lassen and boarded at the Grace Foundation have a market value of $7,300.00. As with his estimation of the value of the horses, Bennett is wildly inaccurate in his calculations. A true and accurate valuation for these animals is listed below:

a. Goats: In today's market an unregistered goat averages $25.00 to $100.00 maximum. The two goats surrendered by Bennett are in average condition, and as a result are not worth $800.00.

b. Donkey: The higher end price for a donkey today, with limited training, in this market averages $500.00. Bennett's estimate of $1,500.00 is therefore inaccurate by at least $1,000.00.

c. Dogs: The dogs surrendered to the Grace Foundation are unregistered and mixed breed. These dogs are readily available at shelters around the country. Therefore, they carry a market value of no more than an animal control agency or shelter would charge to adopt a nice mixed breed dog. The average adoption fee around the Country is $100.00 each. Therefore, the two dogs removed from the Subject Property are not worth $5,000.00.

9. In addition to the estimates of value above, there are other major factors that affect the value of the horses. Specifically, many of the mares (approximately 18) are currently in foal. Without actual due dates, sire information, and registration papers on the dam and sire, these pregnancies are a liability not an asset. As a result, the value of the mother horses and their foals are affected by the following costs:

a. One month prior to foaling, vaccinations should be bolstered at an estimated per horse cost of $75.00. This cost multiplied by 18 horses = $1,3500.00.

b. In general, it can be anticipated that twenty (20) percent of the horses will need veterinary intervention at foaling. This is an emergency situation

THE RYAN FIRM
A Professional Corporation

and is always budgeted. The emergency fee for veterinary services is $75.00 until 7 p.m., $105.00 after 7 p.m., plus a call fee of $75.00. Our veterinarian bills time and materials at $150.00 per hour. Emergencies vary in length, but 1.5 hours per incident can be considered average. Accordingly, four (4) or five (5) of these visits can be expected.

c. Every new foal must be examined by a veterinarian approximately 18 to 24 hours after birth. Each new foal exam is comprised of a physical exam, evaluation of the umbilicus, examination of soft palate, evaluation of serum IgG levels, an evaluation of the mare and an evaluation of the placenta. The estimated cost per new foal exam, including the call fee is approximately $200.00, for a total cost of $3,600.00.

d. Furthermore, should a foal have very low serum IgG levels, it will need to be treated with plasma. A bag of plasma costs approximately $500.00 to administer. While administration of plasma is not always necessary, it is worthwhile when the best interests of the foal are preeminent.

e. Also, antibiotics will be administered at the first sign of illness in any foal. Specifically, they would be provided Naxcel at a cost of $125.00 per bottle, with one bottle typically treating 5 foals.

f. Therefore, there is substantial additional cost associated with providing care for a new foal. This cost should be considered in estimating the value of the Bennett horses as a group.

10. Last, the final factor in determining the value of a horse in the current market is the potential buyer's emotional attachment to an individual horse. In certain cases, a buyer will be willing to pay a substantial amount over market value depending on his or her emotional connection to the horse. While this outlying factor may substantially affect the market price of a horse. This factor cannot account for the difference between the realistic market value of the Bennett horses and Bennett's inflated valuation.

///

///

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 10/18/11, at El Dorado Hills, California.

BETH DECAPRIO—DECLARANT

Timothy M. Ryan, Bar No. 178059
Austin T. Beardsley, Bar No. 270046
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership,

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Dwight Bennett<br><br>Debtor, | CASE NO.: 11-40155<br>Chapter: 11<br>Dated Filed: August 18, 2011<br><br>Assigned for All Purposes to<br>Hon. Michael S. McManus<br>Courtroom: 28<br><br>**DECLARATION OF BETH DICAPRIO IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S OPPOSITION TO TRUSTEE'S MOTION TO CONVERT**<br><br>Date: October 31, 2011<br>Time: 10:00 a.m.<br>Courtroom: 28<br><br>Trial Date: None set. |

I, Beth DiCaprio, declare:

1. I am over the age of eighteen and I am competent to make this declaration.

2. I am the executive director of the Grace Foundation of Northern California, a non-profit organization that specializes in the rescue and care of abused and neglected animals.

3. I have personally participated in the rescue, rehabilitation and re-homing of hundreds of horses and am exceedingly familiar with the current market for the sale and

THE RYAN FIRM
A Professional Corporation

adoption of horses of a variety of breeds. I have personal knowledge of all of the facts recited below.

4. On or about April 12, 2011, the Grace foundation rescued approximately twenty (20) horses from the real property commonly referred to as 695-725 Highway 36, Susanville, CA 96130 (the "Subject Property").

5. These twenty horses were surrendered by debtor Dwight Bennett, ("Bennett") who had no ability to care for the horses financially or otherwise.

6. On or about August 26, 2011, the Grace Foundation rescued an additional thirty six (36) horses from the Subject Property pursuant to an order by the Lassen County Superior Court surrendering the horses to the County of Lassen.

7. I have reviewed Bennett's bankruptcy schedules, including his valuation of the thirty-six (36) horses that are currently being cared for and rehabilitated by the Grace Foundation. Accordingly, please find below a true and accurate analysis of the value of these horses:

a. As an initial matter, the market for sale of horses is currently dismal at best. The Grace Foundation currently receives approximately 30 calls and emails per week, requesting that the Foundation take possession of the owner's horses free of charge. Additionally, there are over 100,000 unwanted horses in the United States, many of which are being sold to slaughterhouses in Canada and Mexico. Horses are considered "luxury" items in the US and with the economy what it is today the purchase of horses has ground to a halt.

b. "Pure Fox Trotter": Bennett alleges that his "pure fox trotters" have a market value of approximately $94,000.00. First, for a foxtrotter to have any high value, it must be accompanied by registration papers. Even if a horse is "pure," without registration papers, its value is greatly diminished for breeding purposes because a foal born to unregistered parents can never be registered.

Second, there is no such breed as a "pure" foxtrotter, as listed by Bennett. If Mr. Bennett is referring to Missouri Foxtrotters, a high end sale price in this

THE RYAN FIRM
A Professional Corporation

region for a *registered* Missouri Foxtrotter would be approximately $10,000.00. However, an unregistered Missouri Foxtrotter, whose foals could never be registered, would have a severely diminished value. In this region, the market price for an *unregistered* Missouri Foxtrotter is, at best, $2,500.00, depending on the condition and health of the horse. Also, these values are also conditioned upon the horse being trained. If the horse is untrained and in a feral state, one can expect the sale price to be much lower than market value.

In this instance, the Grace Foundation has no indication whatsoever that any of the horses are registered. The value of a high end asking price is based upon its registration papers or if the horse was a show horse and was a champion in its class, the horse value would be higher. Without registration papers or champion awards, there is no real high value in these horses. The Grace Foundation regularly adopts unregistered horses of the same condition and quality as the Bennett horses. Normally, the Grace Foundation receives a suggested "donation" for every adoption totaling between $250.00 and $500.00. It is unlikely, if sold on the open market, that any of the Bennett horses, including the unregistered Missouri Foxtrotters, would have a purchase price any higher than the market adoption price.

c. "Pure Mtn.": In the equine world, the term "pure" is not associated with the mountain breed. Absent registration papers, a Mountain horse would not be any more valuable than an unregistered Missouri Foxtrotter. Therefore, Bennett's estimate of $27,000.00 for "pure mountain" horses is greatly overstated.

d. "Pure Arab": Without the requisite registration papers to prove the horse's bloodlines, the maximum value of an Arabian horse in excellent health and condition would be $2,500.00 maximum. Again, none of the horses surrendered by Bennett were in proper condition or accompanied by registration papers. Therefore, considering the condition the horses were in when surrendered, and the costs of deferred care, the $9,000.00 value listed by Bennett is patently erroneous.

THE RYAN FIRM
A Professional Corporation

e. "Xs and Mustangs": In today's market, mustangs are readily available from the Bureau of Land Management (BLM) at a price of under $500.00. On the open market, the higher end price for a trained BLM mustang would average $1,000.00. Many BLM mustangs are feral and cannot be properly trained, rendering the market price for such a horse at below $500.00, if that horse is healthy and in good condition. Therefore, there is no possibility that Bennett's group of mustangs is worth $37,500.00.

f. "Specialty": This is a vague term not used in the equine world. Regardless of the meaning Bennett attaches to this word, there is no likelihood that any portion of Bennett's horses would be worth $16,400.00.

g. "Chico": Chico is a mustang horse from the group of 36. Although he is a nice horse, it is all but impossible that anyone would pay $7,500.00 for him. Furthermore, we have received BLM ownership papers for him indicating that he is owned by someone else. Therefore, Chico is not a $7,500.00 asset owned by Bennett.

h. "Foals": Without proper training and handling an unregistered foal has an approximate value of $250.00 to $500.00. In this instance, all foals received by The Grace Foundation were in need of care. It would cost an buyer a significant amount of money to continue the training of these foals. Therefore, their market value is greatly diminished. $3,000.00 is simply wishful thinking.

i. Last, the Grace Foundation has incurred a considerable amount of costs in providing care for the horses. Upon intake, the Grace Foundation provided deferred care to make up for primary care that had been denied to the horses for many months. This care included all necessary medical care, teeth floating and de-worming, vaccinations etc., at a cost of approximately $18,000.00. Additionally, the Grace Foundation incurs costs totaling, at a minimum, $10,800.00 per month for the care, feed and boarding of the horses. Any total sale

THE RYAN FIRM
A Professional Corporation

price for these horses will also be offset by the recovery of these costs. Therefore, there is no possibility that a sale of all of the horses would bring $185,400.00.

8. Bennett also claims that the "other animals and livestock" surrendered to the County of Lassen and boarded at the Grace Foundation have a market value of $7,300.00. As with his estimation of the value of the horses, Bennett is wildly inaccurate in his calculations. A true and accurate valuation for these animals is listed below:

a. Goats: In today's market an unregistered goat averages $25.00 to $100.00 maximum. The two goats surrendered by Bennett are in average condition, and as a result are not worth $800.00.

b. Donkey: The higher end price for a donkey today, with limited training, in this market averages $500.00. Bennett's estimate of $1,500.00 is therefore inaccurate by at least $1,000.00.

c. Dogs: The dogs surrendered to the Grace Foundation are unregistered and mixed breed. These dogs are readily available at shelters around the country. Therefore, they carry a market value of no more than an animal control agency or shelter would charge to adopt a nice mixed breed dog. The average adoption fee around the Country is $100.00 each. Therefore, the two dogs removed from the Subject Property are not worth $5,000.00.

9. In addition to the estimates of value above, there are other major factors that affect the value of the horses. Specifically, many of the mares (approximately 18) are currently in foal. Without actual due dates, sire information, and registration papers on the dam and sire, these pregnancies are a liability not an asset. As a result, the value of the mother horses and their foals are affected by the following costs:

a. One month prior to foaling, vaccinations should be bolstered at an estimated per horse cost of $75.00. This cost multiplied by 18 horses = $1,3500.00.

b. In general, it can be anticipated that twenty (20) percent of the horses will need veterinary intervention at foaling. This is an emergency situation

and is always budgeted. The emergency fee for veterinary services is $75.00 until 7 p.m., $105.00 after 7 p.m., plus a call fee of $75.00. Our veterinarian bills time and materials at $150.00 per hour. Emergencies vary in length, but 1.5 hours per incident can be considered average. Accordingly, four (4) or five (5) of these visits can be expected.

    c.    Every new foal must be examined by a veterinarian approximately 18 to 24 hours after birth. Each new foal exam is comprised of a physical exam, evaluation of the umbilicus, examination of soft palate, evaluation of serum IgG levels, an evaluation of the mare and an evaluation of the placenta. The estimated cost per new foal exam, including the call fee is approximately $200.00, for a total cost of $3,600.00.

    d.    Furthermore, should a foal have very low serum IgG levels, it will need to be treated with plasma. A bag of plasma costs approximately $500.00 to administer. While administration of plasma is not always necessary, it is worthwhile when the best interests of the foal are preeminent.

    e.    Also, antibiotics will be administered at the first sign of illness in any foal. Specifically, they would be provided Naxcel at a cost of $125.00 per bottle, with one bottle typically treating 5 foals.

    f.    Therefore, there is substantial additional cost associated with providing care for a new foal. This cost should be considered in estimating the value of the Bennett horses as a group.

10.    Last, the final factor in determining the value of a horse in the current market is the potential buyer's emotional attachment to an individual horse. In certain cases, a buyer will be willing to pay a substantial amount over market value depending on his or her emotional connection to the horse. While this outlying factor may substantially affect the market price of a horse. This factor cannot account for the difference between the realistic market value of the Bennett horses and Bennett's inflated valuation.

///

///

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 10/18/11, at El Dorado Hills, California.

BETH DECAPRIO—DECLARANT

THE RYAN FIRM
A Professional Corporation