

Allen C. Massey - 172024
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA  95814-2322
(916) 930-2100; fax (916) 930-2099

Attorney for August B. Landis,
  Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:                                                     Case No.   11-40155-A-11

Dwight Bennett,
                                                           **REPORT OF 341 MEETING**

                Debtor.
_____/


1.   Date of Meeting:     October 20, 2011, at 9:00 a.m.

2.   Appearances:         None required.  Counsel for WFB previouslyconfirmed he had no further questions.

3.   DISPOSITION:         Concluded.


Dated:  October 20, 2011                /s/ Allen C. Massey
                                        Attorney for August B. Landis,
                                        Acting United States Trustee
                                        al.c.massey@usdoj.gov