Case 11-40155    Filed 10/21/11    Doc 103

2011-40155
FILED
October 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003848394

1  Timothy M. Ryan, Bar No. 178059
   Austin T. Beardsley, Bar No. 270046
2  tryan@theryanfirmm.com
   Austin T. Beardsley, Bar No. 270046
3  Abeardsley@theryanfirm.com
   THE RYAN FIRM
4  A Professional Corporation
   1100 N. Tustin Avenue, Suite 200
5  Anaheim, California 92807
   Telephone (714) 666-1362; Fax (714) 666-1443
6

7  Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust
   Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited
8  partnership,

9                  UNITED STATES BANKRUPTCY COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12 In re:                              ) CASE NO.: 11-40155
                                       )
13 Dwight Bennett                      ) DCN: TRF-2
                                       )
14        Debtor,                      )
                                       ) Chapter: 11
15                                     )
                                       ) Assigned for All Purposes to
16                                     ) Hon. Michael S. McManus
                                       )
17                                     ) [PROPOSED] **ORDER ON CREDITORS**
                                       ) **WELLS FARGO BANK, N.A. AND BAC**
18                                     ) **HOME LOANS SERVICING, LP'S**
                                       ) **MOTION FOR RELIEF FROM STAY**
19                                     ) **AND TO EXCUSE TURNOVER BY**
                                       ) **RECEIVER PURSUANT TO 11 U.S.C.**
20                                     ) **§§ 362 (D) AND 543 (D)**
                                       )
21                                     )
                                       ) Date:       October 17, 2011
22                                     ) Time:       10:00 a.m.
                                       ) Courtroom:  28
23                                     )
                                       ) Trial Date: None set.
24                                     )
                                       )
25 _____ )

26 ///

27 ///

28 ///

                                       1

[Proposed] Order

RECEIVED
October 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003848394

THE RYAN FIRM
A Professional Corporation

1  Application having been made on behalf of Creditors WELLS FARGO BANK,
2  N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS
3  SERVICING, LP, a Texas limited partnership("Creditors"), and good cause appearing
4  therefore,

**IT IS ORDERED THAT:**

1. Creditors' motion for relief from stay pursuant to 11 U.S.C. §362 (d) (1) and (2), is hereby granted.

2. Relief from the automatic stay is granted to Creditors to complete case numbers 45679 and 46190, pending in Lassen County Superior Court with respect to the real property commonly known as 695-725 Highway 36, Susanville, California 96130 (the "Subject Property").

3. Specifically, the Creditors are granted relief from the automatic stay to pursue judgment in the Lassen County Superior Court establishing the Creditors' equitable lien and mortgage over the Subject Property, in accordance with the court's ruling on Creditors' motion for summary adjudication on July 21, 2011.

4. Creditors' motion to excuse turnover by Receiver pursuant to 11 U.S.C. §543 (d) (1), is hereby granted.

5. The state court appointed receiver shall hereby be reinstated in its duties according to the state court's order.

6. The receiver shall comply with the Bankruptcy Code and Rules and must report to this court by filing periodic reports, for no more than 120 days. These reports shall be served on the debtor, the U.S. Trustee and the 20 largest unsecured creditors.

7. If and when the court determines that the property in possession of the receiver is not an estate asset, the receiver will be discharged of her duties to the Bankruptcy court.

///

8.  na

Dated: October 21, 2011

By the Court

Michael S. McManus
United States Bankruptcy Judge

THE RYAN FIRM
A Professional Corporation

r:\8045 bank of america\8045-1267 norman allen v. wilshire\case no. 45679\bennett bankruptcy\motion for relief from stay\proposed order.doc

[Proposed] Order

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 1100 North Tustin Avenue, Suite 200, Anaheim, California 92807.

On October 20, 2011, I served the within document(s) described as:
**[PROPOSED] ORDER ON CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S MOTION FOR RELIEF FROM STAY AND TO EXCUSE TURNOVER BY RECEIVER PURSUANT TO 11 U.S.C. §§ 362 (D) AND 543 (D)**
on the interested parties in this action:

☒  by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
☒  addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Dwight Bennett<br>P.O. Box 540<br>Susanville, CA 96130 | Tel: 530-257-2555<br>Fax: 530-257-0340<br>whisperingpines@frontiernet.net | Debtor |
| Office of The U.S.Trustee<br>Allen Massey<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814 | Tel: 916-930-2081<br>Fax: 916-930-2099<br>al.c.massey@usdoj.gov | United States Trustee |

☒  **BY MAIL** (F.R.Civ.P, rule 5(b)(1); F.R.Civ.P., rule 5(b)(2)(C))—I deposited such envelope(s) for processing in the mailroom in our offices, having been address to each party's attorney(s) of record at their last known address. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California, in the ordinary course of business.

☒  **CM/ECF** (U.S. Bankruptcy Court, Eastern District of California, Local Civil Rule)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 20, 2011, at Anaheim, California.


JODY MCLAIN

Proof of Service

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re **Dwight Bennett**            )    Case No.  **11-40155**
                                    )
                                    )    DC No.   **TRF-2**
                                    )
            Debtor(s).              )
                                    )

### REQUEST FOR CLERK'S NOTICE OF ENTRY

A proposed judgment/order entitled **Proposed Order on Creditors WFB , N.A.**

**and BAC's Mtn. for Rel. from Stay and to Excuse (11 U.S.C 362 and 543)**            was

submitted on October 20, 2011          . Upon entry on docket, please prepare a notice of

entry and, pursuant to Local Rule 9022-1(a), serve it by mail upon the following parties

who appeared in connection with the judgment or order, at the addresses shown below.

Dwight Bennett
P.O. Box 540
Susanville, CA
96130


Office of the United States Trustee
Allen Massey
501 I. Street, Suite 7-500
Sacramento, CA 95814


☐ Continuation Sheet(s) Attached

DATED: October 20, 2011           /S/ AUSTIN T. BEARDSLEY
                                  Signature of Requesting Party


Do not submit this **Request for Clerk's Notice of Entry** form for: (1) Judgments/Orders on uncontested matters where only the movant appeared at the hearing, (2) Stipulations and Judgments/Orders, (3) Orders to Continue a Hearing, or (4) Orders relating to dismissal, discharge, conversion, or confirming plan in the main bankruptcy case.

EDC 3-965 (Rev. 4/6/04)