Case 11-40155   Filed 10/24/11   Doc 104

FILED
October 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D95

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Dwight Alan Bennett | **Case No :** | 11-40155 - A - 11 |
| | | **Date :** | 10/17/11 |
| | | **Time :** | 10:00 |

**Matter :** [57] - Order to Show Cause - Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 10/17/2011 at 10:00 AM at Sacramento Courtroom 28, Department A. (jris)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
   Debtor(s) Attorney - Carolyn Chan
   Debtor - Dwight Alan Bennett
   Creditor's Attorney - Timothy Ryan
   U.S. Trustee's Attorney - Allen Massey

## CIVIL MINUTE ORDER

The petition shall remain pending and the order to show cause is ORDERED DISCHARGED but the order permitting the debtor to pay the filing fee in installments is modified. If the debtor fails to pay a future installment when due, the case will be dismissed without further notice or hearing.

Dated: October 21, 2011

By the Court

Michael S. McManus
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Allen Massey
501 I St #7-500
Sacramento, CA 95814

Timothy Ryan
1100 N Tustin Ave #200
Anaheim, CA 92807

Dwight Bennett
PO Box 540
Susanville, CA 96130

Carolyn Chan
2485 Notre Dame Blvd Ste 370
Chico, CA 95928