FORM L77 Notice of Entry of Order in a Bankruptcy Case  (v.1.07)

11−40155 − A − 11



# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

# FILED

# 10/24/11

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

jris

## NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

**Case Number:**    11−40155 − A − 11

**Debtor Name(s), Social Security Number(s), and Address(es):**

Dwight Alan Bennett
xxx−xx−5915

PO Box 540
Susanville, CA 96130

**NOTICE IS HEREBY GIVEN THAT:**

An order discharging the Order to Show Cause was entered on the docket in this case on October 24, 2011 . The document number and docket text for this order are set forth below.

**[93] − Civil Minute Order Discharging [41] Order to Show Cause − Failure to File Documents (jris)**

This case will remain pending.

Dated:
10/24/11

For the Court,
Wayne Blackwelder , Clerk