FILED

NOV - 1 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re ) No. 11-40155-A-11
)
)
DWIGHT BENNETT, )
) Date: October 17, 2011
Debtor. ) Time: 10:00 a.m.
)
)
)
_____)

### STATUS CONFERENCE ORDER

On October 17, 2011, at 10:00 a.m., the court conducted a status conference in this matter. It is hereby ordered:

1. The debtor in possession shall file a proposed plan of reorganization and a disclosure statement not later than December 16, 2011. The debtor in possession shall thereafter promptly set the disclosure statement for hearing.

2. Any agreement to use cash collateral shall be approved by the court as required by 11 U.S.C. § 363(c) and Fed. R. Bankr. P. 4001(d).

3. Any sale, lease, or use of property of the estate that is not in the ordinary course of business of the debtor must be approved in advance by the court. See 11 U.S.C. § 363.

4. Nothing in this order should be construed as extending the exclusivity periods of 11 U.S.C. § 1121. Nor should this order be construed as limiting the right of any party in interest to request dismissal, conversion, appointment of a trustee, or any other relief.

5. If the debtor in possession fails to meet the deadline

set in paragraph 1 or if the debtor in possession fails to diligently pursue approval and confirmation of the proposed disclosure statement and plan, the court may set a further status conference on as little as seven days' notice.  At that status conference the court will consider extending the bar date if there is good cause.  If good cause is absent, the court may dismiss the case, convert the case to chapter 7, or grant other appropriate relief.

Dated: 1 Nov 2011

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge

**CERTIFICATE OF MAILING**

I, Susan C. Cox, in the performance of my duties as a judicial assistant to the Honorable Michael S. McManus, mailed by ordinary mail to each of the parties named below a true copy of the attached document.

Allen Massey
501 I St #7-500
Sacramento, CA 95814

Timothy Ryan
1100 N Tustin Ave #200
Anaheim, CA 92807

Dwight Bennett
PO Box 540
Susanville, CA 96130

Carolyn Chan
2485 Notre Dame Blvd Ste 370
Chico, CA 95928

Dated: November 1, 2011

_Susan C. Cox_
Susan C. Cox
Judicial Assistant to Judge McManus