# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Dwight Alan Bennett | **Case No :** | 11-40155 - A - 7 |
| | | **Date :** | 11/14/11 |
| | | **Time :** | 10:00 |

**Matter :** [76] - Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST-1] Filed by U.S. Trustee August B. Landis (Fee Paid $0.00) (jris)
[76] - Motion/Application to Dismiss Case/Proceeding [UST-1] Filed by U.S. Trustee August B. Landis (jris)
[76] - Motion/Application to Appoint Trustee [UST-1] Filed by U.S. Trustee August B. Landis (jris)

**UNOPPOSED**

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
    U.S. Trustee's Attorney - Allen Massey
**Respondent(s) :**
(by phone)    Creditor's Attorney - Austin Beardsley

MOTION was :

Case converted to chapter 7; the prior ruling is vacated.

ORDER TO BE PREPARED BY :    Movant(s)