United States Bankruptcy Court
Eastern District of California

In re:                                                              Case No. 11-40155-A
Dwight Alan Bennett                                                 Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2          User: nkrs              Page 1 of 1              Date Rcvd: Nov 16, 2011
                              Form ID: L9a            Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2011.
db           +Dwight Alan Bennett,    PO Box 540,    Susanville, CA 96130-0540
aty          +Timothy M. Ryan,    1100 N Tustin Ave #200,    Anaheim, CA 92807-1730
19072095      Bank of America Card Services,    Address 1,    City CA 96130
19072083      Bird Flat Ranch,    Highway 395,    Doyle CA 96113
19072096      Capitol One Card Services,    Address 1,    City CA 96130
19072084     +Deborah Sue McNeal,    6138 Parkside Drive,    Anacortes WA 98221-4092
19072085     +Ellen Hamlyn Court Reporter,    P O Box 87,    Chester CA 96020-0087
19072097      High Desert Vet Services,    Address 1,    Susanville CA 96130
19072087     +Judith A St John,    478-740 Eagle Lake Road,    Susanville CA 96130-9521
19072088      Julius Allen,    464-775 Main Street,    Janesville CA 96114
19072089     +Lassen County Assessor s Office,    220 South Lassen Street,    Suite 3,    Susanville CA 96130-4357
19072090     +Lassen County Times,    105 Grand Avenue,    Susanville CA 96130-4788
19072091      Sherman Reed,    721-42 Cappezzoli Lane,    Standish CA 96128
19286084    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,     PO Box 5229,    Cincinnati OH 45201)
19072092     +US Bank,    901 Main Street,    Susanville CA 96130-4406
19072093     +Vernon Reese,    P O Box 221,    Standish CA 96128-0221
19072094     +Wells Fargo Bank NA as Trustee,    for MLML Trust Series 2005 HE3,
               0 0 Timothy Ryan The Ryan Firm,    1100 North Tustin Avenue Suite 200,    Anaheim CA 92807-1730
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Nov 17 2011 04:22:26     Allen C. Massey,
               501 I St #7-500,    Sacramento, CA 95814-7304
tr           +EDI: QJWREGER.COM Nov 17 2011 03:48:00      John W. Reger,    280 Hemsted #C,
               Redding, CA 96002-0934
tr           +EDI: BSDIDRIKSEN.COM Nov 17 2011 03:48:00      Susan Didriksen,    PO Box 1460,
               Shingle Springs, CA 95682-1460
ustr         +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Nov 17 2011 04:22:26     August B. Landis,
               c/o Allen C. Massey,    501 I St #7-500,    Sacramento, CA 95814-7304
19072086      EDI: IRS.COM Nov 17 2011 03:48:00      Internal Revenue Service,    Address 1,
               Ogden UT 84201-0025
19286084      EDI: USBANKARS.COM Nov 17 2011 03:48:00      U.S. Bank N.A.,    PO Box 5229,    Cincinnati OH 45201
19072092     +EDI: USBANKARS.COM Nov 17 2011 03:48:00      US Bank,    901 Main Street,
               Susanville CA 96130-4406
                                                                                              TOTAL: 7
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           August B. Landis
                                                                                   TOTALS: 1, * 0, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2011**                              **Signature:**   *Joseph Speetjens*

|  | UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br><br>(916) 930-4400<br>www.caeb.uscourts.gov<br>M-F 9:00 AM - 4:00 PM | **FILED**<br><br>**11/16/11**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>nkrs |
|---|---|---|

**NOTICE OF CONVERSION TO CHAPTER 7, MEETING OF CREDITORS, & DEADLINES**
A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 8/18/11 and was converted to chapter 7 on 11/15/11.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| Case Number: | 11-40155 - A - 7 |
|---|---|

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Dwight Alan Bennett
xxx-xx-5915

PO Box 540
Susanville, CA 96130

| Debtor's Attorney: | Dwight Alan Bennett<br>PO Box 540<br>Susanville, CA 96130 | Trustee: | Susan Didriksen<br>PO Box 1460<br>Shingle Springs, CA 95682 |
|---|---|---|---|
| Telephone Number: | 530-257-2555 | Telephone Number: | 530-232-6119 |

### MEETING OF CREDITORS
Location:    2986 Bechelli Lane, 2nd Floor, Room 200, Redding, CA
Date & Time:    1/11/12    09:00 AM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)**  - See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** - Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:
3/12/12**
Deadline to Object to Exemptions:   Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

### See Reverse Side For Important Explanations.

| Dated:<br>11/16/11 | For the Court,<br>Wayne Blackwelder , Clerk |
|---|---|

FORM L9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Conversion of Bankruptcy Case to Chapter 7 | The bankruptcy case filed in this court by or against the debtor(s) listed on the front side has been converted to a case under chapter 7 of the Bankruptcy Code (Title 11, United States Code). |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**--- Refer to Other Side For Important Deadlines and Notices ---**