FORM L65 Amendment to Correct the Notice of Commencement of Case, Meeting of Creditors, and Fixing of Dates (v.11.05)    11-40155 - A - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**12/7/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

nkrs

# AMENDMENT TO CORRECT THE NOTICE OF COMMENCEMENT OF CASE, MEETING OF CREDITORS, AND FIXING OF DATES

**Case Number:** 11-40155 - A - 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Dwight Alan Bennett
xxx-xx-5915

PO Box 540
Susanville, CA 96130

The Notice of Commencement of Case, Meeting of Creditors, and Fixing of Dates in this case contained incorrect information. The correct information regarding this case is contained in this amended notice.

| | | | |
|---|---|---|---|
| **Debtor's Attorney:** | Dwight Alan Bennett<br>PO Box 540<br>Susanville, CA 96130 | **Trustee:** | Susan Didriksen<br>PO Box 1460<br>Shingle Springs, CA 95682 |
| **Telephone Number:** | 530-257-2555 | **Telephone Number:** | 530-232-6119 |

## Meeting of Creditors

**Location:** Robert T Matsui United States Courthouse, 501 I Street, Room 7-A, 7th Floor, Sacramento, CA
**Date & Time:** 1/4/12   02:00 PM

## Discharge of Debtor

Deadline to file a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Types of Debts:   3/12/12

Dated:
12/7/11

For the Court,
Wayne Blackwelder, Clerk