United States Bankruptcy Court
Eastern District of California

In re:                                                          Case No. 11-40155-A
Dwight Alan Bennett                                             Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0972-2        User: nkrs              Page 1 of 1         Date Rcvd: Dec 07, 2011
                            Form ID: L65            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2011.
db           +Dwight Alan Bennett,    PO Box 540,    Susanville, CA 96130-0540
aty          +Timothy M. Ryan,    1100 N Tustin Ave #200,    Anaheim, CA 92807-1730
19072095      Bank of America Card Services,    Address 1,    City CA 96130
19072083      Bird Flat Ranch,    Highway 395,    Doyle CA 96113
19072096      Capitol One Card Services,    Address 1,    City CA 96130
19072084     +Deborah Sue McNeal,    6138 Parkside Drive,    Anacortes WA 98221-4092
19072085     +Ellen Hamlyn Court Reporter,    P O Box 87,    Chester CA 96020-0087
19072097      High Desert Vet Services,    Address 1,    Susanville CA 96130
19072087     +Judith A St John,    478-740 Eagle Lake Road,    Susanville CA 96130-9521
19072088      Julius Allen,    464-775 Main Street,    Janesville CA 96114
19072089     +Lassen County Assessor s Office,    220 South Lassen Street,    Suite 3,    Susanville CA 96130-4357
19072090     +Lassen County Times,    105 Grand Avenue,    Susanville CA 96130-4788
19072091      Sherman Reed,    721-42 Cappezzoli Lane,    Standish CA 96128
19286084    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank N.A.,     PO Box 5229,    Cincinnati OH 45201)
19072092     +US Bank,    901 Main Street,    Susanville CA 96130-4406
19072093     +Vernon Reese,    P O Box 221,    Standish CA 96128-0221
19072094     +Wells Fargo Bank NA as Trustee,    for MLML Trust Series 2005 HE3,
               0 0 Timothy Ryan The Ryan Firm,    1100 North Tustin Avenue Suite 200,    Anaheim CA 92807-1730
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Dec 08 2011 11:40:28     Allen C. Massey,
               501 I St #7-500,    Sacramento, CA 95814-7304
tr            +E-mail/Text: didriksen1@gmail.com Dec 08 2011 11:40:19     Susan Didriksen,    PO Box 1460,
               Shingle Springs, CA 95682-1460
ustr          +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Dec 08 2011 11:40:28     August B. Landis,
               c/o Allen C. Massey,    501 I St #7-500,    Sacramento, CA 95814-7304
19072086      E-mail/Text: cio.bncmail@irs.gov Dec 08 2011 11:38:01     Internal Revenue Service,    Address 1,
               Ogden UT 84201-0025
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          August B. Landis
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2011**                    **Signature:**    *Joseph Speetjens*

FORM L65 Amendment to Correct the Notice of Commencement of Case, Meeting of Creditors, and Fixing of Dates (v.11.05)     11−40155 − A − 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**12/7/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

nkrs

# AMENDMENT TO CORRECT THE NOTICE OF COMMENCEMENT OF CASE, MEETING OF CREDITORS, AND FIXING OF DATES

**Case Number:**    11−40155 − A − 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Dwight Alan Bennett
xxx−xx−5915

PO Box 540
Susanville, CA 96130

The Notice of Commencement of Case, Meeting of Creditors, and Fixing of Dates in this case contained incorrect information. The correct information regarding this case is contained in this amended notice.

| | | | |
|---|---|---|---|
| **Debtor's Attorney:** | Dwight Alan Bennett<br>PO Box 540<br>Susanville, CA 96130 | **Trustee:** | Susan Didriksen<br>PO Box 1460<br>Shingle Springs, CA 95682 |
| **Telephone Number:** | 530−257−2555 | **Telephone Number:** | 530−232−6119 |

## Meeting of Creditors

**Location:**    Robert T Matsui United States Courthouse, 501 I Street, Room 7−A, 7th Floor, Sacramento, CA

**Date & Time:**    1/4/12    02:00 PM

## Discharge of Debtor

Deadline to file a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Types of Debts:    3/12/12

**Dated:**
12/7/11

For the Court,
Wayne Blackwelder , Clerk