FILED
December 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003949435

3

**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Proposed Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.: 11-40155-A-7<br>DC No.:    HSM-001<br>Date:       January 3, 2011<br>Time:      10:00 a.m.<br>Place:      501 I Street<br>               Sacramento, CA<br>               Ctrm. 28, 7th Flr.<br>Judge:     Michael S. McManus |

### MOTION TO ABANDON PERSONAL PROPERTY
### (ANIMALS) OF THE ESTATE

SUSAN DIDRIKSEN, the Chapter 7 Trustee herein ("Trustee"), moves this Court for authority to abandon the estate's interest in personal property of the estate consisting of any and all of the animals (the "Animals") owned by the Debtor as of the commencement of this Chapter 7 case on August 18, 2011 (the "Motion"). The Animals include all of the horses owned by the Debtor as of the commencement of this case (believed to be as many as thirty-six (36)) (the "Horses"), as well as the various other animals identified in the Debtor's Schedules and attachments thereto (goats, donkey, dogs). The Horses were previously located at the real property of the estate known as the 695-725 Hwy 35, W. Susanville, California (the "Property"). Subsequently, all of the Horses were removed pursuant to one or more orders of the Lassen County Superior Court. The Trustee does not believe, but is

uncertain, whether the Debtor is in possession of any of the Horses at this time. Whether or not the Horses, and/or any of the other Animals, are located at the Property, the Trustee seeks to immediately abandon them pursuant to this Motion. The Trustee's Motion is made pursuant to 11 U.S.C. § 554(a) because the Horses are of inconsequential value or benefit to the estate and are otherwise burdensome to the administration of this case. In support of the Motion, the Trustee respectfully represents as follows:

1.  The Debtor, DWIGHT ALAN BENNETT ("Debtor"), commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on August 18, 2011. Pre-petition, the Debtor operated a business involving the breeding and raising of horses, the boarding of horses, and providing riding lessons.

2.  The case was converted from a Chapter 11 case to one under Chapter 7 by order dated November 15, 2011. The Trustee was appointed as the Chapter 7 Trustee on November 15, 2011, and presently serves in that capacity.

6.  Jurisdiction for the filing of this motion exists pursuant to 28 U.S.C. § 157 and 1334; 11 U.S.C. § 554(a); and the reference to this court by the District Court for the Eastern District of California.

7.  On Schedule B of his Schedules filed September 16, 2011, the Debtor generally scheduled the Animals sought to be abandoned by this Motion. Schedule B does not itemize the value of the estate's interest in the Animals individually, but rather valued all the estate's Animals at that time (taken by the state court Receiver) at $192,700.00. The Debtor's Attachment to Schedule B, at page 9 of the Schedules filed September 16, does include values for the various Animals covered by this Motion.

8.  Based upon her investigation and information she has been able to obtain regarding the Animals, primarily the Horses, the Trustee has determined, based on the overall condition of the Animals and present market conditions, that the Animals cannot be sold, at least for any meaningful amounts. The Trustee has concluded, therefore, that there is no realizable equity in the Animals for the estate.

10. Pursuant to 11 U.S.C. § 554(a), after notice and a hearing, the Trustee ". . .may

HEFNER, STARK & MAROIS, LLP
Sacramento, California

1  abandon any property of the estate that is burdensome to the estate or that is of
2  inconsequential value and benefit to the estate."

3      11.  In addition to having no current value to the estate, the Animals are or may be
4  burdensome to the estate.  While most if not all of the Horses are in the possession of the
5  Grace Foundation, a rescue organization for horses, the estate is potentially exposed to costs
6  and expenses associated with their ongoing care and maintenance.  In short, the Trustee
7  wishes to terminate any possible exposure to administrative costs associated with any of the
8  Animals at the earliest possible date for the benefit of the estate and its creditors.

9      **WHEREFORE,** the Trustee respectfully requests that the Court order that the Animals
10  be abandoned, effective immediately upon entry of the order on this Motion.

11  Dated: December 9, 2011    HEFNER, STARK & MAROIS, LLP

By *Howard S. Nevins*

Howard S. Nevins, Attorneys for
SUSAN DIDRIKSEN, Chapter 7 Trustee

K:\Didriksen, Susan\Dwight Alan Bennett (7782-0009)\abandon asset (hsm001)\pldg mtn abandon asset (hsm-001).wpd