Case 11-40155   Filed 12/09/11   Doc 123

FILED
December 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003949436

HEFNER, STARK & MAROIS, LLP
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Proposed Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.: 11-40155-A-7<br>DC No.: HSM-001<br>Date: January 3, 2012<br>Time: 10:00 a.m.<br>Place: 501 I Street<br>Sacramento, CA<br>Ctrm. 28, 7th Flr.<br>Judge: Michael S. McManus |

**NOTICE OF MOTION TO ABANDON PERSONAL PROPERTY (ANIMALS) OF THE ESTATE**

**PLEASE TAKE NOTICE** that SUSAN DIDRIKSEN, the duly appointed Chapter 7 Trustee ("Trustee") in the above referenced case, by and through her proposed counsel, has filed a Motion to Abandon Personal Property (Animals) of the Estate ("Motion"). The Animals include all of the horses owned by the Debtor as of the commencement of this case (believed to be as many as thirty-six (36)) (the "Horses"), as well as the various other animals identified in the Debtor's Schedules and attachments thereto (goats, donkey, dogs). The Horses were previously located at the real property of the estate known as the 695-725 Hwy 35, W. Susanville, California (the "Property"). Subsequently, all of the Horses were removed pursuant to one or more orders of the Lassen County Superior Court. The Trustee does not believe, but is uncertain, whether the Debtor is in possession of any of the Horses at this time. Whether

K:\Didriksen, Susan\Dwight Alan Bennett (7782-0009)\abandon asset (hsm001)\pldg mtn abandon asset (hsm-001) ntc.wpd

or not the Horses, and/or any of the other Animals, are located at the Property, the Trustee seeks to immediately abandon them pursuant to this Motion. The Trustee's Motion is made pursuant to 11 U.S.C. § 554(a) because the Animals are of inconsequential value or benefit to the estate and are otherwise burdensome to the administration of this case.

The Motion was filed pursuant to Local Rule 9014-1(f)(2), which requires a minimum of 14 days' notice of the hearing on the Motion. Counsel has scheduled the Motion to be heard on **January 3, 2012, at 10:00 a.m.**, before the Honorable Michael S. McManus, in Department A, Courtroom 28, located at 501 I Street, 7th Floor, Sacramento, California.

The Motion is based on this Notice, the Motion, and the Declaration of the Trustee. Interested parties are referred to such documents, which are on file with the court, for further particulars. The Motion may also be based on additional evidence and argument as may be submitted at the time of the hearing.

**<u>YOUR RIGHTS MAY BE AFFECTED</u>. You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

Pursuant to Local Rule 9014-1(f)(2)(iii), opposition, if any, need not be in writing or filed with the Court prior to the hearing on the Motion. Instead, opposition, if any, may be presented at the hearing on the Motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs. The hearing on the Motion may be adjourned from time to time without further notice, except as stated orally in court.

Dated: December 9, 2011                                         HEFNER, STARK & MAROIS, LLP

                                                                By /s/ Howard S. Nevins
                                                                Howard S. Nevins, Proposed Attorneys for
                                                                SUSAN DIDRIKSEN, Chapter 7 Trustee