Case 11-40155    Filed 12/09/11    Doc 124

FILED
December 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003949437

2

**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Proposed Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.: 11-40155-A-7<br><br>DC No.:    HSM-001<br><br>Date:      January 3, 2011<br>Time:      10:00 a.m.<br>Place:     501 I Street<br>           Sacramento, CA<br>           Ctrm. 28, 7th Flr.<br>Judge:     Michael S. McManus |

**DECLARATION OF SUSAN DIDRIKSEN IN SUPPORT OF
MOTION TO ABANDON PERSONAL PROPERTY (ANIMALS) OF THE ESTATE**

I, SUSAN DIDRIKSEN, declare as follows:

1.   I am the Chapter 7 Trustee for the above-captioned estate. I have personal knowledge of the facts set forth herein and in the accompanying Motion To Abandon Personal Property (Animals) of the Estate (the "Motion"). As a result, I will not set forth each and every one of those facts herein.

2.   I have reviewed the Motion and supporting pleadings filed herewith. Except as to any matters stated on information and belief, I have personal knowledge of the facts set forth therein. To the best of my knowledge, each of the factual statements contained in the Motion are true and correct and therefore will not be separately stated herein. If called upon to testify as to those facts, I could competently do so. As to those facts stated on information and belief,

1  I believe them to be true.

2  I declare under penalty of perjury and under the laws of the State of California the
3  foregoing is true and correct and that this declaration was executed on this 8th day of
4  December, 2011, at Shingle Springs, California.

*Susan Didriksen*
Digitally signed by Susan Didriksen
DN: cn=Susan Didriksen, o=Trustee, ou,
email=didriksen1@gmail.com, c=US
Date: 2011.12.08 14:28:10 -08'00'

SUSAN DIDRIKSEN

HEFNER, STARK & MAROIS, LLP
Sacramento, California

K:\Didriksen, Susan\Dwight Alan Bennett (7782-0009)\abandon asset (hsm001)\pldg mtn abandon asset (hsm-001) decl sd.wpd