FILED
December 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003949438

**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Proposed Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.: 11-40155-A-7<br>DC No.: HSM-001<br>Date: January 3, 2011<br>Time: 10:00 a.m.<br>Place: 501 I Street<br>        Sacramento, CA<br>        Ctrm. 28, 7th Flr.<br>Judge: Michael S. McManus |

### PROOF OF SERVICE

I am a citizen of the United States, employed in the city and county of Sacramento. My business address is 2150 River Plaza Drive, Suite 450, Sacramento, California 95833-3883. I am over the age of 18 years and not a party to the above-entitled action. I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

On December 9, 2011, I served the following documents:

**NOTICE OF MOTION TO ABANDON PERSONAL PROPERTY
(ANIMALS) OF THE ESTATE**

X   By mail on the interested parties in the case above-referenced by placing a true copy of the above-referenced documents enclosed in a sealed envelope, with postage fully prepaid, in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States Postal Service mailbox in the city of Sacramento, California, after the close of the day's business, at the address(es) as set forth below.

SEE SERVICE LIST ATTACHED

Furthermore, on this date I also served the following documents:

**MOTION TO ABANDON PERSONAL PROPERTY
(ANIMALS) OF THE ESTATE**

**DECLARATION OF MOTION TO ABANDON PERSONAL PROPERTY
(ANIMALS) OF THE ESTATE**

X    **By mail** on the interested parties in the case above-referenced by placing a true copy of the above-referenced documents enclosed in a sealed envelope, with postage fully prepaid, in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States Postal Service mailbox in the city of Sacramento, California, after the close of the day's business, at the address(es) as set forth below.

Dwight Alan Bennett
PO Box 540
Susanville, CA 96130-0540

Susan Didriksen
PO Box 1460
Shingle Springs, CA 95682-1460

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street,, Room 7-500
Sacramento, CA 95814-7304

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on December 9, 2011, at Sacramento, California.

▸ _____
Luz Samosa

## SERVICE LIST

Bird Flat Ranch
Highway 395
Doyle CA 96109

Bank of America Card Services
Address 1
City CA 96130

Capitol One Card Services
Address 1
City CA 96130

Dwight Alan Bennett
PO Box 540
Susanville, CA 96130-0540

Deborah Sue McNeal
6138 Parkside Drive
Anacortes WA 98221-4092

Susan Didriksen
PO Box 1460
Shingle Springs, CA 95682-1460

Ellen Hamlyn Court Reporter
P O Box 87
Chester CA 96020-0087

High Desert Vet Services
Address 1
Susanville CA 96130

Internal Revenue Service Centralized
Insolvency Operations
 PO Box 7346
Philadelphia PA 19101-7346

Judith A St John
478-740 Eagle Lake Road
Susanville CA 96130-9521

Julius Allen
464-775 Main Street
Janesville CA 96114

LVNV Funding LLC its successors and
assigns c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

August B. Landis
c/o Allen C. Massey
501 I St #7-500
Sacramento, CA 95814-7304

Lassen County Assessor s Office
220 South Lassen Street Suite 3
Susanville CA 96130-4357

Lassen County Times
105 Grand Avenue
Susanville CA 96130-4788

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814-7304

Timothy M. Ryan
1100 N Tustin Ave #200
Anaheim, CA 92807-1730

Sherman Reed
721-42 Cappezzoli Lane
Standish CA 96128

US Bank
PO Box 5229
Cincinnati OH 45201-5229

US Bank
901 Main Street
Susanville CA 96130-4406

Vernon Reese
P O Box 221
Standish CA 96128-0221

Wells Fargo Bank NA as Trustee for MLML
Trust Series 2005 HE3
0 0 Timothy Ryan, The Ryan Firm
1100 North Tustin Avenue Suite 200
Anaheim CA 92807-1730