Case 11-40155   Filed 12/19/11   Doc 126

FILED
December 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003966796

3

**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Proposed Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.: 11-40155-A-7<br><br>DC No.:   HSM-002<br><br>NO HEARING SET |

### APPLICATION TO EMPLOY HEFNER, STARK & MAROIS, LLP,
### AS COUNSEL FOR TRUSTEE

SUSAN DIDRIKSEN, the duly appointed Chapter 7 Trustee ("Trustee") in the pending bankruptcy case of DWIGHT ALAN BENNETT(the "Debtor"), Case No. 11-40155-A-7, files this application ("Application") for authorization to employ the law firm of Hefner, Stark & Marois, LLP ("Counsel"), as general bankruptcy counsel for the Trustee as follows:

1.   This case was filed as a voluntary Chapter 11 case on August 18, 2011.  The case was converted from a Chapter 11 case to one under Chapter 7 by order dated November 15, 2011.  The Trustee was appointed as the Chapter 7 Trustee on November 15, 2011, and presently serves in that capacity.

2.   The Trustee has determined that she needs to employ general bankruptcy counsel in this case.

3.   Based upon her interview and familiarity with Counsel, the scope of

representation that may be provided by the attorneys of that firm on bankruptcy matters, the law firm's reputation and experience in handling bankruptcy and non-bankruptcy matters and the scope and complexity of the case, the Trustee wishes to retain Counsel as her court appointed general bankruptcy counsel in this case.

4. The terms of the Trustee's employment of Counsel are set forth in the Hourly Fee Agreement For Legal Services attached as Exhibit "B" to the Exhibits Cover Sheet filed in support of this Application.

5. As set forth in the Declaration of Howard S. Nevins filed and served herein ("Nevins Declaration"), Counsel has determined that there are no relationships, associations, connections or conflicts of interest that exist with regard to Counsel that would preclude representation of the Trustee as counsel in this case.

6. Counsel is not aware of any conflict, or other association, relationship or connection between the law firm of Hefner, Stark & Marois, LLP, and the Trustee, the Debtor, any creditors of the Debtor, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, other than as set forth herein and in the Nevins Declaration.

7. On November 21, 2011, Counsel commenced serving as general bankruptcy counsel for the Trustee to provide representation in this Chapter 7 case, to advise the Trustee with respect to the legal rights and duties of the Estate, and to provide such other services as may be necessary and appropriate pursuant to and in accordance with the provisions of the Bankruptcy Code.

8. Counsel shall provide the Trustee with a monthly statement for her review, to enable the Trustee to stay apprised of the status of Counsel's activities. All fees are subject to review and approval of the court pursuant to the provisions of 11 U.S.C. sections 327, 328, 330 and 331. The Estate will be charged for recoverable costs and expenses as allowed under the Bankruptcy Code, the guidelines established by the court, and as set forth in the Hourly Fee Agreement.

9. The Trustee believes the employment of Counsel is appropriate on the terms and

1 | conditions set forth herein.

2 | **WHEREFORE**, the Trustee respectfully requests that the Court enter an order, effective November 21, 2011, authorizing the employment of Hefner, Stark & Marois, LLP, as general bankruptcy counsel for the Trustee in this case on the terms and conditions set forth in this Application.

Dated: December 19, 2011

*Susan Didriksen*
Digitally signed by Susan Didriksen
DN: cn=Susan Didriksen, o=Trustee, ou, email=didriksen1@gmail.com, c=US
Date: 2011.12.19 12:52:09 -08'00'

SUSAN DIDRIKSEN