3

Case 11-40155    Filed 12/19/11    Doc 127

FILED
December 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003966797

**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Proposed Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| In re | Case No.: 11-40155-A-7 |
|---|---|
| DWIGHT ALAN BENNETT, | DC No.: HSM-002 |
| Debtor. | NO HEARING SET |

**DECLARATION OF HOWARD S. NEVINS IN SUPPORT OF APPLICATION TO EMPLOY HEFNER, STARK & MAROIS, LLP, AS COUNSEL FOR TRUSTEE**

I, HOWARD S. NEVINS, declare as follows:

1.    I am an attorney duly licensed to practice law in the state of California and am admitted to practice before the Ninth Circuit Court of Appeals and the United States District Courts for the Eastern, Northern, Southern and Central Districts of California. I am a partner in the law firm of Hefner, Stark & Marois, LLP. My primary practice areas are creditor's rights, business and real estate litigation, bankruptcy, insolvency and commercial law. At the present time, our law firm has a bankruptcy department consisting of five attorneys. Attached as Exhibit "A" to the Exhibits Cover Sheet filed herewith is a listing of the attorneys in our bankruptcy department and a brief resume of their background and experience.

2.    In the course of my bankruptcy practice, I have represented creditors' committees, Chapter 11 and Chapter 7 trustees, debtors in Chapter 7, 11, 12 and 13 cases,

creditors holding claims secured by real and/or personal property, and creditors holding unsecured claims.

3. I reviewed the list of creditors in this case and caused a conflicts check to be run against our list of clients and opposing parties to determine whether any actual or potential conflicts appeared to exist. I determined that no conflicts exist in that regard. The only connections discovered were as set forth below.

4. The Debtor lists Bank of America ($1,400.00 credit card) and Wells Fargo (secured / purported setoff / title dispute) as creditors in this case. Our firm has represented these creditors or related entities in several matters, though never in connection with this Debtor. These creditors have not requested our firm's services in connection with this Debtor. Our firm has not provided any services to these creditors in connection with this Debtor and will not provide such services to them in the future. I can see no basis upon which our connections with the above creditors would preclude our firm from being other than disinterested within the meaning of the bankruptcy code for purposes of this engagement.

5. In the past, our firm has had a number of connections with the Trustee. We have served as counsel for other parties in cases in which the Trustee served, or presently serves, as the Chapter 7 trustee. Our firm presently represents the Trustee in several unrelated cases.

6. I am unaware of any conflict, association, relationship or connection between the law firm of Hefner, Stark & Marois, LLP, and the Debtors, any other creditors of the Debtors, any other parties in interest, their respective attorneys and accountants, the Chapter 7 Trustee, the United States Trustee, or any person employed in the Office of the United States Trustee, except as provided herein.

7. To the best of my knowledge, each member of Hefner, Stark & Marois, LLP, is a disinterested person within the meaning of Section 101(14) of the United States Bankruptcy Code.

8. Commencing November 21, 2011, the law firm of Hefner, Stark & Marois, LLP, has agreed to represent the Trustee, as representative of this estate, on an hourly fee basis, pursuant to the Hourly Fee Agreement For Legal Services attached as Exhibit "B" to the

HEFNER, STARK & MAROIS, LLP
Sacramento, California

1  Exhibits Cover Sheet filed herewith and incorporated herein for all purposes.

2  I declare under penalty of perjury under the laws of the State of California that the
3  foregoing is true and correct and that this declaration was executed this 19th day of December,
4  2011, at Sacramento, California.

*Howard S. Nevins*
Howard S. Nevins

HEFNER, STARK & MAROIS, LLP
Sacramento, California