Case 11-40155   Filed 12/19/11   Doc 128

FILED
December 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003966798

4

**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Proposed Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.: 11-40155-A-7<br><br>DC No.:   HSM-002<br><br>NO HEARING SET |

### EXHIBITS COVER SHEET IN SUPPORT OF
### APPLICATION TO EMPLOY HEFNER, STARK & MAROIS, LLP,
### AS COUNSEL FOR TRUSTEE

Exhibit "A" - Listing of Hefner, Stark & Marois, LLP's Attorneys in . . . . . . . . . . . Page 2
             Bankruptcy Department

Exhibit "B" - Hourly Fee Agreement for Legal Services . . . . . . . . . . . . . . . . . . . . Page 3-4

Dated:   December 19, 2011                  HEFNER, STARK & MAROIS, LLP

                                            By  /s/ Howard S. Nevins
                                            Howard S. Nevins, Proposed Attorneys for
                                            SUSAN DIDRIKSEN, Chapter 7 Trustee

    Howard S. Nevins obtained his law degree from McGeorge School of Law in 1985. He graduated with distinction, was awarded Order of the Coif, and served as comment editor of the Pacific Law Journal Board of Editors. Mr. Nevins is admitted to practice before all the state and federal courts in the state of California, and the Ninth Circuit Court of Appeals. He is a partner in the law firm of Hefner, Stark & Marois, LLP, a general business and real estate firm in Sacramento, where his practice includes civil litigation, commercial law, bankruptcy, real estate and appellate work. Mr. Nevins was President of the Bankruptcy and Commercial Law Section of the Sacramento County Bar Association in 1996.Since 1995, he has served as a Dispute Resolution Advocate for the Bankruptcy Court's Dispute Resolution Program in Sacramento. Mr. Nevins also serves as a Settlement Conference Pro Tem Judge with the Sacramento County Superior Court.

    Thomas P. Griffin, Jr. received his Bachelor of Science (cum laude) from Santa Clara University in 1988, and obtained his Juris Doctor (with distinction) from McGeorge School of Law in 1991. Upon graduation from McGeorge, Mr. Griffin was awarded Order of the Coif and became a member of the Traynor Honor Society. Mr. Griffin joined the law firm of Hefner, Stark & Marois in 1991, and has practiced extensively in the area of bankruptcy representing debtors, creditors, creditors committees and trustees. Mr. Griffin's non-bankruptcy work includes commercial law, secured transactions, business and real estate litigation and appellate maters. Mr. Griffin is licensed to practice in the state of California, as well as the United States District Courts for the Eastern, Northern and Southern Districts of California.

    Aaron A. Avery received his Bachelor of Science in Commerce (cum laude) from Santa Clara University in 2003. He received his law degree (with great distinction) from McGeorge School of Law in 2006. He was awarded Order of the Coif, became a member of the Traynor Honor Society, and was a member of the school's moot court team. Mr. Avery joined the law firm of Hefner, Stark & Marois in 2006 and practices in the area of bankruptcy, primarily in the representation of trustees. Mr. Avery's non-bankruptcy practice includes general civil litigation. Mr. Avery is licensed to practice in all state and all federal courts in the state of California, as well as the Ninth Circuit Court of Appeals.

    David F. Anderson is a graduate of Georgetown University and the University of the Pacific McGeorge School of Law. He has represented financial institutions in a variety of litigation and bankruptcy matters at firms in the Sacramento area for over 25 years. Mr. Anderson was a member of Boyden, Cooluris, Hauser & Saxe, which merged in 1991 with Pillsbury, Madison & Sutro, where he continued to practice. In 1994, Mr. Anderson joined the firm of Hauser & Mouzes, located in Woodbridge, California. Most recently he joined the firm of Hefner, Stark & Marois, LLP, where he continues his practice in the areas of commercial and business litigation. Mr. Anderson is a former member of the Debtor/Creditor Relations and Bankruptcy Committee of the Business Law Section of the California State Bar (1991-1993) and was chairman of the Bankruptcy and Commercial Law Section of the Sacramento County Bar Association (1989) and has been Judge *pro tempore* of the Sacramento County Superior Court at various times since 1992.

**Hefner, Stark & Marois, LLP**
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Telephone: (916) 925-6620
Facsimile: (916) 925-1127

## HOURLY FEE AGREEMENT
## FOR LEGAL SERVICES

This agreement is made effective November 21, 2011, at Sacramento, California. The parties are HEFNER, STARK & MAROIS, LLP, referred to as "HSM," "we" or "us," and SUSAN DIDRIKSEN, in her capacity as Trustee for the bankruptcy estate of DWIGHT ALAN BENNETT, Bankruptcy Case No. 11-40155-A-7, referred to as "you."

You hire us by this agreement and we accept employment as your attorneys to represent you as general bankruptcy counsel in connection with certain of your duties as Trustee for the above referenced bankruptcy estate. You are hiring our law firm, and not a particular attorney in our law firm. The attorney services to be provided will not necessarily be performed by any particular attorney in our firm.

1. The amount we will receive for attorneys' fees for the legal services we will provide, in connection with the purpose outlined above, will be as follows:

An hourly fee per lodestar. The rate for the attorney who will principally be assigned to your matter, Howard S. Nevins, is $360/hour for the services contemplated. Should additional, unanticipated services be required, we reserve the right to request your consent to perform those services and request bankruptcy court approval of the modification of this agreement and additional compensation to our firm at our hourly fees per lodestar.

2. All fees and charges are subject to review and approval of the bankruptcy court and shall only be paid from assets or considerations benefitting the estate as ordered by the court. You shall have no personal liability for said fees and expenses.

3. You agree to pay all the costs necessary for the prosecution of your matter. These costs include, but are not limited to, court fees, costs of process service, accountancy fees, appraisal fees, expert witness fees, and transportation costs, including mileage and parking. We may advance costs for you or on your behalf. If we do, you agree to reimburse us upon demand.

4. You have the right to ask us at any time at no charge for clarification of any of the terms of this agreement and any of our charges. If you notify us that we have charged you any fees, costs or expenses improperly, we will correct the error. If a fee dispute arises between you and us, you have the right to have the dispute arbitrated through the Sacramento County Bar Association's Fee Arbitration Committee in accordance with its rules and California Business and Professions Code, Section 6200 and following.

5.  We may withdraw at any time as permitted under the Rules of Professional Conduct of the State Bar of California and the Local Rules of Practice for the Eastern District of California. If we withdraw, you remain obligated to pay us at the agreed rates for all services we have provided, and to reimburse us for all costs we advanced before the withdrawal.

6.  Although we may offer an opinion about possible results regarding the subject matter of this agreement, we cannot guarantee any particular result. You acknowledge that we have made no promises about the outcome and that any opinion offered by us in the future will not be a guaranty.

7.  We carry legal malpractice insurance which applies to the services to be rendered under this agreement.

8.  This agreement is an integrated agreement. If any part of it is found to be void, invalid or unenforceable, that finding does not invalidate any other part(s) of the agreement.

By signing below, you certify that you have read this agreement entirely, you have discussed it with us, you understand it and you are satisfied with the terms.

Executed on December 19, 2011, at Sacramento and Shingle Springs, California.

HEFNER, STARK & MAROIS, LLP

By: /s/ Howard S. Nevins
Howard S. Nevins

CHAPTER 7 BANKRUPTCY ESTATE OF DWIGHT ALAN BENNETT

By: Susan Didriksen
Digitally signed by Susan Didriksen
DN: cn=Susan Didriksen, o=Trustee, ou, email=didriksen1@gmail.com, c=US
Date: 2011.12.19 14:27:30 -08'00'
SUSAN DIDRIKSEN, Trustee