2

Case 11-40155   Filed 12/19/11   Doc 129

FILED
December 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003966801

**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Proposed Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.: 11-40155-A-7<br><br>DC No.:   HSM-002<br><br>NO HEARING SET |

## PROOF OF SERVICE

I am a citizen of the United States, employed in the city and county of Sacramento. My business address is 2150 River Plaza Drive, Suite 450, Sacramento, California 95833-3883. I am over the age of 18 years and not a party to the above-entitled action. I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

On December 19, 2011, I served the following documents:

**APPLICATION TO EMPLOY HEFNER, STARK & MAROIS, LLP,
AS COUNSEL FOR TRUSTEE**

**DECLARATION OF HOWARD S. NEVINS IN SUPPORT OF
APPLICATION TO EMPLOY HEFNER, STARK & MAROIS, LLP,
AS COUNSEL FOR TRUSTEE**

**EXHIBITS COVER SHEET IN SUPPORT OF APPLICATION TO EMPLOY
HEFNER, STARK & MAROIS, LLP, AS COUNSEL FOR TRUSTEE**

**ORDER GRANTING APPLICATION TO EMPLOY
HEFNER, STARK & MAROIS, LLP, AS COUNSEL FOR TRUSTEE**

X   **By mail** on the interested parties in the case above-referenced by placing a true copy of the above-referenced documents enclosed in a sealed envelope, with postage fully prepaid, in the designated area for outgoing mail in accordance with this office's

practice whereby the mail is deposited in a United States Postal Service mailbox in the city of Sacramento, California, after the close of the day's business, at the address(es) as set forth below.

Dwight Alan Bennett
PO Box 540
Susanville, CA 96130

Susan Didriksen
PO Box 1460
Shingle Springs, CA 95682

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on December 19, 2011, at Sacramento, California.

▸ /s/ Luz Samosa
Luz Samosa