Case 11-40155    Filed 12/21/11    Doc 130

2011-40155
FILED
December 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003966799

2

**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Proposed Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.: 11-40155-A-7<br><br>DC No.:    HSM-002<br><br>NO HEARING SET |

**ORDER GRANTING APPLICATION TO EMPLOY
HEFNER, STARK & MAROIS, LLP, AS COUNSEL FOR TRUSTEE**

SUSAN DIDRIKSEN, the duly appointed Chapter 7 Trustee (the "Trustee") in the case of DWIGHT ALAN BENNETT (the "Debtor"), Case No. 11-40155-A-7, has filed an application to employ the law firm of Hefner, Stark & Marois, LLP, as counsel for the Trustee, pursuant to 11 U.S.C. section 327. Based upon the application, the record, and the verified statement required by Federal Rule of Bankruptcy Procedure 2014(a), and good cause appearing, it appears that the law firm of Hefner, Stark & Marois, LLP, is eligible to be employed;

**IT IS ORDERED** that the Trustee is authorized to employ Hefner, Stark & Marois, LLP, subject to the following reasonable terms and conditions pursuant to 11 U.S.C. section 328(a):

1.    No showing having been made of exceptional circumstances justifying an earlier effective date (In re THC Financial Corp., 837 F.2d 389 (9th Cir. 1988)), said employment is effective as of November 21, 2011.

HEFNER, STARK & MAROIS, LLP
Sacramento, California

RECEIVED
December 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003966799

K:\Didriksen, Susan\Dwight Alan Bennett (7782-0009)\employ hsm (hsm002)\pldg employ order.wpd

2. No compensation is permitted except upon court order following application pursuant to 11 U.S.C. section 330(a);

3. All funds received by Hefner, Stark & Marois, LLP, in connection with this matter, regardless of whether they are denominated a retainer or said to be non-refundable, are deemed to be an advance payment of fees and to be property of the Estate to the extent that counsel demonstrates, pursuant to the statement required by 11 U.S.C. Section 329 filed before ten days after issuance of this order, that such funds were received as the reasonable value of actual pre-petition services.

4. Funds that are deemed to constitute advance payment of fees shall be maintained in a trust account maintained in an authorized depository, which account may be either a separate interest-bearing account or an attorney's trust account containing commingled funds. Withdrawals are permitted only after approval of an application for compensation and after the court issues an order authorizing disbursement of a specific amount.

Dated: December 21, 2011

By the Court:

Michael S. McManus
United States Bankruptcy Judge

K:\Didriksen, Susan\Dwight Alan Bennett (7782-0009)\employ hsm (hsm002)\pldg employ order.wpd