

Carolyn Chan sbn147978
2485 Notre Dame B. Ste. 370
Chico, CA 95928
Telephone: 530.359.8810


Attorney for
Dwight Bennett

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

| | |
|---|---|
| In re | Case No.: 11-40155-A-7 |
| DWIGHT A. BENNETT, | DC No: CC-001 |
| Debtor. | Date: 01/03/2012 |
| | Time: 10:00am Dept: Ctr 28 |
| _____/ | |

**RESPONSE TO TRUSTEE'S MOTION TO ABANDON
PERSONAL PROPERTY (ANIMALS) OF THE ESTATE**

   Carolyn Chan, attorney for debtor herein, agrees to the release of the property of the estate to the debtor, however, as General Counsel for the USSPCO,Inc. and being very familiar with animal seizure, *it is requested that before such release is ordered, that the Court order and allow the following*:

   Both an accounting, inventory and inspection of the animals to ensure the condition of the animals, identify the animals, and to receive the related documentation of the animals' vet records,

---

medical procedures, vaccinations, blood work records, related fecal workups, Coggins related information; records of all treatments and care of any kind performed on all animals, including their exercise schedule, turnout schedule, feeding schedule, and medical records. Such inspection would be done by two certified Humane Officers from the USSPCO, Inc. and the debtor must be allowed to be present to individually identify each animal.

This is necessary and reasonable because several animals have now died while under Grace's care, specifically Beth DeCaprio of the "Grace" rescue has publicized widely that debtor is responsible for killing horses, that he never fed horses, and that horses were not fed "for years."  Further, "Grace" received very large amounts of money from Wells Fargo-Bank America, which have not been disclosed properly, for Grace's part in "seizing" debtor's animals.  Furthermore, the Wells Fargo Bank attorney Mr. Ryan has indicated in writing prior to debtor, that "he" represents the Grace rescue entity. This is a conflict of interest.

Grace took approximately 35 horses from debtor last summer 2011 via "seizure" — ONLY  after Mr. Ryan from Wells Fargo alleged to the State and Federal Court - that such animals were in need of dire "seizure" due to "immediate exigent medical care" or else they would die.

This "seizure" was without proper due process or notice as required by the California Penal Code, and was purposely done to facilitate the bank's ability to take possession of the property.

Further, as Mr. Ryan was representing the Grace foundation rescue, he had a duty to ensure that any "seizure" was done lawfully, rather than unlawfully.

In fact, "medical" allegations were an outright misrepresentation to gain seizure of the animals, and Grace did not even pick up the horses until about 30 days after the "order" for "exigent medical reasons" was obtained.

Further, Wells Fargo submitted a declaration to the Federal Bankruptcy court allegedly signed and dated by Grace's veterinarian, August 1, 2011. That declaration given to the Federal Court *was used to bolster the bank's position to gain possession of the real property*. It is believed that such declaration was fabricated because the Grace vet had not seen debtor's horses since April, and was in Peru beginning the end of July 2011. The vet testified under oath as to this fact in State court recently.

Debtor is entitled to know what amounts were given to Grace by the banks to "take" the animals via "seizure", since Grace is admitting publicly, that TWO horses have perished while under GRACE's control, and has consistently complained in the media that Grace cannot afford to feed and house debtor's horses. In fact Grace's latest spiel to the public is that it will cost $250,000 to care for the horses. Grace has also published that they have almost "80" horses from debtor; again, this requires an inventory of the alleged number of animals.

Grace has publicly pushed debtor's case into the media using a deceptive video taken by Grace, and caused scores of publicity for the Grace Foundation group. Grace has repeatedly used debtor's horses as a fund raising vehicle for her entire organization, which already owned over 100-150 horses which appear to be permanent fixtures, and many other animals including livestock. *Grace's last tax filing, IRS 990, filed in 2010 indicated income of $700,000+.*

From the day Grace took debtor's horses, Grace has publicly lamented that Grace doesn't have enough money to care for and house the debtor's horses, and according to the news reports in September 2011, Grace actually did not take the horses to the Grace property, but had them stored at some unknown location in Auburn.

These facts indicate that many questionable tactics have been used against debtor in the quest to seize his property, set up an invalid receivership, and to purposely file numerous documents which contain misrepresentations to the courts.

Due to these knowing improper acts by the banks and their attorney, additional investigation had to be done in this case involving predatory lending and foreclosure. Counsel for debtor is working with the Attorney General in two states on issues which appear to be comparable to the ones in debtor's case.

Because this type of action appears to involve not only improper legal action, but other enterprises being used to

4

facilitate wrongful acts, this may possibly give rise to predicate acts which may involve RICO claims. At this point in time debtor's counsel believes that the initial bankruptcy was filed out of sheer desperation by debtor, and that actions by the bank and "receiver" violated the automatic stay in numerous instances.

**For all of the above situations, it is believed that a very thorough accounting *must be given* to debtor's counsel as to the animals, and due to the misrepresentations given prior, it is the request to this court that the debtor's animals should be removed from the Grace Foundation for obvious reasons.**

A secure location for the animals has been obtained, and volunteers from different areas are willing to help transport the animals. The location is on a hay ranch, four persons reside there, it is suitable for the animals.

Respectfully submitted,

Dated: January 3, 2012                                By: /s/ Carolyn Chan

5

1 //Intentionally left blank//