

```
Carolyn Chan sbn147978
2485 Notre Dame B. Ste. 370
Chico, CA 95928
Telephone: 530.359.8810


Attorney for
Dwight Bennett
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

| | |
|---|---|
| In re | Case No.: 11-40155-A-7 |
| DWIGHT A. BENNETT, | DC No: CC-001 |
|     Debtor. | Date: 01/03/2012 |
| | Time: 10:00am Dept: Ctr 28 |
| _____/ | |

**NOTICE OF UNAVAILABILITY OF DEBTOR'S COUNSEL**

I, Carolyn Chan hereby declare as follows:

I am familiar with debtor's case herein, but debtor only recently was kicked off his property and subsequently has little or no funds to hire an attorney. I am unable to attend or participate in the motion hearing, as I am already required to attend several other hearings in another county. As General Counsel of the USSPCO, Incorporated, which is a non profit 501c(3) organization, we occasionally work on legal issues where owners cannot afford representation.

Debtor notified me over the weekend that he would be in State criminal hearing on 1/3/12 and since he is required to attend court, he cannot be in Sacramento Eastern District Court.

Because I am unable to attend, but willing to represent debtor in this matter and have appeared specially before the Court prior, I ask that the Court consider debtor's request herein, and possibly continue the matter for hearing, including debtor's 341 meeting.  Debtor is handicapped in preparing his required documents due to having been kicked off his property by what appears to be an invalid receivership by Wells Fargo bank.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 01/02/12

                                    __/s/Carolyn Chan____