UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Dwight Alan Bennett | **Case No :** | 11-40155 - A - 7 |
| | | **Date :** | 1/3/12 |
| | | **Time :** | 10:00 |
| **Matter :** | [122] - Motion/Application to Abandon [HSM-1] Filed by Trustee Susan Didriksen (nkrs) | | UNOPPOSED |
| **Judge :** | Michael S. McManus | | |
| **Courtroom Deputy :** | Sarah Head | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :
Granted
See final ruling below.

ORDER TO BE PREPARED BY :     Movant(s)

Final Ruling: The motion will be granted.

The trustee wishes to abandon the estate's interest in all the debtor's animals, including 36 horses and other animals such as dogs, goats, and donkeys.

11 U.S.C. § 554(a) provides that a trustee may abandon any estate property that is burdensome or of inconsequential value or benefit to the estate, after notice and a hearing.

Most, if not all, horses have been moved by order of Lassen County Superior Court from the debtor's real property to the Grace Foundation, an organization for the rescue of horses. The trustee's investigation has revealed that the animals, including the horses, cannot be sold to realize a benefit to the estate. Given this, the court concludes that the animals are burdensome or of inconsequential value to the estate. The motion will be granted.