Case 11-40155    Filed 01/06/12    Doc 136

2011-40155
FILED
January 06, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003995719

2

HEFNER, STARK & MAROIS, LLP
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.:  11-40155-A-7<br>DC No.:    HSM-001<br>Date:    January 3, 2012<br>Time:    10:00 a.m.<br>Place:   501 I Street<br>         Sacramento, CA<br>         Ctrm. 28, 7th Flr.<br>Judge:   Michael S. McManus |

**ORDER GRANTING MOTION TO ABANDON PERSONAL PROPERTY (ANIMALS) OF THE ESTATE**

The Motion to Abandon Personal Property (Animals) of the Estate ("Motion"), filed by SUSAN DIDRIKSEN, the Chapter 7 Trustee herein ("Trustee"), came on regularly for hearing on January 3, 2012, at 10:00 a.m., in Courtroom 28 of the above-entitled court, the Honorable Michael S. McManus presiding. Consistent with the Court's tentative ruling on the Motion, at the beginning of its law and motion calendar the Court asked if there was any opposition to the Motion, or if the Trustee disagreed with the Court's tentative ruling. No such opposition was asserted. Having reviewed the Motion and papers filed in support thereof, no opposition having been presented at the hearing on the Motion according to the procedure set forth in the Court's tentative ruling, due and proper notice having been given, and good cause appearing therefor;

HEFNER, STARK & MAROIS, LLP
Sacramento, California

RECEIVED
January 05, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003995719

, Susan\Dwight Alan Bennett (7782-0009)\abandon asset (hsm001)\pldg mtn abandon asset (hsm-001) order.wpd

**IT IS HEREBY ORDERED THAT** the Motion is granted and any and all of the animals (the "Animals") owned by the Debtor as of the commencement of this Chapter 7 case on August 18, 2011, are hereby abandoned.

Dated: January 06, 2012

By the Court

Michael S. McManus
United States Bankruptcy Judge

\\hsmsrv2\clients\Didriksen, Susan\Dwight Alan Bennett (7782-0009)\abandon asset (hsm001)\pldg mtn abandon asset (hsm-001) order.wpd