Case 11-40155   Filed 03/02/12   Doc 140

FILED
March 01, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004101622

# PROOF OF SERVICE C.C.P. Section 1011,1013,2015.5 and CA Rules of Court, Rule 2.306)

I am over the age of eighteen years and not a party to the action within, my business address is 2485 Notre Dame Blvd. Ste. 370, Chico CA 95928.

On _Feb 22 2012_ I served the documents:

_Notice of Motion, Declaration of C Chan, Points & Authorities_
_Exb A-B  Case Eastern Dist BK Ct # 11-40155-A-7_

on the parties: See attached list →

by placing the original  true copy of, enclosed in sealed envelope, addressed as follows:
See attached list →

by United States Postal Service Mail
I am familiar with the practice for collection/processing of correspondence for mailing with the USPS and that each day's mail is deposited with the USPS that same day in the ordinary course of business. On the date set forth above, I served the aforementioned document(s) on parties in said action by placing a true copy thereof enclosed in a saled envelope with postage thereon fully prepaid for collection and mailing on this date, following ordinary business practices at _Chico_ California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: _Feb 22, 2012_                    _Alice Burstone_
                                          ALICE BURSTONE

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Law Office of Peter M. Talia<br>Peter Talia<br>470-345 Circle Drive<br>Susanville, CA 96130 | Tel: 530-257-5199<br>Fax: 530-257-5995 | Attorney for Plaintiff Norman W. Allen |
| Fine, Boggs & Perkins, LLP<br>David Hosilyk<br>80 Stone Pine Road<br>Suite 210<br>Half Moon Bay, CA 94109 | Tel: 650-712-8908<br>Fax: 650-712-1712 | Attorney for Defendants Rod Hosilyk and Summit Financial Group |
| Close Associates Law Offices<br>Craig Close<br>PO Box 2522<br>Truckee, CA 96160 | Tel: 530-587-7666<br>Fax: 530-550-8888 | Attorney for Defendant/Cross Complainant Judith A. St. John |
| Steve Weich<br>5876 Coyote Road<br>Reno, NV 89523 | Tel: *<br>Fax: * | Defendant in Pro Per |
| Pickering Law Corporation<br>Jerrald Pickering<br>PO Box 992200,<br>Redding, CA 96099 | Tel: 530-241-5811<br>Fax: 530-241-3145 | Counsel for Defendant Evans Appraisal Services, Inc. |