FILED
March 04, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004104528

2

Carolyn Chan sbn147978
2485 Notre Dame B. Ste. 370
Chico, CA 95928
Telephone: 530.359.8810

Attorney for Dwight Bennett

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

| | |
|---|---|
| In re | Case No.: 11-40155-A-7 |
| DWIGHT A. BENNETT | AMENDED NOTICE OF MOTION FOR DEBTOR'S MOTION REQUEST TO TERMINATE RECEIVER FOR GOOD CAUSE, ALLOW INVENTORY OF DEBTOR'S PROPERTY INCLUDING ANIMALS, FOR CAUSE and DEBTOR'S RETURN TO POSSESSION |
| Debtor. | DC No. CC-002<br>Date: 03 /12 /2012<br>Time: 10:00am    Dept: Ctr 28 |

To The Court and Interested Parties:

**PLEASE TAKE NOTICE:** Debtor Dwight Bennett will petition the court for an order to terminate the "receiver" order which Wells Fargo Bank et al obtained in July 2011, AND November 2011, without a **valid** underlying, *signed* order for any colorable title as to movant. Such underlying order has never been signed by Judge over an 8 month period, despite repeated attempts.

---

_____    Debtor Bennett's Amended Notice of Motion to Terminate Receiver

1

Wells Fargo Bank has never proven up any colorable title with documented evidentiary proof, as to debtor, and when Wells Fargo previously attempted to foreclose (non judicial), they withdrew their own foreclosure when debtor filed his opposition for "quiet title."

Wells Fargo's "receiver" has caused more damage to the real estate and personal property since taking over, has failed to properly care for the premises, and property of debtor has been converted on her watch of the residence. Further, such "receiver" has failed to ever turn in the required inventory and cannot account for missing property of the premises.

The Wells Fargo "receivership" used an illegal seizure (July 2011)to seize debtor's animals, an invalid underlying order (which was never signed despite 8 months of trying) and violated the automatic stay, among many other actions.

These assertions are based upon the declarations and points and authorities submitted.

Dated: March 2 2012            _/s/__Carolyn Chan, Esq._
                               Attorney for Debtor Dwight Bennett