**FILED**
**March 05, 2012**
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004106638

**2**

Carolyn Chan sbn147978
2485 Notre Dame B. Ste. 370
Chico, CA 95928
Telephone: 530.359.8810

Attorney for Dwight Bennett

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

In re                                    Case No.: 11-40155-A-7

                                         SUBSTITUTION OF ATTORNEY
                                         AND DECLARATION

DWIGHT A. BENNETT

          Debtor.

_____/

     I, Carolyn Chan, declare as follows:

     I have known about debtor's case for at least eight months, but was not consistently working directly with debtor, and was not retained on his case. After debtor was forced to file bankruptcy in August 2011, I believed that perhaps his case was

_____
Substitution of Attorney and Declaration

1

improving. I was wrong, it was about to become even worse.  I have since spent hundreds of hours trying to help debtor on his case on an agreed consulting basis.

In October 2011, I agreed to appear in Bankruptcy Court with debtor and believed I had a substitution of attorney filed with the Federal Court.  It seems the document was not registered and thus it was not showing up online. I am therefore filing this declaration for the substitution.

Dated: March 2 2012          _/s/__Carolyn Chan, Esq._
                             Attorney for Debtor Dwight Bennett