03/05/2008 16:26    18663157089              CCHAN

Case 11-40155   Filed 03/06/12   Doc 146

FILED
March 06, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004106743

# PROOF OF SERVICE C.C.P. Section 1011.1013.2015.5 and CA Rules of Court, Rule 2.306)

I am over the age of eighteen years and not a party to the action within. my business address is 2485 Notre Dame Blvd. Ste. 370, Chico CA 95928.

On 3/3, 3/4, 3/5/2012 I served the documents:

Amended Motion Notice + Debtor's Motion for Order Shortening Time for Service (on Motion to Terminate Receiver) CASE 2011-40155-A-7

on the parties: → See Attached

☑ [By Facsimile Machine (FAX)] On the date set forth below, by use of facsimile machine telephone number 866 315 7089, I served a true copy of the aforementioned document(s) on the parties in said action by transmitting by facsimile machine to the numbers as set forth above. The facsimile machine I used complied with California Rules of Court, Rule 2.301(3), and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

☑ [By Mail] I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned document(s) on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on this date, following ordinary business practices, at Davis, California addressed as set forth above.

___ [By E-mail or Electronic Transmission] Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 3/3, 3/4, 3/5/2012

*/s/ Alice Baratore*
ALICE BARATORE

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Law Office of Peter M. Talia<br>Peter Talia<br>470-345 Circle Drive<br>Susanville, CA 96130 | Tel: 530-257-5199<br>Fax: 530-257-5995 | Attorney for Plaintiff Norman W. Allen |
| Fine, Boggs & Perkins, LLP<br>David Hosilyk<br>80 Stone Pine Road<br>Suite 210<br>Half Moon Bay, CA 94109 | Tel: 650-712-8908<br>Fax: 650-712-1712 | Attorney for Defendants Rod Hosilyk and Summit Financial Group |
| Close Associates Law Offices<br>Craig Close<br>PO Box 2522<br>Truckee, CA 96160 | Tel: 530-587-7666<br>Fax: 530-550-8888 | Attorney for Defendant/Cross Complainant Judith A. St. John |
| Steve Weich<br>5876 Coyote Road<br>Reno, NV 89523 | Tel: *<br>Fax: * | Defendant in Pro Per |
| Pickering Law Corporation<br>Jerrald Pickering<br>PO Box 992200,<br>Redding, CA 96099 | Tel: 530-241-5811<br>Fax: 530-241-3145 | Counsel for Defendant Evans Appraisal Services, Inc. |

Timothy M. Ryan  
1100 N. Tustin Ave. 3200  
Anaheim CA 92807  
Ph: 714.666.1362  
Fx: 714.666.1443  

Attorney for Wells Fargo /BAC