03/09/2012 19:46    18663157089                CCHAN

Case 11-40155   Filed 03/09/12   Doc 150

FILED
March 09, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004116586

EXHIBIT __D__ Notice By Atty TALIA
RE "STIP" NOT SIGNED
BY DEBTOR

1  Peter M. Talia, State Bar Number 52975
   Law Office of Peter M. Talia
2  470-345 Circle Drive
3  Susanville, CA 96130
   Telephone: (530) 257-5199
4  Fax: (530) 257-5995

5  Attorney for Norman W. Allen, Plaintiff

6

7

8  **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**
   **IN AND FOR THE COUNTY OF LASSEN**
9

10 Norman W. Allen,
                                            )  Case Nos. 45679
11             Plaintiff,                   )
                                            )  RENEWED NOTICE OF
12 vs.                                      )  CONTINUED HEARING
                                            )
13 Summit Financial Group, Dana Capital     )
   Corp, Steve Weich, Rod Hosilyk, Dwight   )
14 A. Bennett, Judith A. St. John, Wells fargo )
   Bank NA, Trustee for MIMI Trust Series   )
15 2005-HE3,, Evans Appraisal Services, Inc. )
16 and Does 1-10,                           )
                                            )
17             Defendants.                  )
                                            )
18                                          )
                                            )
19 And consolidated and related cases.

20 PLEASE TAKE NOTICE that the continued hearing regarding the status of the Bennett
21 Bankruptcy proceeding and the matter of setting the hearing date for the proceedings between
22
23 Norm Allen, Judy St. John and Dwight Bennett pursuant to the stipulation recited at the
24 Settlement Conference of July 21, 2011 came on for hearing on February 23, 2012 at 10:30
25 A.M., the Honorable Raymond Giordano presiding. The matter was ordered continued until
26 March 22, 2012 at 10:30 A.M. regarding status review and setting for hearing. This notice is
27 also given in connection with consolidated case No. 50324 and case no. 46190.
28

NOTICE OF CONTINUED HEARING

Dated: March 4, 2012

_____
Peter M. Talia, Attorney for Norman Allen

NOTICE OF CONTINUED HEARING

I am over the age of 18 years and not a party to the within action. I am employed at 470-345 Circle Drive, Susanville, California 96130. On this date I served the following documents listed below:

**RENEWED NOTICE OF CONTINUED HEARING IN LASSEN COUNTY ACTION NUMBER 45679, 46190 AND 50324 involving Dwight Bennett Debtor in Action number 11-40155-A-11 US Bankruptcy Court for the Easter District of California**

By First Class mail a true and correct copy of the aforementioned document was placed by me in a stamped envelope directed to and addressed according to the names and addresses listed below:

Dwight Bennett
General Delivery
Susanville, Ca 96130

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2012