FILED
March 09, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004116587

EXHIBIT Settlement July 21 2011
LASSEN STATE COURT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LASSEN
*SETTLEMENT CONFERENCE/FURTHER SETTLEMENT
HON. RAYMOND J. GIORDANO

SORT: Y                                                                      PAGE: 1

Reporter:_____    Clerk: KIM GALLAGHER    Bailiff:_____

For: 7/21/2011  Thursday  Dept: 6F

1. 1:00 PM Case: 45679      [S] ALLEN, NORMAN W.    v SUMMIT FINANCIAL
   Type: FRAUD                              Date Filed: 09/18/07
   Priority Info: 50324 CONSOL.IN 45679/FDS RCD
   Event: FURTHER SETTLEMENT CONFERENCE                            P= 1

   Related cases on this calendar:      46190
   Related cases NOT on this calendar:  50324    , DV49327   , SC50479    ,
   52277
   PLF/XD: ALLEN, NORMAN W                 ATTY: TALIA, PETER M. ✓
   DEFNDT: SUMMIT FINANCIAL GROUP          ATTY: FINE, BOGGS & PERKINS
   DEFNDT: DANA CAPITAL CORPORATION
   DEFNDT: WEICH, STEVE                    ATTY: PRO PER
           Service Date/Type: 02/21/08 PER  Answer Date: 03/12/08
   DEFNDT: HOSILYK, ROD                    ATTY: FINE, BOGGS & PERKINS
           Service Date/Type: 03/01/08 CM              00/00/00
   DEF/XC: ST. JOHN, JUDITH A              ATTY: CLOSE, CRAIG B.  SBN# 74264
           Service Date/Type: 03/02/08 PER             00/00/00
   DEF/XC: WELLS FARGO BANK                ATTY: RYAN, TIMOTHY M. ✓
           Service Date/Type: 00/00/00     Answer Date: 09/30/10
   DF/X-D: BENNETT, DWIGHT A                            00/00/00
           Service Date/Type: 02/15/08 PER
   DF/X-D: EVANS APPRAISAL SERVICES INC.   ATTY: PICKERING, JERRALD K. ✓
           Service Date/Type: 00/00/00     Answer Date: 06/11/08

==================================================================LM08

[✓] PLAINTIFF  [] present [✓] absent    [✓] DEFENDANT [✓] present [] absent
[✓] Counsel present _Peter Talia_         [] counsel present _See names checked above_

[] Additional parties: _____
                              in part
[✓] CASE SETTLED - SEE ATTACHED SETTLEMENT  [] CASE NOT SETTLED
[] CONTINUED TO ___/___/___ at _____ a.m./p.m.
[] FURTHER CASE MANAGMENT CONFERENCE ___/___/___ at _____ a.m./p.m.
[] SET FOR TRIAL SETTING CONFERENCE ON_____ AT _____ A.M/P.M.
[] SET FOR TRIAL READINESS CONFERENCE ON _____ AT _____ A.M./P.M.
[✓] STATUS/ L&M matters on 8-19-11 at 10 AM
TRIAL:

The case is set for trial on _____, at _____ a.m./p.m.
[] With Jury. [] Without Jury. Estimated time for trial _____ day(s).
Notice of time and place of trial is waived. Counsel to meet with the
Court at 8:30 a.m. The Honorable _____ assigned
as trial judge.

JURY DEPOSIT AND JURY WAIVER:

A jury has been demanded by _____. Jury deposit
of $150.00 must be made with the clerk of this court not later than 25
days before the above trial date. Failure to make a timely deposit will
be deemed a waiver of jury.

```
                    SUPERIOR COURT OF CALIFORNIA, COUNTY OF LASSEN
SORT: Y               *SETTLEMENT CONFERENCE/FURTHER SETTLEMENT
                             HON. RAYMOND J. GIORDANO                    PAGE:   3

For:  7/21/2011   Thursday   Dept: 6F

  1.  1:00 PM  Case: 45679       [S]  ALLEN, NORMAN W.        v SUMMIT FINANCIAL
```

[] Court finds that there are _____ sides, each side is entitled to
the following peremptory challenges: _____

[✓] other: 46190 & 45679 are partially settled and a handwritten
settlement submitted and signed by court. A formal agreement
will be drafted and submitted for signature to the court.
The remaining parties Allen, Bennett & St John will brief
their positions and schedule is as follows: opening briefs to be
filed by 8/8/11 by noon. Responses/Reply's by 8/16 by noon. Matter
set for 8-19-11 at 10am - Est 1Hr. Remaining issues are
set forth on handwritten agreement. Request to enter default filed 1-19-11
by me Ryan is withdrawn, mc Pickerings Request to enter default on mc Bennett
is withdrawn. Trial Date of 8/22/11 is vacated.
MSC set for 1PM is off calendar.

FINALITY OF SETTLEMENT CONFERENCE ORDER:

The clerk of this court is directed to serve a copy of this order on
counsel of record by mail, and within 20 days of said service the
attorneys may serve on opposing counsel and file with the clerk a
request for correction or modification of this order. If no
correction or modification is required, this order will be final.

COPIES TO:

CERTIFICATE OF MAILING

I, Clerk of the above-entitled court, certify under penalty of perjury
that I am not a party in the within action; that I mailed a true copy
of this document to each of the persons listed above, by depositing
same in the U.S. Post Office at Susanville, California, enclosed in
sealed envelopes, with postage thereon fully prepaid.

DATED: _____            R. Reed, Chief Executive Officer

                                     _____
                                     By Deputy

Norman
Allan 45679
(And Consolidated
v & other action)

Evans et.al.

FILED
JUL 27 2011
LASSEN COUNTY SUPERIOR COURT
B. REED, CHIEF ADMIN. OFFICER
By /K. Gallagher/ Deputy

In Court Partial Settlement Agreement

(11a) Issues to be only determined of % of ownership of remainder property 40% based upon financial contributions. Court will order partition by sale of ownership of parcels



Partial Settlement Agt

① J entered for Bank per Ct ruling on MSJ

② Subject to Attys fees motion for purpose of foreclosure if necessary

    *but Evan not responsible for real property taxes*

③ Lot Line Adjustment
  - Evan will undertake & pay for →
  - all parties cooperate
  - NST Engineering
  - access to Highway for ~~both~~ *remainder* property
  - Bank acquires Improvements, cell tower & sufficient property to do so / acquire improve maximizing value of parcel to Bank *next*

*+ Front*
*+ weaver*
*+ Trespass*

④ Receivership remains in place

⑤ Real property taxes to be brought current split 50%/50% TI & Bank for current 14 acres

⑥ Real Property taxes due on 40 *remainder property* will be resolved at hearing, accting for St. John's credit of Taxes paid

⑦ $5000 ~~from~~ Evans → Norman Allen

②

⑧ Dismissed with prejudice

π's Norman Allan cp ⟶ Evans
Evans cross-cp against ⟶ Allan
                                  Bennett
Banks cross-cp       " ⟶ Bennett
                                  Evans
                                  Allan

⑨ Banks other action against Allan + Bennett dismissed

⑩ St John releases any claims Bank
                                              Evans

⑪ Left unresolved claims by Allan Bennett + St John against each other as to balance of remainder property / 40± acres to be resolved as a law and motion matter before this court on current trial date. ⟶ see ⑪a

⑫ General Standard releases including attorneys for all actions relating in any way to the note, DOT, or the subject property.

⑬ Only remaining issue is as in ⑪ & all else resolved

⑬.5 All nec'y parties cooperate in executing whatever documents nec'y to xfr title

⑭ Subject to CCP 664.6, court to retain jurisdiction

⑭.5 S/A subj to title report showing no unpaid liens o/s of ppty tax & liens set forth in Addsion   ③

(15) Lis Pendens to be released

(16) All parties to bear their own fees & costs except as to (2) above

(17) Parties will only say case settled to satisfaction of all involved

7/21/11

Norman Allan

Peter Talia

Bank / Servicing Entity — for BAC WFB

Tim Ryan

Evans / Chris Talley

Chris Talley

Jerry Pickering

Judith St. John

Craig Close

Judge R Giordano

(4)

```
                    SUPERIOR COURT OF CALIFORNIA, COUNTY OF LASSEN
SORT: Y                *SETTLEMENT CONFERENCE/FURTHER SETTLEMENT
                           HON. RAYMOND J. GIORDANO                    PAGE:    2

For:  7/21/2011  Thursday  Dept: 6F

   1.  1:00 PM Case: 45679       [S] ALLEN, NORMAN W.        v SUMMIT FINANCIAL
```

DAILY JURY FEES

The Jury Commissioner requires strict compliance with daily payment of
jury per diem and mileage pursuant to CCP Section 631. Failure to
pay applicable fees prior to commencement of trial each day will result
in jury waiver.

COURT REPORTER: If a party wants a court reporter, they must contact
Lassen County Superior Court Reporter ROB WELLS at 530-251-8231 or
must make their own arraingments for a court reporter.

Arrangements for a court reporter must be made four (4) weeks prior to
trial. Failure to make such arrangments will be deemed a waiver of the
court reporter.

The clerk requires strict compliance with daily payment of court
reporter fees pursuant to CCP Section 631. Failure to pay applicable
fees prior to commencement to trial each day will result in a
reporter waiver.

REQUIREMENTS FOR PROPOSED JURY INSTRUCTIONS, PROPOSED FORM OF VERDICT OR
FINDINGS AND IN LIMINE MOTIONS:

   Counsel are directed to prepare and submit to the court proposed jury
   instructions, verdict form, finding and inlimine motions in strict
   compliance in form and format as prescribed by California Rule of
   Court 2.1055, failure to do so will require the clerk to return to the
   submitting party.

Counsel are directed to lodge with the court and serve on all other
counsel, not later than five (5) days before the first day of trial
their witness lists, jury instructions requests, proposed special
verdicts or findings, any stipulations on factual or legal issues, a
short non-argumentative statement of the case to be read to the jury,
and any trial preparation motions, including motions in limine.
Failure of timely compliance may subject counsel to sanctions.

EXPENSES:

Plaintiff will serve upon all other parties no later than 20 days
prior to trial a list of all medical expenses with photocopies of the
statments or invoices. If no written objection is received from the
other parties, at least 10 days prior to trial, they will be received
in evidence without further foundation.

NUMBER OF PEREMPTORY CHALLENGES: