FILED
March 12, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004118266



### Justice for Animals

Today and tomorrow there are court cases in the Susanville Court House regarding Whispering Pines. As per Tim Ryan: "The civil motions begin at 10:30 in department 6 at the Lassen County Courthouse in Susanville. The preliminary hearing in the criminal matter is in department II, in the Lassen County Courthouse Annex at 220 South Lassen Street, Susanville, California."

Like · Comment · November 17, 2011 at 6:53am ·



**Timothy M Ryan** The receivership order has been amended to direct law enforcement to remove anyone at WP who does not the express permission of the receiver. Also, the court signed Wells Fargo Bank's proposed order on its motion for summary adjudication. The contempt hearings were taken off calendar as the squatters avoided personal service of the order directing them to appear.

November 17, 2011 at 6:37pm



### Justice for Animals

D: "DA Burns knew about the crimes happening at WP for years and FAILED to