03/12/2012 19:30   18663157089                CCHAN

Case 11-40155   Filed 03/12/12   Doc 155

FILED
March 12, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004119330

3

Carolyn Chan sbn147978
2485 Notre Dame B. Ste. 370
Chico, CA 95928
Telephone: 530.359.8810

Attorney for Dwight Bennett

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

In re                                    Case No.: 11-40155-A-7

                                         Declaration of C. Chan re
                                         Attempted ecf filing of Exhibits

                                         DC No. CC-002
         Debtor.                         Date: 03/19 /2012
                                         Time:10:00am    Dept: Ctr 28

-------------------------------/

I Carolyn Chan declare as follows:

   I have attempted to file exhibits in the case herein, 11-40155-a-7, in pdf format which is the only accepted file type, to the ecf filing system. Parties were already served with these exhibits via email. Only one was initially rejected, (U. S. Trustee's), but they were resent by breaking up the files into smaller groups and were readable.

   Despite repeated calls to the helpdesk, and even finally hiring a technician who deals with pdf files and software to modify the files to comport for ecf filing, the documents were not very legible after doing a test copy to ecf. An example which

1

was filed and viewed by helpdesk (and I believe should be visible on PACER) is of minimal quality. This was verified by helpdesk on 3-12-11 as to quality, which was poor.

Therefore I shall mail a hard copy to the Court and to the extent it does not comply with the Court's rule on all documents being filed via ecf, it would appear to be the only way to receive a legible copy of the [photo] exhibits in the case. There are eight (8) pdf file [photo] exhibits, as shown on the attached listing, and are each labeled separately.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated March 12, 2012                __/s/__Carolyn Chan__
                                    Attorney for Dwight Bennett

8 Files (9142KB) | Download All



- DBExh929 s.pdf
- DBExh856 s.pdf
- DBExh836 s.pdf
- DBExh850 s.pdf
- DBExh858 copy.pdf
- DBExh857copys.pdf
- DBExh862 s.pdf
- DBExh843 s.pdf

CASE 2011-40155  Plaintiff Bennett's Exhibits on Case Which Cannot Be "ecf" filed due to Legibility Will be Mailed instead to Court.