03/12/2012 21:32    18663157089                    CCHAN

Case 11-40155   Filed 03/12/12   Doc 156

FILED
March 12, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004119329

2

**PROOF OF SERVICE** C.C.P. Section 1011,1013,2015.5 and CA Rules of Court, Rule 2.306)

I am over the age of eighteen years and not a party to the action within, my business address is 2485 Notre Dame Blvd. Ste. 370, Chico CA 95928.

On _3-9-12_ I served the documents:

_Not of Motion for 3-19-12, Decl of D. Bennett + C. Chan, Points/Authorities Motion to Show Bad Faith By W Fargo/ Receiver, Exhibits D,E,F + Exhibits 1-8 PDFs_

on the parties: _for CASE No. 11-40155-A-7 Dwight Bennett_

V. Lozano 822 Main St Susanville 96130 by United States Mail/electronic mail

H. Nevins  2150 River Plaza Dr #450 Sacto CA 95833 by electronic email/USPS mail

S. Didriksen POB 1460 Shingle Springs CA 95682 by electronic email/USPS mail

T. Ryan 1100 N. Tustin Ave. Ste 200 Anaheim CA 92807 by electronic email/USPS/Facsimile

A. Massey 501 I st #7-500 Sacto 95814 by electronic email/USPS

✓ **[By Facsimile Machine (FAX)]** On the date set forth below, by use of facsimile machine telephone number, 530 359-8810, I served a true copy of the aforementioned document(s) on the parties in said action by transmitting by facsimile machine to the numbers as set forth above. The facsimile machine I used complied with California Rules of Court, Rule 2.301(3), and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

✓ **[By Mail]** I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned document(s) on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on this date, following ordinary business practices, at Davis, California addressed as set forth above.

✓ **[By E-mail or Electronic Transmission]** Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

by United States Postal Service Mail
    I am familiar with the practice for collection/processing of correspondence for mailing with the USPS and that each day's mail is deposited with the USPS that same day in the ordinary course of business. On the date set forth above, I served the aforementioned document(s) on parties in said action by placing a true copy thereof enclosed in a saled envelope with postage thereon fully prepaid for collection and mailing on this date, following ordinary business practices at _Chico_ California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 3-12-2012     _Alice Buraton_ (signature)

Case 11-40155    Filed 03/12/12    Doc 156