

2

Carolyn Chan sbn147978
2485 Notre Dame Bl.Ste.370
Chico, CA 95928
Telephone: 530.359.8810

Attorney for Dwight Bennett

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

In re                                   Case No.: 11-40155-A-7

                                        Declaration of C. Chan re
                                        PDF Exhibits-Update

                                        DC No. CC-002
    Debtor.                             Date: 03/19 /2012
                                        Time:10:00am    Dept: Ctr 28

-----------------------------/

I Carolyn Chan declare as follows:

   I have attempted to file exhibits in the case herein, 11-40155-a-7, in pdf format which is the only accepted file type, to the ecf filing system. Despite my best attempts, it failed but after viewing the one filed "test" exhibit# DBExh836 (Doc 153 in this case) I believe they are legible enough for reading, and have also mailed the Court copies as indicated prior, by U.S. mail.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated March 13, 2012                __/s/__Carolyn Chan__
                                    Attorney for Dwight Bennett

1