FILED
March 15, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004125671

 Justice for Animals | Facebo

acebook.com/pages/Justice-for-Animals/142646019168086

 this decision be honored? I must ask.)

December 16, 2011 at 3:21am · 1

 **Margaret Wilson** I agree Pam... let's see IF everyone is off the ranch by Tuesday!( Is Dwight still allowed to be there, or does this order include him also?) Please, someone in Susanville keep a watchful eye out for activity there!! We must renew our efforts to keep this in the public view!!! We can't let this end here! Mr Ryan, what's next?

December 16, 2011 at 10:01am · 1

 **Timothy M Ryan** The order includes Dwight... I believe that the Sheriff and County Counsel will not ignore orders of the court in the future... this ridiculous exercise in "we are not going to let the out of town guy tell us what to do" probably cost the county $10,000. Good use of taxpayer funds... The judge basically laughed at their arguments and excuses... so I am a little bummed that this did not play out in open court for ALL to see... because now the County will spin it for their own benefit... rather than the utter waste of time "penis measuring" contest that it actually was...

December 16, 2011 at 10:38am · 2

 **Pam Morring** Come on TUESDAY!!!!!