Case 11-40155    Filed 03/15/12    Doc 161

FILED
March 15, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004125673



Pam Morring likes this.

View all 17 comments



**Timothy M Ryan** We will be obtaining an order allowing the receiver to determine rightful ownership of the personal property and allow the rightful owner to reclaim it. Then selling the balance after it is abandoned by the BK court. As to holding other folks accountable, I agree... But considering the amount of effort that it took to get the DA to prosecute Bennett... The people of susanville are going to have to be pretty organized and even more persistent.

December 22, 2011 at 7:49pm · 👍 1



**Pam Morring** And they WON'T be.......The people of Susanville can hardly get it together to Vote...and you can see how THAT turned out...You can lead a horse to water..Mr. Timothy M Ryan...but we all know how THAT worked out...