FILED
March 15, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004125674

December 15, 2011 at 12:08am · 👍 1

 **Margaret Wilson** Thank you Mr Ryan! I feel that you are fighting "the good fight" for all of us who still believe in truth and justice!!! It's the American way, after all!! Justice for Wispering Pines!!!

December 15, 2011 at 9:44am · 👍 1

 **Timothy M Ryan** Thanks for the positive thoughts and kind words. The hearing was attended by most of susanville, it seemed... At least most of the sheriff's department. Prior to the hearing, the attorney for the county asked if we might meet with the judge in chambers prior to the contempt hearing. During the meeting, the judge let the sheriff, county counsel, and their attorney know that he agreed with my position... Namely that the county did not have the option to ignore his order. The attorney for the county then asked for slight modifications to the order to cover its rear. We agreed, and now the county will be enforcing the order. I gave a half a loaf... Got the result, but was not afforded the joy of combat... I was there to get a result however, not there for self gratification.... And a win is a win. How much did Lassen County spend on this boondoggle?

December 15, 2011 at 2:03pm · 👍 1

 **Timothy M Ryan** Oh, and the squatters asked for defense counsel to be provided by the county... As I was not inclined to stay for an additional day.... Not inclined to force Lassen County to expend funds