Case 11-40155　Filed 03/15/12　Doc 164

FILED
March 15, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004125676

als | Facebo ×

tice-for-Animals/142646019168086

all



**Justice for Animals**

This was posted as a follow up comment below: Mindy Wilson: "Wow ~ I was the meeting at Whispering Pines with Tim Ryan, Pete H from Lassen County animal control, Beth D from Grace, Judy St John and her attorney Craig Close. We brought all the registration papers and receipts for the purchase of specific identified horses, the Fox Trotters, that are Judy's horses and have been withheld from her by Dwight Bennett and Animal Control for the past 6 years. We brought the registration papers showing Judy's ownership, physical descriptions and birthdates etc, and identified the horses to all parties present. We brought a horse trailer to take Judy's horses home, safe haven, medical car etc. We were told BY PETE H and BETH D that the horses would be released to Judy. Then told that no, in fact, the horses carried diseases and illnesses that made unsafe for our neighbors horses, should the WP horses spread their disease. I questioned how the horses could be moved out of County and possibly across State lines without coggins, vacinations etc. if they were so ill. Then Pete H informed Judy that she could go get her horses from Grace later o but would have to pay Lassen County Animal Control a boarding fee, undertermined amount, perhaps $350 a month per horse......!!!!!!!!!!! I am interested in seeing this STATE court order. This is an outrageous transgressio of Judy St John's civil rights and I wonder if this court order has taken into account the trial that will be taking place regarding the disposition of Whsiperin Pines, the real property, the personal property and Judy's other possessions tha Wells Fargo and Tim Ryan have essentially (legally?) stolen right out from unde her????After all these years of fighting with Lassen County and Dwight and animal control......NOW THIS???!!???!! It is inconceivable."

Like · Comment · 5 hours ago ·



**Timothy M Ryan** mindy,
15 minutes ago



**Timothy M Ryan** Mindy,
15 minutes ago