

my position... Namely that the county did not have the option to ignore his order. The attorney for the county then asked for slight modifications to the order to cover its rear. We agreed, and now the county will be enforcing the order. I gave a half a loaf... Got the result, but was not afforded the joy of combat... I was there to get a result however, not there for self gratification.... And a win is a win. How much did Lassen County spend on this boondoggle?

December 15, 2011 at 2:03pm · 👍 1



**Timothy M Ryan** Oh, and the squatters asked for defense counsel to be provided by the county... As I was not inclined to stay for an additional day ... Not inclined to force Lassen County to expend funds defending them... And the sheriff will be kicking them off of the property on Tuesday anyway... I decided to take the contempt hearing against them off calendar. Not an entirely emotionally satisfying day, but a really good result.

December 15, 2011 at 2:06pm · 👍 1

**Margaret Wilson** Thank you for your efforts, Mr.Ryan!

December 15, 2011 at 4:16pm



**Pam Morring** WONDERFUL NEWS Timothy M Ryan!! (However...will this decision be honored? I must ask.)