FILED
March 15, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004126549

Timothy M. Ryan, Bar No. 178059
Austin T. Beardsley, Bar No. 270046
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership,

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Dwight Bennett<br><br>   Debtor, | CASE NO.: 11-40155<br>Chapter: 11<br>Dated Filed: August 18, 2011<br><br>Assigned for All Purposes to<br>Hon. Michael S. McManus<br>Courtroom: 28<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S OPPOSITION TO DEBTOR DWIGHT BENNETT'S MOTION TO TERMINATE RECEIVERSHIP**<br><br>Date:  March 19, 2012<br>Time:  10:00 a.m.<br>Courtroom: 28<br><br>Trial Date: None set. |

///
///
///
///
///

1

Request for Judicial Notice

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership., request pursuant to Fed, Rules of Evid., Rule 201, that the Court take judicial notice of the following state court documents, copies of which are attached to the List of Exhibits filed concurrently herewith:

**a. Exhibit 1:** Order signed by Judge Giordano of the Lassen County Superior Court on November 17, 2011, granting Creditors' motion for summary adjudication thereby granting an equitable lien over the property commonly known as 695-725 Highway 36, Susanville, California 96130;

**b. Exhibit 2:** The proof of service filed December 27, 2011 by Creditors in case no. 45679 in the Superior Court of California for the County of Lassen;

**g. Exhibit 3**: Order signed by Judge Mason of the Superior Court of California for the County of Lassen on July 29, 2011, granting the Receiver power to surrender all horses on the property commonly known as 695-725 Highway 36, Susanville, California 96130 to the County of Lassen.

DATED:     March 15, 2015          THE RYAN FIRM
                                   A Professional Corporation


                                   By:  /S/ AUSTIN T. BEARDSLEY
                                        TIMOTHY M. RYAN
                                        AUSTIN T. BEARDSLEY
                                        Attorneys for Creditors WELLS
                                        FARGO BANK, N.A., as Trustee for
                                        MLMI Trust Series 2005-HE3; and
                                        BAC HOME LOANS SERVICING, LP