FILED

March 15, 2012

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004126550

Timothy M. Ryan, Bar No. 178059
tryan@theryanfirmm.com
Austin T. Beardsley, Bar No. 270046
Abeardsley@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust
Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited
partnership,

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) CASE NO.: 11-40155 |
| | ) |
| Dwight Bennett | ) DCN: TRF-2 |
| | ) |
| Debtor, | ) Chapter: 11 |
| | ) |
| | ) Assigned for All Purposes to |
| | ) Hon. Michael S. McManus |
| | ) |
| | ) **EXHIBITS IN SUPPORT OF** |
| | ) **CREDITORS WELLS FARGO BANK,** |
| | ) **N.A. AND BAC HOME LOANS** |
| | ) **SERVICING, LP'S OPPOSITION TO** |
| | ) **DEBTOR DWIGHT BENNETT'S** |
| | ) **MOTION TO TERMINATE** |
| | ) **RECEIVERSHIP** |
| | ) |
| | ) Date:        March 19, 2012 |
| | ) Time:        10:00 a.m. |
| | ) Courtroom:   28 |
| | ) |
| | ) Trial Date:   None set. |

Creditors Wells Fargo Bank, N.A. and BAC Home Loans Servicing, LP hereby

submit Exhibits in support of its opposition to Creditor Dwight Bennett's motion t

terminate receiver, in the above-entitled matter.

///

1

THE RYAN FIRM
A Professional Corporation

**Exhibit 1:**    Order signed by Judge Giordano of the Lassen County Superior Court on November 17, 2011, granting Creditors' motion for summary adjudication thereby granting an equitable lien over the property commonly known as 695-725 Highway 36, Susanville, California  96130;

**Exhibit 2:**    The proof of service filed December 27, 2011, by Creditors in case no. 45679 in the Superior Court of California for the County of Lassen;

**Exhibit 3**:    Order signed by Judge Mason of the Superior Court of California for the County of Lassen on July 29, 2011, granting the Receiver power to surrender all horses on the property commonly known as 695-725 Highway 36, Susanville, California 96130, to the County of Lassen.

DATED:    March 15, 2012                    THE RYAN FIRM
                                            A Professional Corporation


                                            By:  /S/ AUSTIN T. BEARDSLEY
                                               TIMOTHY M. RYAN
                                               AUSTIN T. BEARDSLEY
                                               Attorneys for Creditors WELLS
                                               FARGO  BANK, N.A., as Trustee for
                                               MLMI Trust Series 2005-HE3; and
                                               BAC HOME LOANS  SERVICING,
                                               LP

**THE RYAN FIRM**
A Professional Corporation

2