

FILED
March 16, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004127045

| | |
|---|---|
| 1 | Timothy M. Ryan, Bar No. 178059 |
| | tryan@theryanfirmm.com |
| 2 | Austin T. Beardsley, Bar No. 270046 |
| | Abeardsley@theryanfirm.com |
| 3 | THE RYAN FIRM |
| | A Professional Corporation |
| 4 | 1100 N. Tustin Avenue, Suite 200 |
| | Anaheim, California 92807 |
| 5 | Telephone (714) 666-1362; Fax (714) 666-1443 |

Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership,

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In re: | ) | CASE NO.: 11-40155 |
|---|---|---|
| | ) | |
| Dwight Bennett | ) | DCN: TRF-2 |
| | ) | |
| Debtor, | ) | Chapter: 11 |
| | ) | |
| | ) | Assigned for All Purposes to |
| | ) | Hon. Michael S. McManus |
| | ) | |
| | ) | **EXHIBITS IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICING, LP'S OPPOSITION TO DEBTOR DWIGHT BENNETT'S MOTION TO TERMINATE RECEIVERSHIP** |
| | ) | |
| | ) | Date:       March 19, 2012 |
| | ) | Time:       10:00 a.m. |
| | ) | Courtroom:  28 |
| | ) | DCN    :    TRF-2 |
| | ) | Trial Date: None set. |

Creditors Wells Fargo Bank, N.A. and BAC Home Loans Servicing, LP hereby submit Exhibits in support of its opposition to Creditor Dwight Bennett's motion t terminate receiver, in the above-entitled matter.

///

1  **Exhibit 1:** Order signed by Judge Giordano of the Lassen County Superior Court on November 17, 2011, granting Creditors' motion for summary adjudication thereby granting an equitable lien over the property commonly known as 695-725 Highway 36, Susanville, California 96130;

**Exhibit 2:** The proof of service filed December 27, 2011, by Creditors in case no. 45679 in the Superior Court of California for the County of Lassen;

**Exhibit 3**: Order signed by Judge Mason of the Superior Court of California for the County of Lassen on July 29, 2011, granting the Receiver power to surrender all horses on the property commonly known as 695-725 Highway 36, Susanville, California 96130, to the County of Lassen.

DATED: March 15, 2012

THE RYAN FIRM
A Professional Corporation


By: /S/ AUSTIN T. BEARDSLEY
TIMOTHY M. RYAN
AUSTIN T. BEARDSLEY
Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP

**EXHIBIT 1**

Timothy M. Ryan, Bar No. 178059
Austin T. Beardsley, Bar No. 270046
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

FILED
NOV 17 2011
LASSEN COUNTY SUPERIOR COURT
R. REED, CHIEF, ADMIN. OFFICER
By_____ Deputy

Attorneys for Defendants/Cross-Complainants WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership, successor by merger to Wilshire Credit Corporation, erroneously sued as BAC Home Loan Servicing, LLP

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LASSEN

| | |
|---|---|
| NORMAN W. ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT FINANCIAL GROUP; DANA CAPITAL CORP.; STEVE WEICH; ROD HOSILYK; DWIGHT A. BENNETT; JUDITH A. ST. JOHN; WILSHIRE CREDIT CORPORATION; EVANS APPRAISAL SERVICES, INC.; and DOES 1–10,<br><br>Defendants. | LEAD CASE NO.: 45679<br>(Consolidated with Case No. 50324)<br>Unlimited Jurisdiction<br>Date Action Filed:   Unknown.<br><br>Assigned for All Purposes to<br>Hon. Raymond J. Girdano, Judge<br>Dept. 6<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT/CROSS-COMPLAINANT WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY ADJUDICATION<br><br>Date:         July 21, 2011<br>Time:        9:30 a.m.<br>Dept.:        6<br><br>Trial Date:  None set. |
| NORMAN W. ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>T.D. SERVICE COMPANY; WELLS FARGO BANK, N.A., as Trustee for the MLMI Trust Series 2005-HE3; and DOES 1–10,<br><br>Defendants. | |
| WELLS FARGO BANK, N.A., as | |

1

[Proposed] Order

THE RYAN FIRM
A Professional Corporation

PAGE 08          RYAN FIRM          7146661443          23:45          11/16/2011

Case 11-40155    Filed 03/16/12    Doc 170

| | |
|---|---|
| 1 | Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership, successor by merger to Wilshire Credit Corporation, erroneously sued as BAC Home Loan Servicing, LLP, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Cross-Complainants, |
| 6 | vs. |
| 7 | NORMAN W. ALLEN; DWIGHT A. BENNETT; JUDITH A. ST. JOHN; EVANS APPRAISAL SERVICES; INC.; and ROES 1–10, |
| 8 | |
| 9 | |
| 10 | Cross-Defendants. |
| 11 | AND ALL OTHER CROSS-ACTIONS |
| 12 | |

The motion by Defendant/Cross-Complainant Wells Fargo Bank, N.A., as Trustee for MLMI Trust Series 2005-HE3 ("Wells Fargo") for summary adjudication of its fifth cause of action for equitable lien and its sixth cause of action for equitable mortgage came on for hearing in Department 6 of this Court on July 21, 2011. Timothy M. Ryan of The Ryan Firm appeared on behalf of Wells Fargo, Peter Talia appeared on behalf of Plaintiff/Cross-Defendant Norman W. Allen ("Allen"), Craig Close appeared on behalf of Defendant/Cross-Defendant Judith A. St. John ("St. John"), Jerrald Pickering appeared on behalf of Defendant/Cross-Defendant Evans Appraisal Services, Inc., and Dwight A. Bennett ("Bennett") appeared in pro per. After full consideration of the evidence, and the written and oral submissions by the parties, the Court HEREBY ORDERS, ADJUDGES AND DECREES as follows.

1. The Court GRANTS Wells Fargo's request for judicial notice as to items 1 through 6 and takes judicial notice of the contents of those items.

2. The Court GRANTS Wells Fargo's request for judicial notice as to items 7 through 9 and takes judicial notice of the fact that these documents were filed or

1. recorded, but the Court declines to take judicial notice of the truth of the matters asserted in said documents.

2. 3. The Court finds that there is no triable issue of material fact, and that Wells Fargo entitled to summary adjudication as a matter of law on its fifth cause of action for equitable lien and its sixth cause of action for equitable mortgage, and hereby GRANTS Wells Fargo's motion for summary adjudication.

4. IT IS ORDERED that Wells Fargo is entitled to the imposition of an equitable lien and an equitable mortgage over the 40 acre parcel bearing the Assessor's Parcel Number 099-260-69, and legally described as set forth in Exhibit 1 attached hereto.

5. IT IS FURTHER ORDERED that the Deed of Trust dated May 18, 2005, and recorded in the Official Records for Lassen County, California as Instrument Number 2005-04695 on May 26, 2005, is hereby reformed to include a first priority security interest in the 40 acre parcel bearing the Assessor's Parcel Number 099-260-69, and legally described as set forth in Exhibit 1 attached hereto.

IT IS SO ORDERED.

DATED: Nov 17, 2011

JUDGE OF THE SUPERIOR COURT

r:\8045-1267 norman allen v. wilshire\case no. 45679\law & motion\motion for summary adjudication\proposed order.doc

# EXHIBIT 1

## SCHEDULE A

THE ASSURANCES REFERRED TO ON THE FACE PAGE HEREOF ARE:

**JUDITH A. ST. JOHN, DWIGHT A. BENNETT AND CARMA KREITLER.**

PURSUANT TO A    IN AND TO THE LAND DESCRIBED AS FOLLOWS:

PARCEL NO. 1:

IN TOWNSHIP 30 NORTH, RANGE 11 EAST, MOUNT DIABLO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT THEREOF.

SECTION 25:            THE SE 1/4 OF THE SW 1/4

PARCEL NO. 2:

A NON-EXCLUSIVE EASEMENT FOR ACCESS AND PUBLIC UTILITY PURPOSES OVER, UNDER AND ACCROSS THE EAST 60 FEET OF THE NE 1/4 OF THE NW 1/4 OF SECTION 36, TOWNSHIP 30 NORTH, RANGE 11 EAST, LYING NORTH OF STATE HWY 36.

ONLY THE FOLLOWING MATTERS APPEAR IN SUCH RECORDS SUBSEQUENT TO UNKNOWN.

1. QUITCLAIM DEED FROM DOUGLAS E. BOWMAN, ET UX TO JUDITH A. ST JOHN, ET AL, RECORDED MARCH 8, 2002, AS INSTRUMENT NO. 2002-01800.

2. QUITCLAIM DEED FROM FRANK KREITLER TO CARMA KREITLER, RECORDED MAY 8, 2002, AS INSTRUMENT NO. 2002-03405.

3. EASEMENT AND RIGHT OF WAY FOR WATERLINE PIPELINE AND WATER TRANSMISSION PURPOSES FROM DWIGHT E. BENNETT, ET AL TO THE CITY OF SUSANVILLE, RECORDED MARCH 20, 2003, AS INSTRUMENT NO. 2003-02405.

A) RE-RECORDED TO ADD DESCRIPTION, RECORDED APRIL 1, 2003, AS INSTRUMENT NO. 2003-02826.

4. ANNEXATION AGREEMENT IN EXCHANGE FOR WATER SERVICE, BY AND BETWEEN CITY OF SUSANVILLE AND DWIGHT BENNETT, ET AL, RECORDED MARCH 20, 2003, ASS INSTRUMENT NO. 2003-02406.

A) RE-RECORDED TO ADD DESCRIPTION, RECORDED APRIL 1, 2003, AS INSTRUMENT NO. 2003-02827.

5. QUITCLAIM DEED FROM CARMA KREITLER TO JUDITH A. ST. JOHN, ET AL, RECORDED MARCH 27, 2003, AS INSTRUMENT NO. 2003-02660.

6. CERTIFICATE OF COMPLIANCE EXECUTED BY LASSEN COUNTY SURVEYOR, RECORDED JANUARY 14, 2004, AS INSTRUMENT NO. 2004-00370.

7. ABSTRACT OF JUDGMENT, D. BRUCE KOHFELD D.C. (CREDITOR) AND DWIGHT BENNETT (DEBTOR), RECORDED FEBRUARY 19, 2004, AS INSTRUMENT NO. 2004-01407.

A) ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT-FULL FROM D. BRUCE KOHFELD, D.C. TO DWIGHT BENNETT, RECORDED NOVEMBER 1, 2007, AS INSTRUMENT NO. 2007-08206.

8. GRANT DEED (RESERVING EASEMENT) FROM DWIGHT A. BENNETT TO NORMAN W. ALLEN, RECORDED MAY 26, 2005, AS INSTRUMENT NO. 2005-04693.

9. QUITCLAIM DEED FROM JUDITH A. ST. JOHN TO JUDITH A. ST. JOHN, AS TENANTS IN COMMON, RECORDED JULY 27, 2007, AS INSTRUMENT NO. 2007-05627.

## SCHEDULE A

THE ASSURANCES REFERRED TO ON THE FACE PAGE HEREOF ARE:

**NORMAN W. ALLEN.**

PURSUANT TO A IN AND TO THE LAND DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THE NORTHEAST 1/4 OF THE NORTHWEST 1/4 OF SECTION 36, IN TOWNSHIP 30 NORTH, RANGE 11 EAST, MOUNT DIABLO MERIDIAN; THENCE DUE WEST 1325 FEET TO THE WEST LINE OF SAID NORTHEAST 1/4 OF THE NORTHWEST 1/4 OF SAID SECTION; THENCE DUE SOUTH 550.50 FEET TO THE INTERSECTION THEREOF WITH THE NORTHERN LINE OF CALIFORNIA STATE HIGHWAY; THENCE NORTH 77° 57' EAST ALONG SAID LINE OF HIGHWAY 38.90 FEET; THENCE ALONG A CURVE TO THE RIGHT WITH A RADIUS OF 4850 FEET, PARALLEL AND DISTANT NORTHERLY 50 FEET FROM THE CENTER LINE OF SAID HIGHWAY, 1285.78 FEET TO THE POINT OF INTERSECTION OF THE NORTHERLY LINE OF SAID HIGHWAY AND THE EAST LINE OF THE NE 1/4 OF THE NW 1/4; AND THENCE NORTH 434 FEET TO THE POINT OF BEGINNING.

ONLY THE FOLLOWING MATTERS APPEAR IN SUCH RECORDS SUBSEQUENT TO UNKNOWN.

1. GRANT DEED FROM DWIGHT A. BENNETT TO NORMAN W. ALLEN, RECORDED MAY 26, 2005, AS INSTRUMENT NO. 2005-04693

2. INTERSPOUSAL TRANSFER DEED FROM KRISTIE ALLEN, RECORDED MAY 26, 2005, AS INSTRUMENT NO. 2005-04694.

3. DEED OF TRUST EXECUTED BY NORMAN W. ALLEN, RECORDED MAY 26, 2005, AS INSTRUMENT NO. 2005-04695.

A) NOTICE OF DEFAULT RECORDED OCTOBER 21, 2009, AS INSTRUMENT NO. 2009-05987.

B) CORPORATION ASSIGNMENT OF DEED OF TRUST RECORDED NOVEMBER 3, 2009, AS INSTRUMENT NO. 2009-06308.

C) SUBSTITUTION OF TRUSTEE RECORDED DECEMBER 30, 2009, AS INSTRUMENT NO. 2009-07282.

D) NOTICE OF TRUSTEES SALE RECORDED JANUARY 26, 2010, AS INSTRUMENT NO. 2010-00385.

4. HIGHWAY EASEMENT DEED FROM NORMAN W. ALLEN TO THE STATE OF CALIFORNIA RECORDED SEPTEMBER 22, 2006, AS INSTRUMENT NO. 2006-08601.

5. MEMORANDUM OF LEASE FROM NORMAN W. ALLEN TO OMNIPOINT COMMUNICATIONS, RECORDED OCTOBER 27, 2009, AS INSTRUMENT NO. 2009-06182.

6. LASSEN MUNICIPAL UTILITY DISTRICT UNDERGROUND ELECTRIC EASEMENT FROM NORMAN W. ALLEN TO LASSEN MUNICIPAL UTILITY DISTRICT, RECORDED NOVEMBER 23, 2009, AS INSTRUMENT NO. 2009-06653.

7. MEMORANDUM OF LEASE FROM NORMAN W. ALLEN TO OMNIPOINT COMMUNICATIONS, RECORDED FEBRUARY 25, 2010, AS INSTRUMENT NO. 2010-00929.

NOTE:

THIS GUARANTEE DOES NOT COVER:

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 1100 North Tustin Avenue, Suite 200, Anaheim, California 92807.

On July 25, 2011, I served the within document(s) described as: **[PROPOSED] ORDER GRANTING DEFENDANT/CROSS-COMPLAINANT WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY ADJUDICATION** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Law Office of Peter M. Talia<br>Peter Talia<br>470-345 Circle Drive<br>Susanville, CA 96130 | Tel: 530-257-5199<br>Fax: 530-257-5995 | Attorney for Plaintiff Norman W. Allen |
| Fine, Boggs & Perkins, LLP<br>David Hosilyk<br>80 Stone Pine Road, Suite 210<br>Half Moon Bay, CA 94109 | Tel: 650-712-8908<br>Fax: 650-712-1712 | Attorney for Defendants Rod Hosilyk and Summit Financial Group |
| Dwight Bennett<br>695-725 State Highway 36<br>Susanville, CA 96130 | Tel: *<br>Fax: *<br>whisperingpines@frontiernet.net | Defendant/Cross-Defendant in Pro Per |
| Dwight Bennett<br>P.O. Box 540<br>Susanville, CA 96130 | Tel: *<br>Fax: *<br>whisperingpines@frontiernet.net | Defendant/Cross-Defendant in Pro Per |
| Close Associates Law Offices<br>Craig Close<br>PO Box 2522<br>Truckee, CA 96160 | Tel: 530-587-7666<br>Fax: 530-550-8888 | Attorney for Defendant/Cross Complainant Judith A. St. John |
| Steve Weich<br>5876 Coyote Road<br>Reno, NV 89523 | Tel: *<br>Fax: * | Defendant in Pro Per |
| Pickering Law Corporation<br>Jerrald Pickering<br>1915 Placer Street, Redding, CA 96001 | Tel: 530-241-5811<br>Fax: 530-241-3145 | Counsel for Defendant Evans Appraisal Services, Inc. |
| Pickering Law Corporation<br>Jerrald Pickering<br>PO Box 992200, Redding, CA 96099 | Tel: 530-241-5811<br>Fax: 530-241-3145 | Counsel for Defendant Evans Appraisal Services, Inc. |

Proof of Service

☒ BY MAIL (Code Civ. Proc. § 1013(a))—I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 25, 2011, at Anaheim, California.

*Jody McLain*
JODY MCLAIN

Proof of Service

**EXHIBIT 2**





8045·1267 ATB

| | |
|---|---|
| 1 | Timothy M. Ryan, Bar No. 178059 |
| | Austin T. Beardsley, Bar No. 270046 |
| 2 | THE RYAN FIRM |
| | A Professional Corporation |
| 3 | 1100 N. Tustin Avenue, Suite 200 |
| | Anaheim, California 92807 |
| 4 | Telephone (714) 666-1362; Fax (714) 666-1443 |
| 5 | Attorneys for Defendants/Cross-Complainants WELLS FARGO BANK, N.A., as Trustee |
| 6 | for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas |
| | limited partnership, successor by merger to Wilshire Credit Corporation, erroneously |
| 7 | sued as BAC Home Loan Servicing, LLP |

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LASSEN

| | | |
|---|---|---|
| 11 | NORMAN W. ALLEN, | ) LEAD CASE NO.: 45679 |
| 12 | | ) (Consolidated with Case Nos. 50324 & |
| | Plaintiff, | ) 46190) |
| 13 | | ) Unlimited Jurisdiction |
| 14 | vs. | ) |
| | | ) Assigned for All Purposes to |
| 15 | SUMMIT FINANCIAL GROUP; | ) Hon. Raymond J. Girdano, Judge |
| | DANA CAPITAL CORP.; STEVE | ) Dept. 6 |
| 16 | WEICH; ROD HOSILYK; DWIGHT | ) |
| | A. BENNETT; JUDITH A. ST. JOHN; | ) **PROOF OF SERVICE** |
| 17 | WILSHIRE CREDIT | ) |
| | CORPORATION; EVANS | ) 1) **AMENDED ORDER** |
| 18 | APPRAISAL SERVICES, INC.; and | ) **APPOINTING RECEIVER AND** |
| | DOES 1–10, | ) **PRELIMINARY INJUNCTION** |
| 19 | | ) |
| 20 | Defendants. | ) 2) **ORDER GRANTING** |
| | | ) **DEFENDANT/CROSS-** |
| 21 | NORMAN W. ALLEN, | ) **COMPLAINANT WELLS FARGO** |
| | | ) **BANK, N.A.'S MOTION FOR** |
| 22 | Plaintiff, | ) **SUMMARY ADJUCIATION** |
| 23 | vs. | ) Trial Date: None set. |
| | | ) |
| 24 | T.D. SERVICE COMPANY; WELLS | ) |
| | FARGO BANK, N.A., as Trustee for | ) |
| 25 | the MLMI Trust Series 2005-HE3; and | ) |
| 26 | DOES 1–10, | ) |
| | | ) |
| 27 | Defendants. | ) |
| | | ) |
| 28 | WELLS FARGO BANK, N.A., as | ) |

Proof of Service

Case 11-40155    Filed 03/16/12    Doc 170

THE RYAN FIRM
A Professional Corporation

1  Trustee for MLMI Trust Series 2005-
   HE3; and BAC HOME LOANS
2  SERVICING, LP, a Texas limited
   partnership, successor by merger to
3  Wilshire Credit Corporation,
   erroneously sued as BAC Home Loan
4  Servicing, LLP,

5           Cross-Complainants,

6  vs.

7  NORMAN W. ALLEN; DWIGHT A.
   BENNETT; JUDITH A. ST. JOHN;
8  EVANS APPRAISAL SERVICES;
   INC.; and ROES 1–10,
9

10          Cross-Defendants.

11 AND ALL OTHER CROSS-
   ACTIONS
12

Proof of Service

|  |
|---|
| THE RYAN FIRM<br>A Professional Corporation |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 1100 North Tustin Avenue, Suite 200, Anaheim, California 92807.

On December 20, 2011, I served the within document(s) described as:

**AMENDED ORDER APPOINTING RECEIVER AND PRELIMINARY INJUNCTION**

**ORDER GRANTING DEFENDANT/CROSS-COMPLAINANT WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY ADJUDICAITON**

on the interested parties in this action:

☒     by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
☒     addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Law Office of Peter M. Talia<br>Peter Talia<br>470-345 Circle Drive<br>Susanville, CA 96130 | Tel: 530-257-5199<br>Fax: 530-257-5995 | Attorney for Plaintiff Norman W. Allen |
| Fine, Boggs & Perkins, LLP<br>David Hosilyk<br>80 Stone Pine Rd., Suite 210<br>Half Moon Bay, CA 94109 | Tel: 650-712-8908<br>Fax: 650-712-1712 | Attorney for Defendants Rod Hosilyk and Summit Financial Group |
| Close Associates Law Offices<br>Craig Close<br>PO Box 2522<br>Truckee, CA 96160 | Tel: 530-587-7666<br>Fax: 530-550-8888 | Attorney for Defendant/Cross Complainant Judith A. St. John |
| Steve Weich<br>5876 Coyote Road<br>Reno, NV 89523 | Tel: *<br>Fax: * | Defendant in Pro Per |
| Pickering Law Corporation<br>Jerrald Pickering<br>1915 Placer Street, Redding, CA 96001 | Tel: 530-241-5811<br>Fax: 530-241-3145 | Counsel for Defendant Evans Appraisal Services, Inc. |
| Carolyn Chan<br>2485 Notre Dame Boulevard, Suite 370<br>Chico, CA 95928 | Tel: 530-359-8810<br>Fax: 866-315-7089 | Counsel for Defendant/Cross-Defendant Dwight Bennett |
| Dwight Bennett<br>P.O. Box 540<br>Susanville, CA 96130 |  | Defendant |

Proof of Service

☒ **BY MAIL** (Code Civ. Proc. § 1013(a))—I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 20, 2011, at Anaheim, California.

*Jody McLain*
JODY MCLAIN

# EXHIBIT 3

Case 11-40155    Filed 03/16/12    Doc 170

```
 1 │ Timothy M. Ryan, Bar No. 178059
   │ Austin T. Beardsley, Bar No. 270046
 2 │ THE RYAN FIRM
   │ A Professional Corporation
 3 │ 1100 N. Tustin Avenue, Suite 200
   │ Anaheim, California 92807
 4 │ Telephone (714) 666-1362; Fax (714) 666-1443
 5 │
   │ Attorneys for Defendants/Cross-Complainants WELLS FARGO BANK, N.A., as Trustee
 6 │ for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas
   │ limited partnership, successor by merger to Wilshire Credit Corporation, erroneously
 7 │ sued as BAC Home Loan Servicing, LLP
 8 │         IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9 │                     FOR THE COUNTY OF LASSEN
10 │
11 │ NORMAN W. ALLEN,                    )  LEAD CASE NO.: 45679
12 │                                     )  (Consolidated with Case Nos. 50324 &
   │         Plaintiff,                  )  46190)
13 │                                     )  Unlimited Jurisdiction
   │ vs.                                 )  Date Action Filed:   Unknown.
14 │                                     )
15 │ SUMMIT FINANCIAL GROUP;             )  Assigned for All Purposes to
   │ DANA CAPITAL CORP.; STEVE           )  Hon. Raymond J. Girdano, Judge
16 │ WEICH; ROD HOSILYK; DWIGHT          )  Dept. 6
   │ A. BENNETT; JUDITH A. ST. JOHN;     )
17 │ WILSHIRE CREDIT                     )  [PROPOSED] ORDER GRANTING
   │ CORPORATION; EVANS                  )  DEFENDANT/CROSS-COMPLAINANT
18 │ APPRAISAL SERVICES, INC.; and       )  WELLS FARGO BANK, N.A.'S EX
   │ DOES 1-10,                          )  PARTE APPLICATION FOR AN
19 │                                     )  ORDER AUTHORIZING THE
   │         Defendants.                 )  RECEIVER TO SURRENDER
20 │                                     )  EQUINES TO THE COUNTY OF
21 │ NORMAN W. ALLEN,                    )  LASSEN
   │                                     )
22 │         Plaintiff,                  )  Date:      July 29, 2011
   │                                     )  Time:      10:00 a.m.
23 │ vs.                                 )  Dept.:     3
   │                                     )
24 │ T.D. SERVICE COMPANY; WELLS         )  Trial Date:   None set.
   │ FARGO BANK, N.A., as Trustee for    )
25 │ the MLMI Trust Series 2005-HE3; and )
   │ DOES 1-10,                          )
26 │                                     )
27 │         Defendants.                 )
   │                                     )
28 │ WELLS FARGO BANK, N.A., as          )
```

ENDORSED FILED
JUL 29 2011
R. REED, Chief Administrative Officer
LASSEN COUNTY COURTS
By _____ Deputy

1

[Proposed] Order

Case 11-40155 Filed 03/16/12 Doc 170

|   |   |
|---|---|
| 1 | Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS |
| 2 | SERVICING, LP, a Texas limited partnership, successor by merger to |
| 3 | Wilshire Credit Corporation, erroneously sued as BAC Home Loan |
| 4 | Servicing, LLP, |
| 5 | Cross-Complainants, |
| 6 | vs. |
| 7 | NORMAN W. ALLEN; DWIGHT A. BENNETT; JUDITH A. ST. JOHN; |
| 8 | EVANS APPRAISAL SERVICES; INC.; and ROES 1–10, |
| 9 |   |
| 10 | Cross-Defendants. |
| 11 | AND ALL OTHER CROSS-ACTIONS |
| 12 |   |

The Court, having considered the ex parte application of Defendant/Cross-Defendant Wells Fargo Bank, N.A., as Trustee for MLMI Trust Series 2005-HE3, for an order authorizing the Receiver to surrender the animals located on the real property located at 695-725 Highway 36, Susanville, CA 96130 (the "Subject Property") to the County of Lassen, having considered the arguments raised in support of an opposition to said application, and good cause appearing, hereby orders as follows:

IT IS ORDERED THAT the court appointed Receiver over the Subject Property, Vicki Lozano, is authorized to surrender any and all animals on or from the Subject Property to the County of Lassen.

IT IS FURTHER ORDERED THAT Defendant/Cross-Defendant Dwight A. Bennett ("Bennett"), his agents, servants, employees, assignees, successors, representatives, and all persons acting under, in concert with, or for him, are restrained and enjoined during the pendency of this action from engaging in, committing or performing, directly or indirectly, any act to hinder, interfere, or otherwise meddle with the Receiver's surrender of animals subject to this order.

[Proposed] Order

1  IT IS FURTHER ORDERED THAT Bennett, his agents, servants, employees,
2  assignees, successors, representatives, and all persons acting under, in concert with, or for
3  him are to relinquish possession of the animals subject to this Order, and shall fully
4  cooperate with the Receiver in her execution of acts performed under the authorization
5  granted by this Order.

6  IT IS FURTHER ORDERED THAT the County of Lassen Department of Public
7  Works may release any animals surrendered by the Receiver to its owner upon a
8  sufficient showing by the purported owner of his or her ownership, and upon a sufficient
9  showing by the purported owner that he or she can adequately care for the claimed
10 animal.

11 IT IS SO ORDERED.

13 DATED: 7-29-11

*David A. Mason*
JUDGE OF THE SUPERIOR COURT
(Assigned)

26 r:\8045-1267 norman allen v. wilshire\case no. 45679\law & motion\ex parte application to surrender horses\proposed order.doc

THE RYAN FIRM
A Professional Corporation

3
[Proposed] Order