**FILED**
March 16, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004128264

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re                                    )    Chapter 7

DWIGHT ALAN BENNETT,                     )    Case No. 2011-40155

Debtor(s)                                )    Judge Michael S. McManus

**REQUEST OF CRAIG B. CLOSE dba CLOSE ASSOCIATES**

**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Craig B. Close, dba Close Associates, a creditor in the above-captioned Chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et. seq. (as amended, the Bankruptcy Code), **that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on**:

> Close Associates Law Offices
> P.O. Box 2522
> Truckee, CA 96160
> Attn:  Craig B. Close, Esq.
> Telephone: (530) 587-7666
> Facsimile:  (530) 550-8888
> E-mail: AdminAssist@CloseAssociatesLaw.com

Dated: March 16, 2012                         By: /s/ Craig B. Close
                                              Craig B. Close
                                              P.O. Box 2522
                                              Truckee, CA 96160
                                              (530) 587-7666

\RE-BUS\ST JOHN\BENNETT BCY\REQ 4 NOT CALO (rev 3-16-12)