FILED
March 18, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004129292

# EXHIBITS 4-5

*4 pages*

4. Late Filing by Movant 11-17-11 re Amending receivership [debtor's counsel did not timely receive]

5. Letter from J. Pickering, Esq. Re "Final Proposed Judgment" dated 2/2/12, no service on debtor

Timothy M. Ryan, Bar No. 178059
Austin T. Beardsley, Bar No. 270046
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

**FILED LATE**

FILED 2011 NOV 16 PM 4:43

LASSEN COUNTY [illegible]
[illegible]
BY [signature] DEPUTY

Attorneys for Defendants/Cross-Complainants WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership, successor by merger to Wilshire Credit Corporation, erroneously sued as BAC Home Loan Servicing, LLP

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LASSEN

| | |
|---|---|
| NORMAN W. ALLEN,<br><br>  Plaintiff,<br><br>vs.<br><br>SUMMIT FINANCIAL GROUP; DANA CAPITAL CORP.; STEVE WEICH; ROD HOSILYK; DWIGHT A. BENNETT; JUDITH A. ST. JOHN; WILSHIRE CREDIT CORPORATION; EVANS APPRAISAL SERVICES, INC.; and DOES 1–10,<br><br>  Defendants. | LEAD CASE NO.: 45679<br>(Consolidated with Case Nos. 50324 & 46190)<br>Unlimited Jurisdiction  **By Fax**<br><br>Assigned for All Purposes to<br>Hon. Raymond J. Girdano, Judge<br>Dept. 6<br><br>**REPLY OF WELLS FARGO BANK AS TRUSTEE AND BAC HOME LOANS SERVICING LP TO DWIGHT BENNETT'S OPPOSITION TO REQUEST FOR AMENDING RECEIVERSHIP ORDER AND CONTEMPT APPLICATION** |
| NORMAN W. ALLEN,<br><br>  Plaintiff,<br><br>vs.<br><br>T.D. SERVICE COMPANY; WELLS FARGO BANK, N.A., as Trustee for the MLMI Trust Series 2005-HE3; and DOES 1–10,<br><br>  Defendants. | Date: November 17, 2011<br>Time: 11:00 a.m.<br>Dept: 6C<br><br>Trial Date: None set. |
| WELLS FARGO BANK, N.A., as | |

**EXHIBIT # 4**

1

```
                    SUPERIOR COURT OF CALIFORNIA, COUNTY OF LASSEN
                                      STATUS HEARING
                                HON. RAYMOND J. GIORDANO                                      1

Reporter: _____         Clerk: S. SPANGLER          Bailiff: ___
                                                                      D. Stowell
For: 11/17/2011  Thursday  Dept: 6F

  6. 11:00 AM  Case: 45679       [S] ALLEN, NORMAN W.      v SUMMIT FINANCIAL
     Type: FRAUD                                Date Filed: 09/18/07
     Priority Info: 50324 CONSOL.IN 45679/FDS RCD
     Event: CLARIFICATION FOR RULING ON SUMMARY
            JUDGMENT

     Related cases on this calendar:        46190
     Related cases NOT on this calendar:   50324     , DV49327   , SC50479  ,
        52277    ,
     PLF/XD: ALLEN, NORMAN W                    ATTY: TALIA, PETER M.
     RP/INT: AVILA, DOMINIC                     P.D.: FUNK, JORDAN
     DEFNDT: SUMMIT FINANCIAL GROUP             ATTY: FINE, BOGGS & PERKINS
     DEFNDT: DANA CAPITAL CORPORATION
     DEFNDT: WEICH, STEVE                       ATTY: PRO PER
             Service Date/Type: 02/21/08 PER   Answer Date: 03/12/08
     DEFNDT: HOSILYK, ROD                       ATTY: FINE, BOGGS & PERKINS
             Service Date/Type: 03/01/08 CM                  00/00/00
     DEF/XC: ST. JOHN, JUDITH A                 ATTY: CLOSE, CRAIG B.  SBN# 74264
             Service Date/Type: 03/02/08 PER                 00/00/00
     DEF/XC: WELLS FARGO BANK                   ATTY: RYAN, TIMOTHY M.
             Service Date/Type: 00/00/00       Answer Date: 09/30/10
     DF/X-D: BENNETT, DWIGHT A                  ATTY: PRO PER
             Service Date/Type: 02/15/08 PER                 00/00/00
     DF/X-D: EVANS APPRAISAL SERVICES INC.      ATTY: PICKERING, JERRALD K.
             Service Date/Type: 00/00/00       Answer Date: 06/11/08
==========================================================================CV01
PRESENT IN COURT:           See Names Checked Above
[X] Others: Carolyn Allen
_____
[] RECORD DISCLOSURES BY JUDGE SOKOL: Mr. Dan Bruce is
Conservatorship Investigator. Ms. Nina Dupont-Stone, M.A. is a court
Mediator.  Ms. Diane Tetreault, M.A. is a court Mediator.
court Mediator.  Mr. Jon Nakanishi is a court Family Law Facilitator.

THE COURT ORDERS:  Objections considered, the
order is signed, + is now court order
granting Wells Fargo MSJ
_____
                                        ↑ Note Error –
                                        "MSJ" – This is A
[ ] MATTER TAKEN UNDER SUBMISSION        "Summary
THE COURT ORDERS SAID MATTER:            Adjudication"
```



**Pickering Law Corporation**

1915 Placer St., Redding, CA 96001
P.O. Box 992200
Redding, CA 96099-2200
Tel. (530) 241-5811
Fax (530) 241-3145
e-mail: pickeringlaw@sbcglobal.net

Jerrald K. Pickering
email: jerrald.plc@sbcglobal.net
Michael L. Pickering
email: mike.plc@sbcglobal.net
Jerrald K. Pickering, II
email: jerry.plc@sbcglobal.net

**RECEIVED**
FEB 06 2012
LASSEN COUNTY SUPERIOR COURT
R. REED, CHIEF, ADMIN. OFFICER
By_____, Deputy

February 2, 2012

**COPY**

VIA E-MAIL ONLY

Timothy M. Ryan
The Ryan Firm
A Professional Corporation
1100 North Tustin Avenue, Suite 200
Anaheim, CA 92807

 RE: Lassen County Superior Court Case No.: 45679
  Allen vs. Summit Financial Group, et al.
  Our Client: Evans Appraisal Services, Inc.
  Our File No.: RP 0408-0590

Dear Tim:

Further to my e-mail to you, I received the Proposed Judgment on the Bank's Motion for Summary Adjudication ("MSA").

As in my e-mail, the MSA was as to the 5th and 6th Causes of Action, which are against other Cross-Defendants, but not including Evans. Evans was not named in neither of those causes of action. I think the Proposed Judgment should be clarified to note this. My suggestion is that a new paragraph number 2 be added to the Proposed Judgment to read as follows:

"2. That Judgment be entered on the 5th and 6th Causes of Action against Cross-Defendants (5th CAO) Allen, Bennett, and St. John; and (6th COA) Bennett, St. John, and Allen, but not including Evans, which was not a named Cross-Defendant for either the 5th and 6th Causes of Action."

If these changes meet with your approval, then I ask you to revise the Proposed Judgment. If there is a problem with the above language, I ask you to contact me at your convenience.



EXHIBIT #5

Kele H



Timothy M. Ryan
The Ryan Firm
A Professional Corporation
February 2, 2012
Page 2

    By copy of this letter to the court and counsel, I am advising them that I have written to you concerning the Proposed Judgment.

                        Very truly yours,

                        PICKERING LAW CORPORATION

                        /S/

                        Jerrald K. Pickering, II

JKPII/at
cc:    Lassen County Superior Court (by Mail)
       Peter M. Talia, David A. Hosilyk, Craig B. Close, Dwight Bennett (all by e-mail only)