1

2  Carolyn Chan sbn147978
   2485 Notre Dame B. Ste. 370
3  Chico, CA 95928
4  Telephone: 530.359.8810

FILED

MAR 1 9 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

5  Attorney for Dwight Bennett
6

7                UNITED STATES BANKRUPTCY COURT
8        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.
9

10  In re                         Case No.: 11-40155-A-7
11
                                  Declaration of C. Chan re
12                                Attempted ecf filing of Exhibits

13                                DC No. CC-002
        Debtor.                   Date: 03/19 /2012
14                                Time:10:00am    Dept: Ctr 28

15  -------------------------/
16

17  I Carolyn Chan declare as follows:

18      I have attempted to file exhibits in the case herein, 11-
19  40155-a-7, in pdf format which is the only accepted file type, to
    the ecf filing system. Parties were already served with these
20  exhibits via email. Only one was initially rejected, (U. S.
21  Trustee's), but they were resent by breaking up the files into
22  smaller groups and were readable.
23

24      Despite repeated calls to the helpdesk, and even finally
    hiring a technician who deals with pdf files and software to
25  modify the files to comport for ecf filing, the documents were
26  not very legible after doing a test copy to ecf. An example which
27

28                                1

1  was filed and viewed by helpdesk (and I believe should be visible
2  on PACER) is of minimal quality. This was verified by helpdesk on
3  3-12-11 as to quality, which was poor.
4  Therefore I shall mail a hard copy to the Court and to the extent
   it does not comply with the Court's rule on all documents being
5  filed via ecf, it would appear to be the only way to receive a
6  legible copy of the [photo] exhibits in the case. There are eight
7  (8) pdf file [photo] exhibits, as shown on the attached listing,
8  and are each labeled separately.
9
        I declare under penalty of perjury under the laws of the
10  State of California that the foregoing is true and correct.
11
12  Dated March 12, 2012          __/s/__Carolyn Chan__
13                                Attorney for Dwight Bennett
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                               2





- DBExh929 s.pdf
- DBExh856 s.pdf
- DBExh836 s.pdf
- DBExh850 s.pdf
- DBExh858 copy.pdf
- DBExh857copys.pdf
- DBExh862 s.pdf
- DBExh843 s.pdf

CASE 2011-40155    Plaintiff Bennett's
Exhibits on Case Which Cannot Be
"ecf" filed due to Legibility
Will be Mailed instead to Court.

DBExh 929 pdf

EXHIBIT
1

DBExh 856 pdf.

EXHIBIT
2

DBExh 836 pdf.

EXHIBIT

3

DB Exh 85D pdf.

EXHIBIT

4

DPExh 858 pdf

EXHIBIT
5

DBExh 857 pdf

EXHIBIT

6

DBExh 862 pdf

EXHIBIT

7

**EXHIBIT**

**Justice for Animals**

This was posted as a follow up comment below: Mindy Wilson: "Wow ~ I was at the meeting at Whispering Pines with Tim Ryan, Pete H from Lassen County animal control, Beth D from Grace, Judy St John and her attorney Craig Close. We brought all the registration papers and receipts for the purchase of specific identified horses, the Fox Trotters, that are Judy's horses and have been withheld from her by Dwight Bennett and Animal Control for the past 6 years. We brought the registration papers showing Judy's ownership, physical descriptions and birthdates etc, and identified the horses to all parties present. We brought a horse trailer to take Judy's horses home, safe haven, medical care etc. We were told BY PETE H and BETH D that the horses would be released to Judy. Then told that no, in fact, the horses carried diseases and illnesses that made unsafe for our neighbors horses, should the WP horses spread their disease. I questioned how the horses could be moved out of County and possibly across State lines without coggins, vacinations etc. if they were so ill. Then Pete H informed Judy that she could go get her horses from Grace later on but would have to pay Lassen County Animal Control a boarding fee, undertermined amount, perhaps $350 a month per horse......!!!!!!!!!!!! I am interested in seeing this STATE court order. This is an outrageous transgression of Judy St John's civil rights and I wonder if this court order has taken into account the trial that will be taking place regarding the disposition of Whsiperin Pines, the real property, the personal property and Judy's other possessions tha Wells Fargo and Tim Ryan have essentially (legally?) stolen right out from unde her ????After all these years of fighting with Lassen County and Dwight and animals control.... NOW THIS???!!???!! It is inconceivable."

Like · Comment

**Timothy M Ryan** mindy,
minutes ago

**Timothy M Ryan** Mindy,
minutes ago

2

**PROOF OF SERVICE** C.C.P. Section 1011,1013,2015.5 and CA Rules of Court, Rule 2.306)

I am over the age of eighteen years and not a party to the action within, my business address is 2485 Notre Dame Blvd. Ste. 370, Chico CA 95928.

On <u>March 12 2012</u> I served the documents:

<u>Declaration of Carolyn Chan re Attempted "ecf" filing of Exhibits</u>
<u>Case # 11-40155-A-7 + 8 Exhibits Labeled 1-8</u>
<u>Numbered DBExh 929, 856, 836, 850, 858, 857, 862, 843</u>

on the parties: Eastern Dist Fed Ct. (Bankruptcy) Clerk

by placing the original   true copy of, enclosed in sealed envelope, addressed as follows:

Eastern Dist BK. Ct 501 I St 95814 "Attn Judge McManus

by United States Postal Service Mail
I am familiar with the practice for collection/processing of correspondence for mailing with the USPS and that each day's mail is deposited with the USPS that same day in the ordinary course of business. On the date set forth above, I served the aforementioned document(s) on parties in said action by placing a true copy thereof enclosed in a saled envelope with postage thereon fully prepaid for collection and mailing on this date, following ordinary business practices at <u>Chico</u> California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: <u>3-12-2012</u>          *Alice Baratone*