FILED
April 02, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004158348

Timothy M. Ryan, Bar No. 178059
tryan@theryanfirm.com
Austin T. Beardsley, Bar No. 270046
abeardsley@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Creditors Wells Fargo Bank, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC Home Loans Servicing, LP, a Texas limited partnership

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA —SACRAMENTO

| | |
|---|---|
| In re<br><br>Dwight Bennett<br><br>　　　　Debtor, | CASE NO.: 11-40155<br>Chapter: 7<br>Date Filed:　August 18, 2011<br><br>**CERTIFICATE OF SERVICE RE: RECEIVER'S INTERIM REPORT**<br><br>Date:　April 2, 2012 |

Certificate of Service

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 1100 North Tustin Avenue, Suite 200, Anaheim, California 92807.

On April 2, 2012, I served the within document(s) described as: **RECEIVER'S INTERIM REPORT** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Dwight Bennett<br>P.O. Box 540<br>Susanville, CA 96130 | Tel: 530-257-2555<br>Fax: 530-257-0340<br>whisperingpines@frontiernet.net<br>/renegaderemount@yahoo.com<br>zorrodeltoro@gmail.com | Debtor |
| Carolyn Chan<br>2485 Notre Dame<br>Boulevard, Suite 370<br>Chico, CA 95928 | Tel: 530-359-8810<br>Fax: 866-315-7089<br>animallaw10@gmail.com | Attorney for Debtor Dwight Bennett |
| Office of The United States Trustee<br>Allen Massey<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814 | Tel: 916-930-2081<br>Fax: 916-930-2099<br>al.c.massey@usdoj.gov | United States Trustee |
| Hefner, Stark & Marois, LLP<br>Howard Nevins<br>2150 River Plaza Drive, Suite 450<br>Sacramento, CA 95833 | Tel: 916-925-6620<br>Fax: 916-925-1127<br>hnevins@hsmlaw.com | Attorney for Chapter 7 Trustee |
| Close Associates Law Offices<br>Craig Close<br>P.O. Box 2522<br>Truckee, CA 96160 | Tel: 530-587-7666<br>Fax: 530-550-8888 | Creditor |
| Bird Flat Ranch<br>Highway 395<br>Doyle, CA 96109 | Tel: *<br>Fax: * | Creditor |
| Deborah Sue McNeal<br>6138 Parkside Drive<br>Anacortes, WA 98221-4092 | Tel: *<br>Fax: * | Creditor |
| Ellen Hamlyn<br>Court Reporter<br>P.O. Box 87<br>Chester, CA 96020-0087 | Tel: *<br>Fax: * | Creditor |

THE RYAN FIRM
A Professional Corporation

2
Certificate of Service

| | | |
|---|---|---|
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | Tel: * Fax: * | Creditor |
| Judith A. St. John 478-740 Eagle Lake Road Susanville, CA 96130-9521 | Tel: * Fax: * | Creditor |
| Julius Allen 464-775 Main Street Janesville, CA 96114 | Tel: * Fax: * | Creditor |
| Lassen County Assessor's Office 220 S Lassen Street, Suite 3 Susanville, CA 96130-4357 | Tel: * Fax: * | Creditor |
| Lassen County Times 105 Grand Avenue Susanville, CA 96130-4788 | Tel: * Fax: * | Creditor |
| Sherman Reed 741-42 Cappezzoli Lane Standish, CA 96128 | Tel: * Fax: * | Creditor |
| U.S. Bank 901 Main Street Susanville, CA 96130-4406 | Tel: * Fax: * | Creditor |
| Vernon Reese P.O. Box 221 Standish, CA 96128-0221 | Tel: * Fax: * | Creditor |
| U.S. Bank P.O. Box 5229 Cincinnati, OH 45201 | Tel: * Fax: * | Creditor |
| Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603 | Tel: * Fax: * | Creditor |

☒ **BY MAIL** (F.R.Civ.P, rule 5(b)(1); F.R.Civ.P., rule 5(b)(2)(C))—I deposited such envelope(s) for processing in the mailroom in our offices, having been address to each party's attorney(s) of record at their last known address. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California, in the ordinary course of business.

☒ **CM/ECF** (U.S. Bankruptcy Court, Eastern District of California, Electronic Case Filing Procedures)—Whenever a pleading, document or court order is filed electronically in accordance with ECF Procedures, the system will automatically generate the Notification of Electronic Filing, which will be emailed to all Registered Participants who have consented to electronic service and have appeared in the case or adversary proceeding in which the document is filed. This transmission of the Notification of Electronic Filing to a Registered Participant shall constitute effective service . All parties who are not registered, if any, were served in the manner set forth above.

| | |
|---|---|
| 1 | ☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |
| 2 | |
| 3 | Executed on April 2, 2012, at Anaheim, California. |



JODY MCLAIN