United States Bankruptcy Court
Eastern District of California

In re:                                                                    Case No. 11-40155-A
Dwight Alan Bennett                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2          User: bons          Page 1 of 3          Date Rcvd: Apr 30, 2012
                             Form ID: L53          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2012.
db          #+Dwight Alan Bennett,    PO Box 540,    Susanville, CA 96130-0540
aty          +Austin T. Beardsley,    1100 N Tustin Ave #200,    Anaheim, CA 92807-1730
aty          +Carolyn R. Chan,    2485 Notre Dame Blvd  Ste.#370,    Chico, CA 95928-7163
aty          +Howard S. Nevins,    2150 River Plaza Dr #450,    Sacramento, CA 95833-4136
aty          +Timothy M. Ryan,    1100 N Tustin Ave #200,    Anaheim, CA 92807-1730
cr           +Close Associates Law Offices,    Attn: Craig B. Close,    PO Box 2522,    Truckee, CA 96160-2522
19072095      Bank of America Card Services,    Address 1,    City CA 96130
19072083      Bird Flat Ranch,    Highway 395,    Doyle CA 96113
19072096      Capitol One Card Services,    Address 1,    City CA 96130
19592196     +Craig B. Close,    PO Box 2522,    Truckee CA 96160-2522
19072085     +Ellen Hamlyn Court Reporter,    P O Box 87,    Chester CA 96020-0087
19072097      High Desert Vet Services,    Address 1,    Susanville CA 96130
19072087     +Judith A St John,    478-740 Eagle Lake Road,    Susanville CA 96130-9521
19588780     +Judith A. St. John,    P.O. Box 1832,    Susanville, CA 96130-1832
19072088      Julius Allen,    464-775 Main Street,    Janesville CA 96114
19072089     +Lassen County Assessor s Office,    220 South Lassen Street,    Suite 3,    Susanville CA 96130-4357
19072090     +Lassen County Times,    105 Grand Avenue,    Susanville CA 96130-4788
19072091     +Sherman Reed,    721-42 Cappezzoli Lane,    Standish CA 96128
19072093     +Vernon Reese,    P O Box 221,    Standish CA 96128-0221
19072094     +Wells Fargo Bank NA as Trustee,    for MLML Trust Series 2005 HE3,
               0 0 Timothy Ryan The Ryan Firm,    1100 North Tustin Avenue Suite 200,    Anaheim CA 92807-1730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov May 01 2012 04:13:12     Allen C. Massey,
               501 I St #7-500,    Sacramento, CA 95814-7304
tr           +EDI: BSDIDRIKSEN.COM May 01 2012 03:38:00     Susan Didriksen,    PO Box 1460,
               Shingle Springs, CA 95682-1460
ustr         +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov May 01 2012 04:13:12     August B. Landis,
               c/o Allen C. Massey,    501 I St #7-500,    Sacramento, CA 95814-7304
19072086      EDI: IRS.COM May 01 2012 03:38:00     Internal Revenue Service,    Address 1,
               Ogden UT 84201-0025
19364235      EDI: RESURGENT.COM May 01 2012 03:38:00     LVNV Funding LLC its successors and assigns,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
19286084      EDI: USBANKARS.COM May 01 2012 03:38:00     U.S. Bank N.A.,    PO Box 5229,    Cincinnati OH 45201
19072092     +EDI: USBANKARS.COM May 01 2012 03:38:00     US Bank,    901 Main Street,
               Susanville CA 96130-4406
                                                                                        TOTAL: 7


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           August B. Landis
aty*          Craig B. Close,    PO Box 2522,    Truckee, CA  96160-2522
19072084     ##+Deborah Sue McNeal,    6138 Parkside Drive,    Anacortes WA 98221-4092

                                                                            TOTALS: 1, * 1, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2012                          Signature:

District/off: 0972-2          User: bons          Page 3 of 3          Date Rcvd: Apr 30, 2012
                              Form ID: L53         Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2012 at the address(es) listed below:
NONE.                                                                              TOTAL: 0

FORM L53 Notice to File Proof of Claim Due to Possible Recovery of Assets  (v.1.12)

11−40155 − A − 7



## UNITED STATES BANKRUPTCY COURT
### Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

## FILED

## 4/30/12

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

bons

# NOTICE TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS

**Case Number:**    11−40155 − A − 7

Debtor Name(s), Social Security Number(s), and Address(es):

Dwight Alan Bennett
xxx−xx−5915

PO Box 540
Susanville, CA 96130

### Deadline to File a Proof of Claim:

Proof of Claim must be received by the Bankruptcy Clerk's Office by **7/31/12**

**NOTICE IS HEREBY GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. The trustee has now notified the court that payment of a dividend appears possible.

Creditors who wish to share in any possible distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before the date indicated above unless otherwise provided by statute or rule. Claims that are not filed by the date indicated above might not be paid. Any creditor who has already filed a Proof of Claim in this case need not file another.

A Proof of Claim with attachments may be filed electronically in all cases by completing the online B10 Proof of Claim form at https://ecf.caeb.uscourts.gov/cgi−bin/autoFilingClaims.pl on the bankruptcy court's web site. A username or password is not required to file an electronic claim. Instructions can be found at http://www.caeb.uscourts.gov/ElectronicClaims.aspx.

Alternatively, Official Form B10, the official form prescribed for a Proof of Claim, may be printed and filed with the Clerk at the address shown above. Official Form B10 is available on the bankruptcy court's web site at http://www.caeb.uscourts.gov/documents/Forms/Official/B10.pdf and may be obtained at any bankruptcy clerk's office. To receive proof of its receipt by the bankruptcy court, enclose a photocopy of the claim together with a stamped, self−addressed envelope.

There is no fee for filing a Proof of Claim.

Dated:
4/30/12

For the Court,
Wayne Blackwelder , Clerk