Case 11-40155 Filed 05/24/12 Doc 182



Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA  95682
Tel:  (530)232-6119
E-mail:  didriksen1@gmail.com

UNITED   STATES   BANKRUPTCY   COURT

EASTERN   DISTRICT   OF   CALIFORNIA

SACRAMENTO DIVISION

In re:

**DWIGHT ALAN BENNETT**

Debtor.

Case No.  11-40155-A-7
DCN:       SMD - 1

DATE:          July 2, 2012
TIME:          10:00 a.m.
LOCATION:  501 I Street, 7th Floor
                     Department A
                     Courtroom 28  (7th Floor)
                     Sacramento, CA  95814

**TRUSTEE'S MOTION OBJECTING TO CLAIM OF EXEMPTIONS**

SUSAN DIDRIKSEN ("Trustee") objects to the exemptions outlined below:

- **TYPE OF PROPERTY:**  Home on 40 Acres APN 099-260-69
  **STATUTE CREATING EXEMPTION:**  11 U.S.C. §522(d)(1)
  **VALUED CLAIMED PROPERTY:**  $100,000.00
- **TYPE OF PROPERTY:**  1988 Ford F 250
  **STATUTE CREATING EXEMPTION:**  11 U.S.C. §522(d)(2)
  **VALUED CLAIMED PROPERTY:**  $1,000.00
- **TYPE OF PROPERTY:**  Household Furnishings
  **STATUTE CREATING EXEMPTION:**  11 U.S.C. §522(d)(3)
  **VALUED CLAIMED PROPERTY:**  $1,500.00
- **TYPE OF PROPERTY:**  Clothes
  **STATUTE CREATING EXEMPTION:**  11 U.S.C. §522(d)(3)
  **VALUED CLAIMED PROPERTY:**  $300.00
- **TYPE OF PROPERTY:**  Sporting Goods, Guns and Fishing Poles
  **STATUTE CREATING EXEMPTION:**  11 U.S.C. §522(d)(3)
  **VALUED CLAIMED PROPERTY:**  $900.00
- **TYPE OF PROPERTY:**  Western Saddle. Bridle and 2 pack saddles
  **STATUTE CREATING EXEMPTION:**  11 U.S.C. §522(d)(6)
  **VALUED CLAIMED PROPERTY:**  $800.00

- **TYPE OF PROPERTY:** Hand and Power Tools
  **STATUTE CREATING EXEMPTION:** 11 U.S.C. §522(d)(6)
  **VALUED CLAIMED PROPERTY:** $500.00
- **TYPE OF PROPERTY:** Jewelry
  **STATUTE CREATING EXEMPTION:** 11 U.S.C. §522(d)(4)
  **VALUED CLAIMED PROPERTY:** $700.00

Trustee files this objection to the above exemptions for the reasons listed below:

1. As stated in C.C.P §703.130 , the exemptions set forth in subsection (d) of Section 522 of Title 11 of the United States Code (Bankruptcy) are not authorized in the state of California. The state has chosen to "opt-out" of the federal exemption system and therefore debtors who have resided in the state of California continuously for the past two years must chose an exemption scheme pursuant to the California Civil Code of Procedure §703.140 or §704.

2. The debtor testified at the §341(a) meeting of creditors that he had resided in the state of California for the previous two years prior to filing.

3. Trustee continued the §341(a) meeting of creditors several times to give the Debtor time to amend the schedule to the correct exemption scheme. The Debtor has not yet complied.

WHEREFORE, Trustee requests that the Debtor's claim of exemption as listed above in Schedule C of the bankruptcy petition be denied and the Trustee's objection be sustained.

Respectfully submitted,

Dated:   May 24, 2012          /s/ Susan M. Didriksen
                               Susan M. Didriksen, Chapter 7 Trustee