

Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA  95682
Tel:  (530)232-6119
E-mail:  didriksen1@gmail.com

# UNITED   STATES   BANKRUPTCY   COURT

## EASTERN   DISTRICT   OF   CALIFORNIA

### SACRAMENTO DIVISION

In re:

**DWIGHT ALAN BENNETT**

Debtor.

Case No.  11-40155-A-7
DCN:       SMD - 1

DATE:        July 2, 2012
TIME:         10:00 a.m.
LOCATION:  501 I Street, 7th Floor
                       Department A
                       Courtroom 28  (7th Floor)
                       Sacramento, CA  95814

### NOTICE OF HEARING ON TRUSTEE'S MOTION OBJECTING TO CLAIM OF EXEMPTIONS

TO:  ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD.

**PLEASE TAKE NOTICE** that on July 2, 2012, at 10:00 a.m., in Department A of the above-captioned court, located at 501 I Street, 7th Floor, Sacramento, California, a hearing will be held on the Trustees Objection to Claim of Exemptions.  The Trustee objects to the Debtors use of Section 522 of Title 11 of the United States Code (Bankruptcy).

The motion is based upon this Notice of Hearing, the Motion, all pleadings and papers on file in this action; and upon such other matters as may be presented to the Court at the time of the hearing.

Reference to the Motion is suggested for more detail.  A copy may be obtained from the Bankruptcy Court whose address appears below.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney if you have one.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your view on the Motion, then at least *fourteen calendar days* before the hearing on July 2, 2012, you or your attorney must file your response explaining your position at:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
501 I Street, 3rd Floor
Sacramento, CA 95814

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it fourteen calendar days prior to July 2, 2012.

You must also mail a copy to:

| | |
|---|---|
| The Office of the U.S. Trustee<br>501 I Street, Suite 7-500<br>Sacramento, CA  95814 | Susan M. Didriksen, Chapter 7 Trustee<br>PO Box 1460<br>Shingle Springs, CA  95682 |

You and your attorney must also appear at the hearing at the time and place noted above.  If you or your attorney do not take the steps outlined above, the Court may decide that you do not oppose the Trustee's Motion, remove the matter from the calendar and resolve it, including granting the Trustee's request, without oral argument.

Dated: May 24, 2012                                   Respectfully submitted,

                                                                  /s/ Susan M. Didriksen
                                                                 Susan M. Didriksen, Chapter 7 Trustee