

```
 1   2
     Susan M Didriksen, Chapter 7 Trustee
 2   PO Box 1460
     Shingle Springs, CA  95682
 3   Tel:  (530)232-6119
     E-mail:  didriksen1@gmail.com
 4
                    UNITED   STATES   BANKRUPTCY   COURT
 5
                    EASTERN   DISTRICT   OF   CALIFORNIA
 6
                              SACRAMENTO DIVISION
 7
     In re:                           Case No.  11-40155-A-7
 8                                    DCN:      SMD - 1
     DWIGHT ALAN BENNETT
 9                                    DATE:       July 2, 2012
                                      TIME:       10:00 a.m.
10        Debtor.                     LOCATION:   501 I Street, 7th Floor
                                                  Department A
11                                                Courtroom 28  (7th Floor)
                                                  Sacramento, CA  95814
12
13
        EXHIBIT "A" TO TRUSTEE'S MOTION OBJECTING TO CLAIM OF EXEMPTIONS
14

15      Schedule C                         Page 2
16
```

Page 1

B 6C (Official Form 6C) (12/07)

In re  Dwight Alan Bennett  Case No.  11-40155-A-11
       Debtor                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Home on 40 acres APN 099-260-69 | 11 U.S.C. 522 (d) (1) | 7,500.00 | 100,000.00 |
| 1988 Ford F-250 | 11 USC 522 (d) (2) | 1,000.00 | 1,000.00 |
| household furnishings | 11 USC 522 (d) (3) | 1,500.00 | 1,500.00 |
| Clothes | 11 USC 522 (d) (3) | 300.00 | 300.00 |
| sporting goods, guns and fishing poles | 11 USC 522 (d) (3) | 900.00 | 900.00 |
| western saddle, bridle & 2 pack saddles. | 11 USC 522 (d) (6) | 800.00 | 800.00 |
| Hand & power tools | 11 USC 522 (d) (6) | 500.00 | 500.00 |
| Jewelry | 11 USC 522 (d) (4) | 700.00 | 700.00 |
| | | | |
| | | | |
| totals | | 13,200.00 | 13,200.00 |

Page 2