Filing header



```
 1    3
      Susan M Didriksen, Chapter 7 Trustee
 2    PO Box 1460
      Shingle Springs, CA  95682
 3    Tel:  (530)232-6119
      E-mail:  didriksen1@gmail.com
 4
 5                    UNITED   STATES   BANKRUPTCY   COURT
 6                     EASTERN   DISTRICT   OF   CALIFORNIA
 7                              SACRAMENTO DIVISION
 8    In re:                          │   Case No.  11-40155-A-7
                                      │   DCN:      SMD - 1
 9    DWIGHT ALAN BENNETT              │
                                      │   DATE:       July 2, 2012
10         Debtor.                     │   TIME:       10:00 a.m.
                                      │   LOCATION:  501 I Street, 7th Floor
11                                    │              Department A
                                      │              Courtroom 28  (7th Floor)
12                                    │              Sacramento, CA  95814
13
14                          PROOF OF SERVICE  BY  MAIL
15
      I am a citizen of the United States and am over the age of eighteen years. I am also duly appointed
16    and qualified to serve as Trustee in the above-referenced case. My business address is P.O. Box 1460,
      Shingle Springs, CA  95682.
17
      I am familiar with the business practice for collection and processing for mailing with the United
18    States Post Office. Under such practice, on May 24, 2012, the documents described below were placed
      in a sealed envelope, with postage paid, and placed in a receptacle from which my business mail is
19    deposited with the United States Postal Service at the end of the business day:

20       •  NOTICE OF HEARING ON TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS;
         •  TRUSTEE'S MOTION OBJECTING TO CLAIMS OF EXEMPTIONS
21
      The above-described documents were delivered to:
22
      OFFICE OF THE US TRUSTEE
23    Al.C.Massey@usdoj.gov
      ustpRegion17.sc.ecf@usdoj.gov
24
      Dwight Alan Bennett
25    PO Box 540
      Susanville, CA  96130
26
```

Page 1

Carolyn Chan
2485 Notre Dame Blvd. Suite 370
Chico, CA  95928

Close Associates Law Offices
ATTN: Craig B. Close, Esq.
PO Box 2522
Truckee, CA  96160

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   May 24, 2012                                              /s/ Susan M. Didriksen
                                                                                Susan M. Didriksen, Bankruptcy Trustee