**FILED**

June 23, 2012

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004305484

**10**

Carolyn Chan sbn147978

2485 Notre Dame Bl. Ste. 370

Chico, CA 95928

Telephone: 530.359.8810


Attorney for

Dwight Bennett


# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.


In re

Case No.: 11-40155-A-7
MATERIAL FACTS ORCHESTRATED
TO VIOLATE RIGHTS OF DEBTOR
USING SUBTERFUGE; TEMPORARY
INABILITY TO DETERMINE
EXEMPTIONS

     Debtor.       `

Date:  07/02 /2012
Time:  10:00   Dept: Ctr 28

_____/

## BACKGROUND OF THE CASE

    Debtor "filed" bankruptcy ONLY in desperation **to try and stop the egregious, illegal actions taken by Wells Fargo/Bank of America's attorney, Timothy M. Ryan**. According to the Trustee, debtor's case is actually an asset case [if the debtor's property, which he has never seen since last year, is even still there..the Trustee has seen some of it..debtor was never allowed to even view any of his own property due to Ryan forbidding it.]

Background Facts Supporting Debtor's Temporary Inability to List Exemptions

Debtor was jailed for "contempt" charges by Wells Fargo attorney Timothy M. Ryan, despite having filed his bankruptcy case,which DOJ attorney Massey noted in 2011; debtor was apparently kicked out of the residence,   without due process or unlawful detainer from the residence  [post petition bankruptcy]  and apparently has remained homeless, debtor's personal property appears to have been converted, lost or stolen, while  the sham"Receiver" purposely failed to

file inventory reports, and knowingly allowed  animals to ruin the inside of the dwelling, while purposely failing to  preserve the residential property. The Sham "Receiver" has **knowingly caused huge violations of the law which must be stopped.  The sham "Receiver" is actually Timothy M. Ryan.**

FRAUD ON COURTS BY WELLS FARGO TIMOTHY M. RYAN:


Ryan filed for a receiver to be placed in the state court case. If Ryan had actually obtained a legitimate receiver,  and implemented the process legally, that would be one thing. But what Ryan did was neither legal nor proper.

**Instead, Ryan set up a completely  fraudulent entity that only RYAN controls, such that Ryan himself actually IS THE RECEIVER, albeit, a sham "Receiver."**

The state court sadly, but mistakenly, apparently believes the "Receiver" is valid. The Wells Fargo sham "Receiver"  was NEVER a neutral party, but is instead a **sham figurehead**, designed to fool the courts,  with attorney Ryan making every decision, every action,  creating every document, pleading or other legal briefing, and then simply having "Receiver" sign it.

It is believed that *this fraud was perpetuated as a calculated scheme* to obtain the parcel of land held by debtor, outright,  because without it, it is highly unlikely that the bank could prove up title. In so doing, the fraudulent sham "Receiver" has committed numerous violations of the law such that we cannot even stop it so far.   If you can envision the Wizard of Oz manipulating his machine, then attorney Ryan was Oz, and the Receiver was the puppet machine.

RYAN USED BANKRUPTCY COURT TO COMMIT FURTHER FRAUD VIA TURNOVER

A  complete fraud on the Bankruptcy Court?  Yes.

Ryan claimed he wanted "turnover" excused– for the purpose of USING a fraudulent entity. This is abuse of process.   The Bankruptcy court,  believing that the sham "Receiver" was actually valid, simply became a springboard *for Ryan to knowingly continue* and commit even worse violations of the law.

After obtaining the "excusal of turnover" the sham "Receiver" continued to file errant contempt charges, debtor was thrown out of his residence with no unlawful detainer process, [under threat of again being jailed for contempt]  and his tenants were also thrown out via separate contempt charges.  Based on first hand information and belief, it was recently discovered that the sham "Receiver" was allowing debtor's property to be stolen, converted, moved, or otherwise taken by unknown third parties.  **Obviously Ryan would not want debtor to physically SEE that all of his property was now missing or stolen.**

To this day, Ryan has refused to let debtor view, access or touch his own property. The Trustee was able to view the property, but only WITHOUT debtor present.


WELLS FARGO RYAN PURPOSELY DUPED COURTS INTO BELIEVING THEY WERE SEEKING EQUITABLE LIEN-MORTGAGE, BUT INSTEAD HAVE ACTUALLY AVOIDED IT LIKE THE PLAGUE AND DONE NOTHING TO ESTABLISH THE PROCESS, AND HAVE FAILED TO OBTAIN ASSESSMENTS AND DOLLAR AMOUNTS TO CALCULATE EQUITABLE LIEN-MORTGAGE.


Wells Fargo has no actual standing to obtain title to the land parcel, despite trying for years now.  Subterfuge and misrepresentation has not completely worked – yet...........

**Wells Fargo's attorney purposely *duped the Courts into thinking* Wells Fargo would**

**establish "equity"   by pretending to pursue  "equity" when in fact,**

**<u>Ryan never even attempted to do so at ANY time</u>. Ever.**

**No $$ amounts or assessments.**

3

<u>Ryan simply used the sham "Receiver" as a ploy to establish viability</u>, but Wells Fargo as purported successor in interest, did not prove "creditor" status, nor have they ever tried to prove that they have creditor status, nor have they proven up their claim as such.  They do not even have a lis pendens filed, *but told the Courts that they did.*

**Wells Fargo should have to prove up their standing to even enable them now, to vie for any equitable lien-mortgage**, since debtor's land is currently part of the bankruptcy estate and Wells Fargo has been unable to prove **they own it, since they have no judgment, and no equitable process done** (despite their void order)  after a year or several years of trying to obtain it.

State Court Judge may not know how this works, or does not care, but due to purposeful illegal and improper tactics by Wells Fargo attorney, the appeal time *has lapsed long ago for debtor* .


In debtor's case, Wells Fargo and Bank of America servicer via Timothy M. Ryan and his firm:

    1.  Never filed nor obtained a lis pendens, but *claimed they did.* This has been verified from Lassen County Recorder, thus Ryan lied about lis pendens in October 2011 Bankruptcy Court  turnover hearing. Ryan had no lis pendens filed.

    2.  Never obtained a valid order or judgment for any "Equitable lien-mortgage", never proved they had actual standing to even be a "creditor" via prove-up

    3.  Blew the State of Limitations [if claiming fraud, and has never proven fraud]

    4.  Used inconsistent positions (judicial estoppel issue) First bank was "non monetary", then suddenly became "creditor")

    5.  On information and belief, already paid by insurance  proceeds on affected property

    6.  Never obtained a dollar amount required for equitable lien-mortgage, because banks **are not actually seeking "equity", and did not intend to seek actual equitable lien-mortgage obviously,  but just planned on  acquiring all of the land/improvements** without more

4

7.  Misrepresented state court cases #45679 and #46139 to this Bankruptcy Court,  as "consolidated"

*so it would "appear"  they had a lis pendens* – when they did not have a lis pendens filed, and never had one filed.

8.  Filed approximately 8 contempt charges on debtor post "turnover" and post petition, causing due process violations and bankruptcy violations

9.  Misrepresented to Bankruptcy Court and State Court that exigent medical condition *forced* the illegal seizure of animals, **then misrepresented filing date to animal group to make it seem Wells Fargo  had not illegally seized/moved the animals post petition.**

10. Purposely Misrepresented debtor's *bankruptcy filing date* and purposely seized and *gave away* debtor's property while automatic stay was in place *and paid the animal group $40,000 or $80,000 <u>to take the debtor's property</u>*.

Bank attorney Ryan then held himself out as the legal counsel FOR the animal group to debtor, while representing the banks as well,  [verified by animal group and in writing] engaging in a conflict of interest and apparent ethical violation of the law.

It is fairly apparent that Wells Fargo Ryan never intended to use a legal, actual receiver, and instead used his sham "Receiver" who did not make material decisions– Ryan did all the decisions. By using this scam, Ryan purposely navigated the Lassen state court and managed to try and get an order giving Wells Fargo the entire parcel of land/improvements.

---

*Even though Judge purportedly "signed" the defective "order" in November 2011, which was drafted by Wells Fargo Timothy M. Ryan,  debtor and the majority of the other parties  have objected to it on legal grounds, one of the reasons being that it exceeds the court's jurisdiction by incorporating terms (reformation, first position secured deed) *that were never awarded..)* Additionally such document was not dually recorded in the state court file because it was <u>neither served nor filed timely</u>. This was noted upon physically viewing the Superior Court record. Counsel believes that procedurally no judgment can issue on this order at any time, but Lassen Court may do it anyway--- judging from the way they seem to conduct business.

11.  Grace Foundation of Northern California, which received debtor's seized animals, has never accounted for the inventory of the animals which are debtor's property, and may have sold, given away or otherwise disposed of debtor's property *without notice to debtor*; the Grace Foundation group **is also publicly alleging that Wells Fargo attorney Timothy M. Ryan engaged in fraud and misrepresentation in seizing debtor's animals when there was no legal authority to seize them** [debtor's bankruptcy was filed 8/18/11 and Wells Fargo did not obtain stay relief until October 2011, *months after* animals seized, Ryan's first effort at "turnover" was denied by Bankruptcy Court.]

Rescue group claims they planned to sell debtor's animals in January when Bankruptcy Court Trustee "abandoned" the animals [we are certain attorney *Ryan convinced Trustee's attorney to abandon animals because of the legal harm Ryan had already created.*]

Rescue is now claiming they spent $350,000+ in past year and will have to sue Wells Fargo if not paid.  Animal group alleges they had attorneys view Lassen state file and found illegal or fraudulent acts may have occurred and that the group should sue Wells Fargo/BAC, Timothy M. Ryan, and Lassen County.  This corroborates fact that the seizure was illegal both on Federal Bankruptcy grounds, and state law under abuse regulations.

12.  Wells Fargo filed an adulterated document (or possibly more) in Bankruptcy Court to bolster their illegal "seizure" of the animals and *purposely misrepresented the veterinarian's expert testimony* [by cut and paste] so that they could deceive the Bankruptcy Court into believing their "seizure" was not illegal [violating the stay *and* California law]

13. Wells Fargo had a sham "Receiver" appointed under an invalid order, which has never been valid, and purposely used this sham "Receiver" to allow conversion of debtor's

property [property listed on debtor schedules is nowhere to be found] post turnover. This "Receiver" never filed inventory reports as legally required. State Court ignored it and will not hear the issue. Apparently no one cares if debtor's property is lost.

14. Wells Fargo attorney Timothy M. Ryan knowingly and purposely set up false facts and allegations re debtor, then acted in concert with others to "take down" debtor in a media campaign of the century, feeding reporters with wildly distorted stories, and engaging in defamatory content. Ryan himself published these statements to third parties widely on the Internet, even bragging about it. This was not limited to "Facebook." It is a known fact in marketing to create online harm and bad publicity is usually the kiss of death.

15. Wells Fargo attorney Timothy M. Ryan knowingly and purposely *used* the sham "Receiver" and "Receiver orders" to violate debtor's rights in bankruptcy, to violate the stay, to cause loss of personal property, to impede debtor's ability to see, touch, own or access any of his *own property* at any time post "turnover", including now...purposely creating intentional infliction of emotional distress to debtor over nearly a year's time.

The only REASON *debtor even filed bankruptcy* was to try and STOP Wells Fargo Ryan from unlawful actions; they had already evicted him without unlawful detainer, arrested him on contempt, stolen his animals and property by using a sham "Receiver" and paid a group $40,000 to $80,000+ just for taking them (illegally) and now the group which took debtor's animals may sue Ryan for fraud, misrepresentation and more.

The ACTUAL reason for attorney Timothy M. Ryan conducting this pattern of improper conduct *was for this goal*:

1. Make the Courts "believe" the bank had standing to take the entire land parcel (using "equity") *while purposely never attempting to even prove it  up*  at all... AND then

2. To run debtor into the ground, tainting him via illegal seizure, then purposely involving social media nationwide to defame debtor [and bragging about it to the public]

3. **Purposely engaging a sham**, non neutral,  and basically illegal "Receiver" to take debtor's  property, animals and personal possessions, using what appears to be claim and delivery methods, and allowed others to steal or convert same, then **not allowing debtor to see, touch or gain any access to his own personal possessions  (if any remain at all), including debtor's own DOCUMENTS**. This is a Chapter 7 case, NOT a Chapter 11.

In other words, the Ryan-created "sideshow" using the sham "Receiver" covered up the improper acts of Wells Fargo. **This illegal conduct continued after "turnover" was GRANTED, thus exercising an abuse of process upon the Federal Court, and State Court, while giving a facial "appearance" of purported sensibility.**

Adequate background facts in this case shows that attorney for Wells Fargo purposely and knowingly created this scenario. By *purposely tainting debtor,* Ryan managed to fool the Courts because few actually read  Ryan's voluminous repetitive pleadings  and simply dismiss debtor's opposition like an old shoe. However,  it seems that nearly all oppositions filed by debtor in the past in State Court were in fact, correct. But no appeal could be taken since Wells Fargo Ryan implemented illegal acts wherein the time for appeal lapsed,  by purposely withholding the order, failed to ever serve the order, even though Ryan  knew that a "proper" judgment should not issue from his compromised, void order.

8

    <u>The question then becomes this</u>: what could possibly DRIVE an attorney to do all these things just to get an alleged "equity" determination on one measly property? How could one property in a sea of foreclosures be that important?  Why would one attorney risk his own bar license and *violate the law* just to take back ONE property?  **Why would a bank allegedly pay $40,000 or $80,000 or more, just to *remove animals* (illegally) ?**

 Logic likely gives us the answer.

    When Ryan was in Bankruptcy Court in October 2011, did he tell the Court that he had already violated the bankruptcy stay by giving away the debtor's property?  Of course not. He was eerily silent. Did he admit he had purposely created a knowing sham "Receivership ?"  No, he did not.

    The 2 key frauds on the courts are the sham "Receiver" and the illegal "seizure" carried out post petition but *there is far more than this*, but those are most readily *apparent*. No one *seems to care about illegal seizure* because Ryan managed to TAINT the debtor by using the animal rescue's defamatory video, and Ryan's own defamatory campaign. None of that makes an illegal seizure "LEGAL."

    Ryan's misrepresentation, fraud, calculated scheme and scam "Receiver" [who is Ryan himself]  amount to a travesty of harm upon debtor. **That Ryan would continue such harm upon being allowed "excusal of turnover" by the Bankruptcy Court,  is a clear pattern and practice of abuse upon the courts.**

9

While neither of the frauds above would have been required to take the land parcel, apparently Ryan devised the scheme when debtor had the audacity to try and fight back. Ryan did state publicly that he would bury the debtor and no one would ever know there had been a riding stable there.

So we see Ryan's efforts, despite having used fraud and abuse-- have still failed to get an equitable lien-mortgage. That's because *Ryan is purposely avoiding it* and always intended to avoid the process. Ryan *never intended* to get any equitable lien-mortgage. Ryan simply thought he could easily fool Lassen County court, (which he did) and the local attorneys (most), animal control (definitely), the animal rescue group (definitely until now), the sheriffs (apparently), and everyone else, including the debtor (never.)

Ryan was wrong.

Either Wells Fargo doesn't have standing as a verified creditor, or Wells Fargo is trying to hide the predatory lending background where title is highly questionable. Maybe both.

How very sad that a bank attorney should get away with fraud and abuse and other improper actions.

Respectfully submitted,

Dated: June 18, 2012                    __/s/_____Carolyn Chan_____

                                        Attorney for debtor