**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re

Dwight Alan Bennett

                                                    Debtor(s) .

)
)
)
)
)

Case No. 11-40155-A-11

┌─────────────────────────────────┐
│          **FILED**              │
│                                 │
│         **07/24/12**            │
│                                 │
│  UNITED STATES BANKRUPTCY COURT │
│  EASTERN DISTRICT OF CALIFORNIA │
└─────────────────────────────────┘

## NOTICE OF FEES DUE AND PAYABLE

The following fees are due and payable from the estate of the above-named debtor(s), provided there are sufficient assets available for the trustee, or debtor-in-possession, to make payment.

### A. DEFERRED ADVERSARY PROCEEDING FILING FEE(S)

| Adversary Proceeding No. and Name | Date Filed | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Subtotal: | 0.00 |

### B. OTHER FEES

| Description | Date | Amount |
|---|---|---|
| Order Approving Payments of Filing Fee In Installments | 08/18/11 | 500.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Subtotal: | 500.00 |

**TOTAL FEES DUE:**          500.00

To insure proper credit, please return a copy of this notice with your payment.

DATED:  7/24/12         ✚

WAYNE BLACKWELDER, CLERK
U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

By: _____
                Deputy Clerk

EDC 5-526 (Rev. 9/10)