2011-40155
FILED
August 02, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004369411

Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA  95682
Tel: (530)232-6119
E-mail: didriksen1@gmail.com

UNITED   STATES   BANKRUPTCY   COURT

EASTERN   DISTRICT   OF   CALIFORNIA

SACRAMENTO DIVISION

In re:

**DWIGHT ALAN BENNETT**

Debtor.

Case No.  11-40155-A-7
DCN:      SMD - 1

DATE:      July 2, 2012
TIME:      10:00 a.m.
LOCATION: 501 I Street, 7th Floor
          Department A
          Courtroom 28  (7th Floor)
          Sacramento, CA  95814

### ORDER SUSTAINING TRUSTEE'S MOTION OBJECTING TO CLAIM OF EXEMPTIONS

The OBJECTION TO EXEMPTIONS of Susan Didriksen ("Trustee") came on for hearing at the above-captioned date, time and place.  Upon consideration of the evidence and authorities presented, and good cause appearing therefore,

IT IS ORDERED that:

1. The objection is sustained.

Dated: August 02, 2012

By the Court

Michael S. McManus
United States Bankruptcy Judge

RECEIVED
August 01, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004369411