Case 11-40155    Filed 08/07/12    Doc 192

FILED
August 07, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004378130

1  2
2  Carolyn Chan sbn147978
   2485 Notre Dame Bl. Ste. 370
3  Chico, CA 95928
   Telephone: 530.359.8810

4  Attorney for Dwight Bennett

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

In re                                       Case No.: 11-40155-A-7

                                            REQUEST FOR ORDER SHORTENING
                                            TIME DUE TO IMMINENT HARM OF
                                            DEBTOR'S PROPERTY HELD BY A
                                            THIRD PARTY

DWIGHT BENNETT,

    Debtor

_____/

    Debtor hereby requests this matter come on for hearing within 3- 5 calendar days for cause. According to the Grace Foundation's attorney, a notice was sent out stating that the Grace Foundation, currently housing Debtor's animals, was near insolvency and as **of August 3, 2012, the Foundation "will no longer provide food and care" for Debtor's animals."** [See Exhibit A]

    This notice was sent out to approximately 30 parties, including assemblymen and women, board of supervisor personnel, Lassen County, senators, and government people unrelated to the case.

    Debtor's animals were illegally seized in August 2011 by an errant seizure motion drafted by attorney Timothy M. Ryan, which did not convey any legal ownership nor title upon any other party [due to failing to follow the legal protocol required under California law and the California Penal Code.] Grace Foundation then took possession of Debtor's animals, having only temporary custody, and **now wants to abandon them, and state they cannot afford to care for them according to their own Attorney's statement above, citing imminent harm**.

Debtor's Request for Order Shortening Time

Debtor owns the animals, and Timothy M. Ryan had already illegally transferred the animals while the automatic stay was in place, but never disclosed this fact to the Bankruptcy Court.

Upon recent notice of Grace Foundation's impending insolvency and inability to care for Debtor's animals, as of 08/03/12– according to Grace's attorney-- Debtor's counsel requests an order to immediately relocate Debtor's animals to avoid further imminent danger, using the USSPCO, a non profit SPCA with registered Humane Officers, including performing an inventory to ensure no animals have been converted, sold or given away. See Exhibit B re qualfications of the USSPCO, Inc., a non profit SPCA, registered with the Attorney General Registry of Charitable Ttusts.

Grace Foundation has thus far refused to voluntarily allow such inventory or removal despite *being unable to properly feed or care for the animals*, near insolvency, claiming Grace needs or wants over $1,169,118.00 [See Exhibit A, Letter by Grace's attorney, and Spreadsheet Summary by Grace Foundation] //

Dated: 08/06/12                    __/s/_Carolyn Chan, Esq.__
                                   Attorney for Debtor