FILED

August 07, 2012

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004378131

**17**

Carolyn Chan sbn147978
2485 Notre Dame Bl. Ste. 370
Chico, CA 95928
Telephone: 530.359.8810
Attorney for Dwight Bennett

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

In re

DWIGHT BENNETT,

                Debtor

_____/

Case No.: 11-40155-A-7
MOTION TO ALLOW VIEWING,
INVENTORY + RETRIEVAL OF
DEBTOR'S PERSONAL PROPERTY
FOR GOOD CAUSE;  INVENTORY AND
RELOCATION OF DEBTOR'S ANIMALS
DUE TO GRACE FDN. INSOLVENCY
AND IMMINENT HARM+INABILITY TO
CONTINUE FEEDING DEBTOR'S
ANIMALS,  REQUEST FOR
ATTORNEY FEES

Date:   08/    /2012
Time:  10:00    Dept: Ctr 28

## BACKGROUND OF THE CASE

        Debtor's case is  an  egregious, almost made for TV set of facts.  The sensationalism generated in this case actually  was propelled personally by the Wells Fargo/Bank of America attorney Timothy M. Ryan and the "non profit" group that worked with him, using the claim of "abuse" to garner national attention.  The Grace Foundation of Northern California, a 501 (c) (3) non profit, *who allegedly currently  has the debtor's animals* — but now claims they cannot care for them as of August 3, 2012,    --- after announcing the " fraud"  by Timothy M. Ryan for the banks, as against the State Court and the Bankruptcy Court.

        1. **Wells Fargo and Bank of America recently offered The Grace Foundation $400,000.00   (four hundred thousand)     to sign a release and go away.  Why???**

_____

        Debtor's Motion for Viewing, Inventory, Accounting For Good Cause (Fraud)

Why?  Because of fraud,  misrepresentation, defamation, bankruptcy stay violations, ethical violations, abuse of process and subterfuge purposely  perpetrated by attorney Timothy M. Ryan upon the Bankruptcy Court and the State Court. Debtor is not the only party to realize the fraud by Ryan. There are now two other attorneys pointing out just some of the fraud implemented by Ryan.

*2. **The Grace Foundation's  lawsuit against** attorney Ryan and Wells Fargo and Bank of America, et al,  for up to $20,000,000 ---- asserting fraud and misconduct against Ryan; alleging Ryan perpetrated fraud upon the courts,*  involving the collusion in seizing of Debtor's property.   [A separate motion against Grace Foundation and her attorney is being filed and a request for hearing on stay violation and removal is forthcoming.]

3.  Checking the El Dorado case index file repeatedly  did not bring up the case. However it was finally confirmed approximately 4 days ago, that there is an actual case filed, Action # PC 20120382, **with an amended first complaint, The Grace Foundation v Wells Fargo Bank, et al. Filed at the Cameron Park El Dorado state court branch seeking up to $20,000,000 with punitive damages.**  (* Notably---Grace Foundation *filed the lawsuit several DAYS after* Debtor's counsel asked in writing for the *inventory of Debtor's property*, **which was refused** by Grace.)

4.  In the Bankruptcy Court, Ryan perpetrated fraud by requesting  Relief from the stay post petition on 8/25/11, **then had Debtor's property seized one day later**, 8/26/11, when he knew **he had no Relief from Stay granted**, then later failed to disclose to  Bankruptcy Court on September 2, 2011 that *Debtor's property had ALREADY been seized illegally by Ryan's "Receiver."* [This will be part of future upcoming sanction request by Debtor's counsel with additional evidence on other related fraud as well in Adversary]

5.  Attorney  Ryan perpetrated fraud on the state  court by executing/ trying to rig together motions, documents and "proposed orders" for same, all of which failed due to technical procedural defects over one YEAR...... [filed late, failed to serve on named parties, failed to timely file proposed order with court, failed to have any assessments, no appraisals, no financial

data analyzed, failed to have documents dually entered in Superior Court registry [because untimely filed] , *failed to file a bona fide lis pendens*, etc.. Recently in the State Court hearing, the **Bank of America is no longer represented by Ryan**, but was represented by new Bank of America counsel [**since Ryan is NOW a co-defendant with Bank of America, being sued by third party non profit The Grace Foundation, and both banks have offered Grace $400,000 to go away**.]

6.    There was and *has never been, an ACTUAL bona fide "Receiver" acting in the debtor's case*.  The "excusal of turnover"– rather than being a legitimate legal process has instead, been a fraud upon all of the Courts, both State and Bankruptcy, in an effort to cover up [to the courts] **Ryan's actual, true purpose**---- which was to have Ryan act as a claim and delivery agent to gain the Debtor's land and improvements without proving standing.

There has never been an actual neutral "Receiver."

At all times, the "Receiver" is/was actually Timothy M. Ryan himself,  who defrauded the courts and debtor,  **by using the "rents and profits" figurehead  *as an equity type receiver***, and evicting, stripping or converting  personal property and possessions of debtor.

Mr. Ryan's purpose was to use a sham "Receiver" (in title only– a "rents and profits receiver"—Ms. Lozano– who was simply a figurehead-), having hoodwinked the Lassen Court completely,  then Mr. Ryan did  draft all of the "Receiver" motions, commanded  the "Receiver", **and executed actions as an equity type "Receiver" or as one acting under an attachment levy.**

6.5  **Lassen Court was *apparently led to believe* the Bankruptcy Court set it up like this and approved such a thing, when that was obviously not the case.** [This is said because an order was seen in the State Superior Court file purportedly signed by Federal Judge Mc Manus which indicated Judge *had authorized ejectment of tenants and foreclosure of "squatters" when Judge had never done so.]* Upon returning to Superior Court, the fake order was missing and had been replaced by an obvious copy and paste order, in an attempt to revert it back to the original order by Judge.

3

**7.    Earlier this year, and recently,  the Chapter 7 Trustee attempted to work with the  so-called sham "Receiver" so she could have Debtor view his own property and take his exempt property?   The alleged "Receiver" via the Ryan Firm, denied the request.  This was formerly requested in 2011 several times.    When pursued by the Chapter 7 Trustee again in 2012,  it was denied as well, again by the Ryan firm** acting as the sham "Receiver."

This was verified by the Chapter 7 Trustee that Debtor's property absolutely could not be accessed at all.  *In fact Ryan's employee attorney Mr. Beardsley, told the Chapter 7 Trustee that* ***she should physically carry each possession of debtor's*** *that they would allow, taking items individually  from the residence, and then walking it  out to the fence line.*

*Of course Chapter 7 Trustee refused to do this, believing it was outrageous.*  Debtor's counsel was appalled at such absurd commands and refused to get into a battle over ridiculous orders. Chapter 7 Trustee's attorney did not seem to think it was ridiculous but obviously from a standpoint of reasonableness, this was highly inappropriate to say the least. We believe Chapter 7 Trustee's attorney has been led astray by Mr. Ryan's subterfuge and does not realize how far the fraud perpetrated by Ryan has gone.

7.1    The bankruptcy court abandoned interest in the debtor's animals in January 2012 after Ryan *purposely sent letter to Chapter 7  Trustee* to effectuate same. *Why did Ryan send such a letter to the Trustee?* Answer:

(AA)    So that Ryan could  cover up the fact that Ryan had **already  illegally seized Debtor's property** via  using the sham "Receiver", **yet made it appear** that Ryan somehow actually obtained "ownership" rights via the sham "Receiver"–which never legally occurred

(BB)     So that Ryan could "get rid of the Bankruptcy Court inquiring" into the Debtor's animals, and the fact that Debtor's *property was in fact, knowingly and intentionally TRANSFERRED to The Grace Foundation* **several DAYS  post petition**, when Ryan had *NO RELIEF from the stay* [since no relief was granted until October 2011]

4

Thus Ryan was purposely trying to avoid questions as to his illegal seizure, transfer, and the PAYMENT of $40,000+ to The Grace Foundation which has now **morphed into $400,000** for Grace to go away and sign a "complete release of liability" against the banks.

(CC)    So that Ryan could continue to perpetuate his egregious fraud upon the State and Federal Court, in order to more quickly seize Debtor's land, personal property, and the improvements thereon. [This fact is not realized by most due to the subterfuge utilized by Ryan but will become very apparent when Debtor's counsel puts it forward in future Adversary Proceeding with new evidence.]

(DD)    While ***paying Ryan's own client*** (The Grace Foundation, admitted by Grace) *to take Debtor's property*, while acting in concert to have Debtor accused of "abuse", thus tainting the Debtor, so that *not only would no one ever believe the Debtor*, but everyone would then hate the Debtor in the media, the public, and the Courts.

This is a typical smear job often done in the media, and Ryan obtained reporters, writers, online media, newspapers and news reporters, Facebook, and others including The Grace Foundation and apparently Lassen County, to work together on purposeful defamation nationally *against Debtor, to secure Ryan's position of being justified in the seizure of Debtor's property* [in order to take away from fact that *the banks never proved up standing* as creditors at anytime, never filed lis pendens, have filed no claims against Debtor in Bankruptcy, etc.]

**This is even admitted by the banks in their press release to the media, July 7, 2011, banks claiming they have "never owned Debtor's property nor the animals at all." This is one obvious reason that Wells Fargo and Bank of America has recently offered The Grace Foundation $400,000.00 to go away -- as long as a 10 page release of liability was signed.**

SPECIFIC WRITTEN ADMISSIONS BY RYAN TO GRACE INDICATING RYAN'S
INVOLVEMENT IN CREATING SUBTERFUGE ON THE COURTS,
PARTICULARLY THE BANKRUPTCY COURT:

**Here are just a few of Mr. Ryan's quotes to the Grace Foundation CEO Beth DeCaprio via email as stated in the lawsuit recently filed by *Grace–NOTICE Ryan's***

5

*specific caution <u>to get rid of the Bankruptcy Court's concern</u>:*

<u>Sept. 23 2011</u>: Ryan advised Grace that he has "spoke[n] to the D.A. for about a half hour about Bennett." Ryan further stated he then told the D.A. he "would provide him with a real prosecution package."

**<u>Oct. 14. 2011</u>: Ryan sent an email to Grace "My inside source talked to the D.A .. He said, 'I don't have a prosecutable file.'....It is all up to us now. Seriously. I will win and I hope that the court will also dismiss Dwight's BK.**

## Attorney Ryan's words:
### "We are simply moving to reimpose the receiver and complete our foreclosure....... if the court is disgusted enough by what we presented, we will get that result."

<u>Nov. 10 2011</u>:  "Beth, [a]s discussed today, we need to be very careful with the manner in which we deal with the horses...**If the bankruptcy judge does what he is SUPPOSED to do**, the bankruptcy case will be dismissed on Monday, *and we will not have to worry about the bankruptcy court."*

<u>Dec. 5 2011</u> "[t]he Chapter 7 Trustee was just appointed *and we have a letter up to the trustee asking **him** to abandon the horses.*

### *"Once the horses are abandoned, then we can act like the bankruptcy does not exist."*

 **\*\*Note: this indicates Ryan sent letter to Trustee's *attorney Mr.* Nevins, and *not necessarily*  the Trustee *Ms.* Didriksen. And as attorney Nevins has stated, the *lawsuit claims of debtor in relation to the animals* are not abandoned simply because the animals are abandoned by Trustee.

 Debtor  has  huge claims against  Ryan and Grace , much of it resulting from the fabricated seizure, abuse of process,  the stay violation, other constitutional violations, and the subterfuge to "establish" the first deed of trust when none could be validly obtained.
 This does not even include counting  defamation or emotional distress.

This highly suspect illegal interaction [taking place during the stay]   between a third party (The Grace Foundation) and the banks,   indicates what has been said *all along by Debtor's attorney* — the Debtor's animals were illegally SEIZED by Ryan's sham "Receiver",  improperly taken and transferred w*ithout* proper relief from the Stay, and then *purposely* "abandoned", with the specific intent by Ryan to cause deceit upon the courts, for the  ultimate purpose of clearing the "land parcels" [of the animals] **for foreclosure by attorney Ryan.**

Grace was  already PAID by the banks TO TAKE THE Debtor's property.
Grace knew Debtor filed Bankruptcy because Debtor contacted Grace himself, so Grace knew the entire time that Debtor had already filed bankruptcy.
**And now the banks are offering Grace $400,000 to go away?**
For what reason?  It is rather obvious.
Fraud on the courts. Especially the Bankruptcy Court.

Ryan *knew* if he could get the Bankruptcy Court *to believe* his purported "valid seizure" state regulatory ploy,  *the Bankruptcy Court would  rubber stamp his claim.*
But  Ryan sold the Bankruptcy Court a line of deceit, knowing that such seizure **was never legal,** since it failed to comport with both California law, the California Penal Code, and constitutional due process----PLUS it involved PAYING $40,000 or more, to a third party, The Grace Foundation, *to seize Debtor's property.*
The value of the property is irrelevant.

*Quite clearly even if the Debtor's property was completely*
*worthless to Ryan, it is more than obvious*
***that it is now WORTH at least $400,000 to Ryan's clients to get rid of----- in a lawsuit??***

7

...More statements and admissions from attorney Ryan:


<u>Dec. 30 2011</u> "That signed piece of paper from the County is our get out of jail free card...the County gave us the animals. PERIOD."    **Note: The County *never* gave Grace anything because the sham "Receiver" via Ryan filed the illegal seizure and claimed authority to do so when he/she had no actual authority, and instead executed transfer/possession of animals, failing to disclose he had no "relief" from the stay OR turnover excusal post petition.


 **IF the County itself** had *actually* legally seized animals and handed them to Grace, the County would have had *to first* file the proper motion and had the proper seizure hearings *and* post seizure hearing. **This was never done by the County.**


**The County could not just "give" away ownership to a third party. *But Mr. Ryan did just that.* Mr. Ryan drafted the "Receiver" seizure motion. Mr. Ryan conducted the "seizure hearing." No opposition was allowed. Ryan had the animals transferred without stay relief. He then lied about it essentially, by failing to disclose that he never had Stay Relief at all– thus such non disclosure was willfully done in order to perpetrate Ryan's ongoing goal to clear Debtor's land and finish the "foreclosure" that has never been, and will not be, authorized.**


The debtor in this case, amazingly has preserved the record for nearly all of his encounters in the past, including his being the victim of

>  (1)  firebomb type incendiary, at debtor's residence, thus considered under arson by **ATF, who investigated it firsthand**, and is documented

>  (2)  Gunshots aimed at the inside of his residence, thus considered to **be violence**, with documented reporting of such events

>  (3) **Poisoning, or harm and attempted harm to owned livestock** animals, by perpetrators, under cover of darkness, consistently reported by

8

Debtor to Animal Control authorities, the Sheriff's Department, all of whom did nothing to help owner

(4) **Threats of violence**, even in public, to debtor, arising out of the Online, defamatory video devised by the Grace Foundation, and sent Out world wide **via the Internet, and further propelled by attorney Timothy M. Ryan himself,** in a self incriminating *20+ page , blow by blow Detailing, of each personal, individual step taken to cause further harm to debtor by purposely using the media, reporters, the Internet+more to cause Disgust, contempt, fear, loathing, ridicule, emotional distress and more.*

HOW A LAND DISPUTE FORECLOSURE CASE WAS TURNED INTO A NATIONAL ALLEGED "ABUSE" CASE BY TIMOTHY M. RYAN, – PERSONALLY....AND THE GRACE FOUNDATION..

At all times, Timothy M. Ryan used the debtor's downtrodden position, to cause Debtor to be/or have...

[1] ejected from the residence post petition, no legal eviction process used, egregious defamatory stories sent out nationwide by Ryan and The Grace Foundation

[2] personal property converted post petition, illegally

[3] failure to allow debtor to even view and obtain his own property post petition

[4] receiving threats of continued contempt, animals knowingly illegally seized [post petition]

**The following shows a pattern and practice of subterfuge events set up by Ryan:**

**(A) to excise debtor from the property, ejected physically, without following any eviction rules, misleading the Courts into thinking he had a valid "Receiver" when there was none**

**(B) to have Grace — paid by Ryan's clients, $40,000 or $80,000 to illegally take Debtor's property**

**(C)    to get Bankruptcy Court to abandon, by having the "Trustee" abandon them----thanks to Ryan's purposeful letter to Trustee — to knowingly deter Bankruptcy Court from "inquiring" as to the property seizure illegality, and trying to cover it up**

**(D )   the knowing collusion between the Ryan Firm  and Grace Foundation, and then misleading the Chapter 7 Trustee's attorney to believe Ryan was not a liar....but obviously when banks offer The Grace Foundation $400,000 (four hundred thousand dollars) to GO AWAY and sign a complete global release– it is very apparent what is happening. Fraud.**

Out of sole desperation, debtor filed the ensuing bankruptcy in this Court– not to get "out of debt"  relief, but to stop the actions of the bank attorney Timothy M. Ryan and the sham "Receiver" that Ryan put in place to purposely perpetrate fraud upon both State and Bankruptcy Court.

## UPDATED--- GRACE FOUNDATION ABANDONMENT
## OF DEBTOR'S ANIMALS

In the Grace Foundation's new lawsuit, Grace is now purportedly nearly insolvent and wishes to abandon the Debtor's animals. **Debtor's counsel has proposed that the non profit organization USSPCO, a non profit  SPCA, take possession of Debtor's animals**. [see letter attached in Exhibits A- C ] Debtor's counsel  taking the "insolvency" to mean exigent circumstances, **where it is clearly stated that the Grace Foundation claimed the animals are "in imminent danger."**

This is based upon the fact that Grace's attorney Sheridan,  served a letter dated July 31, 2012, **received August 4, 2012, wherein the attorney stated "as of August 3, 2012, the Foundation will no longer provide food and care for them" and are in imminent danger of no longer being care for as the Foundation resources have been depleted** ....[see Exhibits] this notice was sent out to a bevy of other government entities and legislative representatives, [we assume, in a bid to increase pressure upon the banks to concede the case with a better offer to The Grace Foundation.]

The USSPCO SPCA, a California non profit,  believes that this situation constitutes exigent circumstances as defined under the California Penal Code, because failure to provide

food and care to foals/mares will seriously endanger their lives.

Grace acknowledges Grace does NOT own the animals, and is seeking to abandon them immediately. The USSPCO SPCA has sufficient contacts and experience in inventory, assessment and removal of animal at severe risk.

At least 2-3 California registered Humane Officers plus a group of volunteers are able to properly catalog the animals while videotaping all actions. Records are sufficiently maintained for these actions for Court purposes. Several trailers which can hold 8 animals apiece are readily available for removing the animals. The animals would be likely staged at a specific location, readying them for dispersal to various locations for temporary fostering. The USSPCO SPCA also takes responsibility for ensuring such animals are placed in such temporary care correctly.

Further, Debtor's counsel intends to ensure the bankruptcy stay is recognized in the lawsuit by attending any hearings in this Grace Foundation case, *and ensuring that the state court does not move forward on any issues which may impact the Debtor's rights.*

The other attorney for the Grace Foundation, Mr. Leviton, who initially filed the complaint, has failed to ask for relief from the stay in this case, but filed the case July 6, 2012, and also named the Debtor in the complaint.

Because the El Dorado court is unlikely to understand the issues of Debtor's property as an issue in Debtor's bankruptcy, and since Debtor's other lawsuits in federal court involve many issues linked to purported creditor's scheme of abuse of process, it is Debtor's opinion that Grace's lawsuit should be removed to the Bankruptcy Court or the District Court, since the core issue stems from a direct violation of the stay, illegal seizure of property prior to abandonment encouraged by the bank attorney, and resultant issue in Debtor's bankruptcy, including fraud by alleged creditors/or their attorney Ryan.

## RELIEF REQUESTED BY DEBTOR

**1.  *Debtor is FORCED  to ask this Court for the ability to inventory /reclaim his property* because all attempts to work with the Sham "Receiver" post "turnover" via the Chapter 7 Trustee and even her attorney have failed. The sham "Receiver" has never inventoried Debtor's personal possessions, but only cataloged [once] the inventory, of  the vehicles outside. There are tractors, travel trailers and other property items that belong to Debtor, photographed by Chapter 7 trustee.  These were removed by "Receiver" thus converting Debtor's property.**

Debtor *is forced* to request ability to  inventory  his own property because of the collusion which has occurred, and to take possession of personal property located at former residence.

It also was alleged that the attorney for the Chapter 7 Trustee is  conversing (according to **Mr. Ryan's testimony** in state court) "on a daily basis" *with Ryan, yet Debtor's attorney is never given any indicia of the facts that are transpiring between the Trustee's attorney and Ryan, if in fact, it is actually occurring.*   For debtor, this is almost incredible given the circumstances.

**2.  *Debtor is FORCED to ask this court to  allow assessment of the third party (Grace) non profit's inventory* of *Debtor's animals* + Relocation of same....  New evidence indicates that Debtor's animals may have been sold, given away or otherwise are not actually in the possession of the custodian paid to take care of them. That would amount to conversion.**

**This is important because if the third party Grace,  involved with Ryan in the seizure of Debtor's property was (1)   PAID to take Debtor's property, (2) any conversion of Debtor's property by third party Grace, and then (3)  "payment" of $400,000 TO Grace, could likely be illegal or at least highly suspect.**

A rather clear indication of Grace's failure to  understand California search and seizure law is shown on pg. 13 of Grace's complaint, line 22, that it "remains unclear as to who owns the Debtor's horses". **This has never been unclear**, and the evidence has always shown that the

12

animals were owned by Debtor, illegally seized by Ryan using the sham "Receiver"then supposedly handed off to Grace, with Grace being PAID to take them. Debtor owns the animals.

**As explained repeatedly by Debtor's counsel, the County never legally took the required steps, which Grace lamented many times beforehand, claiming that "IF the County had done so, then she would not be in this mess and stuck with animals she could not sell."**

That one sentence is correct.

If we *allow* such seizures and fraud upon the Courts by saying the property was "not worth anything", we would simply not be following the law involved with search and seizure, the Penal Code, and constitutional due process.  Furthermore, the fact that $400,000 has ALREADY been publicly OFFERED to the third party in this case— The  Grace Foundation---- indicates there is a huge suspicious and errant undercurrent in this case.

**One does not offer nearly ½ of a MILLION dollars to go away for "nothing."**

Violation of a bankruptcy stay does not warrant $400,000 to Grace, even with the subterfuge. But as to Debtor's property, foreclosure, and ejectment and constitutional deprivation, and trying to cover up the abuse of process, that is likely valued at far more than $400,000 because the banks are not interested in the property per se, but in covering up what they don't actually have, which is standing to assert a valid claim in the first instance.


3.  *Attorney fees requested,  be granted*,  for Debtor being forced to bring this motion forward.   But for Ryan's egregious conduct, none of this would even be an issue.

By misleading the Bankruptcy Court into thinking that all abandonment issues, and the errant "Receiver" were just  bad  fallout of the awful "abuser" Debtor, Ryan knowingly painted a vivid defamatory  picture which tainted Debtor so greatly, that no Court on Earth *would not buy into Ryan's story*.  And Ryan knew that, which was  by his own admissions,  in his own emails to Grace.


4.  *Request that Bankruptcy Court affirm that the Automatic Stay is in effect, thus staying the Grace Foundation's case (which also  named Debtor ) from proceeding further, until either adequate stay relief is granted, removal is granted, or other relief is applied for , which grants relief to proceed*  to either the Bankruptcy Court or to Eastern District Federal Court on various

grounds, core issues, related issues, fraud, economic issues, witnesses, constitutional deprivation.

Bankruptcy issues should NOT be delegated to *yet another state court* that has no idea as to how this complicated situation transpired. The facts and evidence are extreme and egregious, showing the clear intent and subterfuge of attorney Timothy M. Ryan **over more than a year's time----- and all of it was done to push the foreclosure of Debtor's land and improvements, for which the banks have failed to show proper standing, and have no lis pendens filed.**

**So that Ryan could forge ahead with "turnover excusal" and foreclosure more quickly,** *the illegal seizure of Debtor's property coupled with tainting the Debtor by Ryan got the Debtor's property quickly and purposely tossed aside in order to deter the Bankruptcy Court from even looking at it.*

**At all times, only Debtor's counsel and Debtor have consistently indicated that the illegal seizure was part and parcel of Ryan's subterfuge and misrepresentation.**

No one has believed Debtor because of the *method used by Ryan*, to ruin the Debtor's reputation, and to push the "abuse" allegation, possibly compounded by Lassen county's collusion. This is properly characterized as a bankruptcy court issue, where Ryan used the Bankruptcy Court to further the "excusal of turnover", pushed the abandonment [of illegal seizure] of animals, and continued a non existent "Receiver" in order to continue to perpetrate fraud on the court.

Constitutional deprivations and due process are part and parcel of the Federal District Courts and directly involve property of the Debtor's estate that were used to promote subterfuge in predatory foreclosure, the illegal seizure of Debtor's animals, purposely orchestrated by Ryan to place the blame on others while Ryan actually drafted the motion for seizure, filed the motion, argued the motion for seizure, and stood by with others to transfer possession in violation of the automatic stay, then blamed Debtor for all of it. Had the Debtor never filed Bankruptcy, it is nearly 99% that Ryan would have completed his foreclosure without anyone realizing what he actually did.

14

It was the Bankruptcy Court that was deceived upon "excusal of turnover" when Ryan knowingly transferred Debtor's property in violation of the Stay,  deployed a sham "Receiver" to illegally seize Debtor's property,  ejected Debtor, held Debtor's property hostage, promoted "abandonment" to the Trustee, all based upon *ulterior motive to take* Debtor's land and property more quickly,  claiming they had a lis pendens.

It was the Debtor's property rights that were harmed, due to Ryan's sham "Receiver", and many other actions of abuse,  causing Debtor to have to file this motion.

It was the Chapter 7 Trustee deceived by Ryan's letter to abandon the property, and then even the Chapter 7 Trustee's attorney has been fed a line of nonsense and subterfuge by Ryan, believing that abandoning the property was a great idea.

Obviously he did not know or believe that an illegal seizure, while getting paid to do such an act *in concert with an officer of the court*, and then *misrepresenting* such illegal seizure as "legal" and being within the "regulatory" police powers was just a line of knowing *misrepresentation upon the Courts*.  Including the Bankruptcy Court.

And now banks offering to **pay the third party Grace Foundation   $400,000 to "go away"** by signing a waiver?  The same third party that was already paid $40,000 to take Debtor's animals, which is now claiming they didn't get paid ENOUGH. Now Grace wants over $2,000,000 or $20,000,000.

This situation likely bears the scrutiny of the Department of Justice. This is predatory mortgage fraud related and *5 years of litigation was not done just to "take Debtor's animals."* **Taking the animals was the purposeful sideshow designed to *cover up* the predatory foreclosure tactics.**

The totality of circumstances at this juncture indicate that not only has extreme harm been done by the banks' attorney Timothy M. Ryan, but that deception, misrepresentation, and abuse of process just in the Bankruptcy Court alone– weighs very heavily.

Since **all of Debtor's property**, exempt or non exempt is currently held hostage by the sham "Receiver" and the Ryan law firm, it is incumbent upon the Court to allow the inventory and possession to accrue to Debtor as soon as possible, without interference from Ryan, the "Receiver" or Lassen County harassment so that some of his personal property can be sold to be able to pay his own attorney for *future litigation*, which has been extremely problematic since the Ryan Firm and  Mr. Ryan himself have made their position known that they will make sure Debtor cannot access his own property.

Debtor's property is part of the bankruptcy estate, and if attorney Ryan is going to stop Debtor from accessing his own property, due to  mounting evidence showing the fraud perpetrated by attorney Ryan, it is apparent that it was done knowingly and willfully.  Such conduct left unchecked must be curtailed, *but to do so is not free*, and considering the age of this case, (5 years) --- is not quickly done.

**Thus it is requested** that the above enumerated requests, 1-4 be granted;  all fees and costs required for preparation of Debtor's motion, hearing, research into the evidence available, hundreds of emails and other correspondence,  travel related expenses, and  other costs related to the normal expenses incurred in such contested litigation including assessment of the state court related litigation against Debtor, due to the illegal seizure that sparked this litigation,  *be paid by attorney Timothy M. Ryan.*

It should be noted that the case involving Mr. Ryan's attempts to take Debtor's property/land is at least a dozen volumes of data at the courthouse.

The bankruptcy case is almost one year old.  Counsel's total expense including preparation and court time expected  is  *conservatively*  $4,250 and *is requested forthwith*.

//

Respectfully submitted,


Dated: ___08/06/12_____                    __/s/__Carolyn Chan, Esq. _____

                                                                              Attorney for Debtor