Case 11-40155   Filed 08/07/12   Doc 194

FILED
August 07, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004378129

1
Carolyn Chan sbn147978
2485 Notre Dame Bl. Ste. 370
Chico, CA 95928
Telephone: 530.359.8810

Attorney for Dwight Bennett

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

In re                                        Case No.: 11-40155-A-7

NOTICE OF MOTION TO ALLOW VIEWING,INVENTORY+RETRIEVAL OF DEBTOR'S PERSONAL PROPERTY FOR GOOD CAUSE; INVENTORY AND RELOCATION OF DEBTOR'S ANIMALS BASED ON INSOLVENCY OF GRACE FOUNDATION AND IMMINENT HARM+INABILITY TO FEED;REQUEST FOR ATTORNEY FEES

DWIGHT BENNETT,

    Debtor

_____/

TO ALL PARTIES:

    TO THE ABOVE ENTITLED COURT, ALL INTERESTED PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on 08/13/12 at 10:00am or as soon thereafter as the matter may be heard, in Courtroom 28 of the above entitled Court, located at 501 I Street, Sacramento, CA 95814, Debtor Dwight Bennett will more the Court to obtain orders for inventory and retrieval of personal property, inventory and relocation of Debtor's illegally seized animals for cause based on imminent harm, for attorney fees, and to confirm the automatic stay on the state court action recently filed by Grace Foundation.

Notice of Motion by Debtor for Inventory,Relocation,Fees