Case 11-40155   Filed 08/07/12   Doc 195

FILED
August 07, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004378134

```
 1 | 4
   | Carolyn Chan sbn147978
 2 | 2485 Notre Dame Blvd. Ste. 370
   | Chico CA 95928
 3 | Tel. 530.359.8810
 4 |
   | Attorney for
 5 | Dwight Bennett
```

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

In re                                             Case No.: 11040155-A-7
                                                  DECLARATION OF DWIGHT
                                                  BENNETT re PARTIAL LIST OF
                                                  MISSING PERSONAL PROPERTY
                                                  FORMERLY LOCATED AT
                                                  RESIDENCE

DWIGHT BENNETT,

    Debtor.

_____/                Date: _____

                                                  Time: 10:00am      Dept: Ctr 28

    I Dwight Bennett, Debtor herein, hereby declare as follows:

    I have previously filed a list of personal property that was found to be missing from the residence at which I used to reside in Susanville, California. Two pages noted as Attachment pg. 2 and pg. 3, entitled Inventory of Missing Items, were filed with this Court as Document 40, pg. 7 and pg 8, of 42 pages to Schedule B6B and included herein.

    This list does not include other personal property, household goods, or personal belongings found inside or outside the residence. From October 2011, I have never been able to return to pick up, view or possess my own personal property from the residence due to the fact that the Lassen County sheriffs will arrest me, since the Ryan Firm has a standing order of no access and thus contempt, whereby I cannot access the property.

---

Declaration of D. Bennett re Missing Property

I filed bankruptcy on August 18, 2011 and when Judge was shown the Bankruptcy Petition, he had me placed in jail for 5 days, upon attorney Ryan's motion for "contempt."

Earlier this year, and late last year, I attempted to work with the Chapter 7 Trustee Ms. Didriksen, to be able to salvage some of my personal property. I was informed by Trustee that the Ryan Firm said Trustee would have to hand carry each item outside, down the fence line, and then, and only then, could I see the item she would carry outside. Madam Trustee refused to carry out this ridiculous order by the Ryan Firm, which I can understand why. It is ludicrous.

I have been told by first hand witnesses that the Ryan "Receiver" has knowingly allowed people to come upon the property, left the storage doors unlocked, and allowed people to pillage and convert my personal property. This was discovered by people who knew that the property was the residence I used to reside at, and they wanted nothing to do with stealing property which they knew was mine, but felt I should know what was happening at the property under the "Receiver's" control. It did not surprise me, as I know the Ryan Firm would do anything they could to ensure I had no funds to pay an attorney to work on my case.

However, it is a possibility that some of my property is still intact, and I would need to see what I can salvage out in order to find a way to pay my attorney something on this case, even if it's not a huge amount of money. I do not expect her to work for free all this time, and I have tried the reasonable route in dealing with the Ryan Firm. All reasonable attempts have failed which include trying to work with the Chapter 7 Trustee's help.

I therefore had to ask my attorney to do work for which she has not been paid anything, but should be paid considering the circumstances of how the Ryan Firm as conducted this case. I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated: _08/06/12_                           __/s/__Dwight Bennett___
                                            Dwight Bennett, Debtor