**FILED**

**August 08, 2012**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004380013

**2**

Carolyn Chan sbn147978
2485 Notre Dame Blvd. Ste. 370
Chico CA 95928
Tel. 530.359.8810

Attorney for
Dwight Bennett

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

In re

DWIGHT BENNETT,

      Debtor.

_____/

Case No.: 11040155-A-7
REQUEST FOR SPECIAL SET
HEARING DATE OF AUGUST 13 2012
BASED UPON  IMMINENT DANGER
TO DEBTOR'S LIVESTOCK
ANIMALS FOR CAUSE

Date:   08/13/12
Time:   10:00am     Dept: Ctr 28

I, Carolyn Chan, attorney of record for Debtor herein, hereby declare as follows:

I filed on August 7, 2012, a Motion and Notice of Motion with Request for Shortened Hearing time (3-5 days) on the Issues involving imminent harm to Debtor's livestock animals, and on retrieval and inventory of Debtor's personal property.

I had a hearing date of August 13, 2012 selected, but it was inadvertently left off of the moving documents in error.  I am therefore correcting this by submitting this Request for Special Set Hearing and re-noticing the parties.

Dated: 08/08/12                              _/s/_ Carolyn Chan_____

                                        Attorney for Debtor Dwight Bennett

_____

                  Request for Special Set Hearing for Debtor

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28