Case 11-40155    Filed 08/08/12    Doc 202

FILED
August 08, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004379855

CERTIFICATE OF SERVICE

CM/ECF- Conventional Service

EASTERN DISTRICT BANKRUPTCY COURT, SACRAMENTO DIVISION, CALIFORNIA
**Case No. 11-40155**-A-7
Debtor: DWIGHT BENNETT

Notice of Motion/Motion, Request for Order Shortening Time for Hearing, Request for Inventory and Retrieval of Debtor's Personal Property, Exhibits A-C, and Relocation of Debtor's Property housed at third party location, Request for Attorney fees, Request of Stay to El Dorado State Court Filing as to Debtor

I hereby certify that on __08/07/12___ I electronically filed the foregoing documents for which conventional service is required with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Timothy Ryan, Attorney for Wells Fargo Bank, Bank of America
Craig Close, Attorney for J. St. John
A.C. Massey, Dept of Justice
Susan Didriksen, Chapter 7 Trustee
Allen Massey (al.c.massey@usdoj.gov)
Howard Nevins (hnevins@hsmlaw.com)
Craig Close (bigland@suddenlink.net)
Timothy Ryan (tryan@theryanfirm.com)
Timothy Ryan (ecf@theryanfirm.com)
Office of the U.S. Trustee Sacramento (ustpregion17.sc.ecf@usdoj.gov)
Susan Didriksen (didriksen1@gmail.com)

For those parties not registered to accept process via CM/ECF, I certify that on _08/07/12___ I have sent the same foregoing documents filed with ECF System as follows:

Mailed by First class mail, postage prepaid, to all participants below___X_____
Emailed to all of the following parties__X_____
Faxed to all of the following parties ___X_____

S. Sheridan, Esq. [Grace Foundation, non litigation, but filed POC  v Debtor]
655 University Ave. Ste. 110
Sacto CA 95825-6746

S. Leviton, Esq. [Grace foundation, Litigation]
3699 Wilshire Blvd. Ste. 1290
Los Angeles   CA 90010

Dated _08/07/12_              __ /s/__Carolyn Chan____