Case 11-40155   Filed 08/09/12   Doc 203

2011-40155
FILED
August 09, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004381851

```
 1  1
    Carolyn Chan sbn147978
 2  2485 Notre Dame Bl. Ste. 370
    Chico, CA 95928
 3  Telephone: 530.359.8810

 4
    Attorney for Dwight Bennett
 5
```

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

In re

DWIGHT BENNETT,

    Debtor
------------------------------------/

Case No.: 11-40155-A-7

[PROPOSED]   Order SHORTENING TIME FOR HEARING ON 8/13/12 re INVENTORY + RETRIEVAL OF DEBTOR'S PERSONAL PROPERTY
And OF DEBTOR'S ILLEGALLY SEIZED ANIMALS UNDER EXIGENT CIRCUMSTANCES AND FOR ATTORNEY FEES AND COSTS

Application having been made on behalf of Debtor Dwight Bennett, and good cause appearing therefore,

IT IS ORDERED THAT:

1. Debtor's application for Order shortening Time requested to be heard 08/13/12 for good cause [upon imminent danger to Debtor's property (animals) being abandoned or not fed] as stated in written notice by third party custodian's attorney S. Sheridan, and related personal property issues, is hereby granted. The motion will be considered by the court on 8/13/12 at 9 a.m. in courtroom 28. The motion and this order shall be served by US Mail and electronic means on the trustee, the trustee's attorney, Wells Fargo and its attorney, Grace Foundation and its attorney, and any other party in interest affected by the relief requested. Service shall be accomplished by 8/10 at 10:00 a.m.

Date:

Judge Mc Manus, United States Bankruptcy Court

Dated: August 09, 2012

By the Court

Michael S. McManus
United States Bankruptcy Judge

Proposed Order to Shorten Time for Debtor's Hearing

REC
August
CLERK, U.S. B
EASTERN DISTRI
0004381851