
Case 11-40155    Filed 08/14/12    Doc 205

```
                              FILED
                         August 14, 2012
                       CLERK, U.S. BANKRUPTCY COURT
                       EASTERN DISTRICT OF CALIFORNIA
                              D205
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Dwight Alan Bennett | **Case No :** | 11-40155 - A - 7 |
| | | **Date :** | 8/13/12 |
| | | **Time :** | 09:00 |

**Matter :** [193] - Motion/Application to Allow Viewing, Inventory and Retrieval of Debtor's Personal Property Filed by Debtor Dwight Alan Bennett (jgis)
[193] - Motion/Application for Compensation for Carolyn R. Chan, Debtor's Attorney(s), Fee: $4250.00, Expenses: $0.00. Filed by Attorney Carolyn R. Chan (jgis)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Janice Busch
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
       Trustee's Attorney - Howard S. Nevins
(by phone)   Creditor's Attorney - Timothy Ryan
       Grace Foundation Attorney - Stuart Leviton

CIVIL MINUTE ORDER

The motion is ORDERED DENIED as to the emergency relief requested regarding the possession and care of the horses. It is further ORDERED that any additional requests for relief, in connection with this motion, shall be set for hearing on the notice required by local rule 9014-1(f).

Dated: August 14, 2012

By the Court

Michael S. McManus
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

Dwight Bennett
P.O. Box 540
Susanville, CA 96130


Carolyn Chan
2485 Notre Dame Blvd Ste.#370
Chico, CA 95928


Howard Nevins
2150 River Plaza Dr #450
Sacramento, CA 95833-3883


Timothy Ryan
1100 N Tustin Ave #200
Anaheim, CA 92807


Stuart Leviton
3699 Wilshire Blvd., Ste. 1290
Los Angeles, CA 90010