FORM L18 Notice of Entry of Order in a Bankruptcy Case  (v.1.07)                                   11-40155 - A - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**8/14/12**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

stps

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:   11-40155 - A - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Dwight Alan Bennett
xxx-xx-5915

PO Box 540
Susanville, CA 96130

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on August 14, 2012 . The document number and docket text for this order are set forth below.

   [205] - Civil Minute Order Denying 193 Motion/Application to Allow Viewing, Inventory and Retrieval of Debtor's Personal Property (stps)
   [205] - Civil Minute Order Re: 193 Motion/Application for Compensation. (stps)

Dated:
8/14/12

For the Court,
Wayne Blackwelder , Clerk