```
                        United States Bankruptcy Court
                         Eastern District of California

In re:                                                    Case No. 11-40155-A
Dwight Alan Bennett                                       Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0972-2          User: stps                  Page 1 of 2          Date Rcvd: Aug 14, 2012
                              Form ID: L18                Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2012.
db            #+Dwight Alan Bennett,    PO Box 540,    Susanville, CA 96130-0540
aty            +Carolyn R. Chan,    2485 Notre Dame Blvd Ste.#370,    Chico, CA 95928-7163
aty            +Howard S. Nevins,    2150 River Plaza Dr #450,    Sacramento, CA 95833-4136
aty            +Timothy M. Ryan,    1100 N Tustin Ave #200,    Anaheim, CA 92807-1730
               +Stuart Leviton,    3699 Wilshire Blvd #1290,    Los Angeles, CA 90010-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2012**                    Signature:    *Joseph Speetjens*

```
District/off: 0972-2           User: stps                    Page 2 of 2                   Date Rcvd: Aug 14, 2012
                               Form ID: L18                  Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2012 at the address(es) listed below:
NONE.                                                                                                                TOTAL: 0

Case 11-40155　　Filed 08/14/12　　Doc 207

FORM L18 Notice of Entry of Order in a Bankruptcy Case  (v.1.07)　　　　　　　　　　　　　　　　　　　　11−40155 − A − 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**8/14/12**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

stps

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:　11−40155 − A − 7

Debtor Name(s), Social Security Number(s), and Address(es):

Dwight Alan Bennett
xxx−xx−5915

PO Box 540
Susanville, CA 96130

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on August 14, 2012 . The document number and docket text for this order are set forth below.

　　[205] − Civil Minute Order Denying 193 Motion/Application to Allow Viewing, Inventory and Retrieval of Debtor's Personal Property (stps)
　　[205] − Civil Minute Order Re: 193 Motion/Application for Compensation. (stps)

Dated:
8/14/12

For the Court,
Wayne Blackwelder , Clerk