**BRYAN CAVE LLP**
Ori Edelstein, California Bar No. 268145
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:       ori.edelstein@bryancave.com

Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 11-40155 |
|---|---|
| Dwight Bennett | Chapter 11<br>Dated Filed: August 18, 2011 |
| Debtor, | Assigned for All Purposes to<br>Hon. Michael S. McManus<br>Courtroom: 28 |
| | **SUBSTITUTION OF COUNSEL** |
| | Trial Date:        None Set. |

Pursuant to Local Rule 2017-1(h) and subject to the Court's approval, Timothy M. Ryan and Austin T. Beardsley of The Ryan Firm hereby withdraw as counsel for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas limited partnership (hereafter referred to collectively as "Creditors") in the above-captioned case. Ori Edelstein of Bryan Cave LLP hereby enters his appearance as substituted counsel for Creditors.

Dated:                                    Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ Ori Edelstein
       Ori Edelstein
Attorneys for Creditors WELLS FARGO BANK,
N.A., as Trustee for MLMI Trust Series 2005-HE3;
and BAC HOME LOANS SERVICING, LP

**THE RYAN FIRM**

By:_____
       Timothy M. Ryan, Bar No. 178059

By:_____
       Austin T. Beardsley, Bar No. 270046

1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone: 714-666-1362
Fax: 714-666-1443

**WELLS FARGO BANK, N.A., AS TRUSTEE**

**FOR MLMI TRUST SERIES 2005-H3**

By: Ellen Plummer

Its: Assistant Vice President; Bank of America, NA Loan Servicer & Attorney-in-Fact

**BANK OF AMERICA, N.A., AS SUCCESSOR**

**BY MERGER TO BAC HOME LOANS**

**SERVICING, LP**

By: Ellen Plummer

Its: Assistant Vice President

Dated:

Respectfully submitted,

BRYAN CAVE LLP

By: _____
Ori Edelstein
Attorneys for Creditors WELLS FARGO BANK, N.A., as Trustee for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP

THE RYAN FIRM

By: _____
Timothy M. Ryan, Bar No. 178059

By: _____
Austin T. Beardsley, Bar No. 270046

1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone: 714-666-1362
Fax: 714-666-1443

WELLS FARGO BANK, N.A., AS TRUSTEE

FOR MLMI TRUST SERIES 2005-H3

By: Ellen Plummer

Its: Assistant Vice President; Bank of America, NA Loan Servicer & Attorney-in-Fact

BANK OF AMERICA, N.A., AS SUCCESSOR

BY MERGER TO BAC HOME LOANS

SERVICING, LP

By: Ellen Plummer

Its: Assistant Vice President

SF01DOCS\99850.1

2

SUBSTITUTION OF COUNSEL