Mrs. Pam Duey
2636 Rogue River Circle
West Sacramento, CA. 95691

September 27, 2012

FILED

OCT - 1 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

The Honorable Michael S. McManus
501 I Street, Suite 7-500
Sacramento, CA 95814
Courtroom 28

Dear Judge McManus,

As the Community Outreach Coordinator for a large veterinary hospital I have a passion for animals and children. I speak to over 2,000 students and their teachers each year, promoting kindness to animals, safety, and responsible pet ownership. I help with animals and children off the clock too, as a volunteer at The Grace Foundation of El Dorado Hills.

My husband is a Purple Heart Vietnam Veteran and a volunteer at Grace too. We have both been excited about helping Grace launch a new program in 2013 for Combat Veterans with PTSD. But that will only be possible if The Grace Foundation is still in existence. As you know, Grace is on the verge of bankruptcy because of the debt incurred in caring for the horses in the Susanville case. I am asking you to please, *please* review this case for possible fraud committed in the courts, and please give a written ruling regarding the ownership of the horses.

Thank you.

Sincerely,

*Pam Duey*

Pam Duey