2

1  SHARON Z. WEISS, California Bar No. 169446
   ELANA CUZZO, California Bar No. 276042
2  BRYAN CAVE LLP
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:    (310) 576-2100
4  Facsimile:     (310) 576-2200
   sharon.weiss@bryancave.com
5  elana.cuzzo@bryancave.com

Attorneys for
7  BANK OF AMERICA, N.A., as successor by merger
   to BAC HOME LOANS SERVICING, L.P. ("BANA")

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In re | Case No. 11-40155 |
| DWIGHT ALLAN BENNETT, | DC No. SZW-001 |
| Debtor. | Converted to Chapter 7 |
| | **DECLARATION OF ELANA CUZZO IN SUPPORT OF BANK OF AMERICA, N.A. MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Date:    TBD<br>Time:    TBD<br>Room:   Crtrm 28, Dept. A<br>Address: 501 I. St., Suite 3-200<br>             Sacramento, CA 95814 |

SM01DOCS\936648.1\C076854\0333564

DECLARATION OF ELANA CUZZO IN SUPPORT OF BANA'S MOTION FOR RELIEF FROM STAY

I, Elana Cuzzo, declare:

1. I am an attorney licensed to practice law in the State of California. I am employed by the law firm of Bryan Cave, LLP, attorneys of record for Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P. ("BANA"). I make this declaration in support of BANA's *Motion for Relief from the Automatic Stay*. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify competently thereto.

2. The state court action between Debtor-Defendant Dwight A. Bennett and Plaintiff Norman W. Allen was filed in Lassen County on September 18, 2007, Case No. 45679 (the "State Court Action").

3. BANA is a cross-complainant in the State Court Action.

4. A receiver was appointed to the subject property on July 11, 2011, who discovered that the animals on the subject property, including numerous horses, were living under abhorrent conditions.

5. On July 29, 2011, the state court entered an Order permitting the receiver to surrender the horses to Lassen County. The receiver surrendered the horses to Lassen County, and Lassen County relinquished the horses to a horse rescue organization, The Grace Foundation of Northern California (the "Foundation"), who agreed to care for the horses.

6. The ownership, custody and care of these (now approximately 45) horses ("the horses") is the subject of a November 16th hearing set by the state court as a result of the Foundation's inability to continue properly caring for the horses.

7. Although the state court initially set the hearing regarding the ownership, custody, and care of the horses for November 16, 2012, the state court unilaterally continued the hearing to November 28, 2012. On November 8, 2012, the state court suddenly advanced the November 28 hearing to November 16, 2012 ("the November 16th Hearing").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: November 13, 2012

_____
Elana Cuzzo