# RELIEF FROM STAY SUMMARY SHEET
**\*   \*   \*   INSTRUCTIONS ON FORM EDC 3-468-INST   \*   \*   \***
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.*
**THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE.**

**DEBTOR:** Dwight Alan Bennett    **CASE NO.** 11-40155

**MOVANT:** Bank of America, N.A.    **DC NO.** SZW-001

**HEARING DATE/TIME:** TBD

**RELIEF IS SOUGHT AS TO:**

      ( ) REAL PROPERTY    Assessor Parcel Number (APN): _____

      ( ) PERSONAL PROPERTY    If applicable, Vehicle Identification Number (VIN): _____

      (✓) STATE COURT LITIGATION

1. **Address OR description of property or state court action:** Lassen County Superior Court hearing to determine ownership, care, and custody of approximately 45 horses previously in the control of Debtor-Defendant Dwight A. Bennett (Allen v. Summit Financial Group, et.al, Case No. 45679).

2. **Movant's trust deed is a** ( ) 1st ( ) 2nd ( ) 3rd (✓) Other: See attached motion for relief
   **OR**
   **Leased property is** ( ) Residential ( ) Non-residential  **Term:** ( ) Month-to-Month ( ) Other

3. **Verified appraisal filed?** No   **Movant's valuation of property:** $_____

4. **The following amounts are presently owing to movant for:**

   | PRINCIPAL | INTEREST | COSTS | TOTAL |
   |---|---|---|---|
   | $_____ | $_____ | $_____ | $_____ |

5. **State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.**

   _____  $_____
   _____  $_____
   _____  $_____

             **TOTAL ALL LIENS** $_____
             **DEBTOR'S EQUITY** $_____

6. **Monthly payment is $_____, of which $_____ is for impound account. Monthly late charge is $_____.**
7. **The last payment by debtor was received on _____ and was applied to the payment due _____.**
8. **Number of payments past due and amount:** (a) Pre-petition _____ $_____ (b) Post-petition _____ $_____.
9. **Notice of Default was recorded on _____. Notice of sale was published on _____.**
10. **If a chapter 13 case, in what class is this claim?** _____
11. **Grounds for seeking relief (check as applicable):**

        (✓) § 362(d)(1)   ( ) § 362(d)(2)   ( ) § 362(d)(3)   ( ) § 362(d)(4)

        (✓) Cause   ( ) Inadequate protection   ( ) Lack of equity   ( ) Lack of insurance   ( ) Bad faith

        ( ) Surrendered pursuant to Statement of Intention.   ( ) Report of No Distribution has been filed.

        (✓) Other  See attached motion for relief _____.

12. **For each ground checked in item 11, furnish a brief supporting statement below. Use additional page(s) if necessary.**