Case 11-40155    Filed 11/14/12    Doc 214

2

1  SHARON Z. WEISS, California Bar No. 169446
   ELANA CUZZO, California Bar No. 276042
2  BRYAN CAVE LLP
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:    (310) 576-2100
4  Facsimile:    (310) 576-2200
   sharon.weiss@bryancave.com
5  elana.cuzzo@bryancave.com

6

7  Attorneys for
   BANK OF AMERICA, N.A., as successor by merger
   to BAC HOME LOANS SERVICING, L.P. ("BANA")
8

9             UNITED STATES BANKRUPTCY COURT
              CENTRAL DISTRICT OF CALIFORNIA
10                  LOS ANGELES DIVISION

11

12  In re                          | Case No. 11-40155
13  DWIGHT ALLAN BENNETT,           | DC No. SZW-001
14       Debtor.                    | Converted to Chapter 7
15                                  | **ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**
16
17
18                                  | Date:
19                                  | Time:
                                    | Room:   Crtrm 28, Dept. A
20                                  | Address: 501 I. St., Suite 3-200
                                    |          Sacramento, CA 95814
21
22

ORDER ON APPLICATION FOR HEARING ON SHORTENED TIME

RECEIVED
November 13, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004531610

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1   Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P.'s
2   ("BANA") Application for an Order Shortening the Time for Hearing on Motion for Relief from
3   Stay (the "Motion") was filed on November 13, 2012, before the Honorable Michael S. McManus.
4   Having considered all papers submitted by the parties in support thereof or opposition thereto, and
5   finding that good cause exists for the shortening the time for the hearing on the Motion, and other
6   good cause appearing, the Court orders as follows:
7       1.   The hearing on the Motion shall be held on November $\underline{15}$, 2012 at $\underline{3}$:$\underline{00}$ p.m. (the
8   "Hearing").
9       2.   Any party wishing to respond to the Motion may present such response at the time
10      of the Hearing.
11      3. This order and the motion shall be served electronically or
        personally on the the debtor, the debtor's attorney, the trustee,
12      IT IS SO ORDERED.
        the trustee's attorney, Grace Foundation and
13      its attorney, if any, no later than 9:00 a.m.
        November 15.
14  Dated: November 14, 2012                By the Court
15
16
17                                          Michael S. McManus
                                            United States Bankruptcy Judge
18