SHARON Z. WEISS (State Bar No. 169446)
ELANA CUZZO (State Bar No. 276042)
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone:　(310) 576-2100
Facsimile:　(310) 576-2200
sharon.weiss@bryancave.com
elana.cuzzo@bryancave.com

Attorney for Bank of America, N.A. as successor by merger to BAC Home Loan Servicing, LP. (BANA)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DWIGHT ALLAN BENNETT,<br><br>　　　　Debtor. | Bk. No. 11-40155<br><br>Converted to Chapter 7<br><br><br>DC No. SZW-001<br><br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401. On <u>November 13, 2012</u>, I filed the following documents:

> **Bank of America, N.A.'S Motion for Relief from the Automatic Stay**
>
> **Declaration of Elana Cuzzo in Support of Bank of America, N.A.'S Motion for Relief from the Automatic Stay**
>
> **Order Granting Application for Order Shortening Time for Hearing on Motion for Relief from Automatic Stay**
>
> **Order Granting Motion for Relief from Automatic Stay**
>
> **Application for Order Shortening Time for Hearing on BANA'S Motion for Relief from Automatic Stay**
>
> **Relief from Stay Summary Sheet**

<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u> – Pursuant to Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>November 13, 2012</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below

Allen C Massey
al.c.massey@usdoj.gov; ustpregion17.sc.ecf@usdoj.gov; joanne.david@usdoj.gov

Howard S Nevins
hnevins@hsmlaw.com; lsamosa@hsmlaw.com; sking@hsmlaw.com

Ori Edelstein
ori.edelstein@bryancave.com; malou.sana@bryancave.com

Craig B. Close
bigland@suddenlink.net

Office of the U.S. Trustee Sacramento
ustpregion17.sc.ecf@usdoj.gov

Susan M Didriksen
sdidrisen@ecf.epiqsystems.com; didriksen1@gmail.com; C102@ecfcbis.com

carolyn chan
animalteam77@gmail.com

SM01DOCS\936815.1                                              1

1     I am readily familiar with the business practice of my place of employment in respect to the
2 collection and processing of correspondence, pleadings and notices for mailing with United States
3 Postal Service.
4     The foregoing sealed envelope was placed for collection and mailing this date consistent with
5 the ordinary business practice of my place of employment, so that it will be picked up this date with
6 postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.
7     I declare under penalty of perjury under the laws of the State of California that the above is
8 true and correct.

9

10     Executed this 14th day of November, 2012, at Santa Monica, California.

                                                         */s/ Raul Morales*

                                                         Raul Morales