2

SHARON Z. WEISS, California Bar No. 169446
ELANA CUZZO, California Bar No. 276042
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
sharon.weiss@bryancave.com
elana.cuzzo@bryancave.com

Attorneys for
BANK OF AMERICA, N.A., as successor by merger
to BAC HOME LOANS SERVICING, L.P. ("BANA")

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DWIGHT ALLAN BENNETT,<br><br>Debtor. | Case No. 11-40155<br><br>DC No. SZW-001<br><br>Converted to Chapter 7<br><br>**NOTICE OF ORDER SETTING HEARING ON SHORTENED TIME ON BANK OF AMERICA, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: Thursday, November 15, 2012<br>Time: 3:00 p.m.<br>Room: Crtrm 28, Dept. A<br>Address: 501 I. St., Suite 3-200<br>Sacramento, CA 95814 |

SM01DOCS\936928.1\C076854\0333564

1 **TO THE HONORABLE MICHAEL S. MCMANUS, THE DEBTOR, THE DEBTOR'S**
2 **COUNSEL, THE CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED STATES**
3 **TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

 **PLEASE TAKE NOTICE THAT** this Court has scheduled a hearing on shortened notice on Bank of America, N.A.'s Motion for Relief from Automatic Stay for **November 15, 2012, at 3:00 p.m.**, in Courtroom 28, Dept. A of the above-referenced court located at 501 I. St., Suite 3-200, Sacramento, CA 95814.

 This Court's Order granting Bank of America, N.A.'s Application for Hearing on Shortened Notice is attached hereto as Exhibit A.  Bank of America, N.A.'s Motion for Relief From Automatic Stay is attached hereto as Exhibit B.

Dated: November 15, 2012   BRYAN CAVE LLP

           By: */S/ Sharon Z. Weiss*
             Sharon Z. Weiss
           Attorneys for Defendant
           BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, L.P. ("BANA")