3

1  SHARON Z. WEISS, California Bar No. 169446
   ELANA CUZZO, California Bar No. 276042
2  BRYAN CAVE LLP
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:    (310) 576-2100
4  Facsimile:    (310) 576-2200
   sharon.weiss@bryancave.com
5  elana.cuzzo@bryancave.com

6
   Attorneys for
7  BANK OF AMERICA, N.A., as successor by merger
   to BAC HOME LOANS SERVICING, L.P. ("BANA")
8

9              UNITED STATES BANKRUPTCY COURT
               EASTERN DISTRICT OF CALIFORNIA
10                  SACRAMENTO DIVISION

11

12 In re                              | Case No. 11-40155

13 DWIGHT ALLAN BENNETT,               | DC No. SZW-001

14    Debtor.                          | Converted to Chapter 7

15
                                       | Date:    Thursday, November 15, 2012
16                                     | Time:    3:00 p.m.
                                       | Room:    Crtrm 28, Dept. A
17                                     | Address: 501 I. St., Suite 3-200
                                                  Sacramento, CA 95814
18

19

20              **PROOF OF SERVICE**

21    I am a citizen of the United States, employed in the city and county of Los Angeles.  My

22 business address is 800 W. Olympic Blvd., 4th Floor, Los Angeles, CA 90015.

23    On November 15, 2012, at 8:57 a.m., I served the following documents:

24
       •   Notice of Order Setting Hearing On Shortened Time on Bank of America N.A.'s
25 Motion for Relief From The Automatic Stay

26     •   Bank of America, N.A.'s Motion for Relief from the Automatic Stay

27     •   Order Granting Application for Order Shortening Time for Hearing on Motion for
28 Relief From Automatic Stay

HROLAX\35699.1\C076854\0333564

PROOF OF SERVICE


Case 11-40155    Filed 11/15/12    Doc 217

1  • Relief from Stay Summary Sheet

2  • Application for Order Shortening Time for Hearing on Bana's Motion for Relief From Automatic Stay

4  • Declaration of Elana Cuzzo in Support of Bank of America, N.A. Motion for Relief From the Automatic Stay

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☒ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☒ BY ELECTRONIC MAIL: I communicated such document via electronic mail to the addressee on the attached service list.

☐ (STATE) Executed on November 15, 2012, at Los Angeles, California.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_/s/ Trisha Penn_
Trisha Penn

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# SERVICE LIST

**By U.S. Mail**

Dwight Alan Bennett
P.O. Box 540
Susanville, CA  96130

**By Email**

The Grace Foundation: info@thegracefoundation.com
attorney of the Grace Foundation: sleviton@levitonlawgroup.com
Debtor's attorney: animalteam77@gmail.com
Trustee: sdidrisen@ecf.epiqsystems.com
Trustee's Attorney: hnevins@hsmlaw.com
Debtor: whisperingpines@frontiernet.com
Debtor: chingaspass@gmail.com
Allen C Massey (al.c.massey@usdoj.gov; ustpregion17.sc.ecf@usdoj.gov; joanne.david@usdoj.gov)
Craig B. Close (bigland@suddenlink.net)
Office of the U.S. Trustee Sacramento (ustpregion17.sc.ecf@usdoj.gov)
C102@ecfcbis.com)

**By Facsimile**
Grace Foundation – 916-941-0800

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386