13

1  SHARON Z. WEISS, California Bar No. 169446
   ELANA CUZZO, California Bar No. 276042
2  BRYAN CAVE LLP
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:    (310) 576-2100
4  Facsimile:    (310) 576-2200
   sharon.weiss@bryancave.com
5  elana.cuzzo@bryancave.com

6
   Attorneys for
7  BANK OF AMERICA, N.A., as successor by merger
   to BAC HOME LOANS SERVICING, L.P. ("BANA")

8

9              **UNITED STATES BANKRUPTCY COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
10                   **SACRAMENTO DIVISION**

11

12  In re                                Case No. 11-40155
                                         DC No. SZW-004
13  DWIGHT ALLAN BENNETT,
                                         Converted to Chapter 7
14          Debtor.

15                                       **DECLARATION OF TRISHA PENN IN**
                                         **SUPPORT OF SERVICE OF NOTICE OF**
16                                       **ORDER SETTING HEARING ON**
                                         **SHORTENED TIME ON BANA'S MOTION**
17                                       **FOR RELIEF FROM THE AUTOMATIC**
                                         **STAY**

18

19
                                         Date:      November 15, 2012
20                                       Time:      3:00 p.m.
                                         Room:      Crtrm 28, Dept. A
21                                       Address:   501 I. St., Suite 3-200
                                                    Sacramento, CA 95814
22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS\936956.2\C076608\0342561

DECLARATION OF TRISHA PENN IN SUPPORT OF SERVICE

1  I, Trisha Penn, declare:

2  1. I am a secretary employed by the law firm of Bryan Cave, LLP, assistant to

3 attorney of record Sharon Weiss for Bank of America, N.A., as successor by merger to BAC

4 Home Loans Servicing, L.P. ("BANA"). I make this declaration in support of service of the

5 notice of this Court's order scheduling a hearing on shortened time on BANA's Motion for Relief

6 from the Automatic Stay for November 15, 2012, at 3:00 p.m. I have personal knowledge of the

7 facts contained in this declaration and, if called as a witness, could and would testify competently

8 thereto.

9  2. On Thursday, November 15, 2012, at 8:57 a.m., I served the notice of order setting

10 hearing on shortened time, the Court's order setting hearing on shortened time, BANA's

11 application for hearing on shortened time, BANA's Motion for Relief from Automatic Stay, and

12 the supporting declaration of Elana Cuzzo. A true and correct copy of the Proof of Service of

13 Notice of Order is attached at Exhibit A. I electronically served the documents in accordance with

14 the Court's Order on the following parties: Debtor, Debtor's attorney, the Grace Foundation,

15 attorney of the Grace Foundation, the Chapter 7 Trustee, and the attorney of the Chapter 7 Trustee

16 at the following email addresses:

17 The Grace Foundation: info@thegracefoundation.com
attorney of the Grace Foundation: sleviton@levitonlawgroup.com
Debtor's attorney: animalteam77@gmail.com

18 Trustee: sdidrisen@ecf.epiqsystems.com
Trustee's Attorney: hnevins@hsmlaw.com

19 Debtor: whisperingpines@frontiernet.com
Debtor: chingaspass@gmail.com

20 Allen C Massey (al.c.massey@usdoj.gov; ustpregion17.sc.ecf@usdoj.gov; joanne.david@usdoj.gov)
Craig B. Close (bigland@suddenlink.net)

21 Office of the U.S. Trustee Sacramento (ustpregion17.sc.ecf@usdoj.gov)
C102@ecfcbis.com)

22

23  3. At 9:23 a.m., I spoke with Debtor's attorney on the telephone and confirmed that

24 Debtor's attorney received the pleadings on the morning of Thursday, November 15, 2012, and

25 also at 10:45 p.m. on Wednesday, November 14, 2012. I was also informed by Ms. Chan that she

26 does not give out her fax number. On Thursday, November 15, 2012, I mailed the notice of the

27 order and related pleadings to the Debtor at Debtor's known address.

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

4.      At 8:59 a.m., I received an auto-reply message from the Grace Foundation.  A true and correct copy of that auto reply is attached as Exhibit B.  At 9:36 a.m., I faxed the notice of Order and related pleadings to the Grace Foundation.  However, that fax number received an error.  I then emailed the pleadings to an alternative email address at jeanne@thegracefoundation.com.  A true and correct copy is attached as Exhibit C.  At 10:57 a.m., I received an email confirmation that the pleadings were received.  A true and correct copy of the email is attached as Exhibit D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:  November 15, 2012

_Trisha Penn_
Trisha Penn

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

EXHIBIT A

3

1  SHARON Z. WEISS, California Bar No. 169446
   ELANA CUZZO, California Bar No. 276042
2  BRYAN CAVE LLP
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:    (310) 576-2100
4  Facsimile:    (310) 576-2200
   sharon.weiss@bryancave.com
5  elana.cuzzo@bryancave.com

6
   Attorneys for
7  BANK OF AMERICA, N.A., as successor by merger
   to BAC HOME LOANS SERVICING, L.P. ("BANA")
8

9              UNITED STATES BANKRUPTCY COURT
10             EASTERN DISTRICT OF CALIFORNIA
                   SACRAMENTO DIVISION
11

12 In re                                Case No. 11-40155

13 DWIGHT ALLAN BENNETT,                DC No. SZW-001

14         Debtor.                      Converted to Chapter 7

15
                                        Date:     Thursday, November 15, 2012
16                                      Time:     3:00 p.m.
                                        Room:     Crtrm 28, Dept. A
17                                      Address:  501 I. St., Suite 3-200
                                                  Sacramento, CA 95814
18

19

20                        PROOF OF SERVICE

21      I am a citizen of the United States, employed in the city and county of Los Angeles.  My

22 business address is 800 W. Olympic Blvd., 4th Floor, Los Angeles, CA 90015.

23      On November 15, 2012, at 8:57 a.m., I served the following documents:

24      •       Notice of Order Setting Hearing On Shortened Time on Bank of America N.A.'s
25 Motion for Relief From The Automatic Stay

26      •       Bank of America, N.A.'s Motion for Relief from the Automatic Stay

27      •       Order Granting Application for Order Shortening Time for Hearing on Motion for
28 Relief From Automatic Stay

HROLAX\35699.1\C076854\0333564

PROOF OF SERVICE

- Relief from Stay Summary Sheet

- Application for Order Shortening Time for Hearing on Bana's Motion for Relief From Automatic Stay

- Declaration of Elana Cuzzo in Support of Bank of America, N.A. Motion for Relief From the Automatic Stay

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☒    BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐    BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☒    BY ELECTRONIC MAIL: I communicated such document via electronic mail to the addressee on the attached service list.

☐    (STATE) Executed on November 15, 2012, at Los Angeles, California.

☒    (FEDERAL) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Trisha Penn

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1

## SERVICE LIST

2

**By U.S. Mail**

3

Dwight Alan Bennett
P.O. Box 540
Susanville, CA  96130

4

5

**By Email**

6

7

The Grace Foundation: info@thegracefoundation.com
attorney of the Grace Foundation: sleviton@levitonlawgroup.com
Debtor's attorney: animalteam77@gmail.com
Trustee: sdidrisen@ecf.epiqsystems.com
Trustee's Attorney: hnevins@hsmlaw.com
Debtor: whisperingpines@frontiernet.com
Debtor: chingaspass@gmail.com
Allen C Massey (al.c.massey@usdoj.gov; ustpregion17.sc.ecf@usdoj.gov; joanne.david@usdoj.gov)
Craig B. Close (bigland@suddenlink.net)
Office of the U.S. Trustee Sacramento (ustpregion17.sc.ecf@usdoj.gov)
C102@ecfcbis.com)

8

9

10

11

12

**By Facsimile**
Grace Foundation – 916-941-0800

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

EXHIBIT B

**Penn, Trish**

| | |
|---|---|
| **From:** | Information [info@thegracefoundation.com] |
| **Sent:** | Thursday, November 15, 2012 8:58 AM |
| **To:** | Penn, Trish |
| **Subject:** | Out on the Ranch Re: In re Dwight Allan Bennett |

You have reached The Grace Foundation. Thank you for you email. Due to the large number of emails we receive every day, please be patient and allow up to 3 days for a response. Your email is import to us so it may be forwarded to Grace Foundation Director who will be able to respond quicker. Thank you for your kindness towards rescue animals and your support of Grace!

--
*The Grace Foundation *
Ranch: (916) 941-0800
Become a fan of Grace on Facebook <http://www.facebook.com/GraceFoundation>!
Follow Grace on Twitter <https://twitter.com/#%21/GraceFoundation>!

EXHIBIT C

**Penn, Trish**

| | |
|---|---|
| **From:** | Penn, Trish |
| **Sent:** | Thursday, November 15, 2012 10:44 AM |
| **To:** | 'jeanne@thegracefoundation.com' |
| **Cc:** | Weiss, Sharon; Cuzzo, Elana; Morales, Raul |
| **Subject:** | In re Dwight Bennett |
| **Attachments:** | N002647_20121115.PDF; N002647_20121115.PDF |

Jeanne:

I attempted to fax the attached documents to you at 9:36 a.m. and came up with an error message.  Per our conversation of today, you gave me an alternate email address (above) if the documents did not go through.  I am sending these to the email address you gave me since we received an error message on the fax.  I am also attaching a copy of the fax cover sheet with error message.


**Trisha Penn**
Legal Assistant
**BRYAN CAVE LLP**
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA  90015
Tel:  213.572.4338
Fax: 213.572.4400
Email:  trish.penn@bryancave.com
Website:  www.bryancave.com

EXHIBIT D

**Penn, Trish**

| | |
|---|---|
| **From:** | Jeanne@Grace [jeanne@thegracefoundation.com] |
| **Sent:** | Thursday, November 15, 2012 10:57 AM |
| **To:** | Penn, Trish |
| **Subject:** | RE: In re Dwight Bennett |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Thank you for the email, we got all but the last 2 pages and I will print them from your email and give them to Beth DeCaprio.
Jeanne

**From:** Penn, Trish [mailto:Trish.Penn@bryancave.com]
**Sent:** Thursday, November 15, 2012 10:44 AM
**To:** 'jeanne@thegracefoundation.com'
**Cc:** Weiss, Sharon; Cuzzo, Elana; Morales, Raul
**Subject:** In re Dwight Bennett

Jeanne:

I attempted to fax the attached documents to you at 9:36 a.m. and came up with an error message.  Per our conversation of today, you gave me an alternate email address (above) if the documents did not go through.  I am sending these to the email address you gave me since we received an error message on the fax.  I am also attaching a copy of the fax cover sheet with error message.


**Trisha Penn**
Legal Assistant
**BRYAN CAVE LLP**
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA  90015
Tel:  213.572.4338
Fax: 213.572.4400
Email:  trish.penn@bryancave.com
Website:  www.bryancave.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2012

11/15/2012