17

1  SHARON Z. WEISS, California Bar No. 169446
   ELANA CUZZO, California Bar No. 276042
2  BRYAN CAVE LLP
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:    (310) 576-2100
4  Facsimile:    (310) 576-2200
   sharon.weiss@bryancave.com
5  elana.cuzzo@bryancave.com

6

7  Attorneys for
   BANK OF AMERICA, N.A., as successor by merger
   to BAC HOME LOANS SERVICING, L.P. ("BANA")
8

9              UNITED STATES BANKRUPTCY COURT
               EASTERN DISTRICT OF CALIFORNIA
10                  SACRAMENTO DIVISION

11

12 In re                          Case No. 11-40155
                                  DC No. SZW-004
13 DWIGHT ALLAN BENNETT,
                                  Converted to Chapter 7
14         Debtor.

15                                **DECLARATION OF ELANA CUZZO IN
                                  SUPPORT OF SERVICE OF NOTICE OF
16                                ORDER SETTING HEARING ON
                                  SHORTENED TIME ON BANA'S MOTION
17                                FOR RELIEF FROM THE AUTOMATIC
                                  STAY**
18

19
                                  Date:     November 15, 2012
20                                Time:     3:00 p.m.
                                  Room:     Crtrm 28, Dept. A
21                                Address:  501 I. St., Suite 3-200
                                            Sacramento, CA 95814
22

23

24

25

26

27

28

SM01DOCS\936938.2\C076854\0333564

DECLARATION OF ELANA CUZZO IN SUPPORT OF SERVICE

I, Elana Cuzzo, declare:

1. I am an attorney licensed to practice law in the State of California. I am employed by the law firm of Bryan Cave, LLP, attorneys of record for Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P. ("BANA"). I make this declaration in support of service of the notice of this Court's order scheduling a hearing on shortened time on BANA's Motion for Relief from the Automatic Stay for November 15, 2012, at 3:00 p.m. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify competently thereto.

2. On Tuesday, November 13, 2012, BANA filed its Application for Hearing on Shortened Time on Motion for Relief from Automatic Stay, the Relief from Stay Summary Sheet, the Motion for Relief from Stay, and the supporting Declaration of Elana Cuzzo. Notice of these pleadings was sent by Notice of Electronic Filing ("NEF") to the United States Trustee, the Chapter 7 Trustee, attorney for the Chapter 7 Trustee, and the Debtor's attorney. (See attached NEF at Exhibit A.)

3. On Wednesday, November 14, 2012, this Court granted BANA's Application for Hearing on Shortened Time and scheduled the hearing on the Motion for Relief from Automatic Stay for Thursday, November 15, 2012, at 3:00 p.m. The Court ordered BANA to give notice of the order setting hearing to the Debtor, Debtor's attorney, Chapter 7 Trustee, attorney for the Chapter 7 Trustee, the Grace Foundation, and the attorney for the Grace Foundation, electronically or by personal service, not later than 9:00 a.m. on November 15, 2012. Notice of this order was sent by NEF to the United States Trustee, the Chapter 7 Trustee, attorney for the Chapter 7 Trustee, and the Debtor's attorney. (See attached NEF at Exhibit B.)

4. On Wednesday, November 14, 2012, at 10:25 p.m., I sent an informal email to Debtor's attorney, the Grace Foundation, attorney for the Grace Foundation, the Chapter 7 Trustee, and attorney for the Chapter 7 Trustee, attaching this Court's Order and notifying the parties that this Court has set a hearing on shortened notice for Thursday, November 15, 2012, at 3:00 p.m. I further informed the parties that we will be sending formal notice in accordance with the Court's Order. A true and correct copy of my November 14, 2012 email is attached as Exhibit C.

5.      On Thursday, November 15, 2012, at 8:57 a.m., at my direction, Trisha Penn, a legal secretary employed by Bryan Cave, served the notice of order setting hearing on shortened time, the Court's order setting hearing on shortened time, BANA's application for hearing on shortened time, BANA's Motion for Relief from Automatic Stay, and the supporting declaration of Elana Cuzzo. (See attached email at Exhibit D.) As reflected in Ms. Penn's proof of service and her concurrently filed declaration, Ms. Penn electronically served the documents in accordance with the Court's Order on the following parties: Debtor, Debtor's attorney, the Grace Foundation, attorney of the Grace Foundation, the Chapter 7 Trustee, and the attorney of the Chapter 7 Trustee.

6.      Our understanding is that the Debtor does not have a valid email address or a place where we can personally serve him. (A true and correct copy of the bounce-back email to the Debtor's last known email address is attached as Exhibit E.) In light of this, I made extra efforts to ensure that Debtor's attorney has been served with notice of the hearing. At 9:03 a.m. on Thursday, November 15, 2012, I sent an email to Debtor's attorney to confirm that she received notice of the hearing. (See email attached as Exhibit F.) At 9:23 a.m., Trisha Penn spoke with Debtor's attorney on the telephone and confirmed that Debtor's attorney received the pleadings on the morning of Thursday, November 15, 2012, and also at 10:45 p.m. on Wednesday, November 14, 2012. On Thursday, November 15, 2012, Trisha Penn mailed the notice of the order and related pleadings to the Debtor at Debtor's known address.

7.      At 8:59 a.m., Trisha Penn received an auto-reply message from the Grace Foundation stating that it may take 3 days for the Grace Foundation to review the email. At 9:36 a.m., Trisha Penn faxed the notice of Order and related pleadings to the Grace Foundation. (See email attached as Exhibit G.) Ms. Penn then obtained an alternate email address and received verbal acknowledgement that the pleadings were received by The Grace Foundation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: November 15, 2012

_____
Elana Cuzzo

# EXHIBIT A

The document listed below, received from Sharon Z Weiss on 11/13/2012 at 6:58 PM, was successfully docketed and, if not a Statement of Social Security Number(s), an Amended Statement of Social Security Number(s), or a transcript of federal courtroom proceedings, may now be accessed by the public. Statements of Social Security Number(s) and Amended Statements of Social Security Number(s) are "submitted" rather than "filed." Consequently, although their submission is noted on the docket, Statements of Social Security Number(s) and Amended Statements of Social Security Number(s), are not part of the court record available for viewing by parties, the bar, and/or the public. Pursuant to Judicial Conference policy and Local Bankruptcy Rule 9037-1, remote electronic access to transcripts of federal courtroom proceedings is restricted for 90 days after filing to attorneys who purchase a copy from the court reporter.

Case Number: 2011-40155
Document Number: 210
Filed: 11/13/2012
eFilingID: 4531609

Docket Text: Motion/Application to Shorten Time [SZW-1] Filed by Creditor Bank of America, N.A. (stps)

Unless it is a Statement of Social Security Number(s), an Amended Statement of Social Security Number(s), or a transcript of federal courtroom proceedings, you may access and view this document once free of charge within the next 15 days by clicking here. If it is a Statement of Social Security Number(s), an Amended Statement of Social Security Number(s), or a transcript of federal courtroom proceedings, you will be denied access to, and unable to view, the document.

Notice of the filing of this document has been electronically mailed to the following registered participants who have appeared in case number 2011-40155:

Sharon Z Weiss (sharon.weiss@bryancave.com)
Allen C Massey (al.c.massey@usdoj.gov; ustpregion17.sc.ecf@usdoj.gov; joanne.david@usdoj.gov)
Howard S Nevins (hnevins@hsmlaw.com; lsamosa@hsmlaw.com; sking@hsmlaw.com)
Ori Edelstein (ori.edelstein@bryancave.com; malou.sana@bryancave.com)
Craig B. Close (bigland@suddenlink.net)
Office of the U.S. Trustee Sacramento (ustpregion17.sc.ecf@usdoj.gov)
Susan M Didriksen (sdidrisen@ecf.epiqsystems.com; didriksen1@gmail.com; C102@ecfcbis.com)
carolyn chan (animalteam77@gmail.com)

If you have any questions, please contact the USBC-CAE Automation Helpdesk at (916) 930-4460.

# EXHIBIT B

The document listed below, received from Sharon Z Weiss on 11/14/2012 at 12:07 PM, was successfully docketed and, if not a Statement of Social Security Number(s), an Amended Statement of Social Security Number(s), or a transcript of federal courtroom proceedings, may now be accessed by the public. Statements of Social Security Number(s) and Amended Statements of Social Security Number(s) are "submitted" rather than "filed." Consequently, although their submission is noted on the docket, Statements of Social Security Number(s) and Amended Statements of Social Security Number(s), are not part of the court record available for viewing by parties, the bar, and/or the public. Pursuant to Judicial Conference policy and Local Bankruptcy Rule 9037-1, remote electronic access to transcripts of federal courtroom proceedings is restricted for 90 days after filing to attorneys who purchase a copy from the court reporter.

Case Number: 2011-40155
Document Number: 214
Filed: 11/14/2012
eFilingID: 4531610

Docket Text: Order Granting <a href='https://ecf.caeb.uscourts.gov/doc1/032014606434'>210</a> Motion/Application to Shorten Time [SZW-1] ; Hearing to be held on 11/15/2012 at 03:00 PM at Sacramento Courtroom 28, Department A. (jris)

Unless it is a Statement of Social Security Number(s), an Amended Statement of Social Security Number(s), or a transcript of federal courtroom proceedings, you may access and view this document once free of charge within the next 15 days by clicking here. If it is a Statement of Social Security Number(s), an Amended Statement of Social Security Number(s), or a transcript of federal courtroom proceedings, you will be denied access to, and unable to view, the document.

Notice of the filing of this document has been electronically mailed to the following registered participants who have appeared in case number 2011-40155:

Sharon Z Weiss (sharon.weiss@bryancave.com)
Allen C Massey (al.c.massey@usdoj.gov; ustpregion17.sc.ecf@usdoj.gov; joanne.david@usdoj.gov)
Howard S Nevins (hnevins@hsmlaw.com; lsamosa@hsmlaw.com; sking@hsmlaw.com)
Ori Edelstein (ori.edelstein@bryancave.com; malou.sana@bryancave.com)
Craig B. Close (bigland@suddenlink.net)
Office of the U.S. Trustee Sacramento (ustpregion17.sc.ecf@usdoj.gov)
Susan M Didriksen (sdidrisen@ecf.epiqsystems.com; didriksen1@gmail.com; C102@ecfcbis.com)
carolyn chan (animalteam77@gmail.com)

If you have any questions, please contact the USBC-CAE Automation Helpdesk at (916) 930-4460.

EXHIBIT C

**Penn, Trish**

---

| | |
|---|---|
| **From:** | Cuzzo, Elana |
| **Sent:** | Wednesday, November 14, 2012 10:25 PM |
| **To:** | 'info@thegracefoundation.com'; 'sleviton@levitonlawgroup.com'; 'animalteam77@gmail.com'; 'sdidrisen@ecf.epiqsystems.com'; 'hnevins@hsmlaw.com' |
| **Cc:** | Weiss, Sharon; Dill, Emma L.; Greene, Scott |
| **Subject:** | BENNETT Hearing on Shortened Time Motion For Relief From Stay |
| **Attachments:** | CM_ECF LIVE - U.S.pdf |

**Please take notice that the Bankruptcy Court has set a hearing on shortened time for tomorrow, November 15, 2012, at 3:00p.m. in the case of In re Dwight A. Bennett (case #11-40155) in the Eastern District of California, Sacramento Division, in Courtroom 28, Dept. A located at 501 I. St., Suite 3-200, Sacramento, CA 95814.**

**We will be filing a formal notice of the order setting hearing by tomorrow at 9:00 a.m., in accordance with the Court's Order attached.**

Elana Cuzzo
**Bryan Cave LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Direct: 310-576-2167
Fax: 310-260-4167
elana.cuzzo@bryancave.com

11/15/2012

# EXHIBIT D

**Penn, Trish**

| | |
|---|---|
| **From:** | Penn, Trish |
| **Sent:** | Thursday, November 15, 2012 8:57 AM |
| **To:** | 'info@thegracefoundation.com'; 'sleviton@levitonlawgroup.com'; 'animalteam77@gmail.com'; 'sdidrisen@ecf.epiqsystems.com'; 'hnevins@hsmlaw.com'; 'whisperingpines@frontiernet.com'; 'chingaspass@gmail.com' |
| **Cc:** | Cuzzo, Elana; Weiss, Sharon; Morales, Raul |
| **Subject:** | In re Dwight Allan Bennett |
| **Importance:** | High |
| **Attachments:** | bennett info sheet.pdf; bennett application.pdf; bennett decl- U.S.pdf; BENNETT ntc order on hrg shortened ntc-v1.DOC; CM_ECF LIVE - U.S motion.pdf; CM_ECF LIVE - U.S.pdf |

Please see the attached documents have been filed.


**Trisha Penn**
Legal Assistant
**BRYAN CAVE LLP**
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Tel: 213.572.4338
Fax: 213.572.4400
Email: trish.penn@bryancave.com
Website: www.bryancave.com

11/15/2012

EXHIBIT E

**Penn, Trish**

| | |
|---|---|
| **From:** | Bryan Cave Mimecast Admin [bryancavemimecastadmin@bryancave.com] |
| **Sent:** | Thursday, November 15, 2012 8:58 AM |
| **To:** | Penn, Trish |
| **Subject:** | [Bryan Cave Mimecast Admin] Email Delivery Failure |

```
This is a delivery failure notification message indicating that an email you addressed to
email address :
-- whisperingpines@frontiernet.com

could not be delivered. The problem appears to be :
-- Recipient email address is possibly incorrect

Additional information follows :
-- 550 #5.1.0 Address rejected.

This condition occurred after 1 attempt(s) to deliver over a period of 0 hour(s).

If you sent the email to multiple recipients, you will receive one of these messages for
each one which failed delivery,  otherwise they have been sent.

Please contact the Bryan Cave Helpdesk at 35-2911 or (877) 259-2911 if you have any
questions or require assistance.
```

EXHIBIT F

**Penn, Trish**

---

| | |
|---|---|
| **From:** | Cuzzo, Elana |
| **Sent:** | Thursday, November 15, 2012 9:03 AM |
| **To:** | 'animalteam77@gmail.com' |
| **Cc:** | Penn, Trish; Weiss, Sharon |
| **Subject:** | In re Bennett--RFS hearing TODAY at 3PM |

Ms. Chan,

A few moments ago, we emailed you notice of the court's order setting hearing on shortened time on Bank of America's motion for relief from stay. Please confirm receipt of the notice of the court's order and the related pleadings. Please also confirm that you will advise the debtor of the hearing today at 3PM. We are also happy to email or fax notice to the Debtor but the email addresses we have for the Debtor have had bounce-back problems. We will also be faxing the notice and related pleadings to your office and calling to ensure that you receive notice of today's hearing at 3:00PM.

Thanks,

Elana

Elana Cuzzo
**Bryan Cave LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Direct: 310-576-2167
Fax: 310-260-4167
elana.cuzzo@bryancave.com

11/15/2012

# EXHIBIT G

## Penn, Trish

**From:** Information [info@thegracefoundation.com]
**Sent:** Thursday, November 15, 2012 8:58 AM
**To:** Penn, Trish
**Subject:** Out on the Ranch Re: In re Dwight Allan Bennett

You have reached The Grace Foundation. Thank you for you email. Due to the large number of emails we receive every day, please be patient and allow up to 3 days for a response. Your email is import to us so it may be forwarded to Grace Foundation Director who will be able to respond quicker. Thank you for your kindness towards rescue animals and your support of Grace!

--
*The Grace Foundation *
Ranch: (916) 941-0800
Become a fan of Grace on Facebook <http://www.facebook.com/GraceFoundation>!
Follow Grace on Twitter <https://twitter.com/#%21/GraceFoundation>!