3

SHARON Z. WEISS, California Bar No. 169446
ELANA CUZZO, California Bar No. 276042
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:　(310) 576-2100
Facsimile:　(310) 576-2200
sharon.weiss@bryancave.com
elana.cuzzo@bryancave.com

Attorneys for
BANK OF AMERICA, N.A., as successor by merger
to BAC HOME LOANS SERVICING, L.P. ("BANA")

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DWIGHT ALLAN BENNETT,<br><br>　　　　Debtor. | Case No. 11-40155<br><br>DC No. SZW-001<br><br>Converted to Chapter 7<br><br>Date:　　Thursday, November 15, 2012<br>Time:　　3:00 p.m.<br>Room:　　Crtrm 28, Dept. A<br>Address:　501 I. St., Suite 3-200<br>　　　　　Sacramento, CA 95814 |

## PROOF OF SERVICE

I am a citizen of the United States, employed in the city and county of Los Angeles. My business address is 800 W. Olympic Blvd., 4th Floor, Los Angeles, CA 90015.

On November 15, 2012, I served the following documents:

- **Declaration of Elana Cuzzo in Support of Service of Notice of Order Setting Hearing on Shortened Time on BANA's Motion for Relief From The Automatic Stay**

- **Declaration of Trisha Penn in Support of Service of Notice of Order Setting Hearing on Shortened Time on BANA's Motion for Relief From The Automatic Stay**

HROLAX\35699.2\C076854\0333564

PROOF OF SERVICE

1  ☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐   BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐   BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☒   BY ELECTRONIC MAIL: I communicated such document via electronic mail to the addressee on the attached service list.

☐   (STATE) Executed on November 15, 2012, at Los Angeles, California.

☒   (FEDERAL) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Trisha Penn

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

HROLAX\35699.2\C076854\0333564

1

PROOF OF SERVICE

# SERVICE LIST

**By U.S. Mail**

Dwight Alan Bennett
P.O. Box 540
Susanville, CA 96130

**By Email**

The Grace Foundation: info@thegracefoundation.com
The Grace Foundation: Jeanne@thegracefoundation.com
attorney of the Grace Foundation: sleviton@levitonlawgroup.com
Debtor's attorney: animalteam77@gmail.com
Trustee: sdidrisen@ecf.epiqsystems.com
Trustee's Attorney: hnevins@hsmlaw.com
Debtor: whisperingpines@frontiernet.com
Debtor: chingaspass@gmail.com
Allen C Massey (al.c.massey@usdoj.gov; ustpregion17.sc.ecf@usdoj.gov; joanne.david@usdoj.gov)
Craig B. Close (bigland@suddenlink.net)
Office of the U.S. Trustee Sacramento (ustpregion17.sc.ecf@usdoj.gov)
C102@ecfcbis.com)