# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Dwight Alan Bennett | **Case No :**<br>**Date :**<br>**Time :** | 11–40155 – A – 7<br>11/15/12<br>3:00 |
| **Matter :** | [211] – Motion for Relief from Automatic Stay [SZW–1] Filed by Creditor Bank of America, N.A. (Fee Paid $176) (stps) | | |
| **Judge :**<br>**Courtroom Deputy :**<br>**Reporter :**<br>**Department :** | Michael S. McManus<br>Sarah Head<br>Diamond Reporters<br>A | | |

**APPEARANCES for :**
**Movant(s) :**
    Creditor's Attorney – Scott Greene, Sharon Weiss (by phone)
**Respondent(s) :**
(by phone)  Debtor(s) Attorney – Carolyn R. Chan
(by phone)  Trustee's Attorney – Howard S. Nevins
    Creditor's Attorney – Estela Pino, David Haynes, Stuart Leviton (by phone)
    U.S. Trustee's Attorney – Allen Massey

## CIVIL MINUTE ORDER

For the reasons explained in the Final Ruling appended to the minutes of the hearing, the motion is ORDERED GRANTED IN PART.

As to the estate's interest in the subject horses and their progeny, as well as all other horses and animals owned by the debtor, the motion is DISMISSED as moot because the automatic stay previously expired.

As to the debtor and the debtor's interest in the subject horses and their progeny, as well as all other horses and animals owned by the debtor, the automatic stay is terminated.

The 14–day stay of Fed. R. Bankr. P. 4001(a)(3) is ORDERED WAIVED.

All parties in interests shall bear their own fees and costs incurred in connection with this motion.

Dated: November 15, 2012

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

Dwight Bennett
PO Box 540
Susanville, CA 96130

Carolyn Chan
2485 Notre Dame Blvd Ste.#370
Chico, CA 95928

Susan Didriksen
PO Box 1460
Shingle Springs, CA 95682

Allen Massey
501 I St #7−500
Sacramento, CA 95814

Howard Nevins
2150 River Plaza Dr #450
Sacramento, CA 95833−3883

Sharon Weiss
120 Broadway, Suite 300
Santa Monica, CA 90401

Pino & Associates
800 Howe Ave Ste 420
Sacramento, CA 95825

Leviton Law Group A P.C.
3699 Wilshire Blvd Ste 1290
Los Angeles, CA 90010

Bryan Cave LLP
333 Market St
25th Fl
San Francisco, CA 94105