FORM L18 Notice of Entry of Order in a Bankruptcy Case (v.1.07)            11–40155 – A – 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

**FILED**

**11/15/12**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

lars

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

**Case Number:**   11–40155 – A – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Dwight Alan Bennett
xxx–xx–5915

PO Box 540
Susanville, CA 96130

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on November 15, 2012 . The document number and docket text for this order are set forth below.

**[224] – Civil Minute Order Granting in part 211 Motion/Application for Relief from Stay [SZW–1] (lars)**

Dated:
11/15/12

For the Court,
Wayne Blackwelder , Clerk