```
                          United States Bankruptcy Court
                           Eastern District of California

In re:                                                    Case No. 11-40155-A
Dwight Alan Bennett                                       Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0972-2          User: lars              Page 1 of 2          Date Rcvd: Nov 15, 2012
                              Form ID: L18            Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2012.
db           #+Dwight Alan Bennett,    PO Box 540,   Susanville, CA 96130-0540
aty           +Carolyn R. Chan,   2485 Notre Dame Blvd Ste.#370,    Chico, CA 95928-7163
aty           +Howard S. Nevins,   2150 River Plaza Dr #450,   Sacramento, CA 95833-4136
              +Bryan Cave LLP,    333 Market St 25th Fl,   San Francisco, CA 94105-2126
              +Leviton Law Group A P.C.,    3699 Wilshire Blvd #1290,   Los Angeles, CA 90010-2732
              +Pino & Associates,   800 Howe Ave Ste 420,   Sacramento, CA 95825-3913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Nov 16 2012 09:07:23     Allen C. Massey,
               501 I St #7-500,   Sacramento, CA 95814-7304
tr            +E-mail/Text: didriksen1@gmail.com Nov 16 2012 09:05:36     Susan Didriksen,   PO Box 1460,
               Shingle Springs, CA 95682-1460
                                                                                           TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2012**                              **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0972-2                  User: lars                    Page 2 of 2                    Date Rcvd: Nov 15, 2012
                                      Form ID: L18                  Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2012 at the address(es) listed below:
NONE.                                                                                                            TOTAL: 0

Case 11-40155    Filed 11/15/12    Doc 229

FORM L18 Notice of Entry of Order in a Bankruptcy Case (v.1.07)     11–40155 – A – 7



| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>**Robert T Matsui United States Courthouse**<br>**501 I Street, Suite 3–200**<br>**Sacramento, CA 95814**<br><br>(916) 930–4400<br>www.caeb.uscourts.gov<br>M–F 9:00 AM – 4:00 PM | **FILED**<br><br>**11/15/12**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>lars |

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

**Case Number:**    11–40155 – A – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Dwight Alan Bennett
xxx–xx–5915

PO Box 540
Susanville, CA 96130

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on November 15, 2012 . The document number and docket text for this order are set forth below.

    **[224] – Civil Minute Order Granting in part 211 Motion/Application for Relief from Stay [SZW–1] (lars)**

Dated:
11/15/12

For the Court,
Wayne Blackwelder , Clerk