SHARON Z. WEISS, California Bar No. 169446
ELANA CUZZO, California Bar No. 276042
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:　　(310) 576-2100
Facsimile:　　(310) 576-2200
sharon.weiss@bryancave.com
elana.cuzzo@bryancave.com

Attorneys for
BANK OF AMERICA, N.A., as successor by merger
to BAC HOME LOANS SERVICING, L.P. ("BANA")

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In re | Case No. 11-40155 |
|---|---|
| DWIGHT ALLAN BENNETT, | DC No. SZW-001 |
| Debtor. | Converted to Chapter 7 |
| | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | Date:<br>Time:<br>Room:　　Crtrm 28, Dept. A<br>Address:　501 I. St., Suite 3-200<br>　　　　　　Sacramento, CA 95814 |

RECEIVED
November 13, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004531608

On November  , 2012 at 0:00 a.m. in Courtroom 28 of the above-captioned Court, a hearing was held on Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P.'s ("BANA") Motion for Relief From the Automatic Stay ("Motion"), the Honorable Michael S. McManus, United States Bankruptcy Judge presiding.  The Court, having considered the Motion and all papers submitted by the parties thereof, and for good cause appearing, does hereby make its order as follows:

**IT IS HEREBY ORDERED THAT**:

1.　The automatic stay as to the Superior Court action against Debtor-Defendant, et al., in Lassen County, Case No. 45679 (the "State Court Action") is terminated pursuant to 11 U.S.C. § 362(d)(1) for the limited purpose of permitting the state court to enter a valid order to decide what is appropriate for the transfer of ownership and/or custody of the horses and their progeny rescued from Debtor's custody and control in 2011, and to award any other relief against the debtor the state court deems appropriate in connection with the horses.

2.　This Order shall be binding and effective despite any conversion of the above-referenced bankruptcy case to one under any other chapter of Title 11 of the United States Code and despite the appointment of a trustee.

3.　The fourteen day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.

Dated: November 20, 2012

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge