3
Antonia G. Darling, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100 / Fax (916) 930-2099

Attorneys for Acting United States Trustee,
Region 17, August B. Landis

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:                              Case No. 11-40155-A-7

Dwight Alan Bennett,

                Debtor.
_____/

### NOTICE OF UNPAID QUARTERLY FEES

NOTICE IS HEREBY GIVEN that quarterly fees assessed under 28 U.S.C. § 1930, in the amount noted below, are due and owing.

    1.    A record of quarterly fee payments ("Account Reconciliation"), as shown in the current records of the United States Trustee, is attached hereto as Exhibit A.[1]

    2.    The United States Trustee asserts priority under 11 U.S.C. §507(a)(1).

        MINIMUM AMOUNT OWED:    **$650.00**

---

[1] Upon reviewing the records of the United States Trustee for cases that were converted from chapter 11 and quarterly fees remain due, it was discovered that a Notice of the fees due was not previously filed in this case.

1

| | | |
|---|---|---|
| 1 | Dated: March 6, 2013 | Respectfully submitted, |
| 2 | | /s/Antonia G. Darling |
| 3 | | **ANTONIA G. DARLING**<br>Attorney for the Acting U. S. Trustee |
| 4 | | |
| 5 | | E-filer: Antonia G. Darling<br>Direct Line: (916) 930-2090 |
| 6 | | E-mail: antonia.darling@usdoj.gov |



**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
**US Trustees, US Department of Justice**

## Account Reconciliation

Field Office: 17 05 Sacramento, CA

| | | |
|---|---|---|
| **Case #:** 722-11-40155 | **CPC:** | **OCS:** |
| **Debtor:** BENNETT, DWIGHT ALAN | **CDC:** | **CTO:** |
| **Opened:** 08-18-11   **Closed:** 11-15-11 | **CNV:** 11-15-11 | **CBC:** |
| | | **TIN:** |

| | |
|---|---:|
| **Billed($):** | 650.00 |
| **Fees($):** | 650.00 |
| Interest($): | 0.00 |
| **Payments($):** | **0.00** |
| Principal($): | 0.00 |
| Interest($): | 0.00 |
| **Balance($):** | **650.00** |

### Quarterly Fees and Disbursements

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 3-2011 | | 325 Est |
| 4-2011 | | 325 Est |

### Payments

| Batch | Date | Type Code | Payment($) |
|---|---|---|---|

### Interest

To date, there have been no interest assessment transactions posted for this account.

*Exhibit A*