2
Antonia G. Darling, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100 / Fax (916) 930-2099

Attorneys for Acting United States Trustee,
Region 17, August B. Landis

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:                                                Case No. 11-40155-A-7

Dwight Alan Bennett,

                Debtor.
_____/

## PROOF OF SERVICE
## RE: NOTICE OF UNPAID QUARTERLY FEES

I am employed in the County of Sacramento and my business address is 501 "I" Street, Room 7-500, Sacramento, California. I am over the age of eighteen years and not a party to the foregoing action.

On March 6, 2013, I served the within:

**NOTICE OF UNPAID QUARTERLY FEES**

<u>XXXX</u> By placing a true copy thereof enclosed in a sealed envelope, with postage fully prepaid, and depositing said envelope into an inter-office delivery receptacle (the contents of which are deposited in a U. S. Mailbox at or before the close of each day's business), or by placing said envelope in the United States Post Office mailbox at Sacramento, California, in either case addressed as follows:

1

Susan Didriksen
Chapter 7 Trustee
P. O. Box 1460
Shingle Springs, CA  95682

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2013, at Sacramento, California.

_____
Laurie A. Brugger


E-filer:  Antonia G. Darling
Direct Line:  (916) 930-2090
E-mail:  antonia.darling@usdoj.gov