SHARON Z. WEISS, California Bar No. 169446
ELANA CUZZO, California Bar No. 276042
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200
sharon.weiss@bryancave.com
elana.cuzzo@bryancave.com

Bahareh Wullschleger, California Bar No. 258903
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:     415-675-3400
Facsimile:     415-675-3434
Email:         bahareh.wullschleger@bryancave.com

Attorneys for
BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, L.P. and WELLS FARGO BANK, N.A. as Trustee for MLMI Trust Series 2005-HE3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re | Case No. 11-40155 |
| DWIGHT ALLAN BENNETT, | Converted to Chapter 7 |
| Debtor. | |
| | **NOTICE OF ASSOCIATION OF COUNSEL BAHAREH WULLSCHLEGER AND DISASSOCIATION OF COUNSEL ORI EDELSTEIN ON BEHALF OF BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P. AND WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2005-HE3** |

**TO THE PARTIES AND THE CLERK OF THE ABOVE TITLED COURT:**

**PLEASE TAKE NOTICE** that Bahareh Wullschleger of the law firm of Bryan Cave LLP hereby enters her appearance as counsel for Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, L.P. and Wells Fargo Bank, N.A. as Trustee for MLMI Trust Series 2005-HE3.  Her address is:

> **BRYAN CAVE LLP**
> **560 Mission Street, 25th Floor**
> **San Francisco, California 94105**
> **Telephone:  415-675-3400**
> **Facsimile:  415-675-3434**
> **Email:        bahareh.wullschleger@bryancave.com**

All pleadings, notices, correspondence, and other matters in this action should be served on Bahareh Wullschleger at the above listed address and she should be added to each party's service list.

**PLEASE TAKE FURTHER NOTICE** that Ori Edelstein is no longer with Bryan Cave LLP, 560 Market Street, Suite 2500, San Francisco, CA 94105 and his name should be removed from the Court's service list and each party's service list.

Dated:  September 27, 2013          **BRYAN CAVE LLP**

By:  /s/ Bahareh Wullschleger
     Bahareh Wullschleger
Attorneys for
BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, L.P. and WELLS FARGO BANK, N.A. as Trustee for MLMI Trust Series 2005-HE3