1 SHARON Z. WEISS, California Bar No. 169446
ELANA CUZZO, California Bar No. 276042
2 BRYAN CAVE LLP
120 Broadway, Suite 300
3 Santa Monica, California 90401-2386
Telephone:     (310) 576-2100
4 Facsimile:      (310) 576-2200
sharon.weiss@bryancave.com
5 elana.cuzzo@bryancave.com

6 Bahareh Wullschleger, California Bar No. 258903
BRYAN CAVE LLP
7 560 Mission Street, 25th Floor
San Francisco, CA 94105
8 Telephone:    415-675-3400
Facsimile:     415-675-3434
9 Email:           bahareh.wullschleger@bryancave.com

10 Attorneys for
BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, L.P.
11 and WELLS FARGO BANK, N.A. as Trustee for MLMI Trust Series 2005-HE3

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In re | Case No. 11-40155 |
| DWIGHT ALLAN BENNETT, | Converted to Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 560 Mission Street, 25th Floor, San Francisco, California 94105.

On September 27, 2013, I served the foregoing:

**NOTICE OF ASSOCIATION OF COUNSEL BAHAREH WULLSCHLEGER AND DISASSOCIATION OF COUNSEL ORI EDELSTEIN ON BEHALF OF BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P. AND WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2005-HE3**

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**By U.S. Mail**
Dwight Alan Bennett
P.O. Box 540
Susanville, CA  96130

**By Email:**

**Attorney of the Grace Foundation: christine@animalattorney.com**

**Carolyn Chan Debtor's attorney: animalteam77@gmail.com**

**Trustee: sdidrusen@ecf.epigsystems.com**

**Trustee's Attorney: hnevins@hsmlaw.com**

**Debtor: renegaderemount@yahoo.com**

**Allen C. Massey:   al.c.massey@usdoj.gov; ustpregion17.sc.ecf@usdoj.gov; joanne.david@usdoj.gov**

**Craig B. Close: adminassist@closeassociateslaw.com**

**Office of the U.S. Trustee Sacramento: ustregion17.sc.ecf@usdoj.gov**

**C102@ecfcbis.com**

[X]   **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1   **[ ]    BY FEDERAL EXPRESS:** I placed such envelope for deposit in the Federal Express drop slot for service by Federal Express. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

**[ ]    BY PERSONAL SERVICE:** I caused such envelope to be hand delivered by Nationwide Legal Express to the office of the addressee on the date specified above.

I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **September 27, 2013,** at San Francisco, California.

/s/ Marilou P. Sana
Marilou P. Sana