CHRISTINE L. GARCIA (SBN 209701)
The Animal Law Office
2404 California Street, #4
San Francisco, California  94115
T:  415-297-3179
F:  415-358-9947
Email:  christine@animalattorney.com

Special Appearance Attorney for Creditor, The Grace Foundation of Northern California

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Dwight Bennett,<br><br>Debtor. | CASE NO.  2:11-bk-40155<br>DC No. CLG -1<br><br>NOTICE OF MOTION TO STRIKE DECLARATION OF DR. RUSSELL, F.R.C.P. RULE 12(4) (F), LOCAL RULE 9014-1<br><br>Time:  10am<br>Date:  November 4, 2013<br>Courtroom:  28<br>Location:  Department A, Sacramento Division<br>       501 I Street, 7th Floor<br>Honorable Judge Michael S. McMannus |

**TO PLAINTIFF, PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at 10:00a.m. on Monday, November 4, 2013, or as soon thereafter as may be heard, in Department A, Creditor, The Grace Foundation of Northern California through Christine Garcia will, and hereby does, bring this MOTION TO STRIKE DECLARATION OF DR RUSSELL, F.R.C.P. RULE 12(4) (F), LOCAL RULE 9014-1.  The motion will be made on the grounds that the Declaration was submitted without the consent or authority of the alleged Declarant.  The motion will be based on this notice of motion, a motion prepared, the attached declarations and on such evidence as may be presented at the hearing of the motion.

Date:  September 23, 2013

_____
Christine Garcia

-1-
NOTICE OF MOTION TO STRIKE DECLARATION OF DR. RUSSELL, F.R.C.P. RULE 12(4) (F), LOCAL RULE 9014-1