CHRISTINE L. GARCIA (SBN 209701)
The Animal Law Office
2404 California Street, #4
San Francisco, California 94115
T: 415-297-3179
F: 415-358-9947
Email: christine@animalattorney.com

Special Appearance Attorney for Creditor, The Grace Foundation of Northern California

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re Dwight Bennett,

              Debtor.

CASE NO. 2:11-bk-40155
DC No. CLG -1

DECLARATION OF DR. MICHAEL RUSSELL IN SUPPORT OF MOTION TO STRIKE

Time: 10am
Date: November 4, 2013
Courtroom: 28
Location: Dept A, Sacramento Division
          501 I Street, 7th Floor
Honorable Judge Michael S. McMannus

### DECLARATION OF DR. MICHAEL RUSSELL

I, Dr. Michael Russell, declare:

1. I am over the age of 18. I am not a creditor and have no relationship to the above captioned matter. I have personal knowledge of the following facts and, if called upon to do so, I could and would competently testify thereto.

2. At all times relevant to the within Declaration, I was employed by Grace Veterinary Services. I am a doctor of veterinary medicine and I have been admitted to practice veterinary medicine by the California Veterinary Medical Board since 2006. I primarily practice in Northern California, including in El Dorado and Lassen Counties. A good deal of my practice involves equines.

3. In the context of my employment with Grace Veterinary Services, I was called upon by Attorneys Timothy Ryan and Austin Beardsley of the Ryan Firm to review and execute a

-1-

DECLARATION OF DR. MICHAEL RUSSELL IN SUPPORT OF MOTION TO STRIKE

declaration in support of a motion I believed was going to be made in the Superior Court of the County of Lassen. Pursuant to the request of these attorneys, I reviewed and executed the version of the declaration attached hereto as Exhibit "B" (hereinafter referred to as "the original declaration"). I cannot attach a signed copy of the original declaration because I forwarded the signed copy to Tyler Kemp of the Ryan Firm for filing in a pending action entitled *Allen v. Summit Financial Group*, Superior Court of the County of Lassen, Lead Case No. 45679. I do not know whether the version of the declaration I signed was ever filed in the Lassen County action or with any court.

4. In the last several months I have been advised that my signature page from the original declaration has been attached to a different declaration which I did not sign. In that regard, attached hereto as Exhibit "C" is a true and correct copy of a document entitled "Declaration of Michael W. Russel [sic] in Support of Creditors Wells Fargo Bank, N.A. and BAC Home Loans Servicin [sic], LP's Motion to Excuse Turn Over by Receiver Pursuant to 11 U.S.C. §543(D)" (hereinafter referred to as "the false declaration") which was obtained from this court's electronic data base. Even though this declaration appears to bear my signature, I did not sign this document and would not have signed this document because it contains substantial and significant misrepresentations.

5. Even a cursory review of the false declaration raises suspicion of its accuracy. For example, the declaration is signed on August 1, 2011. However, I am informed and advised that this bankruptcy was not filed until August 18, 2011. Therefore, the declaration could not have been originally signed for the purpose of any motion in this bankruptcy. Further, beneath the signature line, the identifier on the document identifies the *Allen* action pending in Lassen County. Further, due to the fact that an entirely new paragraph was added to the false declaration, the false declaration contains two paragraphs numbered 6.

6. I signed the original declaration on August 1, 2011. On August 5, 2011, I left to volunteer my veterinary services in Peru and I was out of the country for three weeks.

7. I am informed and believe that on August 25, 2011, the Ryan Firm, on behalf of its clients, Wells Fargo Bank and Bank of America, filed a motion to excuse the turn over by the Receiver of horses formerly located at Whispering Pines Stables to the Bankruptcy Trustee. In

-2-
DECLARATION OF DR. MICHAEL RUSSELL IN SUPPORT OF MOTION TO STRIKE

support of that motion, I am informed that the Ryan Firm filed a declaration purportedly signed by me, misspelling my name in the caption of the filing. That declaration is previously referenced as Exhibit "C" hereto.

8. Paragraph 5 in Exhibit "C" was not in the original declaration and this paragraph is objectionable because it implies that I did a much more thorough inventory and evaluation of the living condition of these horses than was actually done. The declaration that I signed on August 1, 2011 has been altered to add paragraph 5, the content of which is generally false by implication and specifically false as indicated below:

   A. During the single site evaluation I conducted on April 12, 2011 of the horses at the Whispering Pines stables, I did not make an inventory of all the animals on the property as indicated by Paragraph 5A. I did not make notation of the species or sex of any of the horses other than described herein.

   B. I did not evaluate the health of all the animals, their weight or body type as indicated by Paragraph 5C. In fact, due to the nature of the horses, most could not be handled at Whispering Pines for any kind of thorough medical examination. I did a visual examination of the herd and as to four horses relinquished by Mr. Bennett on that day I was able to conduct a full evaluation either at Whispering Pines or when they arrived at the Foundation.

9. I did prepare a report directly related to my visit to the Whispering Pines Stable and a true and correct copy of that report is attached hereto as Exhibit "A".

10. I also note that during the September 2, 2011 hearing in this court, that Dwight Bennett attempted to advise this court that I had not made any declaration to the Bankruptcy Court. It is reflected in the transcript at 23:1-5, wherein it provides: "But I spoke with Beth DeCaprio for about an hour, ... And what she told me is this, she told me that Dr. Michael Russell did not make any declaration to the bankruptcy court." The transcript of the September 2, 2011 hearing is attached hereto as Exhibit "H".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 25, 2013, in El Dorado County, CA.

*Michael W. Russell, DVM*
MICHAEL W. RUSSELL, DVM

-3-

DECLARATION OF DR. MICHAEL RUSSELL IN SUPPORT OF MOTION TO STRIKE