CHRISTINE L. GARCIA (SBN 209701)
The Animal Law Office
2404 California Street, #4
San Francisco, California 94115
T: 415-297-3179
F: 415-358-9947
Email: christine@animalattorney.com

Special Appearance Attorney for Creditor, The Grace Foundation of Northern California

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Dwight Bennett,<br><br>Debtor. | CASE NO. 2:11-bk-40155<br>DC No. CLG -1<br><br>DECLARATION OF BETH DECAPRIO IN SUPPORT OF MOTION TO STRIKE DECLARATION OF DR. RUSSELL, F.R.C.P. RULE 12(4) (F), LOCAL RULE 9014-1<br><br>Time: 10:00am<br>Date: November 4, 2013<br>Courtroom: 28<br>Location: Department A, Sacramento Division<br>501 I Street, 7th Floor<br>Honorable Judge Michael S. McMannus |

I, Beth DeCaprio, declare:

1.  I am the founder and Executive Director of The Grace Foundation of Northern California, a California corporation. I have personal knowledge of the following facts, and I could, and would, competently testify thereto if called upon to do so.

2.  I am informed and believe that on August 18, 2011 Dwight A. Bennett filed for bankruptcy protection in UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA. By this Declaration, I am advising this Court that The Grace Foundation was not informed or aware of Mr. Bennett's bankruptcy filing or of the "stay" the bankruptcy placed on Mr. Bennett's estate and horses on August 26, 2011, when Grace took possession of 34 horses from The Whispering Pines property (after receiving "final disposition" of 30 horses and protective care

-1-
DECLARATION OF BETH DECAPRIO IN SUPPORT OF MOTION TO STRIKE DECLARATION OF DR. RUSSELL, F.R.C.P. RULE 12(4) (F), LOCAL RULE 9014-1

1. orders for the remaining 4 horses). The Grace Foundation did not become aware of Mr. Bennett's Bankruptcy until After September 2, 2011.

3. I am informed and believe that at the September 2, 2011 hearing conducted in the above-captioned matter, Mr. Beardsley of the Ryan Firm represented as follows:

> THE COURT: Does Grace Foundation think that they can give those horses away?
> MR. BEARDSLEY: No, your Honor. They understand, they have the order from the Superior Court. They have the funds to rehabilitate and keep the horses. And they're directed to remit any healthy horses to anyone providing proper title to the horse and showing that they can take proper care of the horses. (Exhibit "**G**", 20:3-10.)

4. By this Declaration, I am advising this Court that The Grace Foundation had not received a copy of the Superior Court order dated July 29, 2011 being referenced by Mr. Beardsley in the above dialog until sometime after September 2, 2011.

5. Contrary to Mr. Beardsley's representation to this court, the only documents received by The Grace Foundation relating to the horses transferred from Whispering Pines to The Grace Foundation in August 2011 were: 1) a Final Disposition signed by Vicki Lozano on, the court appointed Receiver, and the County of Lassen attached hereto as Exhibit "**E**"; and 2) the Protective Custody Agreement, also signed by Vicki Lozano and the County of Lassen on August 26, 2011 and attached hereto as Exhibit "**F**". All of the horses (34 total) were signed over to The Grace Foundation and removed from The Whispering Pines property on August 26, 2011. The Grace Foundation was given "Final Disposition" (ownership) of all but 4 of the horses on August 26, 2011.

6. The Protective Custody Agreement signifies that The Grace Foundation is to hold the horses in protective custody until such time as ownership can be determined. The Final Disposition indicates that The Grace Foundation has been given ownership of the horses for purposes of rehabilitation and placement. The Grace Foundation DOES NOT operate a boarding facility and does not offer boarding services to the public. The Grace Foundation is not in the business of "holding" horses, except when contracting with animal control agencies in those situations when Protective Custody is required. If a horse is not in Protective Custody, Final Disposition (ownership) has been transferred to The Grace Foundation for rehabilitation and placement.

7. The attorneys at The Ryan Firm were well aware of The Grace Foundation's intent to transfer the horses via adoption. Timothy Ryan even participated in drafting News Letters from The Grace Foundation which indicated our intent to transfer the Whispering Pines Horses via adoption. Attached hereto as Exhibit "**D**" is a true and correct copy of my August 17, 2011 e-mail to Timothy Ryan directly stating that the horses are being rehabilitated for the purpose of being adopted. For example, I state: "Professional training – many of these horses have not been haltered, so ongoing training – both ground and saddle – will be provided to ensure the best possible outcome of adoption." I also state, "Grace will also provide a permanent home for horses that have medical limitations, which make them difficult to re-home." Finally, I state:

> The rehabilitation process (of having a horse regain a healthy weight and overall health) is lengthy and has been compromised due to lack of care and improper feeding. The average amounts of time to bring a horse back to full, good health is 6 to 9 months. Additionally the economic climate has decreased the amount of people looking to adopt or purchase a horse by over 50%. For this reason the amount of time it takes to place a horse (once healthy) can take over a year.

8. Contrary to Mr. Beardsley's statements, both as reflected above and throughout the proceeding on September 2, 2011, The Grace Foundation was not directed to remit any horses to anyone providing proper title with the exception of those held in Protective Custody who could pay for the care of the horses when they demanded the horses. Otherwise, the horses that came into the possession of The Grace Foundation on August 26, 2011, came, by and large, by way of Final Disposition as evidenced by Exhibit "**E**" attached hereto, thereby giving The Grace Foundation the right to rehabilitate the horses and to place them as The Grace Foundation deemed proper and necessary.

9. I have read the adjoined Motion to Strike and can substantiate all the misrepresentations asserted by the Grace Foundation therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of September, 2013, at El Dorado County, State of California.


BETH DECAPRIO—DECLARANT

-3-
DECLARATION OF BETH DECAPRIO IN SUPPORT OF RULE 11 MOTION AND REQUEST TO STRIKE