# Exhibit A

Dr. Russell's Declaration

Site report and relinquished animal evaluations for Whispering Pines ranch in Lassen county.

Site evaluation: On April 12, 2011, I visited Whispering Pines ranch as part of a team to evaluate the conditions of the large animals on the site.

*Animal Condition:* Present on the ranch is approximately 50 horses with a couple of mules and donkeys included. Two goats were also seen running on the property.

All the animals were running loose, unhaltered. The vast majority would not stand still for handling. Visual examinations were done on most of the animals, but a few were handleable for a basic physical examination. On average, the body condition score of the herd using the Henneke scale was a 3.0 out of 9.0. The vegetation on the property is course, sparse and does not appear to be enough to sustain a herd of this size. The only hay on the property was delivered by animal control services to feed the relingquished animals.

The majority of horses on the property had feet in acceptable condition. However, there were a few horses that had feet that were too long and in need of trimming. Two horses in particular had feet in critical condition that needed immediate care to prevent permanent lameness. Both those horses were on the relinquished list and taken to the Grace Foundation for care. It was clear that the feet on all the horses had not been trimmed by a farrier but allowed to chip on the hard ground.

There is no separation between mares and stallions on the property. Many of the mares appear to be in late stage gestation. There were several young foals with their mares.

A mare with an apparent ruptured prepubic tendon is present on the property. After discussion with the owner and the case officer, euthanasia was elected as a humane option for that animal. The case officer stated he would schedule the procedure with a local veterinarian.

The carcasses of at least 5 horses were identified on the property. The carcasses were in various states of decay. Timeline on these deaths is difficult to evaluate as the cold winter months could preserve or slow decay for months. One carcass in particular located behind the large arena next to the barn was in the best condition. Missing eyes and a hole in the abdomen where scavengers may entered were the only postmortem defects. The body condition (1.0/9.0) of the horse indicates death by starvation.

*Facility:*

**Barn:** The facility has a large barn with approximately 16 to 20 stalls. At the time of the visit all of the stalls were empty of animals. Each stall has a fenced outdoor small paddock. Most if not all the stalls had large amounts of fecal matter. In some cases the fecal matter appeared to have been shoveled away from the door creating a large pile 2 to 3 feet deep in the corner, while others had fecal matter covering the entire floor roughly

one foot deep. The outside paddocks appeared to be filled with mud, feces and urine combining with rain to from a deep muck.

**Arena:** A large arena with fencing is disrepair is present.

**Round Pens:** Several round pens are present on the ranch, most in disrepair with bent panels and broken gates. Fecal matter inside the round pens is built up into a muck similar to that outside the barn stalls. One round pen has a tree that appears to have been chewed to the point that it fell.

**Fencing:** Fencing of various types exists around the ranch most in a severe state of disrepair. Very few areas had intact fencing to keep animals segregated. No fencing capable of maintaining stallions was seen on the property during the visit.

**Feed:** Beside the feed provided for the relinquished horses, there was no evidence of feed of any kind being provided for the horses.

**Water:** Only one water trough had water during our visit. There was a hose laying next to it for manual filling. The trough was not clean, but the water was fresh and clear enough to be acceptable to drink. All the other troughs on the ranch were bone dry, had holes and/or were not near any obvious water source for filling. Many of the horses on the ranch made several trips to the single filled trough to drink during the visit. A couple of horses played in the trough.

**Management:** The manager presented conflicting statements as to the management of the herd. At times, reference to horses being housed in stalls were made, while at other times it was stated that the horses weren't kept in stalls. The manager stated he provided the hay that was seen, but later it was stated that the case officer had provided the hay for the relinquished horses. The manager stated that he was a farrier. The manager stated that the horses had been poisoned by someone outside the ranch. The manager demonstrated horse handling skills in catching, haltering and leading horses. He also identified horses that had bad feet which could lead to lameness conditions.

*Assessment:* The conditions of the horses at Whispering Pines are seriously concerning. An average body condition score of 3.0/9.0 indicates that the entire herd is severely underweight. In the Henneke system, a good body condition is 5.0/9.0, with the target of keeping horses between a 4.0 (thin but healthy) to a 6.0 (slightly overweight but healthy). An estimated average score of 3.0 indicates that many horses are less than 3.0 which indicates starvation. The fact that the herd average is low indicates that not enough feed in its entirety has been provided. The horses over a 3.0 are most likely the dominant members that take most of what feed is provided.

The sanitary conditions of the facilities are very poor. Accumulated fecal matter indicates extremely poor husbandry.

Lack of adequate water sources is also very concerning. Horses playing in a water trough often indicates excitement at having something new and interesting. This is not always the case, however.

Having stallions and mares run together without regulation indicates indiscriminant breeding.

The overall knowledge of the manager is concerning in that he apparently is knowledgeable about horse care, handling and management, but is opting not to follow up on things he himself identified as problems.

As for how the dead horses on the property died, given the lack of feed, water, poor body condition and emaciated condition of the most intact carcass, starvation is the highest on my list of causes. Colic and traumatic injury would also be on the list of suspected reasons.

***Individual Horse Evaluations:*** All horses will be vaccinated and wormed once their physical state is insured to be stable and strong enough to handle such treatments.

Mustang: Stallion, estimated age 3.5 years, Henneke scale: 1.5/9.0, TPR-WNL

A young mustang stallion with no brand was relinquished by the herd manager. The mustang is severely covered in matted fecal matter over the entire body. Palpation through the fecal matted coat revealed severe emaciation with body prominences at the loin, tailhead, shoulder, neck, withers and ribs all extremely prominent with very little to no evidence of fat. His musculature is extremely slight. His feet are all overgrown by 1 to 2 inches at the toe and flared to the sides. At a walk he has a stilted gait in the hindlimbs. Manager states he got in this condition by accidentally getting himself locked in a stall for 3 days.

Dental examinations reveals the presence of an extra tough in the lower incisor arcade. Most likely this is a retained baby tough, but further evaluation is warranted. The tooth is not causing any problem with apprehending and chewing food. The cheek teeth appear to be in good condition. The horses is able to chew had with no problem at this time.

Assessment: The body condition of this horse indicates starvations. The long hooves with the flared side are consistent with a horse unable to move outside of an area with extremely soft footing. The slope to the dorsal aspect of the hoof wall is concerning in that founder or bony changes to the coffin bone may have occurred. Given that this horse is covered in matted fecal matter, severely emaciated, feet in poor condition and the owner admitted that this horse had been in a stall, I suspect this horse has been locked in a stall for weeks to months to end up in this condition. The horse also had a herd mate that was extremely bound to him and in similar condition. I suspected that had been locked in together or in close proximity.

Plan: Pacific Coast Horseshoeing school owner and farrier, Bob Smith, will trim the feet on 4/13/11. He will be placed on a diet of timothy grass hay until a time that he reaches a body condition score of 2.5. At that time, more aggressive feeding can be administered if he doesn't have any starvation issues, lameness issues in the feet and the stilted gate in the back resolves with minor exercise (turn out in large paddock for muscle development).

**Paint:** Mare, Estimated age 6 to 7 years, Henneke Scale – 2.5, TPR-WNL

Paint mare, named Tahoe, has a body conditon score of 2.5. Dental examinations reveals moderate points on both the upper and lower arcades of the cheek teeth. The right front foot has a severely overgrown hoof wall by several inches. At this time she is not lame of the foot, but continued use of the leg in this condition will result in arthritis in the fetlock joint as well as tendon issues. Immediate farrer work is needed.

Plan: Pacific Coast Horseshoeing school owner and farrier, Bob Smith, will trim the feet on 4/13/11. She will be monitored for lameness. Routine dentistry will be performed once she has acclimated to her new surroundings. Pregnancy evaluation will be performed as she has been running with stallions.

**Belgian:** Mare, Estimated age 9 to 10 years, Henneke Scale – 3.0, TPR-WNL

Belgian mare, named Penny, has a body condition score of 3.0. Dental examinations reveal no major pathology, only moderate points on upper and lower arcades. No lameness noted at this time, feet are in fair condition and appear to have cracked off naturally. Routine dentistry will be performed once she has acclimated to her new surroundings. Pregnancy evaluation will be performed as she has been running with stallions.

Paso: Mare, Estimated age 12 years, Henneke Scale – 4.5, TPR-WNL, possible low-grade heart murmur.

Paso mare has body condition score of 4.5. A very low grade heart murmur was suspected, although repeated auscultation could not identify routinely. Teeth have only moderate points on the arcades of the cheek teeth. Hoofs are in acceptable condition but need routine trimming. The left front carpus as a firm bony swelling on the medial aspect. The limb distal to the carpus has a slight varus deformity. She is not obviously lame at a walk with this problem.

Plan and Assessment: . Routine dentistry will be performed once she has acclimated to her new surroundings. Pregnancy evaluation will be performed as she has been running with stallions. The left front carpus will need further evaluation. Most likely she has sustained physical trauma to the area. Other horses with condition are frequently pasture sound at the worst, but often become unridable very quickly due to the abnormal weight

bearing on the limb. Radiographs may be warranted to determine the severity of the injury. No pain meds are required at this time.

TGF 00158