# Exhibit D

DeCaprio Declaration

Sohaila Sagheb

From:
Sent:
To:

Subject:
Attachments:

---------- Forwarded message ----------
From: **Taira Mulliken** <taira_byrne@yahoo.com>
Date: Thu, Aug 18, 2011 at 9:54 AM
Subject: FW: The Ryan Firm Doc.
To: tryan@theryanfirm.com

Hi Tim – please find Beth's letter to you attached and below. I apologize for the delay/technical difficulties! I know Beth is very much looking forward to meeting you tomorrow and thanking you in person for all that you are doing for the horses! INCREDIBLE! I wish I could meet you as well, but unfortunately I've had some family issues arise, which prevent me from making the trip up there and back. All the best – Taira PS I will be rooting for you tomorrow morning while you are in court! I use to work for a family law attorney, and can only imagine having a challenging case, such as this, and then having it drag on and on an on! Hopefully tomorrow is that light at the of the tunnel!

**From:** Microsoft Office User <taira_byrne@yahoo.com>
**Date:** Thu, 18 Aug 2011 09:12:11 -0700
**To:** Beth DeCaprio <bdecaprio@gmail.com>
**Subject:** The Ryan Firm Doc.

August 17, 2011

The Ryan Firm

1100 N. Tustin Ave., Suite 200

Anaheim, CA 92807

RE: Donation to The Grace Foundation concerning the rescue of 37 horses

Dear Timothy M. Ryan,

TGF 00366

August 17, 2011

The Ryan Firm
1100 N. Tustin Ave., Suite 200
Anaheim, CA 92807

RE:  Donation to The Grace Foundation concerning the rescue of 37 horses

Dear Timothy M. Ryan,

This letter is to confirm details of our telephone conversation yesterday, concerning Wells Fargo and Bank of America providing The Grace Foundation of Northern California (TGF) with a $40,000 donation (estimated delivery date of August 19, 2011 for the 1st $20,000 installment, and an estimated delivery date of August 26, 2011 for the second, $20,000 installment.)  Theses grants will allow TGF to take possession of and care for the approximately 37 horse that are being removed from the Whispering Pines Ranch in Susanville, CA. These grants will help to cover the costs of the following services and care that TGF will be providing to these horses. These services will include, but are not limited to:

* Intake of all horses. The process of this intake will be completed based on the standard procedures done on cruelty and neglect cases. These procedures include: photos, intake number processing, medical exam, evidence documentation, written intake report by a veterinarian, feeding and care regiment;

* Transport of all horses to TGF Ranch located at 5800 Latigo Lane, El Dorado Hills, CA 95762

* 30 day quarantine of all horses in the isolation area

* Feeding regiment prescribed by a veterinarian

* Medical care including, but not limited to:  exam, vaccinations, 30 day deworming program, teeth floating including power floating if necessary, blood work if necessary

* Gelding of all stallions and colts

* Pregnancy checks and blood work on all mares and fillies

* Pregnancy care and foaling care for all pregnant mare and mares who have dropped foals

* Foal care

* 24-hour emergency and non-emergency care

* Basic and corrective horse shoeing for all horses

* Euthanasia and disposal, if deemed necessary by a veterinarian for incurable health or lameness issues

* Behavioral assessments and evaluations, including riding evaluations

* Professional training - many of these horses have not been haltered, so ongoing training - both ground and saddle - will be provided to ensure the best possible outcome of adoption

* The daily care, medical care and hoof care will be provided throughout their stay at Grace

* Grace will also provide a permanent home for horses that have medical limitations, which make them difficult to re-home.

The rehabilitation process (of having a horse regain a healthy weight and overall health) is lengthy and has been compromised due to lack of care and improper feeding. The average amount of time to bring a horse back to full, good health is six to nine months. Additionally the economic climate has decreased the amount of people looking to adopt or purchase a horse by over 50%. For this reason the amount of time it takes to place a horse (once healthy) can take over a year.

This is a significant financial risk for TGF, since there is no way to predict how long the process of rehabilitation, training and adoption will take for these horses.

This grants will cover the out of pocket expenses for these horses for approximately six months. This will allow TGF time to generate the additional funds required for the horses that need to stay beyond the six months.

We are extremely grateful to Wells Fargo Bank and Bank of America for their commitment to the health and welfare of these horses. It is easy to be generous during strong economic times, but true heroes are those that look beyond the bottom line and find a way to be generous and help others when times are tough. Bank of America and Wells Fargo have set the example for all other financial institutions to follow.

Respectfully,


Beth DeCaprio
Executive Director & Founder
The Grace Foundation of Northern California