# Exhibit E

DeCaprio Declaration

# DEPARTMENT of PUBLIC WORKS

*County of Lassen*



...RRY MILLAR, *Director*
*Public Works/Transportation*
*County Engineer*

Administration Building
707 Nevada Street, Suite 4
Susanville, CA 96130

530/251-8288
FAX: 530/251-2674
FAX: 530/251-2675

## LASSEN COUNTY ANIMAL CONTROL

Final Disposition of Animals at Whispering Pines Stables with a Physical Address of 695-725 Highway 36, Susanville, CA 96130. (APN 099-260-69 and 099-260-70)

Pursuant to court order dated 7/29/11, in the Lassen Superior Court, by Judge David A. Mason, the Receiver for above noted property was authorized to surrender any and all animals on or from property to the County of Lassen.

The animals detailed on Attachment A of Animal Inventory for Whispering Pines Stables are hereby surrendered to Lassen County Animal Control.

Court Appointed Receiver

Dated: 8/26/11

Vicki Lozano
Receiver

Further, the animals detailed on Attachment A of Animal Inventory for Whispering Pines Stables are hereby relinquished to the Grace Foundation of Northern California, an animal rescue and adoption organization.

The Grace Foundation of Northern Ca.
501(c)(3) ID# 52-2444981

Dated: 8/26/11

Beth DeCaprio
Chief Executive Officer

County of Lassen

Dated: 8/26/11

Peter C. Heimbigner
Public Works Deputy Director

Page 1 of 1

\\Anx-nt4\deptshare\PWK\Public Works\2011 PW\BG-C-26 Animal Control\Whispering Pines\Surrender & Transfer Document - WP - 0811.doc

ATTACHMENT A

Animal Inventory for Whispering Pines Stables

| # | Name | Breed | Sex | Age(Yrs) | Color(s) | Surrendered | Removed |
|---|---|---|---|---|---|---|---|
| 1721 | Marbles | Pinto | F | 7 | Brown/White/Black | 8/26/2011 | 8/26/2011 |
| 1712 | Danni | - | F | 10 | - | 8/26/2011 | 8/26/2011 |
| 1707 | Moses | Burro | Gelding | 7 | Black | 8/26/2011 | 8/26/2011 |
| 1724 | Chico | Mustang | Gelding | 12 | Brown & White Paint | 8/26/2011 | 8/26/2011 |
| 1708 | Bunny | Draft | F | 9 | Flaxen Chestnut | 8/26/2011 | 8/26/2011 |
| 1722 | PJ | Arabian | F | 13 | Gray | 8/26/2011 | 8/26/2011 |
| 1750 | Blondie | - | F | 8 | Palomino | 8/26/2011 | 8/26/2011 |
| 1718 | Nudge | - | F | 6 | Buckskin | 8/26/2011 | 8/26/2011 |
| 1719 | Beauty | - | F | - | Black | 8/26/2011 | 8/26/2011 |
| 1723 | Mischief | Fox-trotter cross | F | 4 | Chestnut | 8/26/2011 | 8/26/2011 |
| 1730 | Mischief II | Fox-trotter cross | F | 13 | Chestnut | 8/26/2011 | 8/26/2011 |
| 1713 | Tag Along | Fox-trotter cross | F | 5 | Palomino | 8/26/2011 | 8/26/2011 |
| 1727 | Specs | - | F | 12 | Bay | 8/26/2011 | 8/26/2011 |
| 1702 | Euna | - | F | 3 | Albino | 8/26/2011 | 8/26/2011 |
| 1742 | Babe | - | F | 6 | Chestnut | 8/26/2011 | 8/26/2011 |
| 1745 | Tangles | Fox-trotter | F | 2 | Buckskin | 8/26/2011 | 8/26/2011 |
| - | Tangles II | Fox-trotter | F | - | Buckskin | 8/26/2011 | 8/26/2011 |
| - | Miss Margret | - | F | - | Bay | 8/26/2011 | 8/26/2011 |
| - | Sallie May | Mustang | F | - | Dun | 8/26/2011 | 8/26/2011 |
| - | Butterfly | - | F | - | - | 8/26/2011 | 8/26/2011 |
| - | Peanut | - | F | - | Dun | 8/26/2011 | 8/26/2011 |
| - | Cookie | - | F | - | Flea Bitten Green | 8/26/2011 | 8/26/2011 |
| - | Bela | Mustang | F | - | Dun | 8/26/2011 | 8/26/2011 |
| - | Rogue | Appaloosa | F | - | Brown & White | 8/26/2011 | 8/26/2011 |
| - | Nana | - | F | - | Brown & White Paint | 8/26/2011 | 8/26/2011 |
| - | Spice + foal | Mustang | F | 20 | Buckskin | 8/26/2011 | 8/26/2011 |
| - | Ali | - | F | 14 | Bay | 8/26/2011 | 8/26/2011 |
| - | Bridgette | Mustang | F | - | Blonde | 8/26/2011 | 8/26/2011 |
| - | Princess | - | F | - | Apple Gray | 8/26/2011 | 8/26/2011 |
| - | Goat 1 | - | F | - | Gray | 8/26/2011 | 8/26/2011 |
| - | Goat 2 | - | M | - | Gray | 8/26/2011 | 8/26/2011 |