# Exhibit F

DeCaprio Declaration

Case 11-40155    Filed 09/28/13    Doc 245

# DEPARTMENT of PUBLIC WORKS

*County of Lassen*

RY MILLAR, *Director*
Public Works/Transportation
County Engineer

Administration Building
707 Nevada Street, Suite 4
Susanville, CA 96130

530/251-8288
FAX: 530/251-2674
FAX: 530/251-2675

## LASSEN COUNTY ANIMAL CONTROL

Protective Custody of Animals at Whispering Pines Stables with a Physical Address of 695-725 Highway 36, Susanville, CA 96130. (APN 099-260-69 and 099-260-70)

Pursuant to court order dated 7/29/11, in the Lassen Superior Court, by Judge David A. Mason, the Receiver for above noted property was authorized to surrender any and all animals on or from property to the County of Lassen.

The animals detailed on Attachment B of Animal Inventory for Whispering Pines Stables are hereby surrendered to Lassen County Animal Control.

Dated: 8/26/11

Court Appointed Receiver

Vicki Lozano
Receiver

Further, the animals detailed on Attachment B of Animal Inventory for Whispering Pines Stables are hereby place in protective custody with the Grace Foundation of Northern California, an animal rescue and adoption organization, until a final disposition can be made by Lassen County concerning ownership.

Dated: 8/26/11

The Grace Foundation of Northern Ca.
501(c)(3) ID# 52-2444981

Beth DeCaprio
Chief Executive Officer

Dated: 8/29/11

County of Lassen

Peter C. Heimbigner
Public Works Deputy Director

\\Anx-nt4\deptshare\PWK\Public Works\2011 PW\BG-C-26 Animal Control\Whispering Pines\Surrender & Transfer Document - WP - 0811.doc

<mark>ATTACHMENT B</mark>

# Animal Inventory for Whispering Pines Stables
## Protective Custody

| | Name | Breed | Sex | Age(Yrs) | Color(s) | Surrendered | Removed |
|---|---|---|---|---|---|---|---|
| 28 | Magic Shadow Dancer | Fox Trotter | F | 21 | Liver Chestnut Spotted | 8/26/2011 | 8/26/2011 |
| 46 | Maple Hills Patches + foal | Fox Trotter | F | 13 | Black & White Spotted | 8/26/2011 | 8/26/2011 |
| | Latigo's Mandan Prince | Fox Trotter | Stud | 9 | Black & White Spotted | 8/26/2011 | 8/26/2011 |
| | Coyote Rose (Mama Mustang + foal) | Mustang | F | - | Bay | 8/27/2011 | 8/27/2011 |