# Exhibit G

DeCaprio Declaration

```
 1              UNITED STATES BANKRUPTCY COURT
 2              EASTERN DISTRICT OF CALIFORNIA
 3                   SACRAMENTO DIVISION
 4                       ---oOo---
 5  In re:                          )
                                    )
 6  DWIGHT ALAN BENNETT,            ) Case No. 11-40155-A-11
                                    ) Chapter 11
 7              Debtor.             )
    _____)
 8
                         ---oOo---
 9
           BEFORE THE HONORABLE MICHAEL S. MCMANUS, JUDGE OF
10  THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF
    CALIFORNIA, AND ON SEPTEMBER 2, 2011.
11
              REPORTER'S TRANSCRIPT OF PROCEEDINGS
12
        MOTION/APPLICATION TO EXCUSE TURNOVER BY RECEIVER
13

14  APPEARANCES:

15  For the Debtor:         DWIGHT ALAN BENNETT, PRO PER
                            P.O. Box 540
16                          Susanville, CA 96130

17                          MARK WOLFF, ATTORNEY AT LAW
                            (Also Present)
18
    For the Creditors:      AUSTIN T. BEARDSLEY
19                          THE RYAN FIRM
                            1100 N. Tustin Avenue #200
20                          Anaheim, CA 92807

21  For the US Trustee:     ALLEN C. MASSEY
                            U.S. TRUSTEE'S OFFICE
22                          501 I Street #7-500
                            Sacramento, CA 95814
23

24  Reported by: VICKI L. BRITT, RPR, CSR No. 13170

25
```

DIAMOND COURT REPORTERS (916) 498-9288

Case 11-40155   Filed 09/28/13   Doc 246

```
 1        SEPTEMBER 2, 2011 AT THE HOUR OF 1:45 P.M.
 2          BEFORE THE HONORABLE MICHAEL S. MCMANUS
 3                        ---oOo---
 4        THE COURT:  Dwight Bennett.  Motion to excuse
 5   turnover by receiver.
 6        MR. BENNETT:  Good afternoon, Your Honor.  My name
 7   is Dwight Bennett.
 8        THE COURT:  Anyone else in the courtroom appearing
 9   on the Bennett matter?
10        MR. MASSEY:  Yes, Your Honor.  Al Massey for the
11   U.S. Trustee.
12        MR. BEARDSLEY:  Yes, Your Honor.  Austin Beardsley
13   on behalf of Creditors Wells Fargo Bank and Bank of America.
14        MR. WOLFF:  Your Honor, Mark Wolff appearing.
15   Mr. Bennett has asked me to appear specially with him today.
16   I have not filed an application to be employed by the Estate
17   obviously, nor has an order been entered.  But he has
18   requested that I assist him with this motion, possibly a
19   countermotion for a violation of the automatic stay.
20        THE COURT:  That counter motion's not going to be
21   entertained today.  Not on no notice.
22        MR. WOLFF:  Understood, Your Honor.  And that's
23   something I'm looking forward to.  But, frankly, I haven't
24   had the opportunity to review this case in its entirety
25   prior to my representation fully in the Chapter 11,
```

Case 11-40155    Filed 09/28/13    Doc 246

```
 1            Now, the other part that I'm concerned about is
 2   now some third-party has your horses.
 3            Does Grace Foundation think that they can give
 4   those horses away?
 5            MR. BEARDSLEY:  No, your Honor.  They understand,
 6   they have the order from the Superior Court.  They have the
 7   funds to rehabilitate and keep the horses.  And they're
 8   directed to remit any healthy horses to anyone providing
 9   proper title to the horse and showing that they can take
10   proper care of the horses.
11            THE COURT:  So Mr. Bennett can --
12            MR. BEARDSLEY:  If he could tomorrow show that he
13   had the means to take care of the horse, it would be
14   returned.
15            THE COURT:  But there's no possibility, in your
16   opinion, that someone who doesn't own the horse can get the
17   horse?
18            MR. BEARDSLEY:  No.  There's been no conversation
19   regarding giving those horses away.  The Grace Foundation
20   isn't under any understanding that there's been a
21   foreclosure.  Our office has never communicated that to
22   Grace Foundation.
23            THE COURT:  Now, the County got involved.  The
24   County inspected the horses, and it was the one that said
25   they needed some care?
```