# Exhibit H

Dr. Russell's Declaration

```
 1                UNITED STATES BANKRUPTCY COURT

 2                 EASTERN DISTRICT OF CALIFORNIA

 3                       SACRAMENTO DIVISION

 4                           ---oOo---

 5   In re:                         )
                                    )
 6   DWIGHT ALAN BENNETT,           ) Case No. 11-40155-A-11
                                    ) Chapter 11
 7                  Debtor.         )
     _____)
 8
                                ---oOo---
 9
             BEFORE THE HONORABLE MICHAEL S. MCMANUS, JUDGE OF
10   THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF
     CALIFORNIA, AND ON SEPTEMBER 2, 2011.
11
                  REPORTER'S TRANSCRIPT OF PROCEEDINGS
12
         MOTION/APPLICATION TO EXCUSE TURNOVER BY RECEIVER
13

14   APPEARANCES:

15   For the Debtor:         DWIGHT ALAN BENNETT, PRO PER
                             P.O. Box 540
16                           Susanville, CA 96130

17                           MARK WOLFF, ATTORNEY AT LAW
                             (Also Present)
18
     For the Creditors:      AUSTIN T. BEARDSLEY
19                           THE RYAN FIRM
                             1100 N. Tustin Avenue #200
20                           Anaheim, CA 92807

21   For the US Trustee:     ALLEN C. MASSEY
                             U.S. TRUSTEE'S OFFICE
22                           501 I Street #7-500
                             Sacramento, CA 95814
23

24   Reported by:  VICKI L. BRITT, RPR, CSR No. 13170

25
```

Case 11-40155    Filed 09/28/13    Doc 247

```
 1          SEPTEMBER 2, 2011 AT THE HOUR OF 1:45 P.M.
 2            BEFORE THE HONORABLE MICHAEL S. MCMANUS
 3                          ---oOo---
 4          THE COURT:  Dwight Bennett.  Motion to excuse
 5   turnover by receiver.
 6          MR. BENNETT:  Good afternoon, Your Honor.  My name
 7   is Dwight Bennett.
 8          THE COURT:  Anyone else in the courtroom appearing
 9   on the Bennett matter?
10          MR. MASSEY:  Yes, Your Honor.  Al Massey for the
11   U.S. Trustee.
12          MR. BEARDSLEY:  Yes, Your Honor.  Austin Beardsley
13   on behalf of Creditors Wells Fargo Bank and Bank of America.
14          MR. WOLFF:  Your Honor, Mark Wolff appearing.
15   Mr. Bennett has asked me to appear specially with him today.
16   I have not filed an application to be employed by the Estate
17   obviously, nor has an order been entered.  But he has
18   requested that I assist him with this motion, possibly a
19   countermotion for a violation of the automatic stay.
20          THE COURT:  That counter motion's not going to be
21   entertained today.  Not on no notice.
22          MR. WOLFF:  Understood, Your Honor.  And that's
23   something I'm looking forward to.  But, frankly, I haven't
24   had the opportunity to review this case in its entirety
25   prior to my representation fully in the Chapter 11,
```

Case 11-40155    Filed 09/28/13    Doc 247

1  know.  But I spoke with Beth DeCaprio for about an hour, and
2  she was being filmed.  They're making a documentary.  So
3  this is all on film and recorded, sir.  And what she told me
4  is this, she told me that Dr. Michael Russell did not make
5  any declaration to the bankruptcy court --
6       MR. BEARDSLEY:  Objection, Your Honor.  This is
7  hearsay.
8       THE COURT:  All right, look.  Everyone's going way
9  beyond what I'm going to decide today.  You may have to sue
10 Grace Foundation.  I don't know.  But whatever I do, I can't
11 enter any order vis-a-vis you and Grace Foundation today
12 because that's not before me.
13      MR. BENNETT:  And I understand that.  I'm just
14 trying to explain to the Court where I am, sir.  And, also,
15 we're missing the fact that on the 18th, I received the
16 petition.  On the 19th, I returned to court.  And it's an
17 amazing transcript.  It's worth reading some of the pages
18 because they -- there were no contempt charges against me.
19 There was no contempt application ever completed.  And, yet,
20 they went forward with it.  They said the bankruptcy stay
21 doesn't have any jurisdiction over us, and they proceeded.
22      There's two reasons that I went to jail, sir, is
23 because the receiver was installed on the 21st of July, and
24 on the 23rd of July, two days later, I received a letter
25 from the Ryan firm telling me that I had to be gone by