CHRISTINE L. GARCIA (SBN 209701)
The Animal Law Office
2404 California Street, #4
San Francisco, CA  94115
T:  415-297-3179
F:  415-358-9947
E-mail:  christine@animalattorney.com

Special Appearance Attorney for Creditor,
The Grace Foundation of Northern California

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In Re Dwight Bennett,<br><br>　　　　　　　　Debtor. | CASE NO.  2:11-bk-40155<br>DC No. CLG -1<br><br>NOTICE OF WITHDRAWAL OF CREDITOR GRACE FOUNDATION'S MOTION SET FOR NOVEMBER 4TH<br><br>Time: 10am<br>Date: November 4, 2013<br>Courtroom: 28<br>Location: Department A, Sacramento Division, 501 I Street, 7th Floor<br>Honorable Judge: Michael S. McMannus |
|---|---|

TO THE COURT, THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the currently filed Notice of Motion and Supporting Declarations of Dr. Russell and Beth DeCaprio, currently set for hearing for November 4th 2013, is hereby being withdrawn at this time.

Creditor, the Grace Foundation of Northern California respectfully requests that its motion be removed from the November 4th calendar.

Date:  October 20, 2013

*Christine A. Garcia*

_____
Christine Garcia

-1-
NOTICE OF WITHDRAWAL OF CREDITOR GRACE FOUNDATION'S MOTION SET FOR NOVEMBER 4TH