3

Carolyn Chan sbn147978
2485 Notre Dame Bl. Ste. 370
Chico, CA 95928
Telephone: 530.359.8810
Attorney for Dwight Bennett

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIV.

In re                                                      Case No.: 11-40155-A-7

　　DWIGHT BENNETT,                          DECLARATION OF DWIGHT BENNETT
                                                              RE MOVE TO STRIKE AS FRAUD
                                                              DOCUMENT AS FILED BY C. GARCIA

　　　　Debtor.            `                        Date:   11/04 /2013
                                                              Time:  10:00    Dept: Ctr 28

_____/

## DOCUMENTS SUBMITTED AS BEING  FRAUD

　　The documents submitted by Ms. Garcia for The Grace Foundation are not complete, as there is actually another purported "report" by the veterinarian Dr. Russell, but not submitted to this court.  There also could be others as this case has its share of many documents which are improperly filed, missing, or have been switched out for another document.

　　At Dr. Russell's live testimony under oath in criminal court, November 2011,  the veterinarian admitted  he did not have plausible evidence to assert that any horses died of starvation, that he did not  examine the remaining horses at the Whispering Pines Stables in August 2011, that none of the 56 horses required any vet care, and none were suffering or permanently damaged; and last but not least, that the horses seized in August were in such good shape that he did not bother to examine them or assign a body condition score.  Photos of these horses attest to that condition, they were not suffering and if anything, were overweight.

This live testimony given in open court does seriously contradict the purported declaration that the vet says he actually wrote.

After the Court in Lassen County heard this testimony by the vet under oath, **the Court then reduced my bail to $0.00 (from $252,000.00) and I was released on O.R.**

**THE APPEAL TO THIRD DCA ON THE LASSEN COUNTY CASE**

I am submitting this information for the record, since it is unlikely that my appeal would be filed where this Court would be able to view it.

I filed a pro se Appeal on the Lassen County case #45679, challenging a multitude of items including the Summary adjudication done by attorney Ryan, the appointment of the unconfirmed, ex parte Receiver; all of the improper seizures by the Receiver, and requested the contempt of court conviction (for failing to move out of property without an eviction) and subsequent arrest, be annulled.  Exhibit _____ is my Appellant's Opening Brief.

Wells Fargo Bank filed a motion to dismiss the appeal, see Exhibit _____

I filed an opposition to the dismissal Exhibit _____ citing constitutional grounds.

About 2 weeks later, the **Appeals court denied** the banks' request for dismissal.  Exhibit ____

Wells Fargo's Respondent's brief is due November 19, 2013.

It is my belief from having lived this nightmare for several years now, that attorney Timothy Ryan purposely and intentionally employed subterfuge, misrepresentation, and other illegal actions in order to bring his case to the point where I would be homeless (yes), in jail (yes) guilty of contempt (yes), illegally evicted (yes),shorn of all personal belongings owned (yes),

1  subjected to the illegal Ryan Receiver who knew nothing about Receivership (yes), made the

2  laughingstock of the animal crowd, despite the truth (yes) and subjected to complete and overall

3  lack of due process (yes) by the actions of the bank attorney known as Timothy Ryan, who does

4  not deserve to be an attorney, or hold that title under the law.   In addition, Lassen County did

5  their fair share, plus others that I shall not mention at this time.

6       Thanks to Mr. Ryan's behavior and improper conduct, many other parties have been

7  forced to lose time, money and sleep, and the Courts– including Lassen, Orange County,

8  Bankruptcy and the Appeals Court, have all spent time and energy on this egregious, horrific case

9  that made a mountain out of a molehill, creating $millions of dollars in expense, due to the super

10  ego and ultra high, high horse personality that is Timothy Ryan. It is truly disgusting and he

11  should be disbarred at the very least.   I think that under the circumstances, seeing as how my life

12  has been ruined, that is the least the Court and State Bar should afford me, since I held my

13  ground and did not give up against this monster Ryan.  He should be the poster child for awful,

14  unethical  attorneys and if my Appeal is successful– I will ensure that the poster becomes a

reality.

15

16

17  I declare under penalty of perjury under the laws of the State of California that the foregoing

18  is true and correct.

19  October 21, 2013

20  .                          _____/s/ Dwight A. Bennett_____

21

22

23

24

25

26

27

28                                             3