Christine L. Garcia, SBN 209701
The Animal Law Office
2404 California St., #4
San Francisco, CA 94115
Telephone: 415-297-3179
Facsimile: 415-358-9947
Email: Christine@animalattorney.com

Attorneys for Creditor The Grace Foundation of Northern California, A California Corporation

UNITED STATES BANKRUPTCY COURT

IN RE:

DWIGHT ALLEN BENNETT,

DEBTOR.

) CASE NO. 11-40155
) DC No. CLG -2
)
) DECLARATION OF BETH DECAPRIO
) SUBMITTED IN SUPPORT OF MOTION
) TO STRIKE DECLARATION OF MICHAEL
) RUSSELL, DVM AND FOR EQUITABLE
) LIEN AGAINST DEBTOR'S REAL
) PROPERTY
)
)
) F.R.C.P. RULE 12(4) (F), LOCAL RULE
) 9014-1
)
)
) Date:  March 10, 2014
) Time: 10am
) Courtroom: 28
) Location:  Department A, Sacramento
) Division, 501 I Street, 7th Floor
) Honorable Judge: Michael S. McMannus
)
)

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Creditor The Grace Foundation of Northern California, A California Corporation
(hereinafter "TGF") hereby submits the Declaration of Beth DeCaprio in  Support of its Motion
for Order striking Russell Declaration and for equitable lien against Debtor's real property.
///

-1-

## DECLARATION OF BETH DECAPRIO

I, BETH DECAPRIO, declare:

1.      I am the founder and Executive Director of Creditor The Grace Foundation of Northern California, A California Corporation (hereinafter "TGF") in the above-captioned matter.  I have personal knowledge of the following facts, and I could, and would, competently testify thereto if called upon to do so.

2.      TGF is primarily a horse rehabilitation and re-homing not-for-profit foundation. TGF's function is not to board horses.  TGF only functions to rehabilitate and relocate horses to safe and loving homes.

3.      In April 2011, Debtor Dwight Bennett surrendered 20 horses to TGF because he did not have the ability to take care of them. Attached hereto as Exhibit "N" is a true and correct copy of the Animal Surrender form used by Lassen County for this transaction.

4.      In or about July 2011, I sent the email attached hereto as Exhibit "H" to Vicki Lozano and Pete Heimbigner specifically stating that TGF would take the horses from Debtor's property for the purpose of rehabilitation and re-homing of those horses.

5.      On August 26, 2011, I signed the Final Disposition, a true and correct copy of which is attached hereto as Exhibit "G" indicating that TGF was receiving ownership of the horses for the purpose of rehabilitation and re-homing. I was never told that I could not re-home these horses. As I stated, TGF is not a boarding facility. It is not insured as a boarding facility and it does not have the financial wherewithal to care or feed all of the horses transferred from the Debtor's property without payment from the responsible parties.

6.      Timothy Ryan and The Ryan Firm, including Austin Beardsley, represented TGF in connection with the transfer of the horses. Attached hereto as Exhibit "Q" is a true and correct copy of an email from Ryan to Debtor Bennett stating that Ryan, the attorney for the Banks, also represented TGF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of February, 2014 at El Dorado County, California.



BETH DECAPRIO—DECLARANT

DEC. OF BETH DECAPRIO IN SUPPORT OF MOTION TO STRIKE AND FOR EQUITABLE LIEN