Christine L. Garcia, SBN 209701
The Animal Law Office
2404 California St., #4
San Francisco, CA 94115
Telephone: 415-297-3179
Facsimile: 415-358-9947
Email: Christine@animalattorney.com

Attorneys for Creditor The Grace Foundation of Northern California, A California Corporation

UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| IN RE: | CASE NO.  11-40155 |
| | DC No. CLG -2 |
| DWIGHT ALLEN BENNETT, | |
| | DECLARATION OF CHRISTINE L. |
| DEBTOR. | GARCIA SUBMITTED IN SUPPORT OF |
| | MOTION TO STRIKE DECLARATION OF |
| | MICHAEL RUSSELL, DVM AND FOR |
| | EQUITABLE LIEN AGAINST DEBTOR'S |
| | REAL PROPERTY |
| | |
| | F.R.C.P. RULE 12(4) (F), LOCAL RULE |
| | 9014-1 |
| | |
| | Date:  March 10, 2014 |
| | Time: 10am |
| | Courtroom: 28 |
| | Location:  Department A, Sacramento |
| | Division, 501 I Street, 7th Floor |
| | Honorable Judge: Michael S. McMannus |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Creditor The Grace Foundation of Northern California, A California Corporation (hereinafter "TGF") hereby submits the Declaration of Christine Garcia in  Support of its Motion for order striking Russell Declaration and for equitable lien against Debtor's real property.

///

-1-
DEC. OF CHRISTINE GARCIA RE MOTION TO STRIKE AND FOR EQUITABLE LIEN

## DECLARATION OF CHRISTINE GARCIA

I, CHRISTINE GARCIA, declare:

1.      I am an attorney at law duly licensed to practice in all the courts of the State of California and admitted to practice in the United States Bankruptcy Court for the Eastern District.  I am associated with The Animal Law Office, attorneys for Creditor The Grace Foundation of Northern California, A California Corporation (hereinafter "TGF") in the above-captioned matter.  I am the custodian of our firm's litigation files and have personal knowledge of the following facts, and I could, and would, competently testify thereto if called upon to do so.

2.      TGF is a party to the litigation entitled *Allen v. Summit,* Lassen County Superior Court, Lead Case No. 45679.  The court in the *Allen* matter has recognized that TGF is entitled to a livestock lien for care and feed of the horses removed from Debtor's property and transferred to TGF.

3.      Attached hereto as Exhibit "A" are true and correct copies of pertinent portions of the Deposition of Vicki Lozano, the Receiver appointed by the Lassen Court in the *Allen* matter.  The Lozano Deposition was taken in the matter entitled *The Grace Foundation v. Wells Fargo Bank, et al,* Orange County Superior Court, Case No. 30-2012-00612863-CU-BC-CJC.

4.      Attached hereto as Exhibit "K" is true and correct copy of an Exhibit produced by Ryan in the Orange County Action, constituting an email dated August 23, 2011 by Ryan to Lozano stating "[t]he BK filing does not disrupt the horse rescue as the court has already ordered the rescue."  Judicial Notice is requested of the *Ex Parte* filed by WFB and BOA, by Ryan, in this Court which states at 7:10-11, "Most importantly, the turnover requirement and bankruptcy stay disrupt the Receivers transfer of the Remaining Courses to the Shelter." Exhibits "I" to Request for Judicial Notice.

///

DEC. OF CHRISTINE GARCIA RE MOTION TO STRIKE AND FOR EQUITABLE LIEN

5.      Attached hereto as Exhibit "M" are true and correct copies of pertinent portions of the deposition of Pete Heimbigner taken in the matter entitled *The Grace Foundation v. Wells Fargo Bank, et al,* Orange County Superior Court, Case No. 30-2012-00612863-CU-BC-CJC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of February, 2014 at San Francisco, California.

_Christine L. Garcia_

_____
Christine Garcia

DEC. OF CHRISTINE GARCIA RE MOTION TO STRIKE AND FOR EQUITABLE LIEN