Christine Garcia (SBN 209701)
THE ANIMAL LAW OFFICE
2404 California Street #4
San Francisco CA 94115
Tele: 415-297-3109
Fax: 415-358-9937
christine@animalattorney.com

Attorneys for Creditor The Grace Foundation of Northern California, A California Corporation

UNITED STATES BANKRUPTCY COURT

IN RE:

DWIGHT ALLEN BENNETT,

        DEBTOR.

) CASE NO. 11-40155
) DC No. CLG -2
)
) NOTICE OF DECLARATION OF MICHAEL
) RUSSELL, DVM IN SUPPORT OF MOTION
) TO STRIKE DECLARATION OF DR
) RUSSELL AND FOR EQUITABLE LIEN
) AGAINST DEBTOR'S REAL PROPERTY
)
) F.R.C.P. RULE 12(4) (F), LOCAL RULE
) 9014-1
)
)
) Date: March 10, 2014
) Time: 10am
) Courtroom: 28
) Location: Department A, Sacramento
) Division, 501 I Street, 7th Floor
) Honorable Judge: Michael S. McMannus
)
)
)

-1-
NOTICE OF DECLARATION OF MICHAEL RUSSELL, DVM IN SUPPORT OF MOTION
TO STRIKE DECLARATION OF DR RUSSELL AND FOR EQUITABLE LIEN AGAINST
DEBTOR'S REAL PROPERTY