# EXHIBIT G

# DEPARTMENT of PUBLIC WORKS

*County of Lassen*

**LARRY MILLAR,** *Director*
*Public Works/Transportation*
*County Engineer*

Administration Building
707 Nevada Street, Suite 4
Susanville, CA 96130

530/251-8288
FAX: 530/251-2674
FAX: 530/251-2675

## LASSEN COUNTY ANIMAL CONTROL

Final Disposition of Animals at Whispering Pines Stables with a Physical Address of 695-725 Highway 36, Susanville, CA 96130. (APN 099-260-69 and 099-260-70)

Pursuant to court order dated 7/29/11, in the Lassen Superior Court, by Judge David A. Mason, the Receiver for above noted property was authorized to surrender any and all animals on or from property to the County of Lassen.

The animals detailed on Attachment A of Animal Inventory for Whispering Pines Stables are hereby surrendered to Lassen County Animal Control.

Dated: 8/26/11

Court Appointed Receiver

Vicki Lozano
Receiver

Further, the animals detailed on Attachment A of Animal Inventory for Whispering Pines Stables are hereby relinquished to the Grace Foundation of Northern California, an animal rescue and adoption organization.

Dated: 8/26/11

The Grace Foundation of Northern Ca.
501(c)(3) ID# 52-2444981

Beth DeCaprio
Chief Executive Officer

Dated: 8/26/11

County of Lassen

Peter C. Heimbigner
Public Works Deputy Director

Page 1 of 1

\\Anx-nt4\deptshare\PWK\Public Works\2011 PW\BG-C-26 Animal Control\Whispering Pines\Surrender & Transfer Document - WP - 0811.doc

EXHIBIT
9 (2 pgs)
PENGAD 800-631-6989
Lozano /12.11.13

# Animal Inventory for Whispering Pines Stables

| # | Name | Breed | Sex | Age(Yrs) | Color(s) | Surrendered | Removed |
|---|---|---|---|---|---|---|---|
| 1721 | Marbles | Pinto | F | 7 | Brown/White/Black | 8/26/2011 | 8/26/2011 |
| 1712 | Danni | - | F | 10 | - | 8/26/2011 | 8/26/2011 |
| 1707 | Moses | Burro | Gelding | 7 | Black | 8/26/2011 | 8/26/2011 |
| 1724 | Chico | Mustang | Gelding | 12 | Brown & White Paint | 8/26/2011 | 8/26/2011 |
| 1708 | Bunny | Draft | F | 9 | Flaxen Chestnut | 8/26/2011 | 8/26/2011 |
| 1722 | PJ | Arabian | F | 13 | Gray | 8/26/2011 | 8/26/2011 |
| 1750 | Blondie | - | F | 8 | Palomino | 8/26/2011 | 8/26/2011 |
| 1718 | Nudge | - | F | 6 | Buckskin | 8/26/2011 | 8/26/2011 |
| 1719 | Beauty | - | F | - | Black | 8/26/2011 | 8/26/2011 |
| 1723 | Mischief | Fox-trotter cross | F | 4 | Chestnut | 8/26/2011 | 8/26/2011 |
| 1730 | Mischief II | Fox-trotter cross | F | 13 | Chestnut | 8/26/2011 | 8/26/2011 |
| 1713 | Tag Along | Fox-trotter cross | F | 5 | Palomino | 8/26/2011 | 8/26/2011 |
| 1727 | Specs | - | F | 12 | Bay | 8/26/2011 | 8/26/2011 |
| 1702 | Euna | - | F | 3 | Albino | 8/26/2011 | 8/26/2011 |
| 1742 | Babe | - | F | 6 | Chestnut | 8/26/2011 | 8/26/2011 |
| 1745 | Tangles | Fox-trotter | F | 2 | Buckskin | 8/26/2011 | 8/26/2011 |
| - | Tangles II | Fox-trotter | F | - | Buckskin | 8/26/2011 | 8/26/2011 |
| - | Miss Margret | - | F | - | Bay | 8/26/2011 | 8/26/2011 |
| - | Sallie May | Mustang | F | - | Dun | 8/26/2011 | 8/26/2011 |
| - | Butterfly | - | F | - | - | 8/26/2011 | 8/26/2011 |
| - | Peanut | - | F | - | - | 8/26/2011 | 8/26/2011 |
| - | Cookie | - | F | - | Dun | 8/26/2011 | 8/26/2011 |
| - | Bela | Mustang | F | - | Flea Bitten Green | 8/26/2011 | 8/26/2011 |
| - | Rogue | Appaloosa | F | - | Dun | 8/26/2011 | 8/26/2011 |
| - | Nana | - | F | - | Brown & White | 8/26/2011 | 8/26/2011 |
| - | Spice + foal | Mustang | F | 20 | Brown & White Paint | 8/26/2011 | 8/26/2011 |
| - | Ali | - | F | 14 | Buckskin | 8/26/2011 | 8/26/2011 |
| - | Bridgette | Mustang | F | - | Bay | 8/26/2011 | 8/26/2011 |
| - | Princess | - | F | - | Blonde | 8/26/2011 | 8/26/2011 |
| - | Goat 1 | - | F | - | Apple Gray | 8/26/2011 | 8/26/2011 |
| - | Goat 2 | - | M | - | Gray | 8/26/2011 | 8/26/2011 |

Page 1 of 1

# EXHIBIT H

**From:** Taira Mulliken
**To:** Timothy M. Ryan
**Subject:** FW:
**Date:** Sunday, July 08, 2012 10:05:03 AM
**Attachments:** untitled-[2].htm

---

**From:** The Grace Foundation <info@thegracefoundationofnorcal.org>
**Date:** Thursday, August 4, 2011 2:42 PM
**To:** <vickilozano@mtlassenhomes.com>, <rentalqueen@yahoo.com>,
<pheimbigner@co.lassen.ca.us>

Dear Pete and Vicki,

Below please find the numbers for the 34+ horses in Susanville. I am thrilled that the case is progressing and that the horses are safe.

Pete - as we discussed, having the evidence on each of the horses is going to be important for both Lassen County and the bank. The most difficult part is figuring out the approximate cost of care on these horses, so that we do not put our organization in financial jeopardy by taking them. And to be able to offer you a cost that Lassen and the bank can afford.

Unfortunately, with these horses it is not as simple as getting them healthy and re-homed. As you know, the process of getting them all the care they truly need takes time. It takes an average of three months to begin to get underweight horses in "good flesh." These horses also have not had proper hoof care, so getting their feet in shape also takes months. They will need three series of de-worming, which needs to be staggered over a three week period. And vaccinations and teeth floating + many of these horses will be foaling and that care takes months and months, especially in underweight horses. All of the male horses need to be gelded, which is a very challenging issue, as many of these horses have most likely not been handled in a very long time. Given as such, these horses and many of the others, most likely need to be halter broke before it is reasonable for someone to adopt them.

The other issues that we are trying to factor into our numbers are: the high cost of hay right now and the fact that adoptions on horses is way down nationally. Sadly, we have many horses that are at Grace for over a year, before we are able to find an appropriate home for them. In the case of the 20 horses from Lassen, which we have already taken - four have permanent health issues that keep them from being a good adoption candidate, so those horses will be trained to work as a equine educator and therapists in our ground programs.

Given the above, the costs that we are trying to figure in are as follows:

Transport
Intake
Quarantine care


EXHIBIT
11 (3 pgs.)

Daily care
Medical care, including: vaccinations, worming, exams, teeth floating, blood work, foaling care, castrations, supplements, x-rays on past injuries,
Farrier work, including corrective trimming and shoes
Feed
Training
Foaling
And permanent care on disabled horses

Our goal on this case is just to be able to cover our costs. We did much of the care on the first 20 horses at a huge loss and there is simply no way that The Grace Foundation can absorb any more out-of-pocket expenses.

There are just so many variables on this case regarding the horses' condition: how many are pregnant, how many stallions, how many have training, how long it will take to re-home them, etc. This makes it impossible to give you a definitive cost. Many of the counties pay a $20.00 per day fee for intake alone. And this is normally for smaller numbers of horses and for large horses that are in our care. While we offered you a reduced rate on the 20 - I have to insure that I have the majority of costs covered on these horses.

Based on the new cost of feed, the supplements they will need for weight gain and foal care, and the attending care and training they will need - . the lowest cost I can go - per horse - is $185.00 per month. What we do not know is how long we will have each horse, but the average is 6 months.

If we are able to adopt out 25% of the horses by month four — the cost for the fourth month, for the remaining horses, would be $4,717; Based on adopting an additional 25% by month five, the cost for the remaining would be $3,145; based on the last group taking an additional two months the total for the last two months would be $3,145.00.

Estimated total:
Gathering, intake and transport of 34 horses to Grace Foundation ranch -
200 miles – need 10 truck and trailers @ $75.00 – $2,550.00
Medical care and intake of 34 horses@ $260 – $8,840.00
castration of estimated 15 horses @ $150 – $2,250.00
3 months of care for 34 horses @ $185.00 per horse – $18,870.00
1 month of care for 25 horses – $4,625.00
1 month of care for 17 horses – $3,145.00
2 months for final placement of 17 horses – $3,145.00

TOTAL $43,425
THIS DOES NOT INCLUDE FOALS BORN OR ANY ADDITIONAL MEDICAL CARE, ETC.

The other option is to do a per horse fee and have Grace take custody of all of the horses and their care. This may be simpler and alliviate all liability and additional costs. Grace would provide the bank with intake information, updates and final outcome on all horses.

Cost per horse: $1,250.00 @ 34 horses total: $42,500

This would be an inclusive charge and would cover: travel, medical, feed, intake, training, etc.

Please be aware that The Grace Foundation would need to be prepared and stocked with feed, medical supplies, pasture materials, etc. PRIOR to an established transport date. Given as such, we would need to receive approx. 25% or $10,000 prior to pick-up.

Please review this with the appropriate parties and let me know as soon as possible, how you would like to proceed.

Sincerely,

Beth DeCaprio
Executive Director
The Grace Foundation of Northern California
(916)941-0800 ranch (916)396-2768 cell

# EXHIBIT N

**DEPARTMENT OF PUBLIC WORKS**
**ANIMAL CONTROL DIVISION**

*County of Lassen*

Larry Miller, Director
Public Works/Transportation
County Engineer

Judy Walpeck, Animal Control
707 Nevada
Susanville,

Open Ent. 10.2.00

Animal Shelter: (530)
Fax: (530)

# Lassen County Animal Surrender Form

SHELT
Mon.-Fri
Sat. 1
OK
&

Name of Owner: Dwight Brunett

Mailing Address: Same
Street/P.O. Box          City,          State          Zip code.

Physical Address: 695-725 Hwy 36W, Susanville Ca 96130
Street          City,          State          Zip code.

Phone #'s: 257-2555 / 260-3366

| | | Name | Breed(s) | Sex. | Color(s) | Herion |
|---|---|---|---|---|---|---|
| 4-19-11 | #1.) | Friday | Welsh X | F 9yr | WHT/Cream | |
| 4-19-11 | #2.) | Dolly | Mule | F 8yr | Bay | |
| 4-19-11 | #3.) | Hawk | App | G 6yr | Appy leopard | |
| 4-19-11 | #4.) | Renan | Mustang | Stld 3yr | Bay | |
| 4-12-11 | #5.) | Bay | Mustang | Stud 3 | Bay | 8807 |
| 4-19-11 | #6.) | Pine Tree | Foxtrotter | F 9yr | Palomino | Eyes |
| 4-15-11 | #7.) | T.C. | Paint stock | F 3yr | Sabino Bald Face | Blue Eyes |
| 4-19-11 | #8.) | T.C. JR. | Bck stock | | Sorrell Colt | |

I swear under penalty of perjury that I am the lawful owner/owner's authorized agent of the animal(s) described herein and that I am unable to provide financial support, care or alternate placement provisions for the shelter, care, medical needs, licensing and physical control over above entitled animal(s)

I, therefore, voluntarily transfer all title and ownership of said animal(s) aforementioned to the Lassen County Animal Shelter, who at their own option, reserve the right to place said animal(s) for adoption or to be humanely euthanized. The animal(s) will not be used, sold or transferred for medical research or any inhumane purposes while in the custody of Lassen County.

I certify that this animal(s) have not bitten any person or animal within the last 11 days.

Signed, Owner/ Owners agent: _____   Date: 4/8/11

Signed, Shelter Staff: _____   Date: 4/8/11

*Please note that unless you specify otherwise, your personal information, including but not limited to, name, address, and telephone number, will not be released to the public. to include records

# DEPARTMENT OF PUBLIC WORKS
# ANIMAL CONTROL DIVISION

*County of Lassen*



Larry Miller, Director
Public Works/Transportation
County Engineer

Judy Walpeck, Animal Control Supervisor
767 Nevada St. Suite 4
Susanville, Ca., 96130

Animal Shelter: (530) 257-9200
Fax: (530) 257-9486

## Lassen County Animal Surrender Form

SHELTER HOURS
Mon.-Fri 9am-5pm
Sat. 10am-2pm
Closed Sun.
& Holidays

Name of Owner: _Dwight Bennett_

Mailing Address: _P.O. Box 540_
Street / P.O. Box          City          State     Zip code.

Physical Address: _695-885 Hwy 36W Susanville Ca 96150_
Street          City          State     Zip code.

Phone #'s : _257-2555 / 260-3366_

| | Name | Breed(s) | Sex: | Color(s) | I.D.# |
|---|---|---|---|---|---|
| 1.) | Sunny | Foxtrotter | Std | Palomino | 4 |
| 2.) | Dakota | Grade Bay | Gld | Dun Bay | 14 |
| 3.) | Sterling | AQH A Q | —are— | Bay | 12 yr |
| 4.) | Baby Souxzy | AQH A/foxtrot filly | Roan | | 4 mo |
| 5.) | | | | | |
| 6.) | | | | | |
| 7.) | | | | | |
| 8.) | | | | | |

*I swear under penalty of perjury that I am the lawful owner/owner's authorized agent of the animal(s) described herein and that I am unable to provide financial support, care or alternate placement provisions for the shelter, care, medical needs, licensing and physical control over above entitled animal(s)*

*I, therefore, voluntarily transfer all title and ownership of said animal(s) aforementioned to the Lassen County Animal Shelter, who at their own option, reserve the right to place said animal(s) for adoption or to be humanely euthanized. The animal(s) will not be used, sold or transferred for medical research or any inhumane purposes while in the custody of Lassen County.*

*I certify that this animal(s) have not bitten any person or animal within the last 11 days.* N/A

Signed, Owner/ Owners agent: _Dwight D Bennett_          Date: 4/19/11

Signed, Shelter Staff: _____          Date: 4/19/11

*......................... your personal information, including but not limited to, name;*

あ

# DEPARTMENT OF PUBLIC WORKS
# ANIMAL CONTROL DIVISION

*County of Lassen*

Larry Miller, Director
Public Works/Transportation
County Engineer

Judy Welpott, Animal Control
707 Nevad
Susanville

Animal Shelter: (530)
Fax: (530)

SHELT
Mon-Fri
Sat. 1
0

## Lassen County Animal Surrender Form

Name of Owner: _Dwight Bennett_

Mailing Address: _Same_
          Street / P.O. Box          City,          State          Zip code.

Physical Address: _695-725 Hwy 36 N Susanville C 96130_
          Street          City,          State          Zip code.

Phone #'s: _257-2555 / 260-7366_

| | Name | Breed(s) | Sex | Color(s) |
|---|---|---|---|---|
| 1.) | Jenny | Curly Res. Mustang | Stud 2yr | Peanut Both Dun |
| 2.) | R Cedar | Roche Res Mustang | Stud yr | Red Dun |
| 3.) | Pete | Curly Res Mustang | Stud yr | Grulla |
| 4.) | Peanut | Curly Res Mustang | Stud yr | Peanut Butter Dun |
| 5.) | Penny | Belgian X | F 8yr | Roan Sorrel w/Blaze |
| 6.) | Tahoe | Paint | F 9yr | Overo/tobiano Paint |
| 7.) | Candy Cane | Paint | F 3yr | Sorrel Paint |
| 8.) | Paso | Paso | F 4yr | Sorrel w/star |

*I swear under penalty of perjury that I am the lawful owner/owner's authorized agent of the animal(s) described herein and that I am unable to provide financial support, care or alternate placement provisions for the shelter, care, medical needs, licensing and physical control over above entitled animal(s)*

*I, therefore, voluntarily transfer all title and ownership of said animal(s) aforementioned to the Lassen County Animal Shelter; who at their own option, reserve the right to place said animal(s) for adoption or to be humanely euthanized. The animal(s) will not be used, sold or transferred for medical research or any inhumane purposes while in the custody of Lassen County.*

*I certify that this animal(s) have not bitten any person or animal within the last 11 days.*

Signed, Owner/ Owners agent: _____   Date: _4/8/11_

Signed, Shelter Staff: _____   Date: _4/8/11_

*Please note that unless you specify otherwise, your personal information, including but not limited to address, and telephone number will be ...*

# EXHIBIT Q

I just read the transcript from the 19th Craig it says. " I'm serving verbal notice of pendency of removal...." Mr. Wolff ordered the entirety of court files from these cases and has some reading to do yet, be patient, he's a quick study. Cutting through it well. BK filings in the adversary have a different time element.

# DwightA Bennett

**From: Timothy M. Ryan [mailto:tryan@theryanfirm.com]**
**Sent: Thursday, September 15, 2011 10:25 AM**
**To: 'Dwight Bennett'; 'Craig Close'; 'Dave Hosilyk'; 'Deborah McNeal';**
**'Jerrald K. Pickering'; 'Peter Talia'**
**Subject:** RE: Request November Court date for Status Review & Further
Setting

Mr. Bennett,

On a related note, please be advised that our firm represents the Grace ← Foundation concerning all animals removed from Whispering Pines. Do not contact Beth DeCaprio or anyone related to the Grace Foundation concerning any matters. Additionally, please ensure that your agents do not contact anyone at the Grace Foundation concerning these animals.

Please go through our office and our office alone.

We appreciate your cooperation.

Regards,

Timothy M. Ryan
The Ryan Firm, APC

**Timothy M. Ryan <tryan@theryanfirm.com>**                    **Thu, Sep**
**15, 2011 at 11:14 AM**
**Reply-To: tryan@theryanfirm.com**
To: Dwight Bennett <whisperingpines@frontiernet.net>, C Cardozo
<justicefactorx@gmail.com>, Craig Close <bigland@suddenlink.net>, Dave
Hosilyk <dhosilyk@employerlawyers.com>, Deborah McNeal
<dsmcneal@yahoo.com>, "Jerrald K. Pickering" <jerry.plc@sbcglobal.net>,
Mark Wolff <MarkWolff@wolffandwolff.com>, Peter Talia
<pandjtalia@hotmail.com>, "Al Massey, (USTP)"
<Al.C.Massey@usdoj.gov>
Cc: Beth DeCaprio <bdecaprio@gmail.com>
Thank you for acknowledging our representation Mr. Bennett.