Sharon Z. Weiss, California Bar No. 169446
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
sharon.weiss@bryancave.com

Bahareh Wullschleger, California Bar No. 258903
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:    415-675-3400
Facsimile:    415-675-3434
Email:        bahareh.wullschleger@bryancave.com

Attorneys for
BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, L.P. and WELLS FARGO BANK, N.A. as Trustee for MLMI Trust Series 2005-HE3

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DWIGHT ALLAN BENNETT,<br><br>    Debtor. | Case No. 11-40155<br>DC No. CLG-2<br><br>Converted to Chapter 7<br><br>**DECLARATION OF AUSTIN T. BEARDSLEY IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE DECLARATION OF MICHAEL RUSSELL, DVM AND FOR EQUITABLE LIEN AGAINST DEBTOR'S REAL PROPERTY**<br><br>Date:    March 10, 2014<br>Time:    10:00 a.m.<br>Room:   Crtrm 28, Dept. A<br>Address: 501 I Street, Suite 3-200<br>             Sacramento, CA 95814<br>Judge:   Hon. Michael McManus |

## DECLARATION OF AUSTIN T. BEARDSLEY

I, Austin T. Beardsley, declare:

1. I, Austin T. Beardsley, declare: I am over the age of eighteen and I am competent to make this declaration. I am an attorney admitted to practice law in California and am admitted to practice law in this Court. Between July 2010 and June 2012, I worked as an associate attorney at The Ryan Firm, former counsel for Wells Fargo Bank, N.A., as Trustee for MLMI Trust Series 2005-HE3 and BAC Home Loans Servicing, LP, succeeded by merger by Bank of America, N.A. (collectively, the "Banks") herein. During my time at The Ryan Firm, I worked on this case and all related cases in the California Superior Court for the County of Lassen. I have personal knowledge of the facts stated herein, and if called upon to do so I could and would competently testify thereto.

2. Beginning in August 2011, I personally worked on The Ryan Firm's submissions in this Action on behalf of the Banks.

3. To the extent that any of the submissions (motions, judicially noticed documents, declarations, etc.) related to the Grace Foundation or Grace Veterinary Services (hereinafter "TGF") I communicated with Beth DeCaprio and Taira Mulliken/Byrne.

4. I worked with Ms. DeCaprio and Ms. Mulliken/Byrne to ensure that all of the submissions relating to TGF were complete and accurate, including the declaration of Dr. Russell. My interactions with Ms. DeCaprio and Ms. Mulliken/Byrne were cooperative and focused on promoting the health and welfare of the horses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on the 24th day of February, 2014 in Costa Mesa, California.

_____
Austin T. Beardsley

*Bryan Cave LLP*
*560 Mission Street, Suite 2500*

DECLARATION OF AUSTIN T. BEARDSLEY