# EXHIBIT A

**Dill, Emma L.**

| | |
|---|---|
| **From:** | The Grace Foundation <beth@thegracefoundation.com> |
| **Sent:** | Thursday, December 13, 2012 4:15 PM |
| **To:** | Dill, Emma L. |
| **Subject:** | Urgent matter, Immediate attention requested |

Having trouble viewing this email? Click here



To Whom it May Concern,

After reviewing court documents, The Grace Foundation and counsel have discovered an inconsistency that demands an immediate response and explanation by Mr. Tim Ryan, Bank of America and Wells Fargo Bank.

At issue is the "Declaration of Michael W. Russell" in support of creditors Wells Fargo Bank, N.A., and BAC Home Loans, Servicing, LP's motion to excuse turnover by Receiver Pursuant to 11 U.S.C. 543(D)" (Document 18, Case No.: 11-40155). The document was filed in U.S. Bankruptcy Court on August 25th, 2011 by The Ryan Firm on behalf of Wells Fargo Bank and BAC Home Loans.

Michael W. Russell DVM was not aware of Dwight Bennett's bankruptcy filing on or before August 25, 2011 and was never contacted or requested to submit a declaration on behalf of this matter. Moreover, the "Declaration for Michael W. Russell" appears to have been significantly altered prior to its submission to U.S. Federal Court without the knowledge or permission of Michael W. Russell DVM.

What follows are the relevant facts pertaining to these documents:

On April 14, 2011, at the request of Lassen County Public Works Deputy Director, Pete Heimbigner and Lassen County Animal Control, Michael W. Russell DVM, as head of The Grace Foundation's Veterinary program, visited the Whispering Pines Property with other members of The Grace Foundation staff to evaluate the horses living on The Whispering Pines property. After Michael W. Russell DVM

1

April 14, 2011 visit, Michael W. Russell DVM wrote a report and submitted the report to Pete Heimbigner.

On July 25, 2011, The Ryan Firm, on behalf of Wells Fargo Bank and BAC Home Loans Servicing, LP, requested a declaration from The Grace Foundation Veterinarian Michael W. Russell, DVM. The declaration requested pertained to Case No. 45679, filed in the Superior Court of the State of California in the County of Lassen.

On July 28, 2011, The Ryan Firm's employee, Tyler Kemp, via email sent Michael W. Russell, DVM the proposed declaration. "DECLARATION OF MICHAEL W. RUSSELL, DVM IN SUPPORT OF DEFENDANT/CROSS-COMPLAINANT WELLS FARGO BANK, N.A.'S EX PARTE APPLICATION FOR AN ORDER AUTHORIZING THE RECEIVER TO SURRENDER EQUINES TO THE COUNTY OF LASSEN".
   (See Exhibit 1 attached hereto).

On July 25, 2011, pursuant to The Ryan Firm's request for Michael W. Russell, DVM's declaration, Michael W. Russell DVM, sent an email to Mr. Heimbigner asking for approval to submit the declaration. (See Exhibit 2 attached hereto).

On July 29, 2011, Wells Fargo and Bank of America's Attorney, Tim Ryan, referenced Michael W. Russell, DVM's Declaration on Page 1 of MEMORANDUM OF POINTS AND AUTHORITIES, line 23-24 in his "EX PARTE APPLICATION FOR AN ORDER AUTHORIZING THE RECEIVER TO SURRENDER EQUINES TO THE COUNTY OF LASSEN; MEMORANDUM OF POINTS AND AUTHORITIES (CASE No. 45679).
   (See Exhibit 3 attached hereto).

On August 1, 2011, Mr. Heimbigner answered Michael W. Russell, DVM in an email apologizing for the delay in answering Michael W. Russell, DVM's email, stating that "he (Mr Heimbigner) had been on vacation". (See Exhibit 2 attached hereto)

On August 1, 2011, after receiving Mr. Heimbigner's email and authorization, Michael W. Russell, DVM signed, dated and submitted his Declaration (referred to as Michael W. Russell, DVM actual declaration) to the Ryan Firm.
   (See Exhibit 1 attached hereto).

On August 5, 2011, Michael W. Russell, DVM left to volunteer his veterinary services in Peru and was out of the country for 3 weeks.

On August 18, 2011, Dwight A. Bennett filed Chapter 11 Bankruptcy in U.S. Eastern District Bankruptcy Court. Neither Michael W. Russell, DVM or The Grace Foundation (including its partners or associates) were informed of Mr. Bennett's bankruptcy or the automatic stay the bankruptcy placed on Mr. Bennett's assets.

On August 25, 2011, The Ryan Firm, on behalf of CREDITORS WELLS FARGO
BANK, N.A AND BAC HOME LOANS, filed a MOTION TO EXCUSE
TURNOVER BY RECEIVER IN THE UNITED STATES BANKRUPTCY
COURT, EASTERN DISTRICT.

On August 25, 2011, The Ryan firm also filed in support of this Motion a
"DECLARATION OF MICHAEL W. RUSSEL [sic] IN SUPPORT OF
CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS
SERVICIN [sic], LP'S MOTION TO EXCUSE TURNOVER BY RECEIVER
PURSUANT TO 11 U.S.C. 543 (D)". This declaration was filed without the
knowledge, consent or permission of Michael W. Russell, DVM.  (See Exhibit 4
attached hereto).

Though similar to the document submitted by Michael  W. Russell, DVM to The
Ryan Firm on August 1, 2011, the Declaration submitted to The Federal Court on
August 25, 2011 was altered in the following ways:

FRONT PAGE OF ALTERED DECLARATION DATED AUGUST 25,
2011:  The bankruptcy filing of Dwight Bennett occurred SEVENTEEN DAYS
after Michael  W. Russell, DVM signed his actual Declaration dated August 1,
2011, therefore Michael  W. Russell, DVM could not have seen or been aware that
his Declaration was being used in a different court and for a different case
altogether.  The entire front page of the document was different than what Michael
W. Russell, DVM signed.

FRONT PAGE OF ALTERED DECLARATION DATED AUGUST 25,
2011:  Michael  W. Russell, DVM,s name is spelled incorrectly in the August 25,
2011 document.

a. Front page of original Declaration:  DECLARATION OF MICHAEL W.
RUSSELL, DVM IN SUPPORT OF DEFENDANT/CROSS-COMPLAINANT
WELLS FARGO BANK, N.A.'S EX PARTE  APPLICATION FOR AN ORDER
AUTHORIZING THE RECEIVER TO SURRENDER EQUINES TO THE
COUNTY OF LASSEN"

b. Front page of altered Declaration:  DECLARATION OF MICHAEL W.
RUSSEL [sic] IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A.
AND BAC HOME LOANS SERVICIN [sic], LP'S MOTION TO EXCUSE
TURNOVER BY RECEIVER PURSUANT TO 11 U.S.C. 543 (D)".


1. PARAGRAPH 4 -- Wording variations and the addition of the following two
sentences were added without Michael  W. Russell, DVM's knowledge on August
25, 2011 declaration:

    a. "I was informed by the Department that some of the horses appeared severely

malnourished, some appeared pregnant and some had already perished from apparent starvation."

    b. "This evaluation resulted in the removal of approximately twenty (20) horses, whose health was in serious jeopardy."

PARAGRAPH 5 (a, b, c, d) included details describing activities that never took place during Michael W. Russell, DVM's one and only site evaluation that he (Michael W. Russell, DVM) performed on April 14, 2011 at The Whispering Pines property. The activities described in the altered declaration were not part of Michael W. Russell, DVM's actual signed and approved declaration that Michael W. Russell, DVM submitted to The Ryan Firm on August 1, 2011. Michael W. Russell, DVM will readily testify to all facts contained herein.

The addition of PARAGRAPH 5 in the altered Declaration that was submitted to THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT appears to have led to the erroneous creation of two sections, both labeled "6".

The additions to the altered Declaration made it possible to match up the line numbers on the altered signature page of Michael W. Russell, DVM's declaration with the line numbers on Michael W. Russell, DVM actual declaration. THIS ALTERATION OF MICHAEL W. RUSSELL, DVM'S ACTUAL DECLARATION MADE IT APPEAR AS IF MICHAEL W. RUSSELL, DVM HAD SIGNED THE ALTERED DECLARATION SUBMITTED TO FEDERAL COURT. However, one need look no further than the date signed (AUG. 1, 2011), the case # and description in the "paw print" below Michael W. Russell, DVM signature to see that the signature on the August 25, 2011 declaration was extracted from Michael W. Russell, DVM's actual Declaration signed on August 1, 2011.

Michael W. Russell, DVM signed and dated the document on August 1, 2011, seventeen days prior to Dwight Bennett's bankruptcy that was filed on August 18, 2011. The August 1, 2011 dated signature page contained in the August 25, 2011 altered declaration shows that there is no possibility that Michael W. Russell, DVM, The Ryan firm or anyone else could have known about the bankruptcy filing therefore there was no case to file "DECLARATION OF MICHAEL W. RUSSEL [sic] IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICIN [sic], LP'S MOTION TO EXCUSE TURNOVER BY RECEIVER PURSUANT TO 11 U.S.C. 543 (D)" on the August 1, 2011 date attached to actual Michael W. Russell, DVM declaration.

Attached are the exhibits relating to this email.

declaration and exhibits



**Forward email**

SafeUnsubscribe

Trusted Email from
**Constant Contact**
*Try it FREE today.*

This email was sent to emma.dill@bryancave.com by beth@thegracefoundation.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.
The Grace Foundation of Northern California | 5800 Latigo Lane | PO Box 4962 | El Dorado Hills | CA | 95762

# EXHIBIT B

**Dill, Emma L.**

| | |
|---|---|
| **From:** | The Grace Foundation <beth@thegracefoundation.com> |
| **Sent:** | Friday, December 14, 2012 3:45 PM |
| **To:** | Dill, Emma L. |
| **Subject:** | URGENT TIME SENSITIVE RESPNSE REQUESTED |

Having trouble viewing this email? Click here



To Whom it May Concern,

Yesterday, information detailed below was emailed to Scott Greene, Emma Dill and Mark Lonergan. Grace officials also presented to Bank of America through Emma Dill, the opportunity for the parties to try and reach a settlement/resolution during the short window of time prior to Grace officially retaining new counsel. In good faith Grace wanted to insure all parties were aware of these documents and allow the parties an opportunity to respond prior to this information being made public and it being turned over to State and Federal officials.

As stated on numerous occasions, Grace is only seeking a fair resolution to this horrific situation. Grace had hoped that all parties would see the value in finding a resolution prior to the costs, damages and ill will escalating and the current information becoming public.

Today Alan Jonpol was also contacted and given the same information below.

As stated to Emma yesterday, Dr Russell is willing to discuss this situation and his declaration with any of the parties in this window of time. It is important to note that Dr Russell will also be retaining counsel if a immediate resolution is not found. Also as stated, Grace is also willing upon request to provide the parties with all of the prior correspondence between the parties and Grace officials.

It is understood that a decision may not be able to made in this short of time frame, but given the order submitted to the Lassen superior courts today, Grace must

retain counsel immediately.

Grace is requesting a response from all parties before the end of the day today:

- Confirmation that each of your clients was given this latest information including the opportunity for resolution.
- Dr Russell and Grace are seeking a written response from Mr Ryan, Wells Fargo and Bank of America with an explanation of how Dr Russell's declaration was submitted to The Federal Bankruptcy court.

For clarity Grace is asking that the parties communicate a response to their offer and this email by the end of the day (Friday December 14, 2012).

Beth DeCaprio can be contacted at (916)396-2768.

Sincerely,

The Grace Foundation

Yesterday's email:
The Grace Foundation and counsel have discovered an inconsistency that demands an immediate response and explanation by Mr. Tim Ryan, Bank of America and Wells Fargo Bank.

At issue is the "Declaration of Michael W. Russell" in support of creditors Wells Fargo Bank, N.A., and BAC Home Loans, Servicing, LP's motion to excuse turnover by Receiver Pursuant to 11 U.S.C. 543(D)" (Document 18, Case No.: 11-40155). The document was filed in U.S. Bankruptcy Court on August 25th, 2011 by The Ryan Firm on behalf of Wells Fargo Bank and BAC Home Loans.

Michael W. Russell DVM was not aware of Dwight Bennett's bankruptcy filing on or before August 25, 2011 and was never contacted or requested to submit a declaration on behalf of this matter. Moreover, the "Declaration for Michael W. Russell" appears to have been significantly altered prior to its submission to U.S. Federal Court without the knowledge or permission of Michael W. Russell DVM.

What follows are the relevant facts pertaining to these documents:

On April 14, 2011, at the request of Lassen County Public Works Deputy Director, Pete Heimbigner and Lassen County Animal Control, Michael W. Russell DVM, as head of The Grace Foundation's Veterinary program, visited the Whispering Pines Property with other members of The Grace Foundation staff to evaluate the horses living on The Whispering Pines property. After Michael W. Russell DVM April 14, 2011 visit, Michael W. Russell DVM wrote a report and submitted the report to Pete Heimbigner.

On July 25, 2011, The Ryan Firm, on behalf of Wells Fargo Bank and BAC Home

Loans Servicing, LP, requested a declaration from The Grace Foundation Veterinarian Michael W. Russell, DVM.  The declaration requested pertained to Case No. 45679, filed in the Superior Court of the State of California in the County of Lassen.

On July 28, 2011, The Ryan Firm's employee, Tyler Kemp, via email sent Michael W. Russell, DVM the proposed declaration.  "DECLARATION OF MICHAEL W. RUSSELL, DVM IN SUPPORT OF DEFENDANT/CROSS-COMPLAINANT WELLS FARGO BANK, N.A.'S EX PARTE APPLICATION FOR AN ORDER AUTHORIZING THE RECEIVER TO SURRENDER EQUINES TO THE COUNTY OF LASSEN".
   (See Exhibit 1 attached hereto).

On July 25, 2011, pursuant to The Ryan Firm's request for Michael W. Russell, DVM's declaration, Michael W. Russell DVM, sent an email to Mr. Heimbigner asking for approval to submit the declaration. (See Exhibit 2 attached hereto).

On July 29, 2011, Wells Fargo and Bank of America's Attorney, Tim Ryan, referenced Michael W. Russell, DVM's Declaration on Page 1 of MEMORANDUM OF POINTS AND AUTHORITIES, line 23-24 in his "EX PARTE APPLICATION FOR AN ORDER AUTHORIZING THE RECEIVER TO SURRENDER EQUINES TO THE COUNTY OF LASSEN; MEMORANDUM OF POINTS AND AUTHORITIES (CASE No. 45679).
   (See Exhibit 3 attached hereto).

On August 1, 2011, Mr. Heimbigner answered Michael W. Russell, DVM in an email apologizing for the delay in answering Michael W. Russell, DVM's email, stating that "he (Mr Heimbigner) had been on vacation".  (See Exhibit 2 attached hereto)

On August 1, 2011, after receiving Mr. Heimbigner's email and authorization, Michael W. Russell, DVM signed, dated and submitted his Declaration (referred to as Michael W. Russell, DVM actual declaration) to the Ryan Firm.
   (See Exhibit 1 attached hereto).

On August 5, 2011, Michael W. Russell, DVM left to volunteer his veterinary services in Peru and was out of the country for 3 weeks.

On August 18, 2011, Dwight A. Bennett filed Chapter 11 Bankruptcy in U.S. Eastern District Bankruptcy Court.  Neither Michael W. Russell, DVM or The Grace Foundation (including its partners or associates) were informed of Mr. Bennett's bankruptcy or the automatic stay the bankruptcy placed on Mr. Bennett's assets.

On August 25, 2011, The Ryan Firm, on behalf of CREDITORS WELLS FARGO BANK, N.A AND BAC HOME LOANS, filed a MOTION TO EXCUSE TURNOVER BY RECEIVER IN THE UNITED STATES BANKRUPTCY

COURT, EASTERN DISTRICT.

On August 25, 2011, The Ryan firm also filed in support of this Motion a "DECLARATION OF MICHAEL W. RUSSEL [sic] IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICIN [sic], LP'S MOTION TO EXCUSE TURNOVER BY RECEIVER PURSUANT TO 11 U.S.C. 543 (D)". This declaration was filed without the knowledge, consent or permission of Michael W. Russell, DVM. (See Exhibit 4 attached hereto).

Though similar to the document submitted by Michael W. Russell, DVM to The Ryan Firm on August 1, 2011, the Declaration submitted to The Federal Court on August 25, 2011 was altered in the following ways:

FRONT PAGE OF ALTERED DECLARATION DATED AUGUST 25, 2011:  The bankruptcy filing of Dwight Bennett occurred SEVENTEEN DAYS after Michael W. Russell, DVM signed his actual Declaration dated August 1, 2011, therefore Michael W. Russell, DVM could not have seen or been aware that his Declaration was being used in a different court and for a different case altogether.  The entire front page of the document was different than what Michael W. Russell, DVM signed.

FRONT PAGE OF ALTERED DECLARATION DATED AUGUST 25, 2011:  Michael W. Russell, DVM,s name is spelled incorrectly in the August 25, 2011 document.

a. Front page of original Declaration:  DECLARATION OF MICHAEL W. RUSSELL, DVM IN SUPPORT OF DEFENDANT/CROSS-COMPLAINANT WELLS FARGO BANK, N.A.'S EX PARTE  APPLICATION FOR AN ORDER AUTHORIZING THE RECEIVER TO SURRENDER EQUINES TO THE COUNTY OF LASSEN"

b. Front page of altered Declaration:  DECLARATION OF MICHAEL W. RUSSEL [sic] IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICIN [sic], LP'S MOTION TO EXCUSE TURNOVER BY RECEIVER PURSUANT TO 11 U.S.C. 543 (D)".

1. PARAGRAPH 4 -- Wording variations and the addition of the following two sentences were added without Michael W. Russell, DVM's knowledge on August 25, 2011 declaration:

    a. "I was informed by the Department that some of the horses appeared severely malnourished, some appeared pregnant and some had already perished from apparent starvation."

    b. "This evaluation resulted in the removal of approximately twenty (20) horses,

whose health was in serious jeopardy."

PARAGRAPH 5 (a, b, c, d) included details describing activities that never took place during Michael W. Russell, DVM's one and only site evaluation that he (Michael  W. Russell, DVM)  performed on April 14, 2011 at The Whispering Pines property. The activities described in the altered declaration were not part of Michael W. Russell, DVM's actual signed and approved declaration that Michael W. Russell, DVM submitted to The Ryan Firm on August 1, 2011.  Michael  W. Russell, DVM will readily testify to all facts contained herein.

The addition of PARAGRAPH 5 in the altered Declaration that was submitted to THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT appears to have led to the erroneous creation of two sections, both labeled "6".

The additions to the altered Declaration made it possible to match up the line numbers on the altered signature page of Michael W. Russell, DVM's declaration with the line numbers on Michael W. Russell, DVM actual declaration.  THIS ALTERATION OF MICHAEL W. RUSSELL, DVM'S ACTUAL DECLARATION MADE IT APPEAR AS IF MICHAEL W. RUSSELL, DVM HAD SIGNED THE ALTERED DECLARATION SUBMITTED TO FEDERAL COURT.  However, one need look no further than the date signed (AUG. 1, 2011), the case # and description in the "paw print" below Michael W. Russell, DVM signature to see that the signature on the August 25, 2011 declaration was extracted from Michael W. Russell, DVM's actual Declaration signed on August 1, 2011.

Michael W. Russell, DVM signed and dated the document on August 1, 2011, seventeen days prior to Dwight Bennett's bankruptcy that was filed on August 18, 2011.  The August 1, 2011 dated signature page contained in the August 25, 2011 altered declaration shows that there is no possibility that Michael W. Russell, DVM, The Ryan firm or anyone else could have known about the bankruptcy filing therefore there was no case to file "DECLARATION OF MICHAEL W. RUSSEL [sic] IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICIN [sic], LP'S MOTION TO EXCUSE TURNOVER BY RECEIVER PURSUANT TO 11 U.S.C. 543 (D)" on the August 1, 2011 date attached to actual Michael W. Russell, DVM declaration.

Attached are the exhibits relating to this email.

declaration and exhibits

✉ Join Our Mailing List          ✉ Forward to a Friend



**Forward email**

SafeUnsubscribe

This email was sent to emma.dill@bryancave.com by beth@thegracefoundation.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.
The Grace Foundation of Northern California | 5800 Latigo Lane | PO Box 4962 | El Dorado Hills | CA | 95762

Trusted Email from
Constant Contact
Try it FREE today.

# EXHIBIT C

**Dill, Emma L.**

| | |
|---|---|
| **From:** | The Grace Foundation <info@thegracefoundation.com> |
| **Sent:** | Thursday, December 20, 2012 10:40 AM |
| **To:** | Dill, Emma L. |
| **Subject:** | Urgent request that requires Immediate attention from The Grace Foundation |

Having trouble viewing this email? Click here



To the Board of Directors for Wells Fargo and Bank of America,

As you are aware our non-profit organization, The Grace Foundation, has been involved with your banks in an ongoing legal matter relating to 45 horses from Susanville California. Recently new information was uncovered that we believe at the very least deserves an explanation and at worst turns this case from civil into a criminal matter.

From the beginning we have wanted to believe that you, Wells Fargo and Bank of America, may not be aware of some of the actions of your legal counsel, Mr Tim Ryan, in this matter. So as we did in the beginning, in good faith and prior to making this information public, we disclosed this information to your attorneys.

We have attached this information below, but if the legal experts are correct, a serious crime has been committed. We hope that once you have had an opportunity to review this information, you will want to join our efforts in determining what if any laws were violated. We also hope that a serious violation like this will set in motion more questioning by your banks of the facts relating to this case.

We understand that it would not be appropriate to make contact with the parties while being represented by counsel. We are in the process of retaining new counsel to handle both the civil matter and the Lassen county actions. With the paperwork awaiting our signature, we have a short window of time to communicate directly before new counsel is retained.

We hope that you will remember that in the beginning, prior to alerting the media and retaining counsel we went to you, Wells Fargo Bank and Bank of America, directly to try to find a resolution.  Only when we felt we had no other option did we go to our supporters, the media and finally retained counsel.

Today, we have the same opportunity that we had months ago and we are hoping and praying that someone within your organization will look closely at this matter and help us to find a resolution. We believed in the beginning and believe more today that it is in the best interest of all parties involved to find a fair and reasonable resolution to this matter.

Each day the stakes get higher and damages and costs continue to rise. The addition of new counsel means additional costs that Grace must take into consideration if there is any settlement offered.  Individual parties will also be retaining counsel and the negative public exposure surrounding this case will continue to escalate.

Sadly, we understand that many believe that this is just part of doing business, but Grace is not a normal business and the stakes of not being able to come to an immediate resolution are much higher.  The welfare of innocent children and the lives of hundreds of animals are at stake.

On October 1 2012, The Grace Foundation was forced to temporarily close its doors to the public. This has has had a devastating effect in the community. OVER ONE HUNDRED ANIMALS HAVE ALREADY DIED since Grace's closure.  These are puppies, kittens, dogs, cats, horses and other last chance animals that Grace would have taken and saved from pending euthanasia had Grace not been forced to suspend operations.

Equally as devastating is the latest developments regarding the Lassen horses, that if carried out will put in danger the lives of the horses and their babies that are at the forefront of this case.  These developments center around a court order that banks' attorneys are attempting to enforce.  This order would remove the Lassen horses and their foals from Grace and transfer these horses to a rancher in Lassen County.  This move is unnecessary and puts the lives of all the horses in serious danger.  Concerns regarding move of horses include:  Transporting the horses and their very young foals and the methods of transportation being used, moving the horses during the middle of winter to a much higher elevation and colder climate, proper sheltering for the horses, euthanasia methods that would be used, proper veterinary and farrier care, medical needs of specific horses.  **We have attached more detailed information regarding our concerns and the concerns of our veterinarian team below.**

What makes the decision to move the horses so difficult to understand is that this move is completely unnecessary.  When it became clear that a resolution was not likely and we could no longer continue to provide care for the horses without

assistance we asked multiple times for the parties to help or find a place that could provide the horses the same proper care that we have at Grace. Instead of offering to assist Grace with the care of the horses or find a suitable boarding or layup facility equipped to handle the needs of the horses, your attorneys chose to obtain pasture land owned by an alleged acquaintance of the former owner of the horses, Dwight Bennett (who is now charged with 65 felony counts of animal cruelty).

In addition, the care your attorneys have agreed to provide is for 6 months only, after which time any horses "whose FINAL DISPOSITION has yet been determined shall be abandoned by the ranch owner to Lassen County Animal Control". Lassen County counsel has already indicated to the courts that they, (Lassen) would not be able to care for these horses and euthanasia would be the only option. Additionally, the responsibility of trying to insure proper adoption and placement of the horses still falls upon Grace even though the horses are being moved over 5 hours away.

This move is completely unnecessary as Grace has agreed to: 1) Hold all parties harmless of any and all future care of the horses if a fair an immediate resolution can be found. This includes working with Lassen County Animal Control and Lassen county superior courts to sort out all ownership issues regarding the horses, including Judy St. John's ownership claims. 2) If an immediate resolution cannot be found, Grace is willing to continue to provide the care to all of the horses for the 6 month period and for the same dollar amount that the bank's attorney's have agreed to pay the rancher in Lassen. Unlike the agreement with the Lassen rancher, Grace's care would include any and all medical care including all routine farrier and medical care and proper euthanasia if deemed medically necessary by Grace's veterinarians. Grace could then begin the process of finding suitable adoption candidates for the horses and their foals to insure the long term safety and care of the horses.

Whether an immediate resolution is found between the parties or not, there is no rational reason to move the horses at this time. With Grace's commitment to provide the care to the horses for the next 6 months at the same cost as you have agreed to pay the Lassen rancher, you are assured a substantial cost savings. These savings will not only be reflected in the savings on medical care, but you (the banks) will save thousands of dollars on transport. Most importantly, the horses will be spared from an unnecessary move that could be potentially life threatening to these horses and young foals. We are confident that all parties can agree that the horses lives should NOT be placed in jeopardy because the parties are not able to come to a resolution. The damage that this case has caused is great enough and should not be worsened by the horses again becoming the innocent victims in this already horrible ordeal.

For the past sixteen months, thousands of Grace volunteers, supporters, animal lovers throughout the Country and staff (many of which are Bank of America and Wells Fargo Bank clients) have followed the story of these horses and have helped to keep these horses alive. These wonderful people have been patiently waiting for

a resolution and for updates on this matter.

In a "good faith" effort to encourage the parties to resolve this matter we have remained silent to the media for the last few months and have not communicated with our volunteers for the past month.  Sadly, this has not gotten us any closer to a resolution and our wonderful supporters and the community deserve an update.

So we are asking all the parties to help us give the animals, children and the community a **Holiday miracle.**  Our greatest wish this holiday season is for Grace to be able to reopen their doors and for all the rescued animals residing at Grace (including the Lassen horses) to be able to remain safely at Grace.

With this in mind, Grace is offering the following possible resolutions:

**1) Grace will agree to a complete resolution/settlement for the reimbursement of Grace's costs and services relating to the care of the Lassen horses  through December 31, 2012.  Grace is willing to release the parties from all future costs and responsibility for the horses under this scenario.**

**2) If a complete resolution cannot be found Grace is willing to accept the banks' settlement offer on the condition that Mr. Ryan is left out of the settlement agreement so that Grace can continue to pursue legal action against Mr Ryan and his firm.**

**3) If the banks are not willing to accept either of these offers, Grace, in the best interest of the horses asks that the horses remain at the Grace ranch for the same compensation that would otherwise be paid to the Lassen rancher.**

For the greater good of the animals, children and the community we ask that you consider this offer and give Grace and our community this **HOLIDAY MIRACLE**

We would appreciate an immediate response.

Respectfully,

The Grace Foundation

**Newest developments:**
After reviewing court documents, The Grace Foundation and counsel have discovered an inconsistency that demands an immediate response and explanation by Mr. Tim Ryan, Bank of America and Wells Fargo Bank.

At issue is the "Declaration of Michael W. Russell" in support of creditors Wells Fargo Bank, N.A., and BAC Home Loans, Servicing, LP's motion to excuse turnover by Receiver Pursuant to 11 U.S.C. 543(D)" (Document 18, Case No.: 11-

40155). The document was filed in U.S. Bankruptcy Court on August 25th, 2011 by The Ryan Firm on behalf of Wells Fargo Bank and BAC Home Loans.

Michael W. Russell DVM was not aware of Dwight Bennett's bankruptcy filing on or before August 25, 2011 and was never contacted or requested to submit a declaration on behalf of this matter. Moreover, the "Declaration for Michael W. Russell" appears to have been significantly altered prior to its submission to U.S. Federal Court without the knowledge or permission of Michael W. Russell DVM.

What follows are the relevant facts pertaining to these documents:
On April 14, 2011, at the request of Lassen County Public Works Deputy Director, Pete Heimbigner and Lassen County Animal Control, Michael W. Russell DVM, as head of The Grace Foundation's Veterinary program, visited the Whispering Pines Property with other members of The Grace Foundation staff to evaluate the horses living on The Whispering Pines property. After Michael W. Russell DVM April 14, 2011 visit, Michael W. Russell DVM wrote a report and submitted the report to Pete Heimbigner.

On July 25, 2011, The Ryan Firm, on behalf of Wells Fargo Bank and BAC Home Loans Servicing, LP, requested a declaration from The Grace Foundation Veterinarian Michael W. Russell, DVM. The declaration requested pertained to Case No. 45679, filed in the Superior Court of the State of California in the County of Lassen.

On July 28, 2011, The Ryan Firm's employee, Tyler Kemp, via email sent Michael W. Russell, DVM the proposed declaration. "DECLARATION OF MICHAEL W. RUSSELL, DVM IN SUPPORT OF DEFENDANT/CROSS-COMPLAINANT WELLS FARGO BANK, N.A.'S EX PARTE APPLICATION FOR AN ORDER AUTHORIZING THE RECEIVER TO SURRENDER EQUINES TO THE COUNTY OF LASSEN" (See Exhibit 1 attached hereto).

On July 25, 2011, pursuant to The Ryan Firm's request for Michael W. Russell, DVM's declaration, Michael W. Russell DVM, sent an email to Mr. Heimbigner asking for approval to submit the declaration. (See Exhibit 2 attached hereto).

On July 29, 2011, Wells Fargo and Bank of America's Attorney, Tim Ryan, referenced Michael W. Russell, DVM's Declaration on Page 1 of MEMORANDUM OF POINTS AND AUTHORITIES, line 23-24 in his "EX PARTE APPLICATION FOR AN ORDER AUTHORIZING THE RECEIVER TO SURRENDER EQUINES TO THE COUNTY OF LASSEN; MEMORANDUM OF POINTS AND AUTHORITIES (CASE No. 45679). (See Exhibit 3 attached hereto).

On August 1, 2011, Mr. Heimbigner answered Michael W. Russell, DVM in an email apologizing for the delay in answering Michael W. Russell, DVM's email, stating that "he (Mr Heimbigner) had been on vacation". (See Exhibit 2 attached hereto).

On August 1, 2011, after receiving Mr. Heimbigner's email and authorization, Michael W. Russell, DVM signed, dated and submitted his Declaration (referred to as Michael W. Russell, DVM actual declaration) to the Ryan Firm.
   (See Exhibit 1 attached hereto).

On August 5, 2011, Michael W. Russell, DVM left to volunteer his veterinary services in Peru and was out of the country for 3 weeks.

On August 18, 2011, Dwight A. Bennett filed Chapter 11 Bankruptcy in U.S. Eastern District Bankruptcy Court. Neither Michael W. Russell, DVM or The Grace Foundation (including its partners or associates) were informed of Mr. Bennett's bankruptcy or the automatic stay the bankruptcy placed on Mr. Bennett's assets.

On August 25, 2011, The Ryan Firm, on behalf of CREDITORS WELLS FARGO BANK, N.A AND BAC HOME LOANS, filed a MOTION TO EXCUSE TURNOVER BY RECEIVER IN THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT.

On August 25, 2011, The Ryan firm also filed in support of this Motion a "DECLARATION OF MICHAEL W. RUSSEL [sic] IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICIN [sic], LP'S MOTION TO EXCUSE TURNOVER BY RECEIVER PURSUANT TO 11 U.S.C. 543 (D)". This declaration was filed without the knowledge, consent or permission of Michael W. Russell, DVM. (See Exhibit 4 attached hereto).

Though similar to the document submitted by Michael W. Russell, DVM to The Ryan Firm on August 1, 2011, the Declaration submitted to The Federal Court on August 25, 2011 was altered in the following ways:

FRONT PAGE OF ALTERED DECLARATION DATED AUGUST 25, 2011: The bankruptcy filing of Dwight Bennett occurred SEVENTEEN DAYS after Michael W. Russell, DVM signed his actual Declaration dated August 1, 2011, therefore Michael W. Russell, DVM could not have seen or been aware that his Declaration was being used in a different court and for a different case altogether. The entire front page of the document was different than what Michael W. Russell, DVM signed.

FRONT PAGE OF ALTERED DECLARATION DATED AUGUST 25, 2011: Michael W. Russell, DVM,s name is spelled incorrectly in the August 25, 2011 document.

a. Front page of original Declaration: DECLARATION OF MICHAEL W. RUSSELL, DVM IN SUPPORT OF DEFENDANT/CROSS-COMPLAINANT WELLS FARGO BANK, N.A.'S EX PARTE APPLICATION FOR AN ORDER

AUTHORIZING THE RECEIVER TO SURRENDER EQUINES TO THE
COUNTY OF LASSEN"

b. Front page of altered Declaration:  DECLARATION OF MICHAEL W.
RUSSEL [sic] IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A.
AND BAC HOME LOANS SERVICIN [sic], LP'S MOTION TO EXCUSE
TURNOVER BY RECEIVER PURSUANT TO 11 U.S.C. 543 (D)".


1. PARAGRAPH 4 -- Wording variations and the addition of the following two
sentences were added without Michael  W. Russell, DVM's knowledge on August
25, 2011 declaration:

  a. "I was informed by the Department that some of the horses appeared severely
malnourished, some appeared pregnant and some had already perished from
apparent starvation."

  b. "This evaluation resulted in the removal of approximately twenty (20) horses,
whose health was in serious jeopardy."

PARAGRAPH 5 (a, b, c, d) included details describing activities that never took
place during Michael W. Russell, DVM's one and only site evaluation that he
(Michael  W. Russell, DVM)  performed on April 14, 2011 at The Whispering
Pines property. The activities described in the altered declaration were not part of
Michael W. Russell, DVM's actual signed and approved declaration that Michael
W. Russell, DVM submitted to The Ryan Firm on August 1, 2011.  Michael  W.
Russell, DVM will readily testify to all facts contained herein.

The addition of PARAGRAPH 5 in the altered Declaration that was submitted to
THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT
appears to have led to the erroneous creation of two sections, both labeled "6".

The additions to the altered Declaration made it possible to match up the line
numbers on the altered signature page of Michael W. Russell, DVM's declaration
with the line numbers on Michael W. Russell, DVM actual declaration.  THIS
ALTERATION OF MICHAEL W. RUSSELL, DVM'S ACTUAL
DECLARATION MADE IT APPEAR AS IF MICHAEL W. RUSSELL, DVM
HAD SIGNED THE ALTERED DECLARATION SUBMITTED TO FEDERAL
COURT.  However, one need look no further than the date signed (AUG. 1, 2011),
the case # and description in the "paw print" below Michael W. Russell, DVM
signature to see that the signature on the August 25, 2011 declaration was
extracted from Michael W. Russell, DVM's actual Declaration signed on August 1,
2011.

Michael W. Russell, DVM signed and dated the document on August 1, 2011,
seventeen days prior to Dwight Bennett's bankruptcy that was filed on August 18,
2011.  The August 1, 2011 dated signature page contained in the August 25, 2011

altered declaration shows that there is no possibility that Michael W. Russell, DVM, The Ryan firm or anyone else could have known about the bankruptcy filing therefore there was no case to file "DECLARATION OF MICHAEL W. RUSSEL [sic] IN SUPPORT OF CREDITORS WELLS FARGO BANK, N.A. AND BAC HOME LOANS SERVICIN [sic], LP'S MOTION TO EXCUSE TURNOVER BY RECEIVER PURSUANT TO 11 U.S.C. 543 (D)" on the August 1, 2011 date attached to actual Michael W. Russell, DVM declaration.

Attached are the exhibits relating to this email.

declaration and exhibits


Concerns regarding move of horses include:
1) Transport: None of the Lassen foals have been transported before. A 5 hour trailer transport can be difficult and dangerous for any foal. The fact that many of these mother's of these foals are still fractious makes it dangerous just to safely transport the adults, adding their foals creates more fear and danger. To make matters worse we have been informed that the method of transport would be semi trailers or stock trailers. This would be extremely dangerous and could cause the horses serious injury or death. We believe that attempting to transport the horses in this manner may be considered an act of animal cruelty based on the animal welfare laws addressed under California Penal codes 597.

2) Weather conditions and shelter: The elevation in Susanville California is much higher than El Dorado Hills California where the horses currently reside. The horses and their foals are not acclimated to the snow fall and low temperatures that are seen in Susanville CA. To move the horses and their young foals in the middle of winter without having proper shelter for each horses would be irresponsible and we may be considered an act of animal cruelty based on the animal welfare laws addressed under California Penal codes 597.

3) Proper shelter for each horse, regardless of climate is a legal requirement. We have been informed that this ranch does not meet the legal requirements for sheltering these horses and is ill-equipped to handle the ongoing medical and farrier needs of these horses as many have special medical needs and issues.

4) Most disturbing is the details contained in the "Temporary custody and care agreement of Whispering Pines horses" submitted by the banks' attorneys. This agreement puts into question the type of euthanasia practices that will be used in the event that euthanasia is required. We believe based on the cost being quoted in this agreement that euthanasia in this case would be done by shot gun to the head, not standard veterinary euthanasia practices.

✉ Join Our Mailing List            ✉ Forward to a Friend



**Forward email**



SafeUnsubscribe

This email was sent to emma.dill@bryancave.com by info@thegracefoundation.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.
The Grace Foundation of Northern California | 5800 Latigo Lane | PO Box 4962 | El Dorado Hills | CA | 95762

# EXHIBIT D

**Dill, Emma L.**

| | |
|---|---|
| **From:** | Dill, Emma L. |
| **Sent:** | Monday, September 23, 2013 5:01 PM |
| **To:** | 'christine@animalattorney.com' |
| **Cc:** | Greene, Scott; Wullschleger, Bahareh |
| **Subject:** | RE: [Fwd: [TGF] Meet and Confer – Voluntary Striking of Dr.      Russell Declaration] |

Thanks Christine,

I did have a telephone conversation with Ms. DeCaprio about Dr. Russell's declaration while the Grace Foundation was unrepresented last December, and also received emails from the Grace Foundation mentioning Dr. Russell's declaration on December 13 and 14. My request below was directed to any new information you could provide so that we could consider your request. Additionally, I'm still unclear as to the purpose for your request. Any insight you'd be willing to offer would help to facilitate the meet and confer process.

Thanks very much for your consideration,

Emma

Emma L. Dill  |  Bryan Cave LLP
560 Mission Street, 25th Floor  |  San Francisco, CA 94105
415.675.3497 phone  |  415.675.3697 fax  |  emma.dill@bryancave.com

-----Original Message-----
From: christine@animalattorney.com [mailto:christine@animalattorney.com]
Sent: Monday, September 23, 2013 4:39 PM
To: Dill, Emma L.; Greene, Scott; Wullschleger, Bahareh
Subject: Re: [Fwd: [TGF] Meet and Confer – Voluntary Striking of Dr. Russell Declaration]

Hi Emma -

I just spoke to my client and now understand that when Beth Decaprio first found out of the misrepresentations within the Dr. Russell Declaration, she contacted Scott Greene and spoke to you (Emma Dill) as well.

This conversation was over the phone and Beth also sent you this document
(attached) and the relevant e-mails to you Emma and Scott Greene.

This occurred within the e-mail to your office dated 12-13-12 and 12-19-12 from The Grace Foundation ("Beth DeCaprio" <bdecaprio@gmail.com>).

The records indicated that you Emma, opened the document up.

Best Regards,

Christine

On Mon, September 23, 2013 4:05 pm, Dill, Emma L. wrote:
>
> Thank you, Christine.
>
>
> My firm was not involved in this case at the time Dr. Russell's
> declaration was filed, and so we don't know the details surrounding
> his declaration - as a result, it's difficult for us to evaluate your
> request absent some further background or documentation supporting your position.
> Would you be willing to provide this so that we can continue meeting
> and conferring?  Additionally, we could better evaluate your request
> if you could help us to understand the reason for it - my
> understanding is that the horses that are the subject of Dr. Russell's
> declaration are no longer part of the bankruptcy estate.  Please feel
> free to call me if that's more convenient than responding by email.
>
> Thank you!
>
>
> Emma
>
>
>
> Emma L. Dill  |  Bryan Cave LLP
> 560 Mission Street, 25th Floor  |  San Francisco, CA 94105
> 415.675.3497 phone  |  415.675.3697 fax  |  emma.dill@bryancave.com
>
>
>
> -----Original Message-----
> From: christine@animalattorney.com
> [mailto:christine@animalattorney.com]
> Sent: Monday, September 23, 2013 3:50 PM
> To: Dill, Emma L.; Greene, Scott; Wullschleger, Bahareh
> Subject: RE: [Fwd: [TGF] Meet and Confer - Voluntary Striking of Dr.
> Russell Declaration]
>
>
> Hi Emma -
>
>
> Essentially, Dr. Russell never signed that Declaration - and the
> contents within were not approved of by Dr. Russell.
>
> It was submitted without his consent.
>
>
> Christine
>
>
>

2

>
> On Mon, September 23, 2013 3:23 pm, Dill, Emma L. wrote:
>
>
>> Hi Christine,
>>
>>
>>
>> Thank you for your email.  Mr. Ryan and Mr. Beardsley no longer
>> represent Wells Fargo as Trustee or Bank of America, N.A. in Mr.
>> Bennett's bankruptcy.  I would be happy to meet and confer with you,
>> if you could provide some information regarding the basis for your
>> proposed motion.
>>
>> Thank you,
>>
>>
>>
>> Emma
>>
>>
>>
>>
>> Emma L. Dill  |  Bryan Cave LLP
>> 560 Mission Street, 25th Floor  |  San Francisco, CA 94105
>> 415.675.3497 phone  |  415.675.3697 fax  |  emma.dill@bryancave.com
>>
>>
>>
>>
>> -----Original Message-----
>> From: christine@animalattorney.com
>> [mailto:christine@animalattorney.com]
>> Sent: Monday, September 23, 2013 3:14 PM
>> To: Dill, Emma L.; Greene, Scott
>> Subject: [Fwd: [TGF] Meet and Confer - Voluntary Striking of Dr.
>> Russell Declaration]
>>
>>
>>
>> Just an FYI -
>>
>>
>>
>> I sent the following message to the two attorneys in the Ryan firm
>> responsible for the attached declaration and still haven't heard
>> anything back from them.
>>
>> Best Regards,
>>
>>

>>
>> Christine
>>
>>
>>
>> ---------------------------- Original Message
>> ----------------------------
>> Subject: [TGF] Meet and Confer - Voluntary Striking of Dr. Russell
>> Declaration
>> From:   christine@animalattorney.com
>> Date:   Mon, September 23, 2013 12:13 pm
>> To:     tryan@theryanfirm.com
>> austin.beardsley@kattenlaw.com
>> --------------------------------------------------------------------
>> -
>> ---
>> -
>>
>>
>>
>> Dear Mr. Ryan and Beardsley,
>>
>>
>>
>> My name is Christine Garcia and I will be special appearing on behalf
>> of the Grace Foundation in the Bankruptcy Court CASE NO.
>> 2:11-bk-40155 to move to strike the Declaration of Dr. Michael Russell.
>>
>> Both of your names are on the declaration the Foundation will move to
>> strike.
>>
>> Therefore, I am meeting and conferring with both you today to give
>> you the opportunity to voluntarily strike the Declaration of Dr.
>> Russell on your own accord.
>>
>> Please inform me by the close of today's business day if you intend
>> to strike this declaration yourselves.  If I do not hear from you by
>> the end of the day, I will assume you do not intend on rescinding the
>> Declaration of Dr. Russell.
>>
>>
>> The Declaration is attached below as document #18 of the bankruptcy
>> proceedings.
>>
>> Best Regards,
>>
>>
>>
>> Christine Garcia
>> 415-297-3109
>>

4

>>
>>
>> _____
>> THE ANIMAL LAW OFFICE
>> 2404 California St. #4
>> San Francisco, CA 94115
>> Tele.  415-297-3109
>> Fax.  415-358-9937
>>
>>
>>
>> http://www.animalattorney.com
>>
>>
>>
>> _____
>>
>>
>>
>> Call AT&T's Chair and CEO Randall L. Stephenson at: (210)821-4105 or
>> Fax:
>> CEO Randall Stephenson at Fax: (210)351-2071 or E-mail:
>> RM-CERC1@ems.att.com and here: https://emailus.sbc.com/ermsfp/emailus?
>> service=external/NForm&id=36 and tell them to stop sponsoring rodeos!
>> Visit
>> http://www.sharkonline.org/?P=0000000588 for more info.
>>
>>
>>
>> Please call 212-733-2323 and tell Pfizer that you will boycott their
>> products until they cut their ties to Huntingdon Life Sciences and
>> stop testing on animals.  See,
>> http://www.war-online.org/Alert_Pfizer.htm
>>
>>
>> Also, go to
>> http://customerservice.starbucks.com/app/contact/ask_retail_stores/
>> to ask Starbucks (as a customer) to be responsible to the environment
>> and start providing Vegan pastry options: free of eggs, milk, butter
>> and other animal products.
>> _____ This transmission is
>> intended only for the addressee, and may contain privileged and/or
>> confidential information. If you are not the intended recipient,
>> please do not use, disseminate, or copy this material. If you have
>> received this transmission in error, please notify us immediately by
>> telephone (415) 297-3109, return this transmission, and delete or destroy any copies (digital or paper).
>>
>> _____
>>
>>
>>

>> This electronic message is from a law firm. It may contain
>> confidential or privileged information. If you received this
>> transmission in error, please reply to the sender to advise of the
>> error and delete this transmission and any attachments.
>>
>> IRS Circular 230 Disclosure: To ensure compliance with requirements
>> imposed by the IRS, we inform you that any U.S. federal tax advice
>> contained in this communication (including any attachments) is not
>> intended or written to be used, and cannot be used, for the purpose
>> of
>> (i) avoiding penalties under the Internal Revenue Code or (ii)
>> promoting, marketing, or recommending to another party any
>> transaction or matter addressed herein. bcllp2013
>
>
>
> _____
> THE ANIMAL LAW OFFICE
> 2404 California St. #4
> San Francisco, CA 94115
> Tele.  415-297-3109
> Fax.  415-358-9937
>
>
> http://www.animalattorney.com
>
>
> _____
>
>
> Call AT&T's Chair and CEO Randall L. Stephenson at: (210)821-4105 or Fax:
>  CEO Randall Stephenson at Fax: (210)351-2071 or E-mail:
> RM-CERC1@ems.att.com and here: https://emailus.sbc.com/ermsfp/emailus?
> service=external/NForm&id=36 and tell them to stop sponsoring rodeos!
> Visit
> http://www.sharkonline.org/?P=0000000588 for more info.
>
>
> Please call 212-733-2323 and tell Pfizer that you will boycott their
> products until they cut their ties to Huntingdon Life Sciences and
> stop testing on animals.  See,
> http://www.war-online.org/Alert_Pfizer.htm
>
> Also, go to
> http://customerservice.starbucks.com/app/contact/ask_retail_stores/ to
> ask Starbucks (as a customer) to be responsible to the environment and
> start providing Vegan pastry options: free of eggs, milk, butter and
> other animal products. _____

> This transmission is intended only for the addressee, and may contain
> privileged and/or confidential information. If you are not the
> intended recipient, please do not use, disseminate, or copy this

> material. If you have received this transmission in error, please
> notify us immediately by telephone (415) 297-3109, return this
> transmission, and delete or destroy any copies (digital or paper).


THE ANIMAL LAW OFFICE
2404 California St. #4
San Francisco, CA 94115
Tele. 415-297-3109
Fax. 415-358-9937

http://www.animalattorney.com


Call AT&T's Chair and CEO Randall L. Stephenson at: (210)821-4105 or Fax:
CEO Randall Stephenson at Fax: (210)351-2071 or E-mail:
RM-CERC1@ems.att.com and here: https://emailus.sbc.com/ermsfp/emailus?
service=external/NForm&id=36 and tell them to stop sponsoring rodeos!
Visit http://www.sharkonline.org/?P=0000000588 for more info.

Please call 212-733-2323 and tell Pfizer that you will boycott their products until they cut their ties to
Huntingdon Life Sciences and stop testing on animals.  See, http://www.war-online.org/Alert_Pfizer.htm

Also, go to
http://customerservice.starbucks.com/app/contact/ask_retail_stores/ to ask Starbucks (as a customer) to be
responsible to the environment and start providing Vegan pastry options: free of eggs, milk, butter and other
animal products.

This transmission is intended only for the addressee, and may contain privileged and/or confidential
information. If you are not the intended recipient, please do not use, disseminate, or copy this material. If you
have received this transmission in error, please notify us immediately by telephone (415) 297-3109, return this
transmission, and delete or destroy any copies (digital or paper).

# EXHIBIT E

**Dill, Emma L.**

| | |
|---|---|
| **From:** | christine@animalattorney.com |
| **Sent:** | Monday, October 07, 2013 7:29 PM |
| **To:** | Wullschleger, Bahareh |
| **Cc:** | Dill, Emma L. |
| **Subject:** | RE: In re Bennett - Motion to Strike Russell Declaration |

Great - good to know that about service on your client -

This BK motion will be moved 2 more weeks out - so these motion documents will be re-served with the new notice and motion in about two weeks -

You can disregard them for now - the motion date of the 4th will be vacated.

But the new motion will be the 18th I believe -

Christine

On Fri, October 4, 2013 10:31 am, Wullschleger, Bahareh wrote:

> Thanks, Christine. We receive automatic ECF notifications about
> filings in the Bankruptcy Court so there is no need to email or fax us.
>
> Bahareh M. Wullschleger (formerly Mostajelean) Bryan Cave LLP
> 560 Mission Street, 25th Floor
> San Francisco, CA 94105
> phone: (415) 675-3446
> fax: (415) 675-3646
> baraheh.wullschleger@bryancave.com
>
>
> -----Original Message-----
> From: christine@animalattorney.com
> [mailto:christine@animalattorney.com]
> Sent: Thursday, October 03, 2013 10:18 PM
> To: Wullschleger, Bahareh; Dill, Emma L.
> Subject: Re: In re Bennett - Motion to Strike Russell Declaration
>
>
> Hi Bahareh -
>
>
> No - actually it was a mistake -
>
>
> I mislabeled the Notice the code for the Motion (OID = code) for some
> reason - in either case, we will be filing the Motion within the
> requisite 28 day notice rules.

1

> 
> 
> Most likely on Monday -
> 
> 
> Would you like to accept service via fax and e-mail?
> 
> 
> Christine
> 
> 
> 
> On Thu, October 3, 2013 2:09 pm, Wullschleger, Bahareh wrote:
> 
>> Hi Christine,
>> 
>> 
>> 
>> Docket entries 236 and 237 are both a "Notice of Motion to Strike."
>> Did you intend to file the same document twice?  We also do not see a
>> Memo of Point and Authorities in support of the Motion to Strike.
>> Please let us know if that was intentionally not filed.
>> 
>> 
>> Thank you,
>> Bahareh M. Wullschleger (formerly Mostajelean) Bryan Cave LLP
>> 560 Mission Street, 25th Floor
>> San Francisco, CA 94105
>> phone: (415) 675-3446
>> fax: (415) 675-3646
>> bahareh.wullschleger@bryancave.com<mailto:bahareh.wullschleger@bryanc
>> a
>> ve.c om>
>> 
>> 
>> 
>> _____
>> 
>> 
>> 
>> This electronic message is from a law firm. It may contain
>> confidential or privileged information. If you received this
>> transmission in error, please reply to the sender to advise of the
>> error and delete this transmission and any attachments.
>> 
>> IRS Circular 230 Disclosure: To ensure compliance with requirements
>> imposed by the IRS, we inform you that any U.S. federal tax advice
>> contained in this communication (including any attachments) is not
>> intended or written to be used, and cannot be used, for the purpose
>> of

>> (i) avoiding penalties under the Internal Revenue Code or (ii)
>> promoting, marketing, or recommending to another party any
>> transaction or matter addressed herein. bcllp2013
>
>
>
> _____
> THE ANIMAL LAW OFFICE
> 2404 California St. #4
> San Francisco, CA 94115
> Tele.  415-297-3109
> Fax.  415-358-9937
>
>
> http://www.animalattorney.com
>
>
> _____
>
>
> Call AT&T's Chair and CEO Randall L. Stephenson at: (210)821-4105 or Fax:
>  CEO Randall Stephenson at Fax: (210)351-2071 or E-mail:
> RM-CERC1@ems.att.com and here: https://emailus.sbc.com/ermsfp/emailus?
> service=external/NForm&id=36 and tell them to stop sponsoring rodeos!
> Visit
> http://www.sharkonline.org/?P=0000000588 for more info.
>
>
> Please call 212-733-2323 and tell Pfizer that you will boycott their
> products until they cut their ties to Huntingdon Life Sciences and
> stop testing on animals.  See,
> http://www.war-online.org/Alert_Pfizer.htm
>
> Also, go to
> http://customerservice.starbucks.com/app/contact/ask_retail_stores/ to
> ask Starbucks (as a customer) to be responsible to the environment and
> start providing Vegan pastry options: free of eggs, milk, butter and
> other animal products. _____
> This transmission is intended only for the addressee, and may contain
> privileged and/or confidential information. If you are not the
> intended recipient, please do not use, disseminate, or copy this
> material. If you have received this transmission in error, please
> notify us immediately by telephone (415) 297-3109, return this
> transmission, and delete or destroy any copies (digital or paper).


_____
THE ANIMAL LAW OFFICE
2404 California St. #4
San Francisco, CA 94115

Tele.  415-297-3109
Fax.  415-358-9937

http://www.animalattorney.com

---

Call AT&T's Chair and CEO Randall L. Stephenson at: (210)821-4105 or Fax:
CEO Randall Stephenson at Fax: (210)351-2071 or E-mail:
RM-CERC1@ems.att.com and here: https://emailus.sbc.com/ermsfp/emailus?
service=external/NForm&id=36 and tell them to stop sponsoring rodeos!
Visit http://www.sharkonline.org/?P=0000000588 for more info.

Please call 212-733-2323 and tell Pfizer that you will boycott their products until they cut their ties to
Huntingdon Life Sciences and stop testing on animals.  See, http://www.war-online.org/Alert_Pfizer.htm

Also, go to
http://customerservice.starbucks.com/app/contact/ask_retail_stores/ to ask Starbucks (as a customer) to be
responsible to the environment and start providing Vegan pastry options: free of eggs, milk, butter and other
animal products.

---

This transmission is intended only for the addressee, and may contain privileged and/or confidential
information. If you are not the intended recipient, please do not use, disseminate, or copy this material. If you
have received this transmission in error, please notify us immediately by telephone (415) 297-3109, return this
transmission, and delete or destroy any copies (digital or paper).