GEORGE M. ROSENBERG, ESQ. (STATE BAR NO. 62570)
A Professional Corporation
12100 Wilshire Boulevard, Suite 1250
Los Angeles, CA 90025
Telephone:  (310) 207-0703
Facsimile:  (310) 207-0787

Sohaila Sagheb, SBN 144202
Law Office of Sohaila Sagheb
21112 Ventura Blvd.
Woodland Hills, California  91364
Phone: (818) 346-3724
Fax: (818) 702-9916
sslawoffice@sbcglobal.net

Attorneys for Plaintiff The Grace Foundation of Northern California, A California Corporation

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| THE GRACE FOUNDATION OF NORTHERN CALIFORNIA, A CALIFORNIA CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., a federally chartered bank, on its own behalf and as trustee of MLMI Trust Series 2005-HE3; BANK OF AMERICA, N.A., a federally chartered bank, on its own behalf; BAC HOME LOANS SERVICING, LP, a Texas Limited Partnership and a unit of Bank of America, N.A.; TIMOTHY M. RYAN, an individual; THE RYAN FIRM, a California Professional Corporation; VICKI LOZANO; COUNTY OF LASSEN, CALIFORNIA; and Does 1 through 50, <br><br> Defendants. | CASE NO.  30-2012-00612863-CU-BC-CJC <br> *Assigned for all Purposes to the Honorable David R. Chaffee, Dept. C20* <br><br> EXHIBITS "C" – "D" TO FOURTH AMENDED COMPLAINT FOR: <br><br> 1.  COMMON COUNT—QUANTUM MERIT—SERVICES RENDERED; <br> 2.  FRAUD; <br> 3.  BREACH OF FIDUCIARY DUTY; <br> 4.  LEGAL MALPRACTICE RYAN AND THE RYAN FIRM; <br> 5.  NEGLIGENCE AGAINST LOZANO AND THE BANKS; <br> 6.  NEGLIGENT TAKING AGAINST COUNTY OF LASSEN; <br> 7.  NEGLIGENT MISREPRESENTATION AGAINST ALL PARTIES, EXCEPT THE COUNTY; <br> 8.  BREACH OF ORAL AGREEMENT AGAINST COUNTY OF LASSEN; <br> 9.  RECESSION AND REFORMATION; <br> 10. INDEMNIFICATION—Civil Code §1833 <br><br> DEMAND FOR JURY TRIAL <br><br> [UNLIMITED JURISDICTION] |

EXHBITS "A" – "K" TO FOURTH AMENDED COMPLAINT

# Exhibit C

ENDORSED FILED

JUL 21 2011

L. ALBIO, Chief Administrative Officer
LASSEN COUNTY COURTS

By _____ S. Spangler

1  Timothy M. Ryan, Bar No. 178059
2  Austin T. Beardsley, Bar No. 270046
   THE RYAN FIRM
   A Professional Corporation
3  1100 N. Tustin Avenue, Suite 200
   Anaheim, California 92807
4  Telephone (714) 666-1362; Fax (714) 666-1443

5  Attorneys for Defendants/Cross-Complainants WELLS FARGO BANK, N.A., as Trustee
6  for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas
   limited partnership, successor by merger to Wilshire Credit Corporation, erroneously
7  sued as BAC Home Loan Servicing, LLP

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    FOR THE COUNTY OF LASSEN

10

11 NORMAN W. ALLEN,                          )  LEAD CASE NO.: 45679
                                             )  (Consolidated with Case No. 50324)
12          Plaintiff,                       )  Unlimited Jurisdiction
                                             )  Date Action Filed:   Unknown.
13 vs.                                       )
                                             )  Assigned for All Purposes to
14 SUMMIT FINANCIAL GROUP;                   )  Hon. Raymond J. Girdano, Judge
15 DANA CAPITAL CORP.; STEVE                 )  Dept. 6
   WEICH; ROD HOSILYK; DWIGHT               )
16 A. BENNETT; JUDITH A. ST. JOHN;           )  [PROPOSED] ORDER APPOINTING
   WILSHIRE CREDIT                           )  RECEIVER AND PRELIMINARY
17 CORPORATION; EVANS                        )  INJUNCTION
   APPRAISAL SERVICES, INC.; and            )
18 DOES 1–10,                                )
                                             )
19          Defendants.                      )
                                             )
20 _____          )  Date:      July 21, 2011
                                             )
21 NORMAN W. ALLEN,                          )  Time:      9:30 a.m.
                                             )
22          Plaintiff,                       )  Dept:      6
                                             )
23 vs.                                       )  Trial Date:  None set.
                                             )
24 T.D. SERVICE COMPANY; WELLS               )
   FARGO BANK, N.A., as Trustee for         )
25 the MLMI Trust Series 2005-HE3; and      )
   DOES 1–10,                                )
26                                           )
            Defendants.                      )
27 _____          )
                                             )
28 WELLS FARGO BANK, N.A., as                )

Plf's EXHIBIT 2 (1-7)
FOR I.D. Thursday 8·8·13
Lorrie L. Polry, CSR No. 6803
Witness Timothy M. Ryan, Vol 1

1

THE RYAN FIRM
A Professional Corporation

2.1

Trustee for MLMI Trust Series 2005-
HE3; and BAC HOME LOANS
SERVICING, LP, a Texas limited
partnership, successor by merger to
Wilshire Credit Corporation,
erroneously sued as BAC Home Loan
Servicing, LLP,

        Cross-Complainants,

vs.

NORMAN W. ALLEN; DWIGHT A.
BENNETT; JUDITH A. ST. JOHN;
EVANS APPRAISAL SERVICES;
INC.; and ROES 1–10,

        Cross-Defendants.

AND ALL OTHER CROSS-
ACTIONS

THE RYAN FIRM
A Professional Corporation

    Application having been made on behalf of Defendant/Cross-Complainant Wells

Fargo Bank, N.A. ("Wells Fargo"), and good cause appearing therefore,

IT IS ORDERED THAT:

1.    Vicki Lozano be and hereby is appointed Receiver in this action;

2.    Within 1 business day of entering upon her duties as a receiver, she shall

take the oath, and within 5 business days of entering upon her duties shall file herein a

bond, with surety thereon approved by this court, in the sum of $ 10,000.00 ,

conditioned upon the faithful performance of her duties as receiver;

3.    Said Receiver be and the same hereby is immediately empowered and

directed to take possession and control over the real property which is the subject of this

action, which property bears the Assessor's Parcel Numbers 099-260-69 (the "40 Acres")

and 099-260-70 (the "14.03 Acres") (collectively, the "Subject Property") and legally

described as set forth in Exhibits 1 and 2, respectively, attached to this order and

incorporated by this reference;

4.    Said Receiver is authorized and directed:

2

2.2

(a)　To take immediate possession and control of the Subject Property and to demand, receive and check all rents, issues, profits and income therefrom, and all other monies arising from the Subject Property, to collect debts and compromise same, and to perform all acts respecting the Subject Property which the court may authorize;

(b)　Within thirty (30) days from the date hereof, to file with this court a true and accurate inventory of the Subject Property;

(c)　To apply and disburse rents, issues, profits and income and all other monies arising from the Subject Property, monthly or more often, to the following expenditures, in such order of priority as said Receiver shall determine:

　　(i)　To pay all expenses and charges of the Receiver in the conduct of her office;

　　(ii)　To pay expenses reasonably necessary or incidental to the continued operation, care, preservation and maintenance of the Subject Property to insure that the tenants thereof shall be supplied with uninterrupted service;

　　(iii)　To pay all expenses incurred for repairs, alterations and improvements of the Subject Property reasonably necessary or incidental to keep the Subject Property in rentable and usable condition;

　　(iv)　To pay all general and special property taxes and assessments upon the Subject Property now due or to become due;

　　(v)　To make leasehold payments now due or to become due in the event the Subject Property is subject to a ground lease;

　　(vi)　To pay for property and liability insurance for the Subject Property in the event existing coverage is absent or insufficient;

3

THE RYAN FIRM
A Professional Corporation

2.3

THE RYAN FIRM
A Professional Corporation

(vii) To pay all remaining sums towards the indebtedness Plaintiff/Cross-Defendant Norman W. Allen ("Allen") owes to Wells Fargo under the Deed of Trust that all parties agree should have encumbered the 14.03 Acres, and any senior deeds of trust, and thereafter to pay all liens and encumbrances secured by the 14.03 Acres in the order of their priority. Payment of those installments totaling less than the total delinquency owing shall not be deemed a waiver of the right of Wells Fargo to proceed with or complete judicial or non-judicial foreclosure;

(d) To take and hold possession of the Subject Property, and to make, cancel, extend or modify leases, obtain or eject tenants, set or modify rents and terms of rent, and to collect all or any part of the rents, issues and profits; and said Receiver is further authorized to expend out of the rents, issues, profits and income such sums as said Receiver shall deem reasonable for the purpose of advertising the Subject Property for rent or lease.

5.    The Receiver shall have thirty (30) working days to investigate and to determine whether or not there exists upon the Subject Property insurance coverage, and during such period said Receiver shall not be responsible for claims arising for the procurement of insurance;

6.    The Receiver shall have thirty (30) working days to investigate and to determine the financial condition of the stable/riding business on the 40 Acres. If, in the Receiver's sole professional opinion and discretion, the financial affairs of said business is such that a Receivership would merely present a drain of resources, then the Receiver may, at her sole option, inform the Court of her resignation in conjunction with an accounting of any sums collected by the Receiver, and the Receiver shall be discharged from all duties and liability upon the following terms:

4

[Proposed] Order Appointing Receiver

2.4

(a)    the receivership estate will terminate upon the Receiver's filing of a notice of resignation with this Court and the return of all property collected under the authority of this order, and the Receiver will be formally discharged of all further duties, liabilities, and responsibilities in this matter;

(b)    all of the acts, transactions of the Receiver for the receivership period will be confirmed, ratified and approved as being right and proper and in the best interests of the receivership estate and the parties to this action;

(c)    any fees and expenses by the Receiver shall be recoverable, in the Court's discretion, upon separate application by the Receiver and supported by declaration or affidavit;

(d)    any bond filed by the Receiver will be exonerated;

7.    The Receiver is authorized to employ agents, employees, clerks, attorneys and accountants, and to pay for same at ordinary and usual rates and prices out of funds which shall come into his possession as Receiver and to do all things and to incur the risks and obligations ordinarily incurred by owners, managers and operators of similar commercial properties, and no risk or obligation so incurred shall be the personal risk or obligation of the Receiver, but a risk and obligation of the Receivership Estate;

8.    Defendants/Cross-Defendants Dwight A. Bennett ("Bennett"), Judith St. John ("St. John"), and Allen and/or their agents are to relinquish possession of the Subject Property to the Receiver upon her appointment becoming effective hereunder, and shall not collect further rents.  Any such further rents received by Bennett, St. John, Allen and/or their agents shall immediately be turned over to the Receiver by them;

9.    Bennett, St. John, Allen, their agents, employees, servants, assignees, and persons acting in concert with them shall fully cooperate in turning over all property, including books and records thereof wherever located, to the Receiver; and that prior to such turnover and thereafter, pending further order of this Court, said persons and each of

5

them, shall take no action of any kind with respect to the operation of the Subject Property;

10.    Said Receiver is to hold all additional proceeds derived from the Subject Property heretofore described, less all costs, expenses and payments authorized herein until further Order of this Court, including judgment decreeing who is entitled thereto;

11.    The Receiver shall be authorized to prepare periodic interim statements reflecting the Receiver's fees, and administrative costs and expenses incurred for said period in the operation and administration of the Receivership Estate herein.  Upon completion of said interim statement, and mailing said statement to the parties' respective attorneys of record or any other designated person or agent, the Receiver shall pay from Estate funds, if any, the amount of said statement.  Despite periodic payment of Receiver's fees, and administrative expenses, said fees and expenses shall be submitted to the court for its approval and confirmation, in the form of either a noticed interim request for fees, stipulation among all the parties, or Receiver's Final Account and Report;

12.    Bennett, St. John, Allen, their respective agents, servants, employees, assignees, successors, representatives, and all persons acting under, in concert with, or for them, are restrained and enjoined during the pendency of this action from engaging in, committing or performing, directly or indirectly, any or all of the following acts:

(a)    Demanding, collecting, receiving, or in any other way diverting or using any further rents, issues, profits or income from the Subject Property;

(b)    Committing or aiding or abetting any waste on the Subject Property or any part thereof, or committing or aiding or abetting any act on said premises or any part thereof in violation of law, or removing, transferring, encumbering or otherwise disposing of the Subject Property, or any of the fixtures presently on the Subject Property or any part thereof, without further Order of this Court so permitting;

(c)    Interfering with, hindering or molesting in any manner whatsoever the Receiver in the performance of the Receiver's duties herein described or

THE RYAN FIRM
A Professional Corporation

6

2.6

in the performance of any duties incidental thereto.

13.    Bennett, St. John, and Allen are hereby ordered to pay over to the Receiver any monies presently held by them, whether jointly or severally, that have been received as refundable deposits for the Subject Property;

14.    The Receiver is empowered to establish bank accounts at any bank as the Receiver may determine;

15.    Wells Fargo shall immediately file an applicant's bond under *Code of Civil Procedure* section 566(b) in the amount of $ *10,000* .

~~16.    ORDER TO SHOW CAUSE RE CONFIRMATION:~~

~~Pursuant to Rule 3.1176 of the~~ *California Rules of Court*, ~~requiring that a confirmation hearing take place within fifteen (15) days of the issuance of this order:~~

~~The parties hereto are hereby ordered to appear on _____ at _____, in Department _____ of this Court, located at _____, to show cause, if any they have, why the Appointment of the Receiver should not be confirmed.~~

Wells Fargo is to serve this order and related documents upon all adverse parties pursuant to *California Rules of Court*, rule 3.1176(b).

JUL 2 1 2011

DATED: _____

[Signature]

JUDGE OF THE SUPERIOR COURT

THE RYAN FIRM
A Professional Corporation

r:\\8045-1267 norman allen v. wilshire\case no. 45679\law & motion\application for receivership on 40 acres\proposed order appointing receiver.doc

7

[Proposed] Order Appointing Receiver

# EXHIBIT "D"

8:45 (handwritten)

ENDORSED FILED

JUL 2 9 2011

R. BRAY, Chief Administrative Officer
MAGGIE WAGNER

By_____ Deputy

| | |
|---|---|
| 1 | Timothy M. Ryan, Bar No. 178059 |
| 2 | Austin T. Beardsley, Bar No. 270046<br>THE RYAN FIRM |
| 3 | A Professional Corporation<br>1100 N. Tustin Avenue, Suite 200 |
| 4 | Anaheim, California 92807<br>Telephone (714) 666-1362; Fax (714) 666-1443 |

5  Attorneys for Defendants/Cross-Complainants WELLS FARGO BANK, N.A., as Trustee
6  for MLMI Trust Series 2005-HE3; and BAC HOME LOANS SERVICING, LP, a Texas
   limited partnership, successor by merger to Wilshire Credit Corporation, erroneously
7  sued as BAC Home Loan Servicing, LLP

8        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    FOR THE COUNTY OF LASSEN

10

| | | |
|---|---|---|
| 11 | NORMAN W. ALLEN, | ) LEAD CASE NO.: 45679 |
| 12 | Plaintiff, | ) (Consolidated with Case Nos. 50324 &<br>) 46190) |
| 13 | vs. | ) Unlimited Jurisdiction<br>) Date Action Filed:   Unknown. |
| 14 | | ) |
| 15 | SUMMIT FINANCIAL GROUP;<br>DANA CAPITAL CORP.; STEVE | ) Assigned for All Purposes to<br>) Hon. Raymond J. Girdano, Judge |
| 16 | WEICH; ROD HOSILYK; DWIGHT<br>A. BENNETT; JUDITH A. ST. JOHN; | ) Dept. 6 |
| 17 | WILSHIRE CREDIT<br>CORPORATION; EVANS | ) [PROPOSED] ORDER GRANTING<br>) DEFENDANT/CROSS-COMPLAINANT |
| 18 | APPRAISAL SERVICES, INC.; and<br>DOES 1–10, | ) WELLS FARGO BANK, N.A.'S EX<br>) PARTE APPLICATION FOR AN |
| 19 | | ) ORDER AUTHORIZING THE |
| 20 | Defendants. | ) RECEIVER TO SURRENDER<br>) EQUINES TO THE COUNTY OF |
| 21 | NORMAN W. ALLEN, | ) LASSEN |
| 22 | Plaintiff, | ) Date:     July 29, 2011 |
| 23 | vs. | ) Time:     10:00 a.m.<br>) Dept.:      3 |
| 24 | T.D. SERVICE COMPANY; WELLS | ) Trial Date:   None set. |
| 25 | FARGO BANK, N.A., as Trustee for<br>the MLMI Trust Series 2005-HE3; and | ) |
| 26 | DOES 1–10, | ) |
| 27 | Defendants. | ) |
| 28 | WELLS FARGO BANK, N.A., as | ) |

1

[Proposed] Order

1   Trustee for MLMI Trust Series 2005-
    HE3; and BAC HOME LOANS
2   SERVICING, LP, a Texas limited
    partnership, successor by merger to
3   Wilshire Credit Corporation,
    erroneously sued as BAC Home Loan
4   Servicing, LLP,

5           Cross-Complainants,

6   vs.

7   NORMAN W. ALLEN; DWIGHT A.
    BENNETT; JUDITH A. ST. JOHN;
8   EVANS APPRAISAL SERVICES;
    INC.; and ROES 1–10,
9
10          Cross-Defendants.

11  AND ALL OTHER CROSS-
    ACTIONS
12

13

14          The Court, having considered the ex parte application of Defendant/Cross-

15  Defendant Wells Fargo Bank, N.A., as Trustee for MLMI Trust Series 2005-HE3, for an

16  order authorizing the Receiver to surrender the animals located on the real property

17  located at 695-725 Highway 36, Susanville, CA 96130 (the "Subject Property") to the

18  County of Lassen, having considered the arguments raised in support of an opposition to

19  said application, and good cause appearing, hereby orders as follows:

20          IT IS ORDERED THAT the court appointed Receiver over the Subject Property.

21  Vicki Lozano, is authorized to surrender any and all animals on or from the Subject

22  Property to the County of Lassen.

23          IT IS FURTHER ORDERED THAT Defendant/Cross-Defendant Dwight A.

24  Bennett ("Bennett"), his agents, servants, employees, assignees, successors,

25  representatives, and all persons acting under, in concert with, or for him, are restrained

26  and enjoined during the pendency of this action from engaging in, committing or

27  performing, directly or indirectly, any act to hinder, interfere, or otherwise meddle with

28  the Receiver's surrender of animals subject to this order.

2

[Proposed] Order

THE RYAN FIRM
A Professional Corporation

IT IS FURTHER ORDERED THAT Bennett, his agents, servants, employees, assignees, successors, representatives, and all persons acting under, in concert with, or for him are to relinquish possession of the animals subject to this Order, and shall fully cooperate with the Receiver in her execution of acts performed under the authorization granted by this Order.

IT IS FURTHER ORDERED THAT the County of Lassen Department of Public Works may release any animals surrendered by the Receiver to its owner upon a sufficient showing by the purported owner of his or her ownership, and upon a sufficient showing by the purported owner that he or she can adequately care for the claimed animal.

IT IS SO ORDERED.

DATED: 7-29-11

JUDGE OF THE SUPERIOR COURT
( Assigned )

r:\8045-1267 norman allen v. wilshire\case no. 65679\law & motion\ex parte application to surrender horses\proposed order.doc

3

[Proposed] Order

THE RYAN FIRM
A Professional Corporation

GEORGE M. ROSENBERG, ESQ. (STATE BAR NO. 62570)
A Professional Corporation
12100 Wilshire Boulevard, Suite 1250
Los Angeles, CA 90025
Telephone: (310) 207-0703
Facsimile: (310) 207-0787

Sohaila Sagheb, SBN 144202
Law Office of Sohaila Sagheb
21112 Ventura Blvd.
Woodland Hills, California 91364
Phone: (818) 346-3724
Fax: (818) 702-9916
sslawoffice@sbcglobal.net

Attorneys for Plaintiff The Grace Foundation of Northern California, A California Corporation

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| THE GRACE FOUNDATION OF NORTHERN CALIFORNIA, A CALIFORNIA CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., a federally chartered bank, on its own behalf and as trustee of MLMI Trust Series 2005-HE3; BANK OF AMERICA, N.A., a federally chartered bank, on its own behalf; BAC HOME LOANS SERVICING, LP, a Texas Limited Partnership and a unit of Bank of America, N.A.; TIMOTHY M. RYAN, an individual; THE RYAN FIRM, a California Professional Corporation; VICKI LOZANO; COUNTY OF LASSEN, CALIFORNIA; and Does 1 through 50, <br><br> Defendants. | CASE NO. 30-2012-00612863-CU-BC-CJC <br> *Assigned for all Purposes to the Honorable David R. Chaffee, Dept. C20* <br><br> EXHIBITS "E" – "H" TO FOURTH AMENDED COMPLAINT FOR: <br><br> 1. COMMON COUNT—QUANTUM MERIT—SERVICES RENDERED; <br> 2. FRAUD; <br> 3. BREACH OF FIDUCIARY DUTY; <br> 4. LEGAL MALPRACTICE RYAN AND THE RYAN FIRM; <br> 5. NEGLIGENCE AGAINST LOZANO AND THE BANKS; <br> 6. NEGLIGENT TAKING AGAINST COUNTY OF LASSEN; <br> 7. NEGLIGENT MISREPRESENTATION AGAINST ALL PARTIES, EXCEPT THE COUNTY; <br> 8. BREACH OF ORAL AGREEMENT AGAINST COUNTY OF LASSEN; <br> 9. RECESSION AND REFORMATION; <br> 10. INDEMNIFICATION—Civil Code §1833 <br><br> DEMAND FOR JURY TRIAL <br><br> [UNLIMITED JURISDICTION] |

-1-

EXHBITS "A" – "K" TO FOURTH AMENDED COMPLAINT

# EXHIBIT "E"

**From:** Timothy M. Ryan
**To:** "rentalqueen@mtlhomes.com"; "Tyler J. Kemp"
**Cc:** "Austin T. Beardsley"
**Subject:** RE: Whispering Pines
**Date:** Thursday, August 04, 2011 6:10:00 PM

Wow.

For the love of God let's make sure that the stallion is separated from the mares.

Let's see what the local rancher would charge... to just caretaker them until foreclosure...

But THEN what do we do with them???

This is a huge financial drain... and I am going to make the other parties to the settlement agreement bear this cost... period.

Let me figure out a way how to do it.

Thanks for being on top of this Vicki!

Thanks,

Tim

Timothy M. Ryan
The Ryan Firm, APC

1100 N. Tustin Avenue, Suite 200
Anaheim, CA 92807

714-666-1362
714-666-1443 Fax

*NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

------------------------------------
**From:** Vicki Lozano [mailto:rentalqueen@mtlhomes.com]
**Sent:** Thursday, August 04, 2011 5:45 PM
**To:** Tyler J. Kemp; Timothy M. Ryan
**Subject:** Fw: Whispering Pines

I hope your sitting down.

Vicki Lozano

Sent via Blackberry

*Plf's* EXHIBIT __22__
FOR I. D. *Thursday  8·8·13*
Lorrie L. Polry, CSR No. 6003
Witness *Timothy M Ryan, Vol I*

22

TMR/TRF 000718

# EXHIBIT "F"

# DEPARTMENT of PUBLIC WORKS

*County of Lassen*



...RY MILLAR, *Director*
*Public Works/Transportation*
*County Engineer*

**Administration Building**
**707 Nevada Street, Suite 4**
**Susanville, CA 96130**

530/251-8288
FAX: 530/251-2674
FAX: 530/251-2675

## LASSEN COUNTY ANIMAL CONTROL

Final Disposition of Animals at Whispering Pines Stables with a Physical Address of 695-725 Highway 36, Susanville, CA 96130. (APN 099-260-69 and 099-260-70)

Pursuant to court order dated 7/29/11, in the Lassen Superior Court, by Judge David A. Mason, the Receiver for above noted property was authorized to surrender any and all animals on or from property to the County of Lassen.

The animals detailed on Attachment A of Animal Inventory for Whispering Pines Stables are hereby surrendered to Lassen County Animal Control.

Dated: 8/26/11

**Court Appointed Receiver**

Vicki Lozano
Receiver

Further, the animals detailed on Attachment A of Animal Inventory for Whispering Pines Stables are hereby relinquished to the Grace Foundation of Northern California, an animal rescue and adoption organization.

Dated: 8/26/11

**The Grace Foundation of Northern Ca.**
**501(c)(3) ID# 52-2444981**

Beth DeCaprio
**Chief Executive Officer**

Dated: 8/26/11

**County of Lassen**

Peter C. Heimbigner
**Public Works Deputy Director**

*PKF* **EXHIBIT** 13 (1-2)
FOR I. D. *Thursday 8-8-13*
Lorrie L. Polry, CSR No. **6003**
Witness *Timothy M. Ryan, Vol. 1*

Page 1 of 1

\\anx-nt4\deptshare\PWK\Public Works\2011 PW\BG-C-26 Animal Control\Whispering Pines\Surrender & Transfer Document - WP - 0811.doc

13

13.1

# ATTACHMENT A
## Animal Inventory for Whispering Pines Stables

| # | Name | Breed | Sex | Age(Yrs) | Color(s) | Surrendered | Removed |
|---|---|---|---|---|---|---|---|
| 1721 | Marbles | Pinto | F | 7 | Brown/White/Black | 8/26/2011 | 8/26/2011 |
| 1712 | Danni | - | F | 10 | | 8/26/2011 | 8/26/2011 |
| 1707 | Moses | Burro | Gelding | 7 | Black | 8/26/2011 | 8/26/2011 |
| 1724 | Chico | Mustang | Gelding | 12 | Brown & White Paint | 8/26/2011 | 8/26/2011 |
| 1708 | Bunny | Draft | F | 9 | Flaxen Chestnut | 8/26/2011 | 8/26/2011 |
| 1722 | PJ | Arabian | F | 13 | Gray | 8/26/2011 | 8/26/2011 |
| 1750 | Blondie | - | F | 8 | Palomino | 8/26/2011 | 8/26/2011 |
| 1718 | Nudge | - | F | 6 | Buckskin | 8/26/2011 | 8/26/2011 |
| 1719 | Beauty | | F | | Black | 8/26/2011 | 8/26/2011 |
| 1723 | Mischief | Fox-trotter cross | F | 4 | Chestnut | 8/26/2011 | 8/26/2011 |
| 1730 | Mischief II | Fox-trotter cross | F | 13 | Chestnut | 8/26/2011 | 8/26/2011 |
| 1713 | Tag Along | Fox-trotter cross | F | 5 | Palomino | 8/26/2011 | 8/26/2011 |
| 1727 | Specs | - | F | 12 | Bay | 8/26/2011 | 8/26/2011 |
| 1702 | Euna | - | F | 3 | Albino | 8/26/2011 | 8/26/2011 |
| 1742 | Babe | - | F | 6 | Chestnut | 8/26/2011 | 8/26/2011 |
| 1745 | Tangles | Fox-trotter | F | 2 | Buckskin | 8/26/2011 | 8/26/2011 |
| - | Tangles II | Fox-trotter | F | - | Buckskin | 8/26/2011 | 8/26/2011 |
| - | Miss Margret | - | F | - | Bay | 8/26/2011 | 8/26/2011 |
| - | Sallie May | Mustang | F | - | Dun | 8/26/2011 | 8/26/2011 |
| - | Butterfly | - | F | - | | 8/26/2011 | 8/26/2011 |
| - | Peanut | - | F | - | Dun | 8/26/2011 | 8/26/2011 |
| - | Cookie | - | F | - | Flea Bitten Green | 8/26/2011 | 8/26/2011 |
| - | Bela | Mustang | F | - | Dun | 8/26/2011 | 8/26/2011 |
| - | Rogue | Appaloosa | F | - | Brown & White | 8/26/2011 | 8/26/2011 |
| - | Nana | - | F | - | Brown & White Paint | 8/26/2011 | 8/26/2011 |
| - | Spice + foal | Mustang | F | 20 | Buckskin | 8/26/2011 | 8/26/2011 |
| - | Ali | - | F | 14 | Bay | 8/26/2011 | 8/26/2011 |
| - | Bridgette | Mustang | F | - | Blonde | 8/26/2011 | 8/26/2011 |
| - | Princess | - | F | - | Apple Gray | 8/26/2011 | 8/26/2011 |
| - | Goat 1 | - | F | - | Gray | 8/26/2011 | 8/26/2011 |
| - | Goat 2 | - | M | - | Gray | 8/26/2011 | 8/26/2011 |

13.2

19

# EXHIBIT "G"

# DEPARTMENT of PUBLIC WORKS

*County of Lassen*



RY MILLAR, *Director*
...lic Works/Transportation
County Engineer

Administration Building
707 Nevada Street, Suite 4
Susanville, CA 96130

530/251-8288
FAX: 530/251-2674
FAX: 530/251-2675

## LASSEN COUNTY ANIMAL CONTROL

Protective Custody of Animals at Whispering Pines Stables with a Physical Address of 695-725 Highway 36, Susanville, CA 96130. (APN 099-260-69 and 099-260-70)

Pursuant to court order dated 7/29/11, in the Lassen Superior Court, by Judge David A. Mason, the Receiver for above noted property was authorized to surrender any and all animals on or from property to the County of Lassen.

The animals detailed on Attachment B of Animal Inventory for Whispering Pines Stables are hereby surrendered to Lassen County Animal Control.

Dated: 6/26/11

Court Appointed Receiver

Vicki Lozano
Receiver

Further, the animals detailed on Attachment B of Animal Inventory for Whispering Pines Stables are hereby place in protective custody with the Grace Foundation of Northern California, an animal rescue and adoption organization, until a final disposition can be made by Lassen County concerning ownership.

Dated: 8/26/11

The Grace Foundation of Northern Ca.
501(c)(3) ID# 52-2444981

Beth DeCaprio
Chief Executive Officer

Dated: 8/26/11

County of Lassen

Peter C. Heimbigner
Public Works Deputy Director

Page 1 of 1

\\nx-nt4\depishare\PWK\Public Works\2011 PW\BG-C-28 Animal Control\Whispering Pines\Surrender & Transfer Document - WP - 0611.doc

Plfs EXHIBIT 14 (1-2)
FOR I.D. Thursday 8-8-13
Lorrie L. Polry, CSR No. 6003
Witness Timothy M. Ryan Vol 1

14.1

# ATTACHMENT B
## Animal Inventory for Whispering Pines Stables
### Protective Custody

| # | Name | Breed | Sex | Age(Yrs) | Color(s) | Surrendered | Removed |
|---|------|-------|-----|----------|----------|-------------|---------|
| 28 | Magic Shadow Dancer | Fox Trotter | F | 21 | Liver Chestnut Spotted | 8/26/2011 | 8/26/2011 |
| 46 | Maple Hills Patches + foal | Fox Trotter | F | 13 | Black & White Spotted | 8/26/2011 | 8/26/2011 |
| - | Latigo's Mandan Prince | Fox Trotter | Stud | 9 | Black & White Spotted | 8/26/2011 | 8/26/2011 |
| - | Coyote Rose (Mama Mustang + foal) | Mustang | F | - | Bay | 8/27/2011 | 8/27/2011 |

# EXHIBIT "H"

# THE RYAN FIRM

**A Professional Corporation**
1100 North Tustin Avenue, #200
Anaheim, California 92807

Timothy M. Ryan
Barry G. Coleman
Austin T. Beardsley
Michael W. Stoltzman, Jr.
Daniel J. Lee

Telephone (714) 666-1362
Facsimile (714) 666-1443
http://www.theryanfirm.com

March 5, 2012

**SENT VIA US MAIL**

Lassen County Department of Animal Control
707 Nevada Street, Suite 4
Susanville, CA 96130

    **Re:**   **Norman W. Allen v. Wilshire Credit Corporation, et al.**
           Case Number: 45679
           Our File Number: 8045-1267
           Real Property Located at: 695-725 Highway 36, Susanville, CA 96130

To Whom it may concern:

    Pursuant to the agreement entered into on or about August 26, 2011, by and between Lassen County Animal Control ("LCAC"), the Lassen County Department of Public Works ("DPW"), and the Grace Foundation of Northern California ("Grace") (a copy of which is attached), Grace hereby makes its demand for reimbursement for costs incurred from its custodianship over the thirty-six (36) horses removed from the Whispering Pines Stables.

    As itemized in the invoices attached to this letter, Grace has fed, housed, groomed, trained, and provided vital medical care for the original thirty-six (36) horses. This extensive, necessary medical care includes the pre and post natal care for twenty-two (22) pregnant mares and their foals.

    As of the date of this letter, Grace has provided all of the necessary care for these horses for approximately 158 days. As a result of the undisclosed pregnancies, Grace anticipates the necessity of caring for the foals for an additional 180 days, and the pregnant mares for an additional 240 days.

*Pltfs* EXHIBIT *15 (1-5)*
FOR I. D. *Thursday 8-8-13*
Lorrie L. Polry, CSR No. **6003**
Witness *Timothy M. Ryan; Vol1*

*15.1*

TMR/TPE 000744

**THE RYAN FIRM**

Lassen County
March 5, 2012
Page 2

Therefore, Grace respectfully requests, according to the attached invoices,
payment in full by the County of Lassen, within thirty (30) days of the date of this letter.

Very truly yours,

**THE RYAN FIRM**
A Professional Corporation

TIMOTHY M. RYAN
tryan@theryanfirm.com

TMR:
Encl.

15.2

r:\8045 bank of america\8045-1267 norman allen v. wilshire\correspondence\grace foundation-lassen county re demand letter.doc

TMR/TRE 000745

# DEPARTMENT of PUBLIC WORKS

*County of Lassen*



LARRY MILLAR, *Director*
*Public Works Transportation*
*Public Works Director*

Administration Building
707 Nevada Street, Suite 4
Susanville, CA 96130

530/251-8288
FAX: 530/251-2674
FAX: 530/251-2675

## LASSEN COUNTY ANIMAL CONTROL

Final Disposition of Animals at Whispering Pines Stables with a Physical Address of 695-725 Highway 36, Susanville, CA 96130. (APN 099-260-69 and 099-260-70)

Pursuant to court order dated 7/29/11, in the Lassen Superior Court, by Judge David A. Mason, the Receiver for above noted property was authorized to surrender any and all animals on or from property to the County of Lassen.

The animals detailed on Attachment A of Animal Inventory for Whispering Pines Stables are hereby surrendered to Lassen County Animal Control.

Dated: 8/26/11

Court Appointed Receiver

Vicki Lozano
Receiver

Further, the animals detailed on Attachment A of Animal Inventory for Whispering Pines Stables are hereby relinquished to the Grace Foundation of Northern California, an animal rescue and adoption organization.

The Grace Foundation of Northern Ca.
501(c)(3) ID# 52-2444981

Dated: 8/26/11

Beth DeCaprio
Chief Executive Officer

County of Lassen

Dated: 8/26/11

Peter C. Heimbigher
Public Works Deputy Director

TMP/TRF 000746

15.3

The Grace Foundation
5800 Latigo Way
P.O.Box 4792
El Dorado Hills, CA 95762

# INVOICE

Lassen County

| | |
|---|---|
| **Invoice #** | 0000001 |
| **Invoice Date** | 08/28/2011 |
| **Due Date** | 01/24/2012 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Build mare and foal turnouts and shelters | 1250.00 | 20.00 | 25,000.00 |
| Service | Building 4 foaling stalls w/ lighting and heating | 2000.00 | 4.00 | 8,000.00 |
| Product | Camera system for foaling stalls | 750.00 | 4.00 | 3,000.00 |
| Product | Additional medical foaling equipment including oxygen and resusitation equipment | 5000.00 | 1.00 | 5,000.00 |
| Service | Emergency and on call veterinary services monthly retainer fee | 4000.00 | 5.00 | 20,000.00 |
| Service | New born foal and mare exams and blood test | 150.00 | 20.00 | 3,000.00 |
| Service | Foal vaccination series | 150.00 | 20.00 | 3,000.00 |
| Service | Additional emergency cost | 10000.00 | 1.00 | 10,000.00 |
| Service | Addtional ultrasound for mares prior to foal delivery | 75.00 | 20.00 | 1,500.00 |
| Expense | Additonal care of mare for 8 months (240 days) | 20.00 | 4800.00 | 96,000.00 |
| Expense | Care of 20 foals for 6 months (180 days) | 10.00 | 3600.00 | 36,000.00 |
| Service | Hoof trims and shoeing: average of 3 times per horse | 35.00 | 60.00 | 2,100.00 |
| Service | Gelding of 50% of male foals | 250.00 | 10.00 | 2,500.00 |

| | |
|---|---|
| **Subtotal** | 215,100.00 |
| **Total** | 215,100.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $215,100.00 |

15.4

TMPGTDF 000747

The Grace Foundation
5800 Latigo Way
P.O.Box 4792
El Dorado Hills, CA 95762

# I N V O I C E

Lassen County

| | | Invoice # | 0000002 |
|---|---|---|---|
| | | Invoice Date | 08/28/2011 |
| | | Due Date | 01/24/2012 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Intake and transport from Susanville to EDH, CA (Gas, lodging, trailering, food) | 2250.00 | 1.00 | 2,250.00 |
| | Boarding fee for horse (daily feed, grooming, training, cleaning, etc) August 28, 2011-January 24, 2012 | 20.00 | 4950.00 | 99,000.00 |
| | Boarding fee for horse (daily feed, grooming, training for Peanut August 28, 2011-November 10, 2011 | 20.00 | 75.00 | 1,500.00 |
| | Medical exams, vaccinations, teeth floating, pregnancy test, initial hoof care and trim | 250.00 | 34.00 | 8,500.00 |
| | Ultrasound equipment (required to monitor pregnancy of 22 mares) | 16500.00 | 1.00 | 16,500.00 |
| | Additional medical fees for all horses. On going pregnancy exams, de-worming, rabies, misc treatments | 34.00 | 125.00 | 4,250.00 |
| | Emergency care, euthanasia, necropsy, disposal (on horse Peanut) | 785.00 | 1.00 | 785.00 |
| | Sand clear to remove sand build up in horses stomach Supplements including mare and foal feed | 50.00 | 33.00 | 1,650.00 |
| | Hoof trims and shoes | 60.00 | 33.00 | 1,980.00 |

| | |
|---|---|
| Subtotal | 136,415.00 |
| Total | 136,415.00 |
| Amount Paid | 0.00 |
| Balance Due | $136,415.00 |

15.5

GEORGE M. ROSENBERG, ESQ. (STATE BAR NO. 62570)
A Professional Corporation
12100 Wilshire Boulevard, Suite 1250
Los Angeles, CA 90025
Telephone: (310) 207-0703
Facsimile: (310) 207-0787

Sohaila Sagheb, SBN 144202
Law Office of Sohaila Sagheb
21112 Ventura Blvd.
Woodland Hills, California 91364
Phone: (818) 346-3724
Fax: (818) 702-9916
sslawoffice@sbcglobal.net

Attorneys for Plaintiff The Grace Foundation of Northern California, A California Corporation

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE

| | |
|---|---|
| THE GRACE FOUNDATION OF NORTHERN CALIFORNIA, A CALIFORNIA CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., a federally chartered bank, on its own behalf and as trustee of MLMI Trust Series 2005-HE3; BANK OF AMERICA, N.A., a federally chartered bank, on its own behalf; BAC HOME LOANS SERVICING, LP, a Texas Limited Partnership and a unit of Bank of America, N.A.; TIMOTHY M. RYAN, an individual; THE RYAN FIRM, a California Professional Corporation; VICKI LOZANO; COUNTY OF LASSEN, CALIFORNIA; and Does 1 through 50, <br><br> Defendants. | CASE NO. 30-2012-00612863-CU-BC-CJC <br> *Assigned for all Purposes to the Honorable David R. Chaffee, Dept. C20* <br><br> EXHIBITS "I" – "K" TO FOURTH AMENDED COMPLAINT FOR: <br><br> 1. COMMON COUNT—QUANTUM MERIT—SERVICES RENDERED; <br> 2. FRAUD; <br> 3. BREACH OF FIDUCIARY DUTY; <br> 4. LEGAL MALPRACTICE RYAN AND THE RYAN FIRM; <br> 5. NEGLIGENCE AGAINST LOZANO AND THE BANKS; <br> 6. NEGLIGENT TAKING AGAINST COUNTY OF LASSEN; <br> 7. NEGLIGENT MISREPRESENTATION AGAINST ALL PARTIES, EXCEPT THE COUNTY; <br> 8. BREACH OF ORAL AGREEMENT AGAINST COUNTY OF LASSEN; <br> 9. RECESSION AND REFORMATION; <br> 10. INDEMNIFICATION—Civil Code §1833 <br><br> DEMAND FOR JURY TRIAL <br><br> [UNLIMITED JURISDICTION] |

-1-

EXHBITS "A" – "K" TO FOURTH AMENDED COMPLAINT

# EXHIBIT "I"



SUSAN J. SHERIDAN
JOAN C. WOODARD
HEATHER R. MESSENGER

LAW CORPORATION

July 31, 2012

*Via Email and/or Certified Mail with Return Receipt Requested*

See attached list of addressees

  *Re:*  *Care of Whispering Pines Stables horses and foals*

Ladies and Gentlemen,

  We have been retained to represent The Grace Foundation of Northern California ("Foundation") in this matter. This letter will serve to put all of you on notice that the Foundation is no longer able to provide food and veterinary care to the 46 horses from the Whispering Pines Stables in Susanville, California. At this time, these horses are at the Foundation ranch and as of August 3, 2012, the Foundation will no longer provide food and care for them. These 46 horses (14 of which are foals born at the Foundation) are in imminent danger of no longer being cared for as the Foundation resources have been depleted in providing the food and care to them since August 26, 2011. If these horses and foals are not removed from the Foundation ranch in the very near future, the 150 other animals at the Foundation ranch will also be in imminent danger due to the total depletion of all Foundation resources and its anticipated bankruptcy.

  For your information, attached is the First Amended Complaint in the Case No. 20120382 filed in El Dorado County on July 25, 2012.

  This will also serve as our demand that Lassen County, Wells Fargo Bank, N.A., Bank of America, N.A., and Vicki Lozano immediately indemnify the Foundation for any and all expenses, which have been incurred to date by the Foundation for the feeding and care of the horses and foals. Attached is a spreadsheet documenting the expenses incurred by the Foundation to date. We will provide all back up documentation on request.

  Please contact me if you have any questions.

       Sincerely,

       Susan J. Sheridan

SJS:mms
Cc: Beth DeCaprio

G:\G\Grace Foundation\Ltr re care of horses and foals_073112

655 University Avenue
Suite 110
Sacramento, CA 95825-6746
VOICE: (916) 488-5388
FAX: (916) 488-5387
EMAIL: ssheridan@sheridanlawcorp.com
WEB: www.sheridanlawcorp.com

**Mailing List**
(July 31, 2012)

El Dorado County

| **District Attorney of El Dorado County:** | **County Counsel of El Dorado County:** |
|---|---|
| Trish Kelleher, D.A.<br>El Dorado County District Attorney's Office<br>1360 Johnson Boulevard<br>South Lake Tahoe, CA 96150 | Louis Green<br>El Dorado County Counsel<br>330 Fair Lane<br>Placerville, CA 95667 |
| **Sheriff of El Dorado County:** | **Director of El Dorado County Animal Control:** |
| Sheriff John D'Agostini<br>El Dorado County Sheriff's Office<br>300 Fair Lane<br>Placerville, CA 95667 | Henry Brzezinski<br>511 Placerville Dr # N<br>Placerville, CA 95667 |
| **Board of Supervisors of El Dorado County:**<br><br>John Knight, Chairman<br>Ron Briggs, Vice Chairman<br>Ray Nutting<br>Norma Santiago<br>Jack Sweeney<br>330 Fair Lane<br>Placerville, CA 95667<br><br>and<br><br>924-B Emerald Bay Road<br>South Lake Tahoe, CA 96150 | |
| **U.S. Senator of the State of California:** | **U.S. Senator of the State of California:** |
| Senator Barbara Box<br>Office of U.S. Senator Barbara Boxer<br>501 I Street, Suite 7-600<br>Sacramento, CA 95814<br><br>and<br><br>Office of U.S. Senator Barbara Boxer<br>United States Senate<br>112 Hart Senate Office Building<br>Washington, D.C. 20510 | Senator Dianne Feinstein<br>Office of U.S. Senator Dianne Feinstein<br>One Post Street, Suite 2450<br>San Francisco, CA 94104<br><br>and<br><br>Office of U.S. Senator Dianne Feinstein<br>United States Senate<br>331 Hart Senate Office Building<br>Washington, D.C. 20510 |

El Dorado County

| U.S. Congressman, Representative of 4th District of California, El Dorado County: | California State Senator, Representative of El Dorado County: |
|---|---|
| Congressman Tom McClintock<br>8700 Auburn-Folsom Road, Suite 100<br>Granite Bay, CA 95746<br><br>and<br><br>428 Cannon HOB<br>Washington, DC 20515 | Senator Ted Gaines<br>State Capitol, Room 3056<br>Sacramento, CA 95814<br><br>and<br><br>1700 Eureka Road, Suite 120<br>Roseville, CA 95661<br><br>and<br><br>33 C Broadway<br>Jackson, CA 95642 |
| California State Assemblymember, Representative of El Dorado County: | California State Assemblymember, Representative of El Dorado County: |
| Assemblywoman Beth Gaines<br>State Capitol, Room 4009<br>Sacramento, CA 95814<br><br>and<br><br>1700 Eureka Road, Suite 160<br>Roseville, CA 95661 | Assemblywoman Alyson Huber<br>State Capitol<br>P.O. Box 942849<br>Sacramento, CA 94249-0010<br><br>and<br><br>221 West Oak Street, Suite A<br>Lodi, CA 95240<br><br>and<br><br>2729 Prospect Park Dr.<br>Suite 130<br>Rancho Cordova, CA 95670 |

Lassen County

| **District Attorney of Lassen County:** | **County Counsel of Lassen County:** |
|---|---|
| Robert Burns, D.A.<br>Lassen County District Attorney's Office<br>220 South Lassen Street, Ste 8<br>Susanville, CA 96130 | Rhetta Vander Ploeg<br>Lassen County Counsel<br>221 South Roop St, Ste 2<br>Susanville, CA 96130<br>Email: RVanderPloeg@co.lassen.ca.us |
| **Sheriff of Lassen County:** | **Director of Lassen County Animal Control:** |
| Sheriff Dean Growdon<br>Lassen County Sheriff's Office<br>1415 Sheriff Cady Lane<br>Susanville, CA 96130<br>Email: sheriff@co.lassen.ca.us | Peter Heimberger<br>472-000 Johnstonville Rd<br>Susanville, CA 96130 |
| **Board of Supervisors of Lassen County:** | |
| Jim Chapman, Chairman<br>Brian Dahle, Vice Chairman<br>Jack Hanson<br>Bob Pyle<br>Larry Wosick<br>221 South Roop Street, Ste 4<br>Susanville, CA 96130<br>Email: coadmin@co.lassen.ca.us | |
| **U.S. Senator of the State of California:** | **U.S. Senator of the State of California:** |
| Senator Barbara Box<br>Office of U.S. Senator Barbara Boxer<br>501 I Street, Suite 7-600<br>Sacramento, CA 95814<br><br>and<br><br>Office of U.S. Senator Barbara Boxer<br>United States Senate<br>112 Hart Senate Office Building<br>Washington, D.C. 20510 | Senator Dianne Feinstein<br>Office of U.S. Senator Dianne Feinstein<br>One Post Street, Suite 2450<br>San Francisco, CA 94104<br><br>and<br><br>Office of U.S. Senator Dianne Feinstein<br>United States Senate<br>331 Hart Senate Office Building<br>Washington, D.C. 20510 |

Lassen County

| **U.S. Congressman, Representative of 4th District of California, Lassen County:** | **California State Senator, Representative of Lassen County:** |
|---|---|
| Congressman Tom McClintock<br>8700 Auburn-Folsom Road, Suite 100<br>Granite Bay, CA 95746<br><br>and<br><br>428 Cannon HOB<br>Washington, DC 20515 | Senator Ted Gaines<br>State Capitol, Room 3056<br>Sacramento, CA 95814<br><br>and<br><br>1700 Eureka Road, Suite 120<br>Roseville, CA 95661<br><br>and<br><br>33 C Broadway<br>Jackson, CA 95642 |
| **California State Assemblymember, Representative of Lassen County:**<br><br>Assemblyman Dan Logue<br>State Capitol<br>Sacramento, CA 95814<br><br>and<br><br>1550 Humboldt Rd. Ste. 4<br>Chico, CA 95928 | |

Bennett Bankruptcy Case

| **Bennett Bankruptcy Case Receiver:** | **Attorney for August B. Landis, U.S. Trustee of Dwight Bennett Bankruptcy Case:** |
|---|---|
| Vicki Lozano<br>822 Main Street<br>Susanville, CA 96130 | Allen C. Massey<br>501 I St #7-500<br>Sacramento, CA 95814 |
| **Attorney for Susan Didriksen, Trustee of Dwight Bennett Bankruptcy Case:** | **Attorney for Debtor Dwight Bennett:** |
| Howard S. Nevins<br>Hefner Stark & Marois LLP<br>2150 River Plaza Dr #450<br>Sacramento, CA 95833-3883 | Carolyn R. Chan<br>2485 Notre Dame Blvd #370<br>Chico, CA 95928 |
| **Attorneys for Wells Fargo Bank, N.A.:** | **Attorneys for Bank of America, N.A.:** |
| Mark Douglas Lonergan<br>Severson & Werson<br>1 Embarcadero Center<br>San Francisco, CA 94111<br>mdl@severson.com<br><br>Timothy M. Ryan<br>THE RYAN FIRM<br>1100 N Tustin Ave #200<br>Anaheim, CA 92807<br>tryan@theryanfirm.com | C. Scott Greene<br>Bryan Cave LLP<br>333 Market St, 25th Fl<br>San Francisco, CA 9410<br>scott.greene@bryancave.com<br><br>Timothy M. Ryan<br>THE RYAN FIRM<br>1100 N Tustin Ave #200<br>Anaheim, CA 92807<br>tryan@theryanfirm.com |
| **Co-Counsel for The Grace Foundation:** | |
| Stuart L. Leviton<br>LEVITON LAW GROUP, A P.C.<br>3699 Wilshire Blvd., Ste. 1290<br>Los Angeles, CA 90010<br>sleviton@levitonlawgroup.com | |

# EXHIBIT "J"

# COUNTY OF LASSEN - CLAIM FOR DAMAGES

This claim must be filed with the Clerk of the Board of Supervisors within six (6) months af
the accident or event.  Where space is insufficient, please use additional paper and identif
information by paragraph number.  When claim is complete, mail to:

Lassen County Clerk of the Board
220 S Lassen St, Ste 5
Susanville, CA 96130

| COUNTY BOARD OF SUPERVISORS | CLAIMANT | |
|---|---|---|
| Courthouse | NAME: | The Grace Foundation of Northern California, / |
| Susanville, California | ADDRESS: | 5800 Latigo Ln  El Dorado Hills, ( |
| | | CA, 95762 |
| | TELEPHONE: | (916)941-0800 |
| | DATE OF BIRTH: | N/A |
| | DRIVER'S LICENSE/I.D. #: | N/A |

SUPERVISORS:
The undersigned respectfully submits the following claim and information:

1.  Post office address to which claimant desires notices to be sent if other than above:

    Law Office of Sohaila Sagheb, 21112 Ventura Blvd., Woodland Hills, CA 91364

2.  Date, place, and time of occurrence or transaction which gives rise to this claim:

    DATE:    8/26/2011 and continuing to prese TIME:      N/A

    PLACE:    Please see Attachment A attached hereto.

3.  Specify the particular act or omission and circumstances you believe caused injury
    and/or damage:

    Please see Attachment A attached hereto

4.  Name or names of any employee of the County you believe caused the injury,
    damage or loss:

    Pete Heimbigner, Vicki Lozano

5.  Description of property damaged:

    Please see Attachment A attached hereto

6.  Owner of property damaged:                Please see Attachment A attached hereto
    Location of property damaged:              Please see Attachment A attached hereto

7. Description of personal injury.  If there was no personal injury, state "NONE":

        Please see Attachment A attached hereto

8. Name of any other person injured:    N/A

9. Name and addresses of witnesses, doctors, hospitals, etc:

| NAME | ADDRESS | TELEPHONE |
|------|---------|-----------|
| (1)  N/A | | |
| (2) | | |
| (3) | | |

10. Amount of reimbursement claimed as damages with computation and supporting bills, receipts or estimates of cost (please attach papers to claim):

This is a continuing loss.  As of January 15, 2013, the loss totaled $1,134,963.00.

11. If your claim involves a motor vehicle, please provide:

| INSURANCE CARRIER | ADDRESS | PHONE NO. | POLICY NC |
|-------------------|---------|-----------|-----------|
| N/A | | | |

REGISTERED OWNER OF VEHICLE:    N/A

12. Any additional information that might be helpful in considering claim:

    Please see Attachment A attached hereto

## WARNING! IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM!
### (Penal Code 72: Insurance Code 556)

I have read the matters and statements made in the above claim and I know the same to be of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true.  I certify under penalty of perjury that the foregoing is true and correct.

SIGNED THIS  12  DAY OF April     , 2013 , AT El Dorado Hills Ca

RETURN CLAIM TO:
Lassen County Clerk of the Board
220 S Lassen St, Ste 5
Susanville, CA 96130

CLAIMANT'S SIGNATURE

C:\excel\clerk\

# ATTACHMENT A
# COUNTY OF LASSEN—CLAIM FOR DAMAGES

This information is meant to augment the claim of The Grace Foundation of Northern California against the County of Lassen. The original claim was filed in or about March, 2012 by The Ryan Firm. However, Grace's claim concerns a continuing loss and it is deemed appropriate to augment the claim at this time. Further, after inquiry to counsel for the County in the matter entitled *The Grace Foundation v. Wells Fargo, et al*, Orange County Superior Court, Case No. 30-2012-612863, it has been indicated that counsel cannot locate the original claim in the County's records and out of an abundance of caution The Grace Foundation is filing this augment and addition to the original claim.

In the matter entitled *Allen v. Summit Financial, et al*, Lassen County Superior Court, Case No. 45679, the Court entered an Order on July 21, 2011, appointed Vicki Lozano, the Receiver in that action. Plaintiff is informed and believes that Lozano was a Receiver and therefore an agent of Wells Fargo Bank ("WFB") and Bank of America ("BOA"). Plaintiff is further informed and believes that Lozano's actions were directed and orchestrated by Timothy Ryan, also an agent of Wells Fargo and Bank of America.

A copy of the July 21, 2011 order is attached hereto as Exhibit "1".

The July 21st Order empowered the Receiver to take possession and control over the real property which is the subject of the *Allen* action, which property bears the Assessor's Parcel Nos. 099-260-69 and 099-260-70. The Receiver was authorized and directed, *inter alia*, to take immediate possession and control of the subject property and to demand, receive, and check all rents, issues, profits and income therefrom.

On July 29, 2011, the Allen Court entered an Order authorizing Lozano, as the Receiver charged with caring for the horses, to surrender the animals on the subject property to the County of Lassen. However, Lozano, as an agent of WFB, BOA and Ryan, gave Final Disposition and therefore ownership of the horses to the County. Lozano's transfer of ownership of the horses to County of Lassen by way of Final Disposition exceeded and therefore violated the July 29, 2011 Court Order. Lozano knew or should have known that she was only authorized by court order to surrender the horses to Lassen County so that the horses could be returned to their legal owners. Lozano was negligent in her surrender of the horses to Lassen County by way of Final Disposition which transferred ownership of the horses to the County. Lozano's negligence, as an agent of WFB, BOA and Ryan, has caused damage to The Grace Foundation as set forth below. There is an Indemnity Agreement between Lozano, WFB, BOA and Ryan. That document speaks for itself.

A copy of the July 29, 2011 order is attached hereto as Exhibit "2".

A copy of the Final Disposition is attached hereto as Exhibit "3".

1

A copy of the Indemnity Agreement between Lozano, WFB, BOA and Ryan is attached hereto as Exhibit "4".

The July 29, 2011 Order provides "the County of Lassen Department of Public Works may release any animal surrendered by the receiver to its owner upon a sufficient showing by the purported owner of his or her ownership, and upon a sufficient showing by the purported owner that he or she could adequately care for the claimed animal." Therefore, the only persons to whom the County of Lassen was authorized to transfer the horses was the owner, upon a sufficient showing. By way of the Final Disposition entered into on August 26, 2011, the County of Lassen surrendered approximately 36 horses to The Grace Foundation. Some of the horses were pregnant, leading to a practical transfer of approximately 50 horses.

The transfer of the horses by the County of Lassen to The Grace Foundation exceeded and therefore violated the July 29, 2011 Court Order. Lassen County knew or should have known that The Grace Foundation was not the owner of the horses.

On February 16, 2012, The Grace Foundation made a claim "for reimbursement for costs incurred from its custodianship over the thirty-six (36) horses removed from Whispering Pines Stables." A copy of the correspondence related to the claim is attached hereto as Exhibit 5. To the best of The Grace Foundation's knowledge, the County failed to respond to this claim. In the meantime, The Grace Foundation continues to incur losses as a result of the negligence of WSP, BOA, Ryan and their Receiver, Lozano, as well as the negligence of the County of Lassen.

Lozano's transfer to Lassen County and Lassen County's transfer of the horses to the Grace Foundation was negligent and has damaged the Grace Foundation in the following manner and in the following amounts:

Standard Layup Facility Fees – Board and Daily Care Fees: $372,060.00.

Prenatal and Post-Natal Care Fees. 24 hour a day housing and observation: $182,225.00.

Additional Daily Services and Additional Feed, Grain and Supplements: $296,640.00.

Total Emergency/Non-Emergency Veterinary Expenses and Costs: $193,888.00.

Build-Out of Foaling Facilities Costs and Expenses: $87,200.00.

Purchase of Additional Medical Equipment and Medical Supplies for Care of Horses: $37,000.00.

Transport of Horses to Grace Ranch on August 26, 2011: $5,950.00.

Total Costs between August 26, 2011 through January 15, 2013:  $1,174,963.00.

These costs are ongoing and exceed the sums above to date and on a daily basis.

A copy of the Notice of Lien Pursuant to Civil Code §§3080.01, 3080.02, and 1856, the Lien and the Declaration of Beth Decaprio in support of the Lien, are attached hereto as Exhibit 6.

Payments made by Wells Fargo and Bank of America offset The Grace Foundation's damages in the amount of $40,000.00. Further, there was an agreement by Lassen County to pay $10,000 regarding the first months of care, which was never paid. Plaintiff is informed and believes that the above actions were orchestrated by Tim Ryan, who misrepresented various facts to various parties.

The Grace Foundation hereby demands full and immediate recompense for the above stated damages.

# EXHIBIT "K"

COUNTY OF LASSEN
221 S. Roop Street Ste. 3
Susanville, CA  96130
(530)251-8320

| | | |
|---|---|---|
| Claim of The Grace Foundation of Northern<br>       California | ) | **NOTICE OF RETURN,** |
|              Claimant, | ) | **WITHOUT ACTION, OF A** |
|                 v. | ) | **CLAIM REQUIRED TO BE** |
| COUNTY OF LASSEN, | ) | **FILED WITHIN ONE (1) YEAR** |
|              Respondent. | ) | |
| | ) | |

TO:    The Grace Foundation of Northern California
        Law Office of Sohaila Sagheb
        21112 Ventura Blvd.
        Woodland Hills, CA 91364

NOTICE IS HEREBY GIVEN that the claim you presented to the Governing Body of the
County of Lassen on May 1, 2013, is being returned to you because it was not presented
within one (1) year of the date of accrual of the cause of action as required by law.
Accordingly, the claim has not and will not be considered on its merits. (See Sections 901,
911.2, and 911.4 of the Government Code).

This notice does not apply to any claim you may have under federal law, and your time for
filing an action on any federal law claim may be less than six months.

DATED:    May 7, 2013

Cheryl A. Douglas
Safety Officer, County of Lassen,
State of California

Claim No. LAS 11-030
File No. 4-37085-38
cc:  Rodger Hayton, George Hills Co.

## <u>PROOF OF SERVICE - C.C.P.  1013A, 2015.5</u>

I, Cheryl A. Douglas, declare that:

1.      I am employed in the County of Lassen, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 221 S. Roop Street Ste. 3 Susanville, CA 96130.

2.      I am readily familiar with the practice of the County of Lassen in the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3.      On May 7, 2013, I served the following document(s)

**NOTICE OF RETURN, WITHOUT ACTION, OF A CLAIM REQUIRED TO BE FILED WITHIN ONE(1) YEAR**
        for the claim of The Grace Foundation of Northern California

In said cause, on the following interested parties:

> The Grace Foundation of Northern California
> Law Office of Sohaila Sagheb
> 21112 Ventura Blvd.
> Woodland Hills, CA 91364

4.      Said service was performed in the following manner:

X      **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed as noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at Susanville, California, following the above-stated business practice, on this date.

**BY PERSONAL SERVICE:** I hand-delivered each such envelope to the address[es] listed on this date.

**BY COURIER/MESSENGER SERVICE (Hand Delivery):** I caused each such envelope to be delivered by hand to the address[es] listed above on this date.

**BY FACSIMILE:** I caused said document[s] to be transmitted by facsimile machine to the parties at the number[s] indicated above on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 7, 2013, at Susanville, California.

Cheryl A. Douglas, Safety Officer
County of Lassen

1  GEORGE M. ROSENBERG, ESQ. (STATE BAR NO. 62570)
   A Professional Corporation
2  12100 Wilshire Boulevard, Suite 1250
   Los Angeles, CA 90025
3  Telephone:  (310) 207-0703
   Facsimile:  (310) 207-0787
4
   Sohaila Sagheb, SBN 144202
5  Law Office of Sohaila Sagheb
   21112 Ventura Blvd.
6  Woodland Hills, California  91364
   Phone: (818) 346-3724
7  Fax: (818) 702-9916
   sslawoffice@sbcglobal.net
8
   Attorneys for Plaintiff The Grace Foundation of Northern California, A California Corporation
9

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                      FOR THE COUNTY OF ORANGE

12

13  THE GRACE FOUNDATION OF            )   CASE NO.  30-2012-00612863-CU-BC-CJC
    NORTHERN CALIFORNIA, A             )   *Assigned for all Purposes to the Honorable*
14  CALIFORNIA CORPORATION,            )   *David R. Chaffee, Dept. C20*
                                       )
15                     Plaintiff,      )
                                       )   PROOF OF SERVICE OF FOURTH
16                                     )   AMENDED COMPLAINT AND ALL
        vs.                            )   EXHIBITS THERETO
17                                     )
                                       )
18  WELLS FARGO BANK, N.A., a federally )
    chartered bank, on its own behalf and as )
19  trustee of MLMI Trust Series 2005-HE3; )
    BANK OF AMERICA, N.A., a federally )
20  chartered bank, on its own behalf; BAC )
    HOME LOANS SERVICING, LP, a Texas )
21  Limited Partnership and a unit of Bank of )
    America, N.A.; TIMOTHY M. RYAN, an )
22  individual; THE RYAN FIRM, a California )
    Professional Corporation; VICKI LOZANO; )
23  COUNTY OF LASSEN, CALIFORNIA; and )
    Does 1 through 50,                 )
24                                     )
                                       )
25                     Defendants.     )
                                       )
26  _____   )
                                       )
27                                     )
                                       )
28

                                    -1-
    PROOF OF SERVICE OF FOURTH AMENDED COMPLAINT AND ALL EXHIBITS THERETO

## PROOF OF SERVICE

I declare I am over the age of 18 and not a party the action; I am employed in the county of Los Angeles, State of California and my business address is 21112 Ventura Blvd., Woodland Hills, CA 91364.

On September 9, 2013, electronically served the foregoing documents described as:

FOURTH AMENDED COMPLAINT FOR:

1. COMMON COUNT—QUANTUM MERIT—SERVICES RENDERED;
2. FRAUD;
3. BREACH OF FIDUCIARY DUTY;
4. LEGAL MALPRACTICE RYAN AND THE RYAN FIRM;
5. NEGLIGENCE AGAINST LOZANO AND THE BANKS;
6. NEGLIGENT TAKING AGAINST COUNTY OF LASSEN;
7. NEGLIGENT MISREPRESENTATION AGAINST ALL PARTIES, EXCEPT THE COUNTY;
8. BREACH OF ORAL AGREEMENT AGAINST COUNTY OF LASSEN;
9. RECESSION AND REFORMATION;
10. INDEMNIFICATION—Civil Code §1833

EXHIBITS "A" – "B" TO FOURTH AMENDED COMPLAINT
EXHIBITS "C" – "D" TO FOURTH AMENDED COMPLAINT
EXHIBITS "E" – "H" TO FOURTH AMENDED COMPLAINT
EXHIBITS "I" – "K" TO FOURTH AMENDED COMPLAINT

On Susan L. Mason, Esq., George Rosenberg, Esq., Timothy M. Ryan, Esq., Alan R. Jampol, Esq., Jose Gonzalez, Esq., Carolyn R. Chan, Esq., C. Scott Greene, Esq., Emma L. Dill, Esq., Mark D. Lonergan, Esq., Megan E. Gruber, Esq., Elena K. Kouvabina, Esq., Mark A. Jones, Esq., Kristen K. Preston, Esq., D. Gonzales, Esq., Daniel Gonzalez, Esq.

Executed September 9, 2013, at Woodland Hills, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____/s/_____
Sohaila Sagheb

PROOF OF SERVICE OF FOURTH AMENDED COMPLAINT AND ALL EXHIBITS THERETO