Sharon Z. Weiss, California Bar No. 169446
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
sharon.weiss@bryancave.com

Bahareh Wullschleger, California Bar No. 258903
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:    415-675-3400
Facsimile:    415-675-3434
Email:        bahareh.wullschleger@bryancave.com

Attorneys for
BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, L.P. and WELLS FARGO BANK, N.A. as Trustee for MLMI Trust Series 2005-HE3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>DWIGHT ALLAN BENNETT,<br><br>    Debtor. | Case No. 11-40155<br>DC No. CLG-2<br><br>Converted to Chapter 7<br><br><br>**CERTIFICATE OF SERVICE** |

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 560 Mission Street, 25th Floor, San Francisco, California 94105.

On February 24, 2014, I served the foregoing:

**OPPOSITION OF BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P. AND WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2005-HE3 TO THE GRACE FOUNDATION'S MOTION TO STRIKE DECLARATION OF MICHAEL RUSSELL, DVM AND FOR EQUITABLE LIEN AGAINST DEBTOR'S REAL PROPERTY**

**DECLARATION OF TIMOTHY RYAN IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE DECLARATION OF MICHAEL RUSSELL, DVM AND FOR EQUITABLE LIEN AGAINST DEBTOR'S REAL PROPERTY**

**DECLARATION OF AUSTIN T. BEARDSLEY IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE DECLARATION OF MICHAEL RUSSELL, DVM AND FOR EQUITABLE LIEN AGAINST DEBTOR'S REAL PROPERTY**

**DECLARATION OF EMMA L. DILL IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE DECLARATION OF MICHAEL RUSSELL, DVM AND FOR EQUITABLE LIEN AGAINST DEBTOR'S REAL PROPERTY**

on the interested parties in this action by emailing a true copy thereof, addressed as follows:

**By Email:**

**Attorney of the Grace Foundation: christine@animalattorney.com**

   **[ X ]  BY ELECTRONIC MAIL (E-MAIL)**: I caused the above-mentioned document(s) to be served via electronic mail from my electronic notification address to the electronic notification address of the addressee as indicated above.  The document was served electronically and the transmission was reported complete without error.

   **[ ]  BY MAIL**  - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

   Executed on **February 24, 2014,** at San Francisco, California.

                                        /s/ Marilou P. Sana
                                        Marilou P. Sana