EDC3074  Court's Certificate of Mailing (v.5.13)                                                             USBC,EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

## COURT'S CERTIFICATE OF MAILING

| In re Dwight Alan Bennett | Case Number |
|---|---|
| Debtor(s). | 11–40155 – A – 7 |

The deputy clerk of U.S. Bankruptcy Court for the Eastern District of California whose name appears below hereby certifies that copies of the

**[282] – Civil Minutes –– Opposed Hearing Held Re: 252 Motion/Application to Strike [CLG–2] DENIED (shes)**

were sent today by regular, first class United States mail to the following persons/entities:

Dwight Bennett
PO Box 540
Susanville, CA 96130

Carolyn Chan
2485 Notre Dame Blvd Ste.#370
Chico, CA 95928

Susan Didriksen
PO Box 1460
Shingle Springs, CA 95682

Christine Garcia
2404 California St #4
San Francisco, CA 94115

Bahareh Wullschleger
560 Mission St #25th Fl
San Francisco, CA 94105

Dated:  3/11/14

FOR THE COURT
Wayne Blackwelder Clerk,
BY: shes , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400