# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Dwight Alan Bennett | **Case No :** | 11–40155 – A – 7 |
| | | **Date :** | 3/10/14 |
| | | **Time :** | 10:00 |

**Matter :** [252] – Motion/Application to Strike [CLG–2] 18 Declaration Filed by Creditor The Grace Foundation of Northern California (fdis)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
    Creditor – Beth Decaprio
(by phone)   Creditor's Attorney – Christine Garcia
**Respondent(s) :**
(by phone)   Creditor's Attorney – Bahareh Wullschleger

## CIVIL MINUTE ORDER

The motion is ORDERED DENIED for the reasons stated in the ruling appended to the minutes.

Dated: March 11, 2014

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

Dwight Bennett
PO Box 540
Susanville, CA 96130


Carolyn Chan
2485 Notre Dame Blvd Ste.#370
Chico, CA 95928


Susan Didriksen
PO Box 1460
Shingle Springs, CA 95682


Christine Garcia
2404 California St #4
San Francisco, CA 94115


Bahareh Wullschleger
560 Mission St #25th Fl
San Francisco, CA 94105