FORM L18 Notice of Entry of Order in a Bankruptcy Case  (v.1.07)            11–40155 – A – 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

**FILED**

**3/11/14**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

smis

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

**Case Number:** 11–40155 – A – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Dwight Alan Bennett
xxx–xx–5915

PO Box 540
Susanville, CA 96130

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on March 11, 2014 . The document number and docket text for this order are set forth below.

   **[285] – Civil Minute Order Denying 252 Motion/Application to Strike [CLG–2] (smis)**

Dated:
3/11/14

For the Court,
Wayne Blackwelder , Clerk