```
                          United States Bankruptcy Court
                          Eastern District of California
```

In re:                                                              Case No. 11-40155-A
Dwight Alan Bennett                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0972-2         User: smis              Page 1 of 1           Date Rcvd: Mar 11, 2014
                             Form ID: L18            Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2014.
```
db            #+Dwight Alan Bennett,    PO Box 540,    Susanville, CA 96130-0540
aty            +Bahareh Wullschleger,    Bryand Cave LLP,    560 Mission St #25th Fl,
                 San Francisco, CA 94105-2994
aty            +Carolyn R. Chan,    2485 Notre Dame Blvd  Ste.#370,    Chico, CA 95928-7163
aty            +Christine L. Garcia,    2404 California St #4,    San Francisco, CA 94115-2620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: didriksen1@gmail.com Mar 12 2014 02:47:23      Susan Didriksen,    PO Box 1460,
                 Shingle Springs, CA 95682-1460
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2014 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

**FILED**

**3/11/14**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

smis

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

**Case Number:**   11–40155 – A – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Dwight Alan Bennett
xxx–xx–5915

PO Box 540
Susanville, CA 96130

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on March 11, 2014 . The document number and docket text for this order are set forth below.

   **[285]** – Civil Minute Order Denying 252 Motion/Application to Strike [CLG–2] (smis)

Dated:
3/11/14

For the Court,
Wayne Blackwelder , Clerk