SUSAN DIDRIKSEN
TRUSTEE IN BANKRUPTCY
P.O. BOX 1460
SHINGLE SPRINGS, CA 95682
(530) 232-6119

Chapter 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.  11-40155-A-7 |
| DWIGHT ALAN BENNETT, | DC No.: SMD-2 |
| Debtor. | **NOTICE OF APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT FOR TRUSTEE** |
| | **(No Hearing Required)** |

**NOTICE OF APPLICATION FOR AUTHORITY TO EMPLOY GABRIELSON AND COMPANY AS ACCOUNTANT FOR CHAPTER 7 TRUSTEE**

PLEASE TAKE NOTICE that Chapter 7 Trustee Susan Didriksen is applying to the Court for an order approving Gabrielson & Company to serve as her accountant in this case.

If you wish to oppose this application, you must do both of the following by no later than **July 27, 2015**: (i) file an objection or request for hearing with the Court and (ii) serve it on the Trustee at the above address. If there are no timely written objections or hearing requests, the Court may approve the application without hearing or argument.

Signed: July 13, 2015

                                                                                               /s/ Susan Didriksen
                                                                                               SUSAN DIDRIKSEN, TRUSTEE