2

MICHAEL R. GABRIELSON
GABRIELSON & COMPANY
1605 SCHOOL STREET
MORAGA, CALIFORNIA  94556
(925) 899-5798

Proposed Accountants for Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In re: | Case No.  11-40155-A-7 |
|---|---|
| DWIGHT ALAN BENNETT, | DC No.: SMD-2 |
| Debtor. | **ACCOUNTANT DECLARATION IN SUPPORT OF APPLICATION TO EMPLOY GABRIELSON & COMPANY AS ACCOUNTANT FOR TRUSTEE**<br><br>**(No Hearing Required)** |

DECLARATION OF MICHAEL R. GABRIELSON IN SUPPORT
OF APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT

I, MICHAEL R. GABRIELSON, declare:

1. I am a Certified Public Accountant duly authorized to practice in the State of California.

2. I and my associates have no connection of any kind or nature to the debtor, the creditors, any other parties of interest or their respective attorneys or accountants, the United States Trustee, or any person employed by the office of the U.S. Trustee.

3. I and my associates do not hold any interest of any kind or nature which is adverse to the estate and we are disinterested persons within the meaning of 11 U.S.C. Section 101(14).

4. I expect to represent the Trustee in other bankruptcy cases;

5. I intend to apply to the Court for a reasonable fee, the request to be made based on my normal hourly rate, which is adjusted time to time.

6. I have read the foregoing application of the trustee to employ my firm and me and I Agree to and approve all of the terms and conditions thereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 13th day of July, 2015 at Moraga, California.


    \s\ Michael R. Gabrielson
    MICHAEL R. GABRIELSON