|   |   |
|---|---|
| 1 |   |
| 2 | SUSAN DIDRIKSEN<br>TRUSTEE IN BANKRUPTCY<br>P.O. BOX 1460<br>SHINGLE SPRINGS, CA 95682<br>(530) 232-6119 |
| 3 |   |
| 4 |   |
| 5 | Chapter 7 Bankruptcy Trustee |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No.: 11-40155-A-7 |
|---|---|---|
| DWIGHT ALAN BENNETT, | ) | DC No.: SMD-2 |
| Debtor. | ) | PROOF OF SERVICE OF APPLICATATION FOR ORDER AUTHORIZING EMPLOYMENT OF GABRIELSON & COMPANY AS ACCOUNTANT FOR CHAPTER 7 TRUSTEE |

I, MARY FERRALL, declare:

I am employed in the City of Moraga, California.  I am over the age of eighteen years and not a party to this action.  On July 13, 2015, I served:

**1.    APPLICATION FOR AUTHORITY TO EMPLOY GABRIELSON & COMPANY AS ACCOUNTANT FOR TRUSTEE;**

**2.    ACCOUNTANT DECLARATION IN SUPPORT OF APPLICATION TO EMPLOY GABRIELSON AND COMPANY AS ACCOUNTANT FOR TRUSTEE;**

**3.    ORDER TO EMPLOY GABRIELSON AND COMPANY AS ACCOUNTANT FOR TRUSTEE; and**

**4.    NOTICE OF APPLICATION FOR AUTHORITY TO EMPLOY GABRIELSON AND COMPANY AS ACCOUNTANT FOR CHAPTER 7 TRUSTEE**

on the following person(s) in this action by placing true and correct copies of the document(s) in sealed envelopes with first class postage prepaid in the United States mail at Moraga, California addressed as follows:

1

| | |
|---|---|
| Dwight Alan Bennett<br>P.O. Box 540<br>Susanville, CA 96130 | Carolyn R. Chan<br>2485 Notre Dame Blvd, Suite 370<br>Chico, CA 95928 |
| Susan Didriksen<br>P.O. Box 1460<br>Shingle Springs, CA  95682 | Office of the US Trustee<br>501 "I" Street, Suite 7-500<br>Sacramento, California 95814 |
| Howard S. Nevins<br>2150 River Plaza Drive #450<br>Sacramento, CA 95833-3883 | |

I am readily familiar with the regular mail collection and processing practices of the business, that the mail would be deposited with the US Postal Service that same day in the ordinary course of business, and that the envelope was sealed and deposited for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Moraga, California on July 13, 2015.

　　　　　　　　　　　　　　　　__/s/ Mary Ferrall__
　　　　　　　　　　　　　　　　　Mary Ferrall