```
 1   2
     SUSAN DIDRIKSEN
 2   TRUSTEE IN BANKRUPTCY
     P.O. BOX 1460
 3   SHINGLE SPRINGS, CA 95682
     (530) 232-6119
 4
 5   Chapter 7 Bankruptcy Trustee
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In re: | Case No. 11-40155-A-7 |
|---|---|
| DWIGHT ALAN BENNETT, | DC No.: SMD-2 |
| Debtor. | **ORDER TO EMPLOY ACCOUNTANT FOR TRUSTEE AND ESTATE**<br>**(No Hearing Required)** |

    Susan Didriksen, Trustee herein, having filed an application for order authorizing employment of Gabrielson & Company as accountant ("Application"), and good cause appearing,

    IT IS HEREBY ORDERED that the trustee be and she is hereby authorized to retain Gabrielson & Company as accountant effective July 9, 2015 on the terms and conditions set forth in her Application on file herein, subject to the following reasonable terms and conditions:

    1.    The Application is subject to the terms and conditions of 11 U.S.C. Section 328(a).

    2.    No compensation is permitted except upon court order following application pursuant to 11 U.S.C. Section 330(a).

RECEIVED
July 18, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005573598

3. Compensation will be at the "loadstar rate" applicable at the time that services are rendered in accordance with the Ninth Circuit decision in <u>In re Monoa Finance Co.</u>, 853 F. 2d 687 (9th Cir. 1988). No hourly rate referred to in the Application papers is approved unless unambiguously so stated in this order or in a subsequent order of this court.

Dated: July 21, 2015

By the Court

Michael S. McManus
United States Bankruptcy Judge

-2-