2

HEFNER, STARK & MAROIS, LLP
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.: 11-40155-A-7<br>DC No.:  HSM-003<br>Date:  September 28, 2015<br>Time:  10:00 a.m.<br>Place:  501 I Street<br>         Sacramento, CA<br>         Ctrm. 28, 7th Flr.<br>Judge:  Hon. Michael S. McManus |

**NOTICE OF MOTION TO ABANDON PROPERTY OF THE ESTATE
LOCATED IN LASSEN COUNTY CALIFORNIA**

**PLEASE TAKE NOTICE** that SUSAN DIDRIKSEN, the duly appointed Chapter 7 Trustee ("Trustee") in the above referenced case, by and through her counsel, has filed a Motion ("Motion") to Abandon Real Property of the Estate located in Lassen County California, described by the Debtor in his schedules filed in this case as "40 Acres Home and Barn Lassen County, California, APN 099-260-69" (the "Property"). The Trustee's Motion is made pursuant to 11 U.S.C. § 554(a) because the Property is of inconsequential value or benefit to the estate and is otherwise burdensome to the administration of this case.

The Motion was filed pursuant to Local Rule 9014-1(f)(2), which requires a minimum of 14 days' notice of the hearing on the Motion. The Motion has been scheduled to be heard on **September 28, 2015, at 10:00 a.m.,** before the Honorable Michael S. McManus, Judge

Case 11-40155    Filed 09/10/15    Doc 294

1 of the United States Bankruptcy Court, in Department A, Courtroom 28, located at 501 I Street,
2 7th Floor, Sacramento, California.

3     The Motion is based on this Notice, the Motion, the Declarations of the Trustee and Lori Bluett, the Exhibits Cover Sheet and exhibits filed and served herewith. Interested parties are referred to such documents, which are on file with the court, for further particulars. The Motion may also be based on additional evidence and argument as may be submitted at the time of the hearing.

**YOUR RIGHTS MAY BE AFFECTED. You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

    Pursuant to Local Rule 9014-1(f)(2)(C), opposition, if any, need not be in writing or filed with the Court prior to the hearing on the Motion. Instead, opposition, if any, may be presented at the hearing on the Motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs. The hearing on the Motion may be adjourned from time to time without further notice, except as stated orally in court.

Dated: September 10, 2015

HEFNER, STARK & MAROIS, LLP

By _Howard S. Nevins_
Howard S. Nevins, Attorneys for
SUSAN DIDRIKSEN, Chapter 7 Trustee

\\hsmfs2\clients\Didriksen, Susan\Bennett, Dwight Alan (7782-0009)\Pldg Abandon Lassen Prop (hsm-3)\pldg mtn abandon lassen prop ntc.wpd