**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.: 11-40155-A-7<br><br>DC No.: HSM-003<br><br>Date: September 28, 2015<br>Time: 10:00 a.m.<br>Place: 501 I Street<br>Sacramento, CA<br>Ctrm. 28, 7th Flr.<br>Judge: Hon. Michael S. McManus |

**DECLARATION OF LORI BLUETT IN SUPPORT OF
MOTION TO ABANDON PROPERTY OF THE ESTATE
LOCATED IN LASSEN COUNTY CALIFORNIA**

I, LORI BLUETT, declare as follows:

1. I am licensed by the State of California as a real estate broker (License No. 01720736) and as a Class B General Contractor. I am a principal of the real estate firm Bluett & Associates.

2. I have personal knowledge of the facts set forth herein. If called upon to testify as to those facts, I could competently do so. As to those facts stated on information and belief, I believe them to be true.

3. At the request of Susan Didriksen, the Chapter 7 Trustee ("Trustee") in this case, I evaluated the real property described by the Debtors on his Schedule A filed in this case on September 16, 2011, as "40 Acres Home and Barn Lassen County, CA APN 099-260-69" (the

"Property"). On his Schedule A the Debtor valued the Property at $100,000.00.

4. I have reviewed a BPO provided to my by the Trustee which I understand she obtained from counsel for the banks involved in this case, and in ongoing state court litigation with the Debtor. Following my review of this BPO, I independently researched the Property through a number of tools available to me over the internet. I reviewed comparable sales and various County records to formulate an opinion as to the likely range of values that might be attributable to the Property. I was not asked to provide a specific opinion to the Trustee of the value of the Property as of a date certain, but rather to provide a range of values to the Trustee so that she could determine whether there was any realizable equity in the Property, from a sale of same, for the benefit of this estate and its creditors.

5. Based on my investigation and analysis, I concluded that the likely value of the Property did not exceed $250,000.00 as of January, 2015, and therefore was unlikely worth more than $250,000.00 at any time since that date up through the present.

I declare under penalty of perjury and under the laws of the State of California the foregoing is true and correct and that this declaration was executed on this 9 day of September, 2015, at Sacramento, California.

LORI BLUETT

\\hsmfs2\clients\Didriksen, Susan\Bennett, Dwight Alan (7782-0009)\Pldg Abandon Lassen Prop (hsm-3)\pldg mtn abandon lassen prop decl lb.wpd