**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Attorneys for
SUSAN DIDRIKSEN
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DWIGHT ALAN BENNETT,<br><br>Debtor. | Case No.: 11-40155-A-7<br><br>DC No.:   HSM-003<br><br>Date:    September 28, 2015<br>Time:   10:00 a.m.<br>Place:  501 I Street<br>           Sacramento, CA<br>           Ctrm. 28, 7th Flr.<br>Judge:  Hon. Michael S. McManus |

**EXHIBITS COVER SHEET IN SUPPORT OF MOTION TO ABANDON PROPERTY OF THE ESTATE LOCATED AT LASSEN COUNTY CALIFORNIA**

Exhibit "A"  -  Debtor's Schedule A filed September 16, 2011 . . . . . . . . . . . . . . . . . . Page 2

Dated: September 10, 2015

HEFNER, STARK & MAROIS, LLP

By  *Howard S. Nevins*
Howard S. Nevins, Attorneys for
SUSAN DIDRIKSEN, Chapter 7 Trustee

B6A (Official Form 6A) (12/07)

In re **Dwight Alan Bennett**　　　　　　　　Case No. **11-40155-A-11**
　　　　　　Debtor　　　　　　　　　　　　　　　　(If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 40 Acres Home and Barn Lassen County, CA APN 099-260-69 | Joint Tenant Fee Ownership | JNT | $ 100.000.00 | $5000 Smith Pumps |
|  |  |  |  | $6200 Sherman Reed |
|  |  |  |  | $1800 I.R.S. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | Total▶ | $ 100,000 |  |

(Report also on Summary of Schedules.)

2

**EXHIBIT "A"**