**3**

HEFNER, STARK & MAROIS, LLP
Sacramento, California

1  **HEFNER, STARK & MAROIS, LLP**
   Howard S. Nevins (CA Bar Assn. No. 119366)
2  Aaron A. Avery (CA Bar Assn. No. 245448)
   2150 River Plaza Drive, Suite 450
3  Sacramento, CA 95833-3883
   Telephone: (916) 925-6620
4  Fax No: (916) 925-1127
   Email: hnevins@hsmlaw.com
5
   Attorneys for
6  SUSAN DIDRIKSEN
   Chapter 7 Trustee
7

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re | Case No.: 11-40155-A-7 |
| DWIGHT ALAN BENNETT, | DC No.: HSM-003 |
| Debtor. | Date: September 28, 2015<br>Time: 10:00 a.m.<br>Place: 501 I Street<br>Sacramento, CA<br>Ctrm. 28, 7th Flr.<br>Judge: Hon. Michael S. McManus |

### PROOF OF SERVICE

I am a citizen of the United States, employed in the city and county of Sacramento. My business address is 2150 River Plaza Drive, Suite 450, Sacramento, California 95833-3883. I am over the age of 18 years and not a party to the above-entitled action. I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

On September 10 2015, I served the following documents:

**NOTICE OF MOTION TO ABANDON REAL PROPERTY OF THE ESTATE LOCATED IN LASSEN COUNTY, CALIFORNIA**

X   By mail on the interested parties in the case above-referenced by placing a true copy of the above-referenced documents enclosed in a sealed envelope, with postage fully prepaid, in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States Postal Service mailbox in the city of Sacramento, California, after the close of the day's business, at the address(es) as set forth below.

SEE SERVICE LIST ATTACHED

1

\\hsmfs2\clients\Didriksen, Susan\Bennett, Dwight Alan (7782-0009)\Pldg Abandon Lassen Prop (hsm-3)\pldg mtn abandon lassen prop pos.wpd

Furthermore, on this date I also served the following documents:

**MOTION TO ABANDON REAL PROPERTY OF THE ESTATE LOCATED IN LASSEN COUNTY, CALIFORNIA**

**DECLARATION OF LORI BLUETT IN SUPPORT OF MOTION TO ABANDON PROPERTY OF THE ESTATE LOCATED IN LASSEN COUNTY CALIFORNIA**

**DECLARATION SUSAN DIDRIKSEN IN SUPPORT OF MOTION TO ABANDON REAL PROPERTY OF THE ESTATE LOCATED IN LASSEN COUNTY, CALIFORNIA**

**EXHIBITS COVER SHEET IN SUPPORT OF MOTION TO ABANDON REAL PROPERTY OF THE ESTATE LOCATED IN LASSEN COUNTY, CALIFORNIA**

X   **By mail** on the interested parties in the case above-referenced by placing a true copy of the above-referenced documents enclosed in a sealed envelope, with postage fully prepaid, in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States Postal Service mailbox in the city of Sacramento, California, after the close of the day's business, at the address(es) as set forth below.

Dwight Alan Bennett
PO Box 540
Susanville, CA 96130-0540

Susan Didriksen
PO Box 1460
Shingle Springs, CA 95682-1460

Sharon Z. Weiss
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Carolyn R. Chan
2485 Notre Dame Blvd Ste.#370
Chico, CA 95928-7163

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street,, Room 7-500
Sacramento, CA 95814-7304

**REQUESTS FOR SPECIAL NOTICE**

Allen C. Massey
Attorney for United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Close Associates Law Offices
c/o Craig B. Close
PO Box 2522
Truckee, CA 96160-2522

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on September 10, 2015, at Sacramento, California.

▶ _/s/ Luz Samosa_
Luz Samosa

## SERVICE LIST

Dwight Alan Bennett
PO Box 540
Susanville, CA 96130-0540

Bird Flat Ranch
Highway 395
Doyle CA 96109

Carolyn R. Chan
2485 Notre Dame Blvd Ste.#370
Chico, CA 95928-7163

Close Associates Law Offices
c/o Craig B. Close
PO Box 2522
Truckee, CA 96160-2522

Deborah Sue McNeal
6138 Parkside Drive
Anacortes WA 98221-4092

Susan Didriksen
PO Box 1460
Shingle Springs, CA 95682-1460

Ellen Hamlyn Court Reporter
P O Box 87
Chester CA 96020-0087

Christine L. Garcia
2404 California St #4
San Francisco, CA 94115-2620

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Judith A St John
478-740 Eagle Lake Road
Susanville CA 96130-9521

Judith A. St. John
P.O. Box 1832
Susanville, CA 96130-1832

Julius Allen
464-775 Main Street
Janesville CA 96114

LVNV Funding LLC its successors and assigns c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

August B. Landis
c/o Allen C. Massey
Attorney for United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Lassen County Assessor's Office
220 South Lassen Street, Suite 3
Susanville CA 96130-4357

Lassen County Times
105 Grand Avenue
Susanville CA 96130-4788

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814-7304

Sherman Reed
721-42 Cappezzoli Lane
Standish CA 96128

The Grace Foundation of Northern California
Susan Sheridan
Sheridan Law Corporation
655 University Avenue, Ste 110

Sacramento, CA 95825-6746
US Bank
PO Box 5229
Cincinnati OH 45201-5229

US Bank
901 Main Street
Susanville CA 96130-4406

Vernon Reese
P O Box 221
Standish CA 96128-0221

Sharon Z. Weiss
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Wells Fargo Bank NA as Trustee for MLML Trust Series 2005 HE3
c/o Timothy Ryan, The Ryan Firm
1100 North Tustin Avenue, Suite 200
Anaheim CA 92807-1730